

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

February 16, 2006

Honorable Joseph J. Farnan, Jr.
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Pfizer Inc v. Sandoz Inc. and Novartis AG,
      Case 1:06-cv-00090-JJF

Dear Judge Farnan:

    We were notified yesterday that the above-captioned case has been assigned to Your Honor. As counsel for Pfizer Inc, I wish to advise that on the same day the complaint was filed in this action, Pfizer filed suit on the same patent against Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd. That case, captioned <u>Pfizer Inc v. Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd.</u>, CA 1:06-cv-00089-GMS, has been assigned to Judge Gregory M. Sleet. While the plaintiff and the patent are the same in each action, the defendants and the products at issue are different.

    I am also advising Judge Sleet of these circumstances.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh

447313_1.DOC