IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| | ) | |
| SANDOZ INC. and NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |

**PFIZER INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Pfizer Inc hereby states that: (1) it has no parent corporation; and (2) no publicly held corporation owns 10% or more of its stock.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Daniel C. Mulveny
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: February 16, 2006
447451_1.DOC