## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 06-90-(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| SANDOZ INC. AND NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### SANDOZ INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Sandoz Inc.

("Sandoz") hereby discloses its parent company is Novartis Pharmaceuticals Corporation, which

is not a publicly held company.  Sandoz further discloses that Novartis AG, a publicly traded

company, indirectly owns 10% or more of Sandoz' stock.

OF COUNSEL:
Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022
(212)753-5000

Douglass C. Hochstetler
Andrew M. Alul
Kathryn S. Devin
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500

Dated:  March 6, 2005

Frederick L. Cottrell, III  (#2555)
cottrell@rlf.com
Matthew W. King  (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

**BY HAND**

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-2987953-1