IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 06-90-(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| SANDOZ INC. AND NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT SANDOZ INC. TO SEVER AND TRANSFER CLAIMS TO THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. § 1404(a), defendant Sandoz Inc. moves to sever and transfer the claims against it to the United States District Court for the Southern District of New York where there is pending a prior-filed related patent action between Pfizer Inc. and Sandoz Inc. The grounds for this motion are set forth in Sandoz Inc.'s opening brief and supporting papers.

OF COUNSEL:

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Florr
New York, NY 10022
(212)753-5000

Douglass C. Hochstetler
Andrew M. Alul
Kathryn S. Devin
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500

Dated: March 6, 2005

_____
Frederick L. Cottrell, III  (#2555)
cottrell@rlf.com
Matthew W. King  (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Sandoz Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                    )
                                                )
                    Plaintiff,                  )    C. A. No. 06-90-(JJF)
                                                )
        v.                                      )
                                                )
SANDOZ INC. AND NOVARTIS AG                     )
                                                )
                    Defendants.                 )
                                                )

## <u>ORDER</u>

The Court, having considered defendant Sandoz Inc.'s Motion to Sever and Transfer, and

upon consideration of the convenience of the parties and witnesses and of judicial economy,

IT IS HEREBY ORDERED this _____ day of March 2006 that the Motion is GRANTED

and pursuant to 28 U.S.C. §1404(a) the claims against Sandoz Inc. are transferred to the United

States District Court for the Southern District of New York. The Clerk is directed to transfer this

file to the Clerk of the Southern District of New York.


                                        _____
                                        Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com