**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PFIZER INC.,                             )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )    C. A. No. 06-90-(JJF)
                                         )
SANDOZ INC. AND NOVARTIS AG              )
                                         )
            Defendants.                  )
                                         )

## BRIEF IN SUPPORT OF DEFENDANT SANDOZ INC.'S MOTION TO SEVER AND TRANSFER CLAIMS AGAINST SANDOZ INC.

OF COUNSEL:

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022
(212)753-5000

Douglass C. Hochstetler
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500

Dated:  March 6, 2005

Frederick L. Cottrell, III  (#2555)
cottrell@rlf.com
Matthew W. King  (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Sandoz Inc.*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ......................................................................................... ii

I.      INTRODUCTION ........................................................................................... 1

II.     FACTUAL BACKGROUND ............................................................................ 3

        A.      The Patent and Products at Issue Have No Connection to Delaware ..................... 3

        B.      This Action is Related to Three Actions Now Pending in the Southern
                District of New York ................................................................................... 4

III.    ARGUMENT .................................................................................................. 5

        A.      The Convenience of the Parties and Witnesses Would be Best Served by
                Transferring This Action to the Southern District of New York ........................ 6

        B.      The Interests of Justice Would be Best Served by Transferring this Action
                to the Southern District of New York .......................................................... 8

        C.      The Public and Private Interests Enumerated by the Third Circuit in
                *Jumara* Would be Best Served by Transferring This Action to the
                Southern District of New York ................................................................... 10

        D.      This Action Could Have Been Brought Against Sandoz in the Southern
                District of New York .............................................................................. 11

CONCLUSION ...................................................................................................... 15

# TABLE OF AUTHORITIES

## CASES

*A Stucki Co v Worthington Indus ,*
849 F.2d 593 (Fed. Cir. 1988)...........................................................................................13

*ABCO Eng'g Corp v H.H.S. Recycling, Inc ,*
199 F.3d 140 (3rd Cir. 1999)...........................................................................................12

*Affymetrix, Inc v Synteni, Inc ,*
28 F. Supp. 2d 192 (D. Del. 1998)..........................................................................8, 9, 10, 11

*Ambrose v Steelcase, Inc ,*
2002 WL 1447871 (N.D. Ill. July 3, 2002)........................................................................14

*APV North Am , Inc. v. Sig Simonazzi N. Am , Inc.,*
295 F. Supp. 2d 393 (D. Del. 2002)..........................................................................6, 8, 11

*Aro Mfg. Co. v. Convertible Top Replacement,*
377 U.S. 476 (1964)..........................................................................................................13

*Bayer Bioscience N.V. v Monsanto Co ,*
2003 WL 1545864 (D. Del. Mar. 25, 2003)........................................................................6, 7, 8, 9

*Brunswick Corp v. Precor Inc ,*
2000 WL 1876477 (D. Del. Dec. 12, 2000).......................................................................8, 9, 10, 11

*Calmedica, LLC v. Novoste Corp ,*
2004 WL 413296 (N.D. Ill. Jan. 30, 2004).........................................................................14

*Camasso v. Dorado Beach Hotel Corp ,*
689 F. Supp. 384 (D. Del. 1988).......................................................................................12

*Capitol Records, Inc v. Kuang Dyi Co. of RM ,*
2004 WL. 405961 (S.D.N.Y. Mar. 4, 2004)........................................................................11

*Corry v. CFM Magestic Inc ,*
16 F. Supp. 2d 660 (E.D. Va. 1998).............................................................................13, 14

*Emhart Indus., Inc. v. Universal Instruments Corp.,*
1988 WL 121538 (N.D. Ill. Nov. 4, 1988).........................................................................14

*Enzo Biochem, Inc v Gen-Probe Inc ,*
1999 WL 1116832 (S.D.N.Y. Nov. 30, 1999)...................................................................12, 13

*Eon Labs, Inc. v. Pfizer Inc ,*
2005 WL 1705295 (S.D.N.Y. July 19, 2005).......................................................................5

*Everbrite*,
2001 WL 34368396 ..................................................................................................10

*Golden Blount, Inc. v. Robert H. Peterson Co.*,
2006 WL 335607 (Fed. Cir. Feb. 15, 2006)..............................................................13

*Indianapolis Motor Speedway Corp. v. Polaris Indus., Inc.*,
2000 WL 777874 (S.D. Ind. June 15, 2000) ............................................................14

*Inline Connection Corp. v. Verizon Internet Serv., Inc.*,
402 F. Supp. 2d 695 (E.D. Va. 2005) ......................................................................14

*Joy Techs., Inc. v. Flakt, Inc.*,
6 F.3d 770 (Fed. Cir. 1993).....................................................................................13

*Jumara v. State Farm Ins. Co.*,
55 F.3d 873 (3d Cir. 1995).................................................................................6, 10

*Karabu Corp. v. Gitner*,
16 F. Supp. 2d 319 (S.D.N.Y. 1998).........................................................................12

*Kerotest Mfg. Co. v. C-O-Two Fire Equip. Co.*,
342 U.S. 180 (1952)..................................................................................................8

*Koh v. Microtek Int'l, Inc.*,
250 F. Supp. 2d 627 (E.D. Va. 2003) .......................................................................14

*LG Elec., Inc. v. Advance Creative Computer Corp.*,
131 F. Supp. 2d 804 (E.D. Va. 2001) .......................................................................14

*LG Elec., Inc. v. Asustek Computers*,
126 F. Supp. 2d 414 (E.D. Va. 2000) .......................................................................14

*LG Elec., Inc. v. Everex Sys.*,
2000 WL 33777650 (E.D. Va. Dec. 15, 2000) ..........................................................14

*LG Elec., Inc. v. First Int'l Computer, Inc.*,
138 F. Supp. 2d 574 (D.N.J. 2001) .....................................................................13, 14

*Liggett Group, Inc. v. R.J. Reynolds Tobacco Co.*,
102 F. Supp. 2d 518 (D.N.J. 2000) ............................................................................8

*Magee v. Essex-Tec Corp.*,
704 F. Supp. 543 (D. Del. 1988)..............................................................................12

*Nat'l Presto Indus., Inc. v. West Bend Co.*,
76 F.3d 1185 (Fed. Cir. 1996)................................................................................3, 13

*Nikken, USA, Inc. v. Robinsons-May, Inc.*,
2003 WL 21781149 (C.D. Cal. July 8, 2003).................................................................13

*Nilssen v. Everbrite, Inc.*,
2001 WL 34368396 (D. Del. 2001)..................................................................................8

*Nilssen v. Osram Sylvania, Inc.*,
2001 WL 34368395 (D. Del. May 1, 2001)...................................................................6, 8

*Osram Sylvania*,
2001 WL. 34368395 ..................................................................................................9, 10

*Storage Tech. Corp. v. Cisco Sys., Inc.*,
329 F.3d 823 (Fed. Cir. 2003).........................................................................................6

*Tegal Corp. v. Tokyo Electron Ltd.*,
248 F.3d 1376 (Fed. Cir. 2001)......................................................................................13

*Telcordia Tech., Inc. v. Alcatel S.A.*,
2005 WL 1268061 (D. Del. May 27, 2005).....................................................................12

*Toshiba Corp. v. Hynix Semiconductor, Inc.*,
2005 WL 2415960 (N.D. Tex. Sept. 30, 2005)................................................................14

*Tracy v. Consol. Rail Corp.*,
723 F. Supp. 1051 (D. Del. 1989)....................................................................................8

## STATUTES

28 U.S.C. § 1391(c) ......................................................................................................11

28 U.S.C. § 1400(b) ......................................................................................................11

28 U.S.C. § 1404(a) ...................................................................................................5, 11

iv

I.    **INTRODUCTION**

Defendant Sandoz Inc. ("Sandoz") submits this Brief in support of its Motion, pursuant to 28 U.S.C. § 1404(a) and Fed. R. Civ. P. 21, to transfer the claims against it in this action to the Southern District of New York, where related litigation is already pending and underway.

This case is one of two actions filed in this District by Pfizer Inc ("Pfizer") alleging infringement of U.S. Patent No. 6,977,243 ("the '243 patent"). Both cases concern the crystal form of an antibiotic known as "azithromycin," which Pfizer sells under the brand name "Zithromax." The other action in this District (C.A. No. 06-00089-GMS) is against Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd. (collectively "Teva"). Since 2003, however, Teva and Pfizer have been fully engaged in patent litigation over Teva's azithromycin products in the Southern District of New York. Teva has therefore moved to transfer C.A. No. 06-0089-GMS before Judge Sleet to that District, where both it and Sandoz have now filed declaratory judgment actions regarding the '243 patent that is asserted here. In this Motion, Sandoz similarly seeks to transfer the claims against it in this case to the Southern District of New York, where those three other actions between Pfizer, Teva, and Sandoz are pending.

Many courts, including this one, have long recognized the judicial economies of transferring an action to a more convenient venue where related litigation is pending. That principle applies with particular force in this case. Indeed, without even considering the related cases pending in the Southern District of New York, this action bears little relationship to this District. While Pfizer is incorporated in Delaware, its corporate offices are located in New York City, and Sandoz is principally located in Princeton, New Jersey. *See* Complaint ("Compl.") ¶¶ 1, 6. Between the two, no likely witnesses or evidence appear to reside in this District.

For instance, according to the patent-in-suit and its prosecution history, the named inventors appear to reside and work for Pfizer in Connecticut, and the attorneys who prosecuted the patent appear to work for Pfizer in Connecticut and New York. *See* Exhibits ("Ex.") A-B. Sandoz' witnesses are similarly located elsewhere. As explained in the Declaration of Mr. Eric Pomerantz, Esq. submitted herewith, Sandoz' witnesses and documents relating to the development and marketing of its azithromycin products reside outside of Delaware and can be made available in New York. *See* Ex. C at ¶¶ 6-7. Thus, the witnesses and evidence on both sides are either in or proximate to the Southern District of New York.

Pfizer has named as an additional defendant, but not served, Novartis AG, which is the ultimate parent of Sandoz, and has its principal office in Basel, Switzerland. Pfizer's only claim against Novartis AG is the conclusory derivative allegation that Novartis AG "induced" Sandoz to infringe the patent at issue. Resolution of that issue is not necessary to a dispositive judgment resolving Pfizer's primary infringement claim against Sandoz.

While Novartis AG has not been served and is not a party to this Motion, counsel for Sandoz have been informed that Novartis AG does not transact business in the United States and believes that it is not subject to personal jurisdiction in Delaware, New York, or any other place in the United States. *See* Ex. C. at ¶ 10. Sandoz therefore asks that this Court sever Pfizer's primary claim of infringement against Sandoz and transfer it to the Southern District of New York, and respectfully suggests, on its own behalf, that the Court consider staying further proceedings involving Novartis AG until such time as Pfizer's primary claim, upon which any claim against Novartis AG is wholly dependent, is determined.

## II.    FACTUAL BACKGROUND

### A.    The Patent and Products at Issue Have No Connection to Delaware.

The claims of the '243 patent are directed to a crystal form of the antibiotic azithromycin designated by Pfizer as "azithromycin sesquihydrate." *See* Ex. A; Compl. at ¶ 17. Pfizer alleges that Sandoz has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(a) by filing three ANDAs with the U.S. Food & Drug Administration ("FDA") pursuant to 21 U.S.C. § 355(j) seeking FDA approval to market varying strengths of azithromycin tablets (250 mg, 500 mg, and 600 mg) prior to the expiration of the '243 patent. *Id.* at ¶¶ 20-22, 26-28. Notably, however, each of these applications was approved by the FDA on November 14, 2005 *before* the '243 patent issued on December 20, 2005. *Id.* at ¶¶ 13, 20-22. Apparently aware of that paradox, Pfizer also alleges that Sandoz has infringed the '243 patent under 35 U.S.C. § 271(a) by importing and selling a product containing azithromycin sesquihydrate. *Id.* at ¶ 29.[1]

Sandoz' ANDAs for the different formulations of the accused product have no connection to the District of Delaware. As explained in Mr. Pomerantz' Declaration, Sandoz' activities in connection with the development of the accused products and the preparation of the three ANDAs took place outside of this District, and its witnesses and documents relating to those activities similarly reside outside of this District. *See* Ex. C at ¶ 6. Apart from the fact that

---

[1] Because the '243 patent did not exist when Sandoz' ANDAs relating to its azithromycin monohydrate products were pending in the FDA, and the patent did not issue until *after* those ANDAs were already approved and Sandoz was already commercializing its azithromycin products, it is Sandoz' position that Pfizer has no conceivable cause of action for infringement under 35 U.S.C. § 271(e)(2)(A) relating to the submission of those ANDAs. *See Nat'l Presto Indus., Inc. v. West Bend Co.*, 76 F.3d 1185, 1196 (Fed. Cir. 1996) (no claim for direct or induced infringement for actions taken prior to patent's issuance because "liability can not be retroactively imposed"). Accordingly, Sandoz intends to raise that issue in the appropriate forum at the appropriate time, after all issues relating to transfer are resolved.

-3-

some of Sandoz' products are distributed in the District of Delaware, Sandoz has no regular contacts with this District.

Nor, apparently, does Pfizer. Though Pfizer is incorporated under the laws of Delaware, its corporate headquarters are in the Southern District of New York, and it does not appear to have any offices in Delaware. *See* Compl. at ¶ 1. Nor do the Pfizer witnesses involved in this dispute appear to be located here. According to the '243 patent and its prosecution history, both of the inventors listed on the patent appear to reside and work for Pfizer in Connecticut; some of the prosecuting attorneys appear to reside and work for Pfizer in Connecticut; and the remaining prosecuting attorneys appear to reside and work for Pfizer in New York. *See* Ex. A-B.

**B.    This Action is Related to Three Actions Now Pending in the Southern District of New York.**

Litigation between Pfizer and various makers of generic azithromycin products has been ongoing for several years. Until last month, those actions were pending before the same Judge in the Southern District of New York, the Honorable Loretta Preska. Teva filed the first of these cases in 2003, seeking declarations of non-infringement, invalidity, and unenforceability with respect to U.S. Patent No. 6,268,489 ("the '489 patent") – an earlier Pfizer patent which was later cited as prior art during prosecution of the '243 patent at issue here – and Pfizer counterclaimed for infringement of the '489 patent: Case Nos. 03-cv-7423 and 04-cv-4979-LAP (consolidated). The '489 patent is also directed to a crystal form of azithromycin – this one designated by Pfizer as "azithromycin dihydrate." Another generic company, Eon Labs, Inc. (which has since been merged with Sandoz) filed a similar declaratory judgment action regarding the '489 patent in 2005: Case No. 05cv0002-LAP.

-4-

While the Eon/Pfizer action was dismissed last year for lack of a case or controversy (an issue clearly absent in this case), the original Teva/Pfizer action (including Pfizer's infringement claim) remains pending before Judge Preska in the Southern District of New York. *See Eon Labs, Inc. v. Pfizer Inc*, 2005 WL 1705295 (S.D.N.Y. July 19, 2005). Nevertheless, when Pfizer sought to sue Teva and Sandoz for infringement of its more recent '243 patent last month, it filed those cases in this District, failing to designate them as related and thereby causing the cases to be assigned to two Judges new to the controversy.

As Teva and Pfizer were already embroiled in a case involving azithromycin products and a related U.S. patent in the Southern District of New York, Teva responded on February 14, 2006 with its own declaratory judgment action regarding the '243 patent in the same District: Case No. 06-cv-1134-UA (Ex. D). Sandoz filed a similar action in New York on February 16, 2005: Case No. 06-cv-1222-UA (Ex. E). Pfizer has been served in both cases, and both have been referred, as related cases, to Judge Preska, who continues to preside over the original Teva/Pfizer action regarding the prior art '489 patent. The Teva and Sandoz products at issue in these three cases are the same Teva and Sandoz products at issue in the cases filed by Pfizer in this District. *See* Ex. D-E.

## III.    ARGUMENT

Federal district courts are granted considerable discretion under 28 U.S.C. § 1404(a) to transfer a pending action to another district: "For the convenience of the parties, and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a).

"When considering a motion to transfer, the court must determine 'whether, on balance, the litigation would more conveniently proceed and the interests of justice be better served by

-5-

transfer to a different forum." *Bayer Bioscience N.V. v. Monsanto Co.*, 2003 WL 1545864, at * 2 (D. Del. Mar. 25, 2003) (quoting *Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir. 1995)). This inquiry requires "a multi-factor balancing test," weighing the statutory criteria of convenience of the parties and witnesses and the interests of justice, as well as various public and private interests, including: the presence of ongoing related litigation in the transferee forum, practical considerations that could make the proceeding more expeditious, the enforceability of any judgment, whether the claim arose elsewhere, the parties' respective forum preferences, and the location of witnesses and records. *Id.* Transfer of the claims against Sandoz in this action to the Southern District of New York would serve all of these interests.[2]

### A.    The Convenience of the Parties and Witnesses Would be Best Served by Transferring This Action to the Southern District of New York.

The residences of the parties and witnesses alone demonstrate that the Southern District of New York is a more convenient forum for this action. As noted above, while Pfizer is incorporated in Delaware, it is principally located in New York, Sandoz is located in New Jersey, and neither has any meaningful presence in Delaware. The case law is clear that such a minimal connection to Delaware is insufficient to defeat transfer: "Where an alternative forum is more convenient and has more substantial connections with the litigation 'incorporation in Delaware will not prevent transfer.'"[3]    Moreover, the attorneys who prosecuted the patent-in-suit are

---

[2] Although this action is within the appellate jurisdiction of the Court of Appeals for the Federal Circuit, that court defers to regional circuit law regarding the propriety of a transfer under § 1404(a). *Storage Tech. Corp. v. Cisco Sys., Inc.*, 329 F.3d 823, 836 (Fed. Cir. 2003).

[3] *APV North Am., Inc. v. Sig Simonazzi N. Am., Inc.*, 295 F. Supp. 2d 393, 398-99 (D. Del. 2002) (quoting *Green Isle Partners, Ltd. S.E. v. Ritz Carlton Hotel Co.*, C.A. No. 01-202-JJF (D. Del. Nov. 2, 2001). *See also Nilssen v. Osram Sylvania, Inc.*, 2001 WL 34368395, at * 2 (D. Del. May 1, 2001) (minor sales and minimal presence of sales personnel are insufficient to defeat transfer, despite Delaware incorporation); *Bayer Bioscience*, 2003 WL 1565864, at * 2

-6-

located in New York and neighboring Connecticut, and the inventors appear to reside in Connecticut as well.  *See* Ex. A-B.  Sandoz' witnesses and documents relating to the accused product and related ANDAs are similarly located elsewhere and can be made available in New York.  *See* Ex. C at ¶¶ 6-7.

Transfer of the claims against Sandoz to the Southern District of New York would thus reduce the travel burden on both parties.  But even more important than the geographic location of witnesses and evidence (which already hover around New York), transfer of the action against Sandoz to the Southern District of New York would inure to the convenience of the parties and their witnesses, if only because it would allow for coordination of that case with other actions already pending in New York, in which the same parties and witnesses are already involved.  *See* *Bayer Bioscience*, 2003 WL 1565864, at * 2 ("because the parties are litigating apparently related issues in Missouri, travel time and convenience in the aggregate would be substantially increased with a transfer of forum").

Indeed, Pfizer and Teva have been litigating in New York over Teva's azithromycin products for several years now.  And they are currently litigating in that District over the same '243 patent that is at issue here, due to Teva's declaratory judgment suit filed last month concerning that patent.  Sandoz has also initiated a declaratory judgment action regarding the '243 patent in that District.  Accordingly, transferring this action to the Southern District of New York would properly spare all parties the burden of litigating in multiple fora and allow their witnesses to confine their travel to one court to testify about all matters in all actions.

---

(transferring action where "no party maintains operations in Delaware," though one was a Delaware entity).

-7-

**B.     The Interests of Justice Would be Best Served by Transferring this Action to the Southern District of New York.**

The interests of justice also favor a transfer of this action, as "it is in the interests of justice to permit suits involving the same parties and issues to proceed before one court." *Brunswick Corp. v. Precor Inc.*, 2000 WL 1876477, at * 3 (D. Del. Dec. 12, 2000) (quoting *Liggett Group, Inc. v. R.J. Reynolds Tobacco Co.*, 102 F. Supp. 2d 518 (D.N.J. 2000)). The Supreme Court, the Court of Appeals for the Third Circuit, and this Court have each acknowledged the importance of this factor.[4]  As these decisions have also recognized, related litigation in another forum weighs most heavily in favor of transfer where it embraces multiple actions that are procedurally more advanced and pending before a single Judge who has a greater familiarity with the parties' disputes.[5]  That, too, is the situation here.

Judge Preska of the Southern District of New York has been presiding over various actions involving Pfizer patents and generic azithromycin products for several years now. The technological issue in those cases – the identification of the crystal form of azithromycin in the accused products – is the same as it is here, though Pfizer's allegations appear to have reversed course. *See* Ex. D at ¶¶ 13-15 (recounting Pfizer's allegations in New York that Teva's product

---

[4] *Kerotest Mfg. Co. v. C-O-Two Fire Equip. Co.*, 342 U.S. 180, 183 (1952) ("Why, under the circumstances, should there be two litigations where one will suffice?  We can find no adequate reason.") (quoting and affirming Third Circuit reversal of district court's denial of stay pending resolution of related litigation, 189 F.2d 31, 34); *Bayer Bioscience*, 2003 WL 1565864, at * 2 ; *Nilssen v. Osram Sylvania*, 2001 WL 34368395, at * 4; *Nilssen v. Everbrite, Inc.*, 2001 WL 34368396, at * 3 (D. Del. 2001); *Affymetrix, Inc. v. Synteni, Inc.*, 28 F. Supp. 2d 192, 206-07 (D. Del. 1998)).

[5] *See Bayer Bioscience*, 2003 WL 1565864, at * 2  (transferring action to district that had "on-going relationship" with the parties' disputes); *APV North Am.*, 295 F. Supp. 2d at 399 (transferring action to forum where discovery in related litigation had already begun); *Affymetrix*, 28 F. Supp. 2d at 206 (acknowledging the importance of retaining related litigation in a single court) (citing *Tracy v. Consol. Rail Corp.*, 723 F. Supp. 1051, 1052 (D. Del. 1989) (transferring action to forum where "all three" related cases "were pending before the same District Judge")).

-8-

comprises azithromycin dihydrate and Pfizer's allegations in Delaware that Teva's product comprises azithromycin sesquihydrate). The patents at issue in the two Districts are related as well. The later two actions filed and assigned to Judge Preska in New York (the declaratory judgment actions recently filed by Teva and Sandoz) involve the very same '243 patent that is at issue here. *See* Ex. E-F. Moreover, like the '243 patent, the '489 patent that has long been at issue in the first two actions before Judge Preska is similarly directed to a crystalline form of azithromycin (designated by Pfizer as azithromycin dihydrate), which is why it was cited as prior art during the prosecution of the '243 patent that is at issue here. *See* Ex. A at 1.

Well settled law favors transfer under 28 U.S.C. § 1404(a) to consolidate actions involving such similar products, patents, and technology.[6] This principle is not diminished where (as here) one of the related cases in the transferee forum has already been resolved, or by the assertion of an additional patent, the accusation of an additional product, or the joinder of additional parties, as Pfizer has attempted to do here.[7] To hold otherwise would wrongly encourage not only improper splintering of related claims, but also forum shopping designed to enable a party to take inconsistent positions in different courts.

---

[6] *Bayer Bioscience*, 2003 WL 1565864, at * 2 (transferring action to district where "the same parties, and the same, or related patent or patents" were involved in litigation pending there); *Brunswick*, 2000 WL 1876477, at * 3 (transferring action to district where the parties had recently litigated another action involving a patent on a similar product).

[7] *Osram Sylvania*, 2001 WL 34368395, at * 4 and n.8 (transferring action to forum where litigation involving same and additional patents was pending); *Brunswick*, 2000 WL 1876477, at *3 (transferring action to district which had already resolved one of the related actions); *Affymetrix*, 28 F. Supp. 2d at 206-07 (transferring action to forum where litigation involving additional parties, patents, and products was pending).

-9-

C.    **The Public and Private Interests Enumerated by the Third Circuit in *Jumara* Would be Best Served by Transferring This Action to the Southern District of New York.**

The public and private interest factors articulated in *Jumara* also favor transfer for similar reasons. *See Jumara*, 55 F.3d at 879. Regarding the public interests, as shown above, transfer of the claims against Sandoz to the Southern District of New York will doubtlessly enhance the efficiency of the proceedings, if only by sparing one court the burden of becoming familiar with the same two patents.[8]   Such a transfer would also enhance the enforceability of any judgment, by preventing duplicative (and potentially competing) rulings regarding the patents at issue (and their common subject matter), and eliminate later potential contests regarding collateral estoppel and res judicata. *See Osram Sylvania*, 2001 WL 34368395, at * 4 n.10 ("it could take months or years for collateral estoppel to become applicable ... this could result in inconsistent judgments virtually guaranteeing that one of the judgments will get reversed on appeal").

The private interest factors are similarly one-sided. The mere sale of some of the accused products in this District is far too tenuous a thread to say the claim arose here. *Osram Sylvania*, 2001 WL 34368395, at * 2 n.4; *Everbrite*, 2001 WL 34368396, at * 4 n.6. Lacking such a local nexus, Pfizer's apparent preference for this forum garners little weight when balancing the convenience (or inconvenience) of the parties.[9]   The apparent location of its witnesses and

---

[8] *See Osram Sylvania*, 2001 WL 34368395, at * 4 ("practical considerations regarding the ease, speed, or expense of trial strongly weigh in favor of the requested transfer" where it will spare "the waste of judicial resources" in requiring two different courts to become familiar with and construe the same patents); *Everbrite*, 2001 WL 34368396, at * 3-4 (same).

[9] *Affymetrix*, 28 F. Supp. 2d at 199 ("the weaker the connection between the forum and *either* the plaintiff *or* the lawsuit, the greater the ability of a defendant to show sufficient inconvenience to warrant transfer") (emphasis in original, citing cases); *Brunswick*, 2000 WL 1876477, at * 2 ("the plaintiff's preference for Delaware is not given as much deference because most of the events at issue, that is, the design and manufacture of the exercise equipment, occurred outside of Delaware").

-10-

records similarly points elsewhere, primarily New York and Connecticut. *See APV*, 295 F. Supp. 2d at 399; *Brunswick*, 2000 WL 1876477, at * 2. Indeed, Pfizer's choice of this forum appears to be less of a preference for litigating here than a preference for *not* litigating in New York. As this Court has observed, such a "mere preference to be elsewhere" deserves little weight. *Affymetrix*, 28 F. Supp. 2d at 201.

> ### D.  This Action Could Have Been Brought Against Sandoz in the Southern District of New York.

The only remaining requirement for transfer of the claims against Sandoz to the Southern District of New York is demonstration that Pfizer could have brought those claims in New York in the first place, which is certainly the case. *See* 28 U.S.C. § 1404(a) ("a district court may transfer any civil action to any other district or division where it might have been brought"). Claims arising under the United States Patent Act, such as those against Sandoz here, "may be brought in the district in which the defendant or his agent resides," 28 U.S.C. § 1400(b), which, in the case of a corporate defendant, is "any judicial district in which it is subject to personal jurisdiction at the time the action is commenced." 28 U.S.C. § 1391(c).

Accordingly, because Sandoz is subject to personal jurisdiction in the Southern District of New York, that District would have been a proper venue for the claims against Sandoz brought in this case.[10] As noted above, counsel for Sandoz have been informed that Novartis AG, which has been named as an additional defendant, but not served in this case, will take the

---

[10] As explained in Mr. Pomerantz' Declaration, Sandoz' azithromycin products are distributed and sold in New York. *See* Ex. C at ¶ 9. Thus, the only potential basis for jurisdiction over Sandoz in this District – distribution of the accused products in Delaware – is equally true of New York, if not more so. While Sandoz' azithromycin products are sold in both jurisdictions, Sandoz ships its azithromycin products directly into New York. Such contact has long been established to support personal jurisdiction in that State. *See Capitol Records, Inc v Kuang Dyi Co. of RM*, 2004 WL 405961, at * 2 (S.D.N.Y. Mar. 4, 2004).

position that it is not subject to the in personam jurisdiction of any court in Delaware, New York, or any other place in the United States.[11]

The law is clear that Novartis AG's amenability to suit in New York is not a prerequisite to transferring the claims against Sandoz. "Nothing within § 1404 prohibits a court from severing claims against some defendants from those against others and transferring the severed claims." *ABCO Eng'g Corp. v. H.H.S. Recycling, Inc.*, 199 F.3d 140, 144 (3rd Cir. 1999). Where transfer is otherwise appropriate, a district court may, pursuant to Federal Rule of Civil Procedure 21, "sever and transfer those claims which could have been brought originally in the court to which transfer is sought while retaining those claims against defendants where the transferee court lacked in personam jurisdiction." *Magee v. Essex-Tec Corp.*, 704 F. Supp. 543, 546 n. 2 (D. Del. 1988).[12] "Without the remedy of severance, courts would be powerless to prevent a plaintiff from manipulating the system by joining a peripherally connected defendant

_____

[11] The basis for personal jurisdiction alleged against Novartis AG is that the "activities of Sandoz Inc. that are the basis for this complaint, have been and remain, upon information and belief, under the control and direction of the parent company, Novartis AG." Compl. ¶ 11. It is well settled that such an allegation is insufficient to confer personal jurisdiction. *See Telcordia Tech., Inc. v. Alcatel S.A.*, 2005 WL 1268061, at * 3-9 (D. Del. May 27, 2005) (allegation that domestic subsidiary's actions were attributable to foreign parent insufficient for jurisdiction under Delaware Long-Arm Statute or Fed. R. Civ. P. 4(k)(2)); *Enzo Biochem, Inc. v. Gen-Probe Inc.*, 1999 WL 1116832, at * 1 (S.D.N.Y. Nov. 30, 1999) ("such conclusory allegations of 100 percent stock ownership, and of one corporation directing another are insufficient on which to cause a foreign corporation to defend itself in a local court, even under liberal federal pleading rules") (citing *Karabu Corp. v. Gitner*, 16 F. Supp. 2d 319, 324-25 (S.D.N.Y. 1998) (broad allegations that defendants directed illegal activity lack specificity demonstrating tortuous conduct in New York)).

[12] *Cf. Camasso v. Dorado Beach Hotel Corp.*, 689 F. Supp. 384, 389 (D. Del. 1988) (where transfer "would only shift inconvenience of parties and witnesses from defendants to plaintiffs and the interest of justice would not be served by a transfer, it follows no purpose would be served by severing the action against Hyatt Corp.").

-12-

to the main action for the sole purpose of accentuating the burdens of trial upon a defendant who otherwise would have been entitled to a § 1404(a) transfer."[13]

Novartis AG is just such a "peripherally connected defendant." As noted above, Novartis AG is accused only of "inducing" Sandoz' allegedly infringing actions. *See* Compl. at Counts II and IV. It is axiomatic that liability for inducement of infringement is entirely dependent upon the allegedly induced party's direct infringement.[14] Thus, any liability by Novartis AG in this action would require first a determination of the *existence* and *extent* of any direct infringement by Sandoz, and be limited by the amount of any recovery against Sandoz. *Id* ; *Nikken, USA, Inc. v. Robinsons-May, Inc* , 2003 WL 21781149, at *1 (C.D. Cal. July 8, 2003) ("payment by one tortfeasor for an infringement for which he and another are each liable diminishes the amount of the claim against the other") (citing *Aro Mfg. Co. v. Convertible Top Replacement*, 377 U.S. 476, 503 (1964)).[15]

---

[13] *LG Elec., Inc. v. First Int'l Computer., Inc.* , 138 F. Supp. 2d 574, 584 (D.N.J. 2001); (quoting *Corry v. CFM Magestic Inc.* , 16 F. Supp. 2d 660, 665 (E.D. Va. 1998)).

[14] *Golden Blount, Inc. v. Robert H. Peterson Co.* , 2006 WL 335607, at * 15 (Fed. Cir. Feb. 15, 2006) ("it is horn-book law that '[l]iability for either active inducement of infringement or contributory infringement is dependent upon the existence of direct infringement'") (quoting *Joy Techs., Inc. v. Flakt, Inc.* , 6 F.3d 770, 774 (Fed. Cir. 1993)).

[15] Indeed, the claims against Novartis fail as a matter of law regardless of any liability by Sandoz, further illustrating the lack of need for duplicative proceedings in this forum. As noted above, Novartis is alleged to have done no more than induce Sandoz to file its ANDAs and launch its azithromycin monohydrate products – all before the '243 patent issued. *See* Compl. at ¶¶ 13, 20-25. As a matter of law, such activities do not constitute inducement of infringement because they occurred before the '243 patent issued. *Nat'l Presto*, 76 F.3d at 1196. Nor could Novartis be found liable for inducement since the '243 patent issued, since the mere failure of a parent corporation to stop the infringement of its subsidiary is also not actionable as a matter of law. *Tegal Corp. v. Tokyo Electron Ltd.*, 248 F.3d 1376, 1379 (Fed. Cir. 2001) ("mere inaction did not constitute inducement") (citing *A Stucki Co v. Worthington Indus* , 849 F.2d 593, 596-97 (Fed. Cir. 1988)); *Enzo Biochem, Inc* , 1999 WL 1116832, at * 2 (same).

-13-

District courts have long recognized that such peripheral and derivative patent infringement claims may be severed and stayed in the original forum, particularly where (as here) adjudication of the transferred claims would potentially dispose of the severed claims.[16] Sandoz therefore respectfully requests that this Court sever Pfizer's primary claim of infringement against Sandoz and transfer Pfizer's case against Sandoz to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a)  Sandoz also respectfully suggests, on its own behalf, that this Court consider staying all further proceedings against Novartis AG on Pfizer's secondary claim of "inducement" until Pfizer's primary infringement claim is decided, in order to avoid duplicative and unnecessary litigation.

---

[16] *Inline Connection Corp. v. Verizon Internet Serv., Inc.*, 402 F. Supp. 2d 695, 700 (E.D. Va. 2005); *Toshiba Corp. v. Hynix Semiconductor, Inc.*, 2005 WL 2415960, at * 4 (N.D. Tex. Sept. 30, 2005); *Calmedica, LLC v. Novoste Corp.*, 2004 WL 413296, at * 1 (N.D. Ill. Jan. 30, 2004); *Koh v. Microtek Int'l, Inc.*, 250 F. Supp. 2d 627, 631-32 (E.D. Va. 2003); *Ambrose v. Steelcase, Inc.*, 2002 WL 1447871, at *6-7 (N.D. Ill. July 3, 2002); *LG Elec.*, 138 F. Supp. 2d at 584; *LG Elec., Inc. v. Advance Creative Computer Corp.*, 131 F. Supp. 2d 804, 811 (E.D. Va. 2001); *LG Elec., Inc. v. Asustek Computers*, 126 F. Supp. 2d 414, 421-22 (E.D. Va. 2000); *LG Elec., Inc. v. Everex Sys.*, 2000 WL 33777650, at *2-3 (E.D. Va. Dec. 15, 2000); *Indianapolis Motor Speedway Corp. v. Polaris Indus., Inc.*, 2000 WL 777874, at *2 (S.D. Ind. June 15, 2000); *Corry*, 16 F. Supp. 2d at 665; *Emhart Indus., Inc. v. Universal Instruments Corp.*, 1988 WL 121538, at * 1 (N.D. Ill. Nov. 4, 1988) .

-14-

## CONCLUSION

For the foregoing reasons, Defendant Sandoz Inc. respectfully requests the Court to sever

and transfer the claims against Sandoz Inc. in this action to the Southern District of New York.

Dated:  March 6, 2006

_____

OF COUNSEL:

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, New York 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)


Douglass C. Hochstetler
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)
(312) 258-5600 (fax)

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Matthew W. King  (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7509 (phone)
*ATTORNEYS FOR DEFENDANT
SANDOZ, INC.*

-15-

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

# EXHIBIT A



US006977243B2

(12) **United States Patent**     (10) Patent No.:     **US 6,977,243 B2**
Li et al.                         (45) Date of Patent:     *Dec. 20, 2005

---

(54) **CRYSTAL FORMS OF AZITHROMYCIN**

(75) Inventors: **Zheng J. Li**, Quaker Hill, CT (US);
                **Andrew V. Trask**, Stonington, CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

(*) Notice:    Subject to any disclaimer, the term of this
               patent is extended or adjusted under 35
               U.S.C. 154(b) by 0 days.

               This patent is subject to a terminal dis-
               claimer.

(21) Appl. No.: **10/152,106**

(22) Filed:    **May 21, 2002**

(65)           **Prior Publication Data**

        US 2003/0162730 A1 Aug. 28, 2003

        **Related U.S. Application Data**

(60) Provisional application No. 60/292,565, filed on May 22,
     2001, provisional application No. 60/297,741, filed on Jun.
     12, 2001, and provisional application No. 60/343,041, filed
     on Dec. 21, 2001.

(51) Int. Cl.7 ..................... **A61K 31/70; C07H 17/08**

(52) U.S. Cl. ..................................... **514/29; 536/7.4**

(58) Field of Search ..................... 514/29; 536/7.4

(56)           **References Cited**

               U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,328,334 A | 5/1982 | Kobrehel et al. | 536/7.4 |
| 4,465,674 A | 8/1984 | Bright et al. | 424/180 |
| 4,474,768 A | 10/1984 | Bright | 424/180 |
| 4,517,359 A | 5/1985 | Kobrehel et al. | 536/7.4 |
| 4,963,531 A | 10/1990 | Remington | 514/29 |
| 6,245,903 B1 | 6/2001 | Karimian et al. | 536/7.4 |
| 6,268,489 B1 | 7/2001 | Allen et al. | 536/7.4 |
| 6,365,574 B2 * | 4/2002 | Singer et al. | 514/29 |
| 6,420,537 B1 | 7/2002 | Bosch et al. | 536/7.4 |
| 6,451,990 B1 * | 9/2002 | Bayod Jasanada et al. | 536/7.4 |

| | | | |
|---|---|---|---|
| 6,528,492 B1 | 3/2003 | de la Torre Garcia et al. | 514/29 |
| 6,586,576 B2 * | 7/2003 | Aronhime et al. | 536/7.4 |
| 2001/0047089 A1 | 11/2001 | Aronhime et al. | |
| 2002/0111318 A1 | 8/2002 | Rengaraju | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2245398 | 2/2000 | C07H/17/00 |
| CN | 1093370 | 12/1994 | C07H/17/08 |
| CN | 1114960 | 1/1996 | C07H/17/08 |
| CN | 1161971 | 10/1997 | C07H/17/08 |
| EP | 0298650 | 6/1988 | C07H/17/02 |
| EP | 0941999 | 9/1999 | C07H/17/08 |
| EP | 1103558 | 2/2000 | C07H/17/08 |
| EP | 1103558 | 5/2001 | C07H/17/08 |
| EP | 1234833 | 8/2002 | C07H/17/08 |
| WO | WO 9804574 | 2/1998 | C07H/17/08 |
| WO | WO 0014099 | 3/2000 | C07H/17/08 |
| WO | WO 0032203 | 6/2000 | A61K/31/70 |
| WO | WO 0100640 | 1/2001 | C07H/17/08 |
| WO | WO 0149697 | 7/2001 | C07H/1/00 |
| WO | WO 0187912 | 11/2001 | C07H/17/08 |
| WO | WO 0207736 | 1/2002 | A61K/31/7048 |
| WO | WO 0209640 | 2/2002 | |
| WO | WO 0210181 | 2/2002 | C07H/17/08 |
| WO | WO 0215842 | 2/2002 | |
| WO | WO 0242315 | 5/2002 | C07H/17/08 |
| WO | WO 02085898 | 10/2002 | C07D/413/14 |
| WO | WO 0187912 | 11/2002 | C07H/17/08 |
| WO | WO 03032922 | 4/2003 | |

OTHER PUBLICATIONS

Chemical Abstracts, vol 124, No. 3 (Jan 15, 1996) Abstract
No 29525, Abstract of CN1093370

* cited by examiner

*Primary Examiner*—Elli Peselev
(74) *Attorney, Agent, or Firm*—Gregg C. Benson; B
Timothy Creagan; Lance Y. Liu

(57)           **ABSTRACT**

The invention relates to crystal forms of azithromycin, an
antibiotic useful in the treatment of infections

**24 Claims, 33 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15

Case 1:06-cv-00090-JJF    Document 9-2    Filed 03/06/2006    Page 18 of 51



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

1

## CRYSTAL FORMS OF AZITHROMYCIN

This application claims the benefit of U.S. Provisional Application Ser. No. 60/292,565, filed May 22, 2001; U.S. Provisional Application Ser. No. 60/297,741, filed Jun 12, 2001; and U.S. Provisional Application Ser No 60/343,041, filed Dec 21, 2001, the contents of the aforementioned provisional patent applications are hereby incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

This invention relates to crystal forms of azithromycin Azithromycin is sold commercially and is an effective antibiotic in the treatment of a broad range of bacterial infections. The crystal forms of this invention are likewise useful as antibiotic agents in mammals, including man, as well as in fish and birds.

Azithromycin has the following structural formula:



Azithromycin is described and claimed in U.S. Pat Nos 4,517,359 and 4,474,768. It is also known as 9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin A.

Other patents or patent applications which directly or indirectly cover azithromycin include: EP 298,650 which claims azithromycin dihydrate; U.S. Pat. No. 4,963,531 which claims a method of treating a strain of *Toxoplasma gondii* species; U.S. Pat. No. 5,633,006 which claims a chewable tablet or liquid suspension pharmaceutical composition having reduced bitterness; U.S. Pat. No. 5,686,587 which claims an intermediate useful in the preparation of azithromycin; U.S. Pat No. 5,605,889 which claims an oral dosage form that reduces the "food effect" associated with the administration of azithromycin; U.S. Pat. No. 6,068,859 which claims a controlled dosage form containing azithromycin; U.S. Pat No. 5,498,699 which claims a composition containing azithromycin in combination with bivalent or trivalent metals; EP 925,789 which claims a method of treating eye infections; Chinese patent application CN 1123279A which relates to water soluble salts of azithromycin; Chinese patent application CN 1046945C which relates to azithromycin sodium dihydrogenphosphate double salts; Chinese patent application CN 1114960A which relates to azithromycin crystals, Chinese patent application CN 1161971A which relates to azithromycin crystals; Chinese patent application CN 1205338A which relates to a method of preparing water soluble salts of azithromycin; International Publication WO 00/32203 which relates to an ethanolate of azithromycin; and European patent application EP 984,020 which relates to an azithromycin monohydrate isopropanol clathrate.

2

## SUMMARY OF THE INVENTION

The present invention relates to crystal forms of azithromycin. As used herein, the term "crystal form(s)" or "form(s)", unless otherwise noted, means one or more crystal forms of azithromycin.

In particular, the present invention relates to a crystal form of azithromycin wherein said crystal form is selected from forms C, D, E, F, G, H, J, M, N, O, P, Q and R wherein said forms are as defined herein. Forms F, G, H, J, M, N, O, and P belong to family I azithromycin and belong to a monoclinic $P2_1$ space group with cell dimensions of a=16.3±0.3 Å, b=16.2±0.3 Å, c=18.4±0.3 Å and beta=109±2° Forms C, D, E and R belong to family II azithromycin and belong to an orthorhombic $P2_1 2_1 2_1$ space group with cell dimensions of a=8.9±0.4 Å, b=12.3±0.5 Å and c=45.8±0.5 Å Form Q is distinct from families I and II.

Form F azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_5OH$ in the single crystal structure, being azithromycin monohydrate hemi-ethanol solvate Form F is further characterized as containing 2–5% water and 1–4% ethanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9 The $^{13}$C ssNMR (solid state Nuclear Magnetic Resonance) spectrum of form F has two chemical shift peaks at approximately 179±1 ppm, those being 179.5±0.2 ppm and 178.6±0.2 ppm, a set of five peaks between 64 to 110 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

The invention also relates to substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate

The invention further relates to methods of preparing form F azithromycin by treating azithromycin with ethanol to complete dissolution at 40–70° C and cooling with reduction of ethanol or addition of water to effect crystallization. Also included are methods of making substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate

Form G azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ in the single crystal structure, being azithromycin sesquihydrate Form G is further characterized as containing 2.5–6% water and <1% organic solvent(s) by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form G has one chemical shift peak at approximately 179±1 ppm, being a peak at 179.5±0.2 ppm (splitting <0.3 ppm may present), and a set of five peaks between 63 to 110 ppm

The invention also relates to substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate

The invention further relates to methods of preparing substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate by treating azithromycin with a mixture of methanol and water or acetone and water to complete dissolution at 40–60° C and cooling to effect crystallization

Form H azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_3H_8O_2$ being azithromycin monohydrate hemi-1,2 propanediol solvate

Form J azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_7OH$ in the single crystal

US 6,977,243 B2

3

structure, being azithromycin monohydrate hemi-n-propanol solvate. Form J is further characterized as containing 2–5% water and 1–5% 1-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form J has two chemical shift peaks at approximately 179±1 ppm, those being 179 6±0 2 ppm and 178 4±0 2 ppm, a set of five peaks between 6.6 to 11 7 ppm and an n-propanol peak at 25 2±0.4 ppm. The solvent peak can be broad and relatively weak in intensity.

The invention further relates to methods of preparing form J by treating azithromycin with n-propanol to complete dissolution at 25–55° C. and cooling with addition of water to effect crystallization.

Form M azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $0.5C_3H_7OH$, being azithromycin monohydrate hemi-isopropanol solvate. Form M is further characterized as containing 2–5% water and 1–4% 2-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form M has one chemical shift peak at approximately 179±1 ppm, being 179 6±0 2 ppm, a peak at 41 9±0 2 ppm and a set of six peaks between 6 9 to 16 4 ppm and an isopropanol peak at 26 0±0 4 ppm. The solvent peak can be broad and relatively weak in intensity.

The invention also relates to substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate by treating azithromycin with isopropanol to complete dissolution at 40–60° C. and reduction of isopropanol followed by cooling or cooling followed by addition of water to effect crystallization.

Form N azithromycin is a mixture of isomorphs of Family I. The mixture may contain variable percentages of isomorphs, F, G, H, J, M and others, and variable amounts of water and organic solvents, such as ethanol, isopropanol, n-propanol, propylene glycol, acetone, acetonitrile, butanol, pentanol, etc. The weight percent of water can range from 1–5% and the total weight percent of organic solvents can be 2–5% with each solvent content of 0.5 to 4%. The samples of form N display all characteristic peaks of members of Family I in various proportions. Form N may be characterized as 'mixed crystals' or "crystalline solid solutions" of Family I isomorphs.

Form N displays chemical shifts as a combination of isomorphs in Family I. The peaks may vary in chemical shift ppm within ±0 2 ppm and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

Form P azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $0.5C_5H_{12}O$ being azithromycin monohydrate hemi-n-pentanol solvate.

Form Q azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $0.0.5C_4H_8O$ being azithromycin monohydrate hemi-tetrahydrofuran solvate.

Form R azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_5H_{12}O$ being azithromycin monohydrate mono-methyl tert-butyl ether solvate.

Form D azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_6H_{12}$ in its single crystal structure,

4

being azithromycin monohydrate monocyclohexane solvate. Form D is further characterized as containing 2–6% water and 3–12% cyclohexane by weight in powder samples and having representative powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form D displays has one chemical shift peak at approximately 179±1 ppm, being 178 1±0.2 ppm and peaks at 103.9±0.2ppm, 95.1±0.2 ppm, 84 2±0 2 ppm, and a set of 3 peaks between 8 4 to 11 ppm.

The invention further relates to methods of preparing form D by slurrying azithromycin dihydrate with cyclohexane.

Form E azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_4H_8O$ being azithromycin monohydrate mono-tetrahydrofuran solvate.

The invention further relates to azithromycin in an amorphous state and a method of preparing amorphous azithromycin that comprises the removal of water and/or solvents from the azithromycin crystal lattice. The X-ray diffraction powder pattern for amorphous azithromycin displays no sharp 2θ peaks but has two broad rounded peaks. The first peak occurs between 4° and 13°. The second peak occurs between 13° and 25°.

The invention also relates to pharmaceutical compositions for the treatment of a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin, and a pharmaceutically acceptable carrier.

The invention also relates to a method of treating a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises administering to said mammal, fish or bird a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin.

The present invention also relates to methods of preparing crystal forms of azithromycin which comprise the slurrying of azithromycin in an appropriate solvent or the dissolution of azithromycin in a heated organic solvent or organic solvent/water solution and precipitating the crystalline azithromycin by cooling the solution with reduction of solvent volume or by dissolving azithromycin in a solvent or solvent mixture and precipitating crystalline azithromycin by the addition of water to the solution. Azithromycin in amorphous state is prepared by heating crystalline azithromycin in a vacuum.

The term "treatment", as used herein, unless otherwise indicated, means the treatment or prevention of a bacterial infection or protozoa infection as provided in the method of the present invention, including curing, reducing the symptoms of or slowing the progress of said infection. The terms "treat" and "treating" are defined in accord the foregoing term "treatment".

The term "substantially free" when referring to a designated crystalline form of azithromycin means that there is less than 20% (by weight) of the designated crystalline form(s) present, more preferably, there is less than 10% (by weight) of the designated form(s) present, more preferably, there is less than 5% (by weight) of the designated form(s) present, and most preferably, there is less than 1% (by weight) of the designated crystalline form(s) present For instance, form F azithromycin substantially free of azithromycin dihydrate means form F with 20% (by weight) or less of azithromycin dihydrate, more preferably, 10% (by weight) or less of azithromycin dihydrate, most preferably, 1% (by weight) of azithromycin dihydrate.

The term "substantially pure" when referring to a designated crystalline form of azithromycin means that the des-

5

ignated crystalline form contains less than 20% (by weight) of residual components such as alternate polymorphic or isomorphic crystalline form(s) of azithromycin It is preferred that a substantially pure form of azithromycin contain less than 10% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, more preferred is less than 5% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, and most preferably less than 1% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin

The term "substantially in the absence of azithromycin dihydrate" when referring to bulk crystalline azithromycin or a composition containing crystalline azithromycin means the crystalline azithromycin contains less than about 5% (by weight) azithromycin dihydrate, more preferably less than about 3% (by weight) azithromycin dihydrate, and most preferably less than 1% (by weight) azithromycin dihydrate

As used herein, unless otherwise indicated, the term "bacterial infection(s)" or "protozoa infection" includes bacterial infections and protozoa infections and diseases caused by such infections that occur in mammals, fish and birds as well as disorders related to bacterial infections and protozoa infections that may be treated or prevented by administering antibiotics such as the compound of the present invention Such bacterial infections and protozoa infections and disorders related to such infections include, but are not limited to, the following: pneumonia, otitis media, sinusitis, bronchitis, tonsillitis, and mastoiditis related to infection by *Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis, Staphylococcus aureus*, or *Peptostreptococcus* spp ; pharyngitis, rheumatic fever, and glomerulonephritis related to infection by *Streptococcus pyogenes*, Groups C and G streptococci, *Clostridium diptheriae*, or *Actinobacillus haemolyticum*; respiratory tract infections related to infection by *Mycoplasma pneumoniae, Legionella pneumophila, Streptococcus pneumoniae, Haemophilus influenzae*, or *Chlamydia pneumoniae*; uncomplicated skin and soft tissue infections, abscesses and osteomyelitis, and puerperal fever related to infection by *Staphylococcus aureus*, coagulase-positive staphylococci (i e , *S epidermidis, S hemolyticus*, etc ), *Streptococcus pyogenes*, *Streptococcus agalactiae*, Streptococcal groups C-F (minute-colony streptococci), viridans streptococci, *Corynebacterium minutissimum, Clostridium* spp , or *Bartonella henselae*; uncomplicated acute urinary tract infections related to infection by *Staphylococcus saprophyticus* or *Enterococcus* spp ; urethritis and cervicitis; and sexually transmitted diseases related to infection by *Chlamydia trachomatis, Haemophilus ducreyi, Treponema pallidum, Ureaplasma urealyticum*, or *Neisseria gonorrheae*; toxin diseases related to infection by *S aureus* (food poisoning and Toxic shock syndrome), or Groups A, B, and C streptococci; ulcers related to infection by *Helicobacter pylori*; systemic febrile syndromes related to infection by *Borrelia recurrentis*; Lyme disease related to infection by *Borrelia burgdorferi*; conjunctivitis, keratitis, and *dacrocystitis* related to infection by *Chlamydia trachomatis, Neisseria gonorrhoeae, S aureus, S. pneumoniae, S pyogenes, H influenzae*, or *Listeria* spp ; disseminated *Mycobacterium avium* complex (MAC) disease related to infection by *Mycobacterium avium*, or *Mycobacterium intracellulare*; gastroenteritis related to infection by *Campylobacter jejuni*; intestinal protozoa related to infection by *Cryptosporidium* spp ; odontogenic infection related to infection by viridans streptococci; persistent cough related to infection by *Bordetella pertussis*; gas gangrene related to infection by *Clostridium perfringens* or *Bacteroides* spp ; and atherosclerosis related

6

to infection by *Helicobacter pylori* or *Chlamydia pneumoniae*. Also included are atherosclerosis and malaria Bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in animals include, but are not limited to, the following: bovine respiratory disease related to infection by *P. haem*, *P. multocida, Mycoplasma bovis*, or *Bordetella* spp ; cow enteric disease related to infection by *E. coli* or protozoa (i e , coccidia, cryptosporidia, etc ); dairy cow mastitis related to infection by *Staph aureus, Strep uberis, Strep agalactiae, Strep dysgalactiae, Klebsiella* spp , *Corynebacterium*, or *Enterococcus* spp ; swine respiratory disease related to infection by *A pleuro*, *P. multocida*, or *Mycoplasma* spp ; swine enteric disease related to infection by *E coli, Lawsonia intracellularis, Salmonella*, or *Serpulina hyodyisinteriae*; cow footrot related to infection by *Fusobacterium* spp ; cow metritis related to infection by *E coli*; cow hairy warts related to infection by *Fusobacterium necrophorum* or *Bacteroides nodosus*; cow pink-eye related to infection by *Moraxella bovis*; cow premature abortion related to infection by protozoa (i e neosporium); urinary tract infection in dogs and cats related to infection by *E coli*; skin and soft tissue infections in dogs and cats related to infection by *Staph epidermidis, Staph intermedius, coagulase neg Staph* or *P. multocida*; and dental or mouth infections in dogs and cats related to infection by *Alcaligenes* spp , *Bacteroides* spp , *Clostridium* spp , *Enterobacter* spp , *Eubacterium, Peptostreptococcus, Porphyromonas*, or *Prevotella* Other bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in accord with the method of the present invention are referred to in J. P. Sanford et al , "The Sanford Guide To Antimicrobial Therapy," 26th Edition, (Antimicrobial Therapy, Inc , 1996)

The present invention also includes isotopically-labeled compounds wherein one or more atoms are replaced by an atom having an atomic mass or mass number different from the atomic mass or mass number usually found in nature. Examples of isotopes that can be incorporated into compounds of the invention include isotopes of hydrogen, carbon, nitrogen, oxygen, phosphorous, sulfur, fluorine and chlorine, such as $^2H$, $^3H$, $^{13}C$, $^{14}C$, $^{15}N$, $^{18}O$, and $^{17}O$ Such radiolabelled and stable-isotopically labelled compounds are useful as research or diagnostic tools

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a calculated powder X-ray diffraction pattern of azithromycin form A. The scale of the abscissa is degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 2 is an experimental powder X-ray diffraction pattern of azithromycin form A The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 3 is an overlay of FIGS 1 and 2 with the calculated diffraction patterns of azithromycin form A (FIG 1) on the bottom and the experimental diffraction pattern of azithromycin form A (FIG 2) on the top The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG. 4 is a calculated powder X-ray diffraction pattern of azithromycin form C The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 5 is a calculated powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 6 is an experimental powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

US 6,977,243 B2

7

8

FIG. 7 is an overlay of FIGS. 5 and 6 with the calculated diffraction pattern of azithromycin form D (FIG. 5) on the bottom and the experimental diffraction pattern of azithromycin form D (FIG. 6) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 8 is a calculated powder X-ray diffraction pattern of azithromycin form E. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 9 is a calculated powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 10 is an experimental powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 11 is an overlay of FIGS. 9 and 10 with the calculated diffraction pattern of azithromycin form F (FIG. 9) on the bottom and the experimental diffraction pattern of azithromycin form F (FIG. 10) on the top. The ordinate is the intensity in counts.

FIG. 12 is a calculated powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity is counts.

FIG. 13 is an experimental powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 14 is an overlay of FIGS. 12 and 13 with the calculated diffraction pattern of azithromycin form G (FIG. 12) on the bottom and the experimental diffraction pattern of azithromycin form G (FIG. 13) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 15 is a calculated powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 16 is an experimental powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 17 is an overlay of FIGS. 15 and 16 with the calculated diffraction pattern of azithromycin form J (FIG. 15) on the bottom and the experimental diffraction pattern of azithromycin form J (FIG. 16) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 18 is an experimental powder X-ray diffraction pattern of azithromycin form M. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 19 is an experimental powder X-ray diffraction pattern of azithromycin form N. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 20 is an experimental powder X-ray diffraction pattern of amorphous azithromycin. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 21 is a $^{13}$C solid state NMR spectrum of azithromycin form A.

FIG. 22 is a $^{13}$C solid state NMR spectrum of azithromycin form D.

FIG. 23 is a $^{13}$C solid state NMR spectrum of azithromycin form F.

FIG. 24 is a $^{13}$C solid state NMR spectrum of azithromycin form G.

FIG. 25 is a $^{13}$C solid state NMR spectrum of azithromycin form J.

FIG. 26 is a $^{13}$C solid state NMR spectrum of azithromycin form M.

FIG. 27 is a $^{13}$C solid state NMR spectrum of azithromycin form N.

FIG. 28 is a $^{13}$C solid state NMR spectrum of amorphous azithromycin.

FIG. 29 is a $^{13}$C solid state NMR spectrum of a pharmaceutical tablet containing form G azithromycin.

FIG. 30 is an experimental powder X-ray diffraction pattern of azithromycin form Q. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 31 is an experimental powder X-ray diffraction pattern of azithromycin form R. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 32 is a $^{13}$C solid state NMR spectrum of azithromycin form H.

FIG. 33 is a $^{13}$C solid state NMR spectrum of azithromycin form R.

## DETAILED DESCRIPTION OF THE INVENTION

Azithromycin has been found to exist in different crystalline forms. A dihydrate, form A, and a non-stoichiometric hydrate, form B, are disclosed in European Patent EP 298 650 and U.S. Pat. No. 4,512,359, respectively. Sixteen other forms have been discovered, namely forms C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q and R. These forms are either hydrates or hydrate/solvates of azithromycin free base. Forms L and K are the metastable lower hydrate forms of A, detected at high temperature. Crystal structures of forms A, C, D, E, F, G, H, J and O have been solved. The structural data of these crystal forms are given below:

TABLE 1

Crystallographic data of azithromycin form A.

|  | Form A |
| --- | --- |
| Empirical formula | $C_{38}H_{72}N_2O_{12}$·2H$_2$O |
| Formula weight | 785.2 |
| Crystal size (mm) | 0.19 × 0.24 × 0.36 |
| Space group | P2$_1$2$_1$2$_1$, orthorhombic |
| Unit cell dimensions | a = 14.735 (5) Å |
|  | b = 16.844 (7) Å |
|  | c = 17.81 (1) Å |
|  | α = 90° |
|  | β = 90° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm$^3$) | 1.18 |
| R | 0.060 |

US 6,977,243 B2

**9**

**10**

TABLE 2

Crystallographic data of azithromycin form C.

| | Form C |
|---|---|
| Empirical Formula | $C_{38}H_{72}N_2O_{12}$ $H_2O$ |
| Formula weight | 767.15 |
| Crystal size (mm) | 0.16 × 0.16 × 0.19 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a ~ 8.809 (3) Å |
| | b ~ 12.4750 (8) Å |
| | c ~ 45.59 (3) Å |
| | α ~ 90° |
| | β ~ 90° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.01 |
| R | 0.106 |

TABLE 3

Crystallographic data of azithromycin form D.

| | Form D |
|---|---|
| Empirical Formula | $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_6H_{12}$ |
| Formula weight | 851.15 |
| Crystal size (mm) | 0.52 × 0.32 × 0.16 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a ~ 8.8710 (10) Å |
| | b ~ 12.506 (2) Å |
| | c ~ 45.697 (7) Å |
| | α ~ 90° |
| | β ~ 90° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0663 |

TABLE 4

Crystallographic data of azithromycin form E.

| | Form E |
|---|---|
| Empirical Formula | $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_4H_8O$ |
| Formula weight | 839.2 |
| Crystal size (mm) | 0.17 × 0.19 × 0.20 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a ~ 8.869 (3) Å |
| | b ~ 12.086 (3) Å |
| | c ~ 46.00 (1) Å |
| | α ~ 90° |
| | β ~ 90° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.087 |

TABLE 5

Crystallographic data of azithromycin form F.

| | Form F |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}$ $H_2O$ 0.5$C_2H_6O$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 790.2 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a ~ 16.281 (2) Å |
| | b ~ 16.293(1) Å |
| | c ~ 18.490 (3) Å |

TABLE 5-continued

Crystallographic data of azithromycin form F.

| | Form F |
|---|---|
| | α ~ 90° |
| | β ~ 109.33(1)° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.0688 |

TABLE 6

Crystallographic data of azithromycin form G.

| | Form G |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12}$ 1.5$H_2O$ |
| Formula weight | 776.0 |
| Crystal size (mm) | 0.04 × 0.20 × 0.24 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a ~ 16.4069(8) Å |
| | b ~ 16.2922(8) Å |
| | c ~ 18.3830 (9) Å |
| | α ~ 90° |
| | β ~ 110.212(2)° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0785 |

TABLE 7

Crystallographic data of azithromycin form H.

| | Form H |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}$ $H_2O$ 0.0.5$C_3H_8O_2$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 805.0 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a ~ 16.177 (1) Å |
| | b ~ 16.241 (2) Å |
| | c ~ 18.614 (1) Å |
| | α ~ 90° |
| | β ~ 108.34 (1)° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.15 |
| R | 0.0687 |

TABLE 8

Crystallographic data of azithromycin form J.

| | Form J |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12}$ 0.5$C_2H_6O$ |
| Formula weight | 796.0 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a ~ 16.191(6) Å |
| | b ~ 16.237(10) Å |
| | c ~ 18.595(14) Å |
| | α ~ 90° |
| | β ~ 108.92(4)° |
| | γ ~ 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0789 |

US 6,977,243 B2

11

12

TABLE 8A

Crystallographic data of azithromycin form O.

| | Form O |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 0.5H_2O \cdot 0.5C_4H_{10}O$ |
| Formula weight | 795.04 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.3602(11) Å |
| | b = 16.2042(11) Å |
| | c = 18.5459(12) Å |
| | α = 90° |
| | β = 109.66(10)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0421 |

Among these sixteen crystal forms, two isomorphic families are identified. Family I includes forms F, G, H, J, M, N, O, and P. Family II includes forms C, D, E and R. Form Q is distinct from families I and II. The forms within a family are isomorphs that crystallize in the same space group with slight variation of cell parameters and comprise chemically related structures but different elemental composition. In this case, the variation in chemical composition among the isomorphs arises from incorporation of different water/solvent molecules. Consequently, the isomorphs display similar but non-identical X-ray diffraction patterns and solid-state NMR spectra (ssNMR). Other techniques such as near infrared spectroscopy (NIR), differential scanning calorimetry (DSC), gas chromatography (GC), thermalgravimetric analysis (TGA), or thermalgravimetric analysis/infrared spectroscopy analysis (TG-IR), Karl Fischer water analysis (KF) and molecular modeling/visualization provide data for affirmative identification of isomorphs. Dehydration/desolvation temperatures were determined by DSC with a heating rate of 5° C./min.

Form C

This crystal form was identified from a single crystal structure (Table 2)—a monohydrate of azithromycin. It has the space group of P2₁2₁2₁, and similar cell parameters as that of forms D and E; therefore, it belongs to Family II isomorphs. Its calculated powder pattern is similar to that of forms D and E.

Form D

Form D was crystallized from cyclohexane. The single crystal structure of form D shows a stoichiometry of a monohydrate/monocyclohexane solvate of azithromycin (Table 3). Cyclohexane molecules were found to be disordered in the crystal lattice. From single crystal data, the calculated water and cyclohexane content of form D is 2.1 and 9.9%, respectively. Both the powder pattern and the calculated powder pattern of form D are similar to those of forms C and E. The powder samples of form D showed a desolvation/dehydration endotherm with an onset temperature of about 87° C. and a broad endotherm between 200–280° C. (decomposition) in DSC analysis at 5°C./min from 30–300° C.

Form D is prepared by slurrying azithromycin in cyclohexane for 2–4 days. The solid form D azithromycin is collected by filtration and dried.

Form E

Form E was obtained as a single crystal collected in a THF/water medium. It is a monohydrate and mono-THF solvate by single crystal analysis (Table 4). By its single crystal structure, the calculated PXRD pattern is similar to that of form C and form D making it a family II isomorph.

Form E is prepared by dissolving azithromycin in THF (tetrahydrofuran). Diffusing water vapor through saturated azithromycin THF solution over time yields crystals of Form E.

Form F

The single crystal of form F crystallized in a monoclinic space group, P2₁, with the asymmetric unit containing two azithromycin, two waters, and one ethanol, as a monohydrate/hemi-ethanolate (Table 5). It is isomorphic to all family I azithromycin crystalline forms. The calculated PXRD pattern of this form is similar to those of other family I isomorphs. The theoretical water and ethanol contents are 2.3 and 2.9%, respectively. The powder samples show a dehydration/desolvation endotherm at an onset temperature between 110–125° C. Form F is prepared by dissolving azithromycin in ethanol (1–3 volumes by weight) at a temperature of about 50–70° C. Upon complete dissolution, the solution is cooled to subambient temperature to cause precipitation. The volume of ethanol can be reduced by vacuum distillation with stirring for 1–2 hours to increase the yield. Alternatively, water (optionally chilled to 0–20° C.) about 0.1–2 volume can be added with collection of solids within 30 minute after water addition. Cooling the ethanol solution of azithromycin prior to the addition of water to below below 20° C., preferably below 15° C., more preferably below 10, and most preferably 5° C. results in substantially pure azithromycin form F. The solid form F azithromycin is collected by filtration and dried.

Form G

The single crystal structure of form G consists of two azithromycin molecules and three water molecules per asymmetric unit (Table 6). This corresponds to a sesquihydrate with a theoretical water content of 3.5%. The water content of powder samples of form G ranges from about 2.5 to about 6%. The total residual organic solvent is less than 1% of the corresponding solvent used for crystallization, which is well below stoichiometric quantities of solvate. This form dehydrates with an onset temperature of about 110–120° C.

Form G may be prepared by adding azithromycin to a premixed organic solvent/water mixture (1/1 by volume), where the organic solvent can be methanol, acetone, acetonitrile, ethanol or isopropanol. The mixture is stirred and heated to an elevated temperature, e.g. 45–55° C. for 4–6 hours to cause dissolution. Precipitation occurs during cooling to ambient temperature. The solid form G azithromycin is collected by filtration and dried.

Form H

This crystal form is a monohydrate/hemi-propylene glycol solvate of azithromycin free base (Table 7). It was isolated from a formulation solution containing propylene glycol. The crystal structure of form H is isomorphic to crystal forms of Family I.

Azithromycin form H is prepared by dissolving azithromycin dihydrate in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water is added and precipitation occurs. The slurry is stirred for 24 hours and the solids are filtered and air-dried at ambient temperature to afford crystalline form H.

Form J

Form J is a monohydrate/hemi n-propanol solvate (Table 8). The calculated solvent content is about 3.8% n-propanol and about 2.3% water. The experimental data shows from about 2.5 to about 4.0% n-propanol and from about 2.5 to about 3% water content for powder samples. Its PXRD pattern is very similar to those of its isomorphs F, G, H, M and N. Like F and G, the powder samples have a dehydration/desolvation endotherm at 115–125° C.

US 6,977,243 B2

13

Form J is prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25–55° C. Water, about 6–7 volumes, is added at room temperature and the slurry is continuously stirred for 0.5–2 hours. The solid form J azithromycin is collected by filtration and dried.

Form K

The PXRD pattern of form K was found in a mixture of azithromycin form A and microcrystalline wax after annealing at 95° C. for 3 hours. It is a lower hydrate of form A and is a metastable high temperature form.

Form L

This form has only been observed upon heating the dihydrate, form A. In variable temperature powder X-ray diffraction (VT-PXRD) experiments, a new powder X-ray diffraction pattern appears when form A is heated to about 90° C. The new form, designated form L, is a lower hydrate of form A because form A loses about 2.5 weight % at 90° C. by TGA, thus corresponding to a conversion to a monohydrate. When cooled to ambient temperature, form L rapidly reverts to form A.

Form M

Isolated from an isopropanol/water slurry, form M incorporates both water and isopropanol. Its PXRD pattern and ss-NMR spectrum are very similar to those of Family I isomorphs, indicating that it belongs to Family I. By analogy to the known crystal structures of Family I isomorphs, the single crystal structure of form M would be a monohydrate/hemi-isopropranolate. The dehydration/desolvation temperature of form M is about 115–125° C.

Form M may be prepared by dissolving azithromycin in 2–3 volumes of isopropanol (IPA) at 40–50° C. The solution is cooled to below 15° C., preferably below 10° C., more preferably about 5° C. and 2–4 volumes of cold water about 5° C. are added to effect precipitation. Seeds of form M crystals may be added at the onset of crystallization. The slurry is stirred less than about 5 hours, preferably less than about 3 hours, more preferably less than about 1 hour and most preferably about 30 minutes or less and the solids are collected by filtration. The solids may be reslurried in isopropanol. This procedure provides form M substantially in the absence of azithromycin dihydrate.

Form N

Isolated from water/ethanol/isopropanol slurry of form A, form N crystals may contain variable amounts of the crystallization solvents and water. Its water content varies from about 3.4 to about 5.3 weight percent. Analysis by GC Headspace reveals a variable solvent content of ethanol and isopropanol. The total solvent content of form N samples is usually lower than about 5% depending on the conditions of preparation and drying. The PXRD pattern of form N is similar to that of forms F, G, H, J and M of the Family I isomorphs. The dehydration/desolvation endotherm(s) of the samples of form N may be broader and may vary between 110–130° C.

Form N azithromycin may be prepared by recrystallizing azithromycin from a mixture of azithromycin crystal latice-incorporating organic solvents and water, such as ethanol, isopropanol, n-propanol, acetone, acetonitrile etc. The solvent mixture is heated to 45–60° C. and azithromycin is added to the heated solvent mixture, up to a total of about 4 volumes. Upon dissolution, 1–3 volumes of water are added with continuous agitation at 45–60° C. Form N azithromycin precipitates as a white solid. The slurry is allowed to cool to ambient temperature with stirring. Solid form N azithromycin is isolated by filtration and dried.

Form O

This crystal form is a hemihydrate hemi-n-butanol solvate of azithromycin free base by single crystal structural data

14

(Table 8A). It was isolated from n-butanol solution of azithromycin with diffusion of antisolvent. The crystal structure of form O is isomorphic to crystal forms of Family I.

Azithromycin is completely dissolved in n-butanol. Addition of an antisolvent, such as hexane, water, IPE or other non-solvent, by diffusion results in precipitation of Form O.

Form P

This is a proposed crystal form, being a hemihydrate hemi-n-pentanol solvate of azithromycin free base. It can be isolated from an n-pentanol solution of azithromycin with diffusion of an antisolvent. The crystal structure of form P is isomorphic to crystal forms of Family I.

Form P of azithromycin may be prepared as following: Azithromycin is completely dissolved in n-pentanol; addition of an antisolvent, such as hexane, water, isopropyl ether (IPE) or other non-solvent, by diffusion results in precipitation of Form P.

Form Q

The crystal form of Q exhibits a unique powder X-ray diffraction pattern. It contains about 4% water and about 4.5% THF, being a hydrate hemi THF solvate. The main dehydration/desolvation temperature is from about 80 to about 110° C.

Azithromycin dihydrate is dissolved in 6 volumes of THF and 2 volumes of water are added. The solution is allowed to evaporate to dryness at ambient conditions to afford crystalline Form Q.

Form R

This crystalline form is prepared by adding amorphous azithromycin to 2.5 volumes of tert-butyl methyl ether (MTBE). The resulting thick white suspension is stirred 3 days at ambient conditions. Solids are collected by vacuum filtration and air dried. The resulting bulk azithromycin form R has a theoretical water content of 2.1 weight % and a theoretical methyl tert-butyl ether content of 10.3 weight %.

Due to the similarity in their structures, isomorphs have propensity to form a mixture of the forms within a family, sometimes termed as 'mixed crystals' or 'crystalline solid solution'. Form N is such a solid crystalline solution and was found to be a mixture of Family I isomorphs by solvent composition and solid-state NMR data.

Both Family I and Family II isomorphs are hydrates and/or solvates of azithromycin. The solvent molecules in the cavities have tendency to exchange between solvent and water under specific conditions. Therefore, the solvent/water content of the isomorphs may vary to a certain extent.

The crystal forms of isomorphic Family I are more stable than form A when subjected to heating. Forms F, G, H, J, M and N showed higher onset dehydration temperatures at 110–125° C. 110–125° C. than that of form A with an onset dehydration temperature at about 90 to about 110° C. and simultaneous solid-state conversion to form L at about 90° C.

Amorphous Azithromycin

All crystal forms of azithromycin contain water or solvent(s) or both water and solvent(s). When water and solvent(s) are removed from the crystalline solids, azithromycin becomes amorphous. Amorphous solids have advantages of high initial dissolution rates.

The starting material for the synthesis of the various crystal forms in the examples below was azithromycin dihydrate unless otherwise noted. Other forms of azithromycin such as amorphous azithromycin or other non-dihydrate crystalline forms of azithromycin may be used.

EXAMPLES

Example 1

Preparation of Form D

Form D was prepared by slurrying azithromycin dihydrate in cyclohexane for 2–4 days at an elevated temperature, e.g.

US 6,977,243 B2

15

25–50° C. The crystalline solids of form D were collected by filtration and dried

### Example 2

### Preparation of Form F

2A;

Azithromycin dihydrate was slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution was allowed to cool gradually to 2–5° C. and one volume of chilled water was added. The crystalline solids were collected shortly (preferably less than 30 minutes) after addition of water by vacuum filtration.

2B;

Azithromycin dihydrate is slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution is allowed to cool gradually to 2–5° C. and ethanol volume may be reduced by vacuum distillation. Seeds of Form F 1–2% wt may be introduced to facilitate the crystallization. After stirring up to 2 hours the crystalline solids are collected by vacuum filtration. The isolation of the crystals yields substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

### Example 3

### Preparation of Form G

A reaction vessel was charged with form A azithromycin. In a separate vessel, 1.5 volumes methanol and 1.5 volumes water were mixed. The solvent mixture was added to the reaction vessel containing form A azithromycin. The slurry was stirred with heating to 50° C. for approximately 5 hours. Heating was discontinued and the slurry was allowed to cool with stirring to ambient temperature. The form G azithromycin was collected by filtration and allowed to air dry for approximately 30 minutes. The collected form G azithromycin was further dried in a vacuum oven at 45° C. This procedure yields substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate.

### Example 4

### Preparation of Form J

Form J was prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25° C. Water (6.7 volumes) was added and the slurry is continuously stirred for 1 hour, followed by cooling to about 0° C. The solid form J azithromycin was collected by filtration and dried

### Example 5

### Preparation of Form M Substantially in the Absence of Azithromycin Dihydrate

5A;

Azithromycin dihydrate is completely dissolved in 2 volumes of warm isopropanol 40–50° C. Seeds of Form M may be optionally introduced to facilitate the crystallization. The solution is then cooled to 0–5° C. and 4 volumes of chilled water as antisolvent are added and the solids are collected by vacuum filtration. The solids are reslurried in 1 volume of isopropanol for 3–5 hours at 40–45° C. and then cooled to 0–5° C. The crystalline solids are collected shortly

16

(about 15 minutes) after addition of water by vacuum filtration. The solids are reslurried in 0.5 to 1 volume of isopropanol at 25–40° C. and cooled to about 5° C. followed by filtration to collect solids of form M.

These procedures yield substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate.

### Example 6

### Preparation of Form N

Two volumes of ethanol and 2 volumes of isopropanol were added to a reaction vessel and heated to 50° C. Azithromycin form A was added with stirring to the heated ethanol/isopropanol mixture to yield a clear solution. The reaction vessel was charged with 2 volumes distilled water (ambient temperature) Stirring was continued at 50° C. and solid form N azithromycin precipitated after approximately 1 hr Heating was discontinued 5 hours after the addition of the water. The slurry was allowed to cool to ambient temperature. Precipitated form N azithromycin was collected by filtration and dried for 4 hours in vacuum oven at 45° C.

### Example 7

### Preparation of Amorphous Azithromycin

Crystalline form A azithromycin was heated to 110–120° C. in an oven for overnight under vacuum. The amorphous solids were collected and stored with desiccant as needed.

### Example 8

### Preparation of Form H

Azithromycin dihydrate or other crystal forms was dissolved in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water were added and precipitation occurred. The slurry was stirred for 24 hours and the solids were filtered and air-dried at ambient temperature to afford crystalline Form H.

### Example 9

### Preparation of Form Q

The crystalline powder was prepared by dissolving 500 mg azithromycin Form A in 2 ml THF. To the clear, colorless solution at room temperature was added 1 ml water. When the solution became cloudy an additional 1 ml THF was added to dissolve the azithromycin completely, and the solution was stirred at ambient temperature. Solvent was allowed to evaporate over 7 days, after which the dry solids were collected and characterized.

### Example 10

### Powder X-ray Diffraction Analysis

Powder patterns were collected using a Bruker D5000 diffractometer (Madison, Wis.) equipped with copper radiation, fixed slits (1.0, 1.0, 0.6 mm), and a Kevex solid state detector. Data was collected from 3.0 to 40.0 degrees in 2 theta using a step size of 0.04 degrees and a step time of 1.0 seconds. The results are summarized in Table 9.

The experimental PXRD diffraction pattern of azithromycin form A is given in FIG. 2.

The experimental PXRD diffraction pattern of azithromycin form D is given in FIG. 6.

US 6,977,243 B2

17

The experimental PXRD diffraction pattern of azithromycin form F is given in FIG. 10.

The experimental PXRD diffraction pattern of azithromycin form G is given in FIG. 13.

The experimental PXRD diffraction pattern of azithromycin form J is given in FIG. 16.

The experimental PXRD diffraction pattern of azithromycin form M is given in FIG. 18.

The experimental PXRD diffraction pattern of azithromycin form N is given in FIG. 19.

The experimental PXRD diffraction pattern of amorphous azithromycin is given in FIG. 20.

The experimental PXRD diffraction pattern of azithromycin form Q is given in FIG. 30.

The experimental PXRD diffraction pattern of azithromycin form R is given in FIG. 31.

The experimental variability from sample to sample is about ±0.2° in 2 theta, and the same variations were observed between the calculated powder from single crystal structure and experimental data. Detailed analysis showed that the isomorphs in Family I can be discerned by PXRD with sets of characteristic peaks given in Table 9.

TABLE 9

Azithromycin Powder X-ray Diffraction Peaks in 2-theta ±0.2°

| A | D | F | G | J | M | N | Q |
|---|---|---|---|---|---|---|---|
| 7.2 | _3.9_ | 5.7 | 5.0 | 5.0 | 5.0 | _6.2_ | 5.7 |
| 7.9 | 7.3 | _6.2_ | 5.8 | 5.7 | 5.6 | 7.3 | 6.1 |
| _9.3_ | 7.7 | 7.4 | _6.2_ | _6.2_ | _6.2_ | 7.8 | _6.8_ |
| 9.9 | _10.1_ | 7.8 | 7.4 | 7.3 | 7.3 | 9.8 | _8.4_ |
| 11.2 | _10.6_ | 8.9 | 7.9 | 7.8 | 7.8 | _11.2_ | 9.5 |
| 12.0 | 11.5 | 9.8 | 9.8 | 8.2 | 8.2 | 11.9 | 10.6 |
| 12.7 | 12.3 | 10.3 | 10.2 | 9.7 | 9.8 | 12.5 | 11.2 |
| _13.0_ | 12.8 | _11.2_ | 10.8 | 10.3 | 10.2 | 14.0 | 11.5 |
| 14.0 | 13.6 | _11.5_ | _11.2_ | _11.2_ | _11.2_ | _14.3_ | 12.4 |
| 15.6 | 14.5 | 11.9 | _11.6_ | _11.4_ | 11.9 | _14.7_ | 12.7 |
| 16.0 | 15.4 | 12.2 | 12.0 | 11.9 | 12.2 | 15.3 | 13.4 |
| 16.4 | 15.6 | 12.5 | 12.5 | 12.3 | 12.5 | 15.7 | 13.6 |
| 16.8 | 16.9 | _13.9_ | 13.3 | 12.5 | _14.0_ | _16.1_ | 14.1 |
| 17.5 | 18.3 | _14.3_ | _14.0_ | _13.9_ | _14.6_ | _16.6_ | 14.4 |
| 18.2 | 19.0 | _14.7_ | _14.4_ | _14.2_ | 15.3 | _17.1_ | 14.9 |
| _18.7_ | 19.9 | _14.8_ | _14.6_ | _14.6_ | _15.9_ | _17.4_ | 16.3 |
| 19.1 | 20.8 | 15.3 | _14.9_ | 15.3 | _16.6_ | 18.5 | 17.2 |
| 19.8 | _21.4_ | 15.7 | 15.3 | 15.7 | _17.1_ | 19.0 | 18.2 |
| 20.5 | 21.6 | _16.3_ | 15.7 | _16.0_ | _17.5_ | 19.6 | 19.0 |
| 20.9 | 22.0 | _16.6_ | _16.3_ | _16.6_ | 18.4 | 20.0 | 19.5 |
| 21.2 | 23.0 | _17.1_ | _16.6_ | _17.0_ | 18.5 | 20.4 | 19.8 |
| 21.6 | 23.3 | _17.2_ | _17.2_ | _17.2_ | 19.1 | _21.0_ | _20.2_ |
| 21.8 | | _17.7_ | _17.4_ | _17.5_ | 19.6 | 21.8 | 20.5 |
| 24.0 | | 18.0 | _17.8_ | 18.1 | 20.0 | _22.5_ | 21.1 |
| | | 18.5 | 18.1 | 18.5 | 20.4 | 23.5 | 21.6 |
| | | 19.0 | 18.6 | 19.0 | _20.9_ | | 21.9 |
| | | 19.6 | 19.0 | 19.7 | 21.7 | | 22.2 |
| | | 20.0 | 19.6 | 20.0 | _22.5_ | | 23.6 |
| | | 20.5 | 20.0 | 20.4 | 23.2 | | 25.1 |
| | | _21.0_ | 20.5 | _20.9_ | 23.6 | | |
| | | 21.7 | _21.1_ | 21.7 | | | |
| | | 22.0 | 21.8 | 22.4 | | | |
| | | _22.4_ | _22.5_ | _22.6_ | | | |
| | | 22.6 | 23.5 | 23.3 | | | |
| | | 23.1 | | 23.5 | | | |
| | | 23.5 | | | | | |

The peaks underlined are the characteristic peaks among forms A, D, Family I and Q.
The peaks in italic and underlined are the sets of peaks that are characteristic within Family I isomorphs.

Family I isomorphs have the following common characteristics: the diffraction peaks at 6.2, 11.2, 21.0±0.1 and 22.5±0.1 degree in 2-theta. Each isomorph displays representative sets of diffraction peaks given in the following, and each set has characteristic spacing between the peaks.

18

The diffraction peak positions reported are accurate to within ±0.2 degree of 2-theta.

A representative PXRD pattern of form A is shown in FIG. 2. Form A displays peaks at 9.3, 13.0 and 18.7 degrees of 2-theta.

A representative PXRD pattern of form D is shown in FIG. 6. Form D displays peaks at 3.9, 10.1, 10.6 and 21.4 degrees of 2-theta.

A representative PXRD pattern of Form F is shown in FIG. 10. Form F displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.5; set 2 at 2-theta of 13.9, 14.3, 14.7 and 14.8; set 3 at 2-theta of 16.2, 16.6, 17.1, 17.2 and 17.7.

A representative PXRD pattern of Form G is shown in FIG. 13. Form G displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.6.2; set at 2-theta of 14.0, 14.4, 14.6 and 14.9; set 3 at 2-theta of 16.3, 16.6, 17.2, 17.4 and 17.8.

A representative PXRD pattern of Form J is shown in FIG. 16. Form J displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.4; set 2 at 2-theta of 13.9, 14.2 and 14.6; set 3 at 2-theta of 16.0, 16.6, 17.0, 17.2 and 17.5.

A representative PXRD pattern of Form M is shown in FIG. 18. Form M displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.9; set 2 at 2-theta of 14.0 and 14.6; set 3 at 2-theta of 15.9, 16.6, 17.1 and 17.5.

A representative PXRD pattern of Form N is shown in FIG. 19. Form N displays the characteristic peaks of Family I. The sets of peaks of form N are similar to those of forms F, G, J and M, being set 1 at 2-theta of 11.2 to 11.6; set 2 at 2-theta of 13.9 to 15.0; and set 3 at 2-theta of 15.9 to 17.9, with the peaks may vary slightly in position, intensity and width due to mixing of variable proportion of isomorphs in Family I.

A representative PXRD pattern of form Q is shown in FIG. 30. Form Q displays peaks at 2-theta of 6.8, 8.4 and 20.2 degree.

A representative PXRD pattern of form R is shown in FIG. 31.

Example 11

Single Crystal X-ray Analysis

Data were collected at room temperature using Bruker X-ray diffractometers equipped with copper radiation and graphite monochromators. Structures were solved using direct methods. The SHELXTL computer library provided by Bruker AXS, Inc facilitated all necessary crystallographic computations and molecular displays (SHELXTL.™ Reference Manual, Version 5.1, Bruker AXS, Madison, Wis., U.S.A. (1997)).

Example 12

Calculation of PXRD Pattern from Single Crystal Data

To compare the results between a single crystal and a powder sample, a calculated powder pattern can be obtained from single crystal results. The XFOG and XPOW computer programs provided as part of the SHELXTL computer library were used to perform this calculation. Comparing the calculated powder pattern with the experimental powder pattern confirms whether a powder sample corresponds to an

US 6,977,243 B2

**19**

assigned single crystal structure (Table 9A) This procedure was performed on the crystal forms of azithromycin A, D, F, G, and J.

The calculated PXRD diffraction pattern of azithromycin form A is given in FIG 1.

The calculated PXRD diffraction pattern of azithromycin form D is given in FIG 5.

The calculated PXRD diffraction pattern of azithromycin form F is given in FIG 9.

The calculated PXRD diffraction pattern of azithromycin form G is given in FIG 12.

The calculated PXRD diffraction pattern of azithromycin form J is given in FIG 15.

The results are displayed in the overlaid powder X-ray diffraction patterns for forms A, D, F, G, and J in FIGS 3, 7, 11, 14 and 17, respectively. The lower pattern corresponds to the calculated powder pattern (from single crystal results) and the upper pattern corresponds to a representative experimental powder pattern. A match between the two patterns indicated the agreement between powder sample and the corresponding single crystal structure.

TABLE 9A

Caclulated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
| | | 5 2 | 5.0 | | | |
| | | 5 7 | 5.8 | 5 8 | 5 7 | 5 6 |
| 6.3 | 6 2 | 6.2 | 6.2 | 6.3 | 6 2 | 6 2 |
| 7.4 | 7.4 | 7.5 | 7.4 | 7.4 | 7.3 | 7.3 |
| 7.9 | 7.8 | 7.9 | 7.9 | 7.9 | 7.8 | 7 8 |
| 8.8 | 8.9 | 8.9 | 9.3 | 8.3 | 8.2 | 8.2 |
| 9.9 | 9.8 | 9.9 | 9.9 | 9.8 | 9.7 | 9.8 |
| 10.3 | 10.3 | | 10.2 | 10.4 | 10.3 | 10.2 |
| 10.9 | | 10.9 | 10.8 | | | |
| 11.3 | 11.2 | 11.3 | 11.2 | 11.2 | 11.2 | 11.2 |
| 11.5 | 11.4 | 11.6 | 11.6 | 11.4 | 11.4 | missing |
| 12.0 | 11.9 | 12.0 | 11.9 | 12.0 | 11.9 | 11.9 |
| 12.3 | 12.2 | 12.3 | | 12.3 | 12.3 | 12.2 |
| 12.6 | 12.5 | 12.5 | 12.5 | 12.6 | 12.5 | 12.5 |
| 14.0 | 14.0 | 13.4 | 13.3 | 14.0 | 13.9 | 14.0 |
| 14.3 | 14.3 | 14.1 | 14.0 | 14.2 | 14.2 | missing |
| | | 14.4 | 14.4 | | | |
| 14.7 | 14.7 | 14.7 | 14.6 | 14.7 | 14.6 | 14.6 |
| 14.9 | 14.8 | 14.9 | 14.8 | | | |
| 15.4 | 15.3 | 15.4 | 15.3 | 15.3 | 15.3 | 15.3 |
| 15.8 | 15.7 | 15.7 | 15.7 | 15.8 | 15.7 | 15.9 |
| 16.2 | 16.2 | 16.3 | 16.3 | 16.0 | 16.0 | missing |
| 16.6 | 16.6 | 16.6 | 16.6 | 16.7 | 16.6 | 16.6 |
| 17.1 | 17.2 | 17.1 | | 17.1 | 17.0 | 17.1 |
| 17.3 | 17.3 | 17.3 | 17.2 | 17.4 | 17.2 | missing |
| 17.5 | 17.4 | 17.5 | 17.4 | 17.6 | 17.5 | 17.5 |
| 17.7 | 17.7 | 17.9 | 17.9 | 17.9 | | |
| 18.0 | 18.0 | 18.1 | 18.1 | 18.2 | 18.1 | 18.4 |

**20**

TABLE 9A-continued

Caclulated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
| 18.6 | 18.5 | 18.7 | 18.7 | 18.5 | 18.5 | 18.5 |
| 19.1 | 19.0 | 19.1 | 19.0 | 19.1 | 19.0 | 19.1 |
| 19.7 | 19.6 | 19.6 | 19.6 | 19.8 | 19.7 | 19.6 |
| 20.0 | 20.0 | 20.0 | 20.0 | 20.1 | 20.0 | 20.0 |
| 20.5 | 20.4 | 20.6 | 20.5 | 20.5 | 20.4 | 20.4 |
| 21.1 | 21.0 | 21.2 | 21.0 | 20.8 | 20.9 | 20.9 |
| 21.8 | 21.7 | | 21.6 | 21.6 | 21.7 | 21.7 |
| 22.1 | 22.0 | 21.8 | 21.8 | 21.8 | | |
| 22.5 | 22.4 | 22.3 | 22.2 | 22.5 | 22.4 | 22.5 |
| 22.7 | 22.6 | 22.5 | 22.5 | 22.8 | 22.6 | |
| 23.1 | 23.1 | 22.9 | | 23.4 | 23.3 | 23.2 |
| 23.6 | 23.5 | 23.5 | 23.5 | 23.7 | 23.5 | 23.6 |

## Example 13

### Solid State NMR Analysis

Solid State NMR Analysis

All $^{13}$C solid state NMR spectra were collected on an 11 75 T spectrometer (Bruker Biospin, Inc, Billerica, Mass), corresponding to 125 MHz $^{13}$C frequency. The spectra were collected using a cross-polarization magic angle spinning (CPMAS) probe operating at ambient temperature and pressure. Depending on the quantity of sample analyzed, 7 mm BL or 4 mm BL Bruker probes were employed, accomodating 300 mg and 75 mg of sample with maximum speeds of 7 kHz and 15 kHz, respectively. Data were processed with an exponential line broadening function of 5 0 Hz. Proton decoupling of 65 kHz and 100 kHz were used with the 7 mm and 4 mm probes, respectively. A sufficient number of acquisitions were averaged out to obtain adequate signal-to-noise ratios for all peaks. Typically, 600 scans were acquired with recycle delay of 3 0 s (seconds), corresponding approximately to a 30 minute total acquisition time. Magic angle was adjusted using KBr powder according to standard NMR vendor practices. The spectra were referenced relative to either the methyl resonance of hexamethylbenzen (HMB) at 17 3 ppm or the upfield resonance of adamantane (ADM) at 29 5 ppm. HMB referenced spectra show chemical shifts of all peaks shifted down field by 0 08 ppm with respect to same spectra referenced to ADM. The spectral window minimally included the spectra region from 190 to 0 ppm. The results are summarized in Table 10 Ss-NMR spectra for forms M, H and R were referenced to ADM. Ss-NMR spectra for forms A, D, G, F, J and N were referenced to HMB. Forms H and R were spun at a rate of 15 kHz.

TABLE 10

$^{13}$C ss-NMR chemical shifts of Azithromycin (±0.2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 178.1 | 178.1 | 179.5* | 179.5 | 179.6 | 179.6 | 179.6 | 179.5 | 177.9 |
| 104.1 | 103.9 | 105.5 | 178.6 | 178.4 | 105.6 | 178.7 | 178.7 | 104.6 |
| 98.4 | 95.1 | 103.5 | 105.5 | 105.5 | 103.4 | 105.6 | 105.4 | 103.6 |
| 84.6 | 84.2 | 95.0 | 103.4 | 103.6 | 94.9 | 103 6 | 103 2 | 95.3 |
| 82 6 | 79.4 | 86 2 | 94.9 | 95.0 | 86 7 | 95.0 | 95.0 | 85 4 |
| 79 3 | 78.9 | 83 1 | 86.4 | 86.4 | 82.9 | 86 5 | 86 4 | 84.0 |

US 6,977,243 B2

21                                                          22

TABLE 10-continued

| $^{13}$C ss-NMR chemical shifts of Azithromycin (±0.2 ppm) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | D | G | F | J | M | N | H | R |
| 78.3 | 75.7 | 78.9 | 83.0 | 82.9 | 79.3 | 83.1 | 82.7 | 79.4 |
| 75.6 | 74.6 | 78.2 | 79.1 | 79.2 | 78.1 | 79.0 | 79.2 | 79.0 |
| 74.7 | 74.0 | 77.6 | 78.1 | 78.1 | 77.0 | 77.9 | 78.3 | 75.6 |
| 73.9 | 72.9 | 76.4 | 77.9 | 76.8 | 76.7 | 76.5 | 78.0 | 74.5 |
| 73.5 | 71.9 | 75.7 | 76.5 | 76.2 | 74.7 | 74.8 | 76.4 | 73.9 |
| 70.8 | 71.0 | 74.7 | 74.7 | 74.7 | 74.2 | 74.2 | 74.7 | 73.9 |
| 68.0 | 69.4 | 74.3 | 74.1 | 74.1** | 71.3 | 73.6 | 74.1 | 72.9 |
| 66.2 | 67.8 | 73.5 | 73.5 | 72.0 | 69.2 | 71.5 | 73.5 | 71.8 |
| 63.8 | 65.7 | 71.3 | 71.4 | 71.3 | 68.6 | 69.2 | 73.1 | 71.0 |
| 63.2 | 64.7 | 69.1 | 69.1 | 69.2 | 67.3 | 68.7 | 71.2 | 69.1 |
| 52.2 | 49.2 | 68.8 | 68.6 | 68.6 | 66.2 | 67.3 | 69.1 | 67.5 |
| 44.3 | 45.8 | 67.4 | 67.3 | 67.3** | 65.5 | 66.2 | 68.4 | 65.6 |
| 42.6 | 43.1 | 65.9 | 66.1 | 66.2** | 63.8 | 65.7 | 67.3 | 64.5 |
| 41.7 | 40.6 | 65.2 | 65.6 | 65.5** | 63.3 | 63.7 | 66.9 | 49.4 |
| 39.1 | 37.1 | 64.0 | 63.6 | 63.7 | 50.0 | _58.1_ | 66.1 | 45.7 |
| 35.4 | 36.4 | 63.3 | _58.0_ | 50.0 | 47.1 | 50.1 | 65.5* | 42.9 |
| 34.6 | 29.6 | 50.0 | 50.0 | 46.9 | 45.9 | 47.1 | 63.7* | 41.6 |
| _26.9_ | 29.3 | 46.9 | 47.0 | 45.9 | 44.7 | 46.0 | 49.9 | 40.4 |
| _26.3_ | 28.0 | 46.0 | 45.9 | 44.7 | 43.8 | 44.8 | 46.8 | 37.0 |
| 23.7 | 27.7 | 44.5 | 44.7 | 43.7 | 41.9 | 43.8 | 45.9 | 36.2 |
| 23.3 | 22.1 | 43.7 | 43.7 | 41.6 | 41.1 | 41.5 | 44.5 | 29.4 |
| 21.7 | 21.1 | 41.5 | 41.5 | 41.0 | 37.4 | 41.1 | 43.8* | 29.0 |
| 19.5 | 18.6 | 40.8 | 41.1 | 37.1 | 36.2 | 37.3 | 41.7 | 28.2 |
| 17.5 | 16.7 | 37.5 | 37.3 | 36.5** | 33.6 | 36.5 | 40.9 | 27.4 |
| 15.9 | 16.1 | 36.5 | 36.4 | 35.4** | 30.1 | 33.7 | 37.1 | 21.4 |
| _13.2_ | _10.6_ | 33.6 | 33.6 | 33.5 | 28.1 | 30.4 | 36.3 | 20.8 |
| _11.3_ | _9.0_ | 30.0 | 30.3 | 30.4 | 27.2 | 28.1 | 33.7 | 18.7 |
| _7.2_ | _8.6_ | 27.9 | 28.0 | 28.0 | _26.0_ | 27.2 | 33.3 | 16.5 |
| | | 27.3 | 27.1 | 27.1 | 23.2 | _26.0_ | 30.5* | 16.1 |
| | | 23.1 | 23.2 | _25.2_ | 22.8 | 23.2 | 27.9 | 15.7 |
| | | 22.5 | 22.6 | 23.2 | 22.5 | 22.6 | 27.1 | _10.3_ |
| | | 21.9 | 21.9 | 22.5** | 21.8 | 22.0 | 23.1 | _9.6_ |
| | | 20.9 | 20.8 | 21.9** | 20.2 | 20.8 | 22.6 | _8.9_ |
| | | 20.2 | 20.4 | 20.7 | 18.9 | 19.0 | 22.3 | _8.6_ |
| | | 18.8 | 18.9 | 18.9 | 17.4 | 16.9 | 21.9 | |
| | | 17.0 | 16.8 | 16.8 | 16.3 | 15.8 | 20.7 | |
| | | 16.0 | _17.2_ | 15.6** | 15.5 | 12.2 | 20.3 | |
| | | 12.2 | 15.7 | 12.1 | 12.1 | _9.9_ | 18.8 | |
| | | _10.4_ | 12.2 | _11.3_ | _10.3_ | _9.4_ | 17.1 | |
| | | _9.9_ | _10.1_ | 12.1 | _9.6_ | _7.9_ | 16.6 | |
| | | _9.3_ | _9.8_ | 10.0 | _9.3_ | _6.6_ | 15.8 | |
| | | _7.6_ | _9.3_ | _9.3_ | _7.7_ | | 15.4 | |
| | | _6.5_ | _7.0_ | _8.1_ | _7.1_ | | 12.0 | |
| | | | _6.6_ | _6.8_** | | | _9.9_ | |
| | | | | | | | _9.1_ | |
| | | | | | | | _7.9_ | |
| | | | | | | | _7.0_ | |

The chemical shifts labeled in bold and underlined are the peaks or sets of peaks representative of each form. The chemical shifts labeled in italic are the solvent peaks that may be broad and variable (±0.4 ppm). The chemical shifts labeled with single asterisk may show splitting of <0.3 ppm. The chemical shifts labeled with double asterisks may show variation of ±0.3 ppm.

The chemical shifts reported are accurate to within ±0.2 ppm unless otherwise indicated.

A representative $^{13}$C ssNMR spectrum of form A is shown in FIG. 21. Form A displays a peak at 178.1 ppm, and peaks at 104.1, 98.4, 84.6, 26.9, 13.2, 11.3 and 7.2 ppm.

A representative $^{13}$C ssNMR spectrum of form D is shown in FIG. 22. Form D displays the highest chemical shift peak of 178.1 ppm and peaks at chemical shifts of 103.9, 95.1, 84.2, 10.6, 9.0 and 8.6 ppm.

A representative $^{13}$C ssNMR spectrum of form F is shown in FIG. 23. Form F has two chemical shift peaks at approximately 179.1±2 ppm, being 179.5 ppm and 178.6 ppm, and a set of 5 peaks at 10.1, 9.8, 9.3, 7.9, and 6.6 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form G is shown in FIG. 24. Form G has the highest chemical shift

peak of 179.5 ppm, being a single peak with possible splitting of <0.3 ppm and a set of 5 peaks at 10.4, 9.9, 9.3, 7.6, 6.5 ppm.

A representative $^{13}$C ssNMR spectrum of form J is shown in FIG. 25. Form J has two chemical shift peaks at approximately 179.1±2 ppm, those being 179.6 ppm and 178.4 ppm, a set of 4 peaks at 10.0, 9.3, 8.1 and 6.8 ppm and n-propanol peaks at 11.5±0.5 ppm and 25.2±0.5 ppm. The solvent peak can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form M is shown in FIG. 26. Form M has one chemical shift peak at 179±1 ppm, being 179.6 ppm, peaks at 41.9, and 16.3 ppm, a set of 5 peaks at 10.3, 9.6, 9.3, 7.7 and 7.1 ppm and an isopropanol peaks at 26.0±0.3 ppm. The solvent peak can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form N is shown in FIG. 27. Form N displays chemical shifts as a

US 6,977,243 B2

23

combination of isomorphs in Family I. The peaks may vary in chemical shift and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution

A representative $^{13}C$ ssNMR spectrum of amorphous form is shown in FIG 28 The amorphous azithromycin displays broad chemical shifts The characteristic chemical shifts have the peak positions at 179 and $11\pm0.5$ ppm

A summary of the observed ssNMR peaks for forms A, D, F, G, H, J, M, N and R azithromycin is given in Table 10

### Example 14

#### NMR Analysis of a Dosage Form

To demonstrate the ability of $^{13}C$ ssNMR to identify the form of azithromycin contained in a pharmaceutical dosage form, coated azithromycin tablets containing form G azithromycin were prepared and analyzed by $^{13}C$ ssNMR Tablets were granulated and tabletted on an F-Press (Manesty, Liverpool, UK) using 0.262"×0.531" tooling. Tablets were formulated and tabletted to contain 250 mg of form G azithromycin with a total tablet weight of 450 mg using the formula given below. The tablets were uniformly coated with pink Opadry II® (mixture of lactose monohydrate, hydroxypropylmethylcellulose, titanium dioxide, Drug & Cosmetic red #30, and triacetin) (Colorcon, West Point, Pa )

| Material | Percentage | Batch(g) |
|---|---|---|
| Azithromycin form "G" | 58 23 | 174.69 |
| Pregelatinized corn starch | 6 00 | 18.00 |
| Anhydrous dicalcium phosphate | 30 85 | 92 55 |
| Sodium croscarmelose | 2 00 | 6.00 |
| Magnesium stearate with 10% sodium lauryl sulfate | 2 92 | 8 76 |
| Total | 100.00 | 300 00 |

A coated tablet was gently crushed and the powdered sample was packed with a packing tool in solid state rotor containing no $^{13}C$ background Analysis of the sample was performed under conditions outlined in Example 13

A representative $^{13}C$ ssNMR spectrum of the tablet containing form G azithromycin is shown in FIG 29

### Example 15

#### Antimicrobial Activity

The activity of the crystal forms of the present invention against bacterial and protozoa pathogens is demonstrated by the compound's ability to inhibit growth of defined strains of human (Assay I) or animal (Assays II and II) pathogens

#### Assay I

Assay I, described below, employs conventional methodology and interpretation criteria and is designed to provide direction for chemical modifications that may lead to compounds that circumvent defined mechanisms of macrolide resistance In Assay I, a panel of bacterial strains is assembled to include a variety of target pathogenic species, including representatives of macrolide resistance mechanisms that have been characterized Use of this panel enables the chemical structure/activity relationship to be determined with respect to potency, spectrum of activity, and structural

24

elements or modifications that may be necessary to obviate resistance mechanisms Bacterial pathogens that comprise the screening panel are shown in the table below In many cases, both the macrolide-susceptible parent strain and the macrolide-resistant strain derived from it are available to provide a more accurate assessment of the compound's ability to circumvent the resistance mechanism Strains that contain the gene with the designation of ermA/ermB/ermC are resistant to macrolides, lincosamides, and streptogramin B antibiotics due to modifications (methylation) of 23S rRNA molecules by an Erm methylase, thereby generally prevent the binding of all three structural classes Two types of macrolide efflux have been described; msrA encodes a component of an efflux system in staphylococci that prevents the entry of macrolides and streptogramins while mefA/E encodes a transmembrane protein that appears to efflux only macrolides Inactivation of macrolide antibiotics can occur and can be mediated by either a phosphorylation of the 2'-hydroxyl (mph) or by cleavage of the macrocyclic lactone (esterase) The strains may be characterized using conventional polymerase chain reaction (PCR) technology and/or by sequencing the resistance determinant. The use of PCR technology in this application is described in J Sutcliffe et al , "Detection Of Erythromycin-Resistant Determinants By PCR", Antimicrobial Agents and Chemotherapy, 40(11), 2562–2566 (1996) The assay is performed in microtiter trays and interpreted according to *Performance Standards for Antimicrobial Disk Susceptibility Tests—Sixth Edition; Approved Standard*, published by The National Committee for Clinical Laboratory Standards (NCCLS) guidelines; the minimum inhibitory concentration (MIC) is used to compare strains. The crystalline compound is initially dissolved in dimethylsulfoxide (DMSO) as 40 mg/ml stock solution

| Strain Designation | Macrolide Resistance Mechanism(s) |
|---|---|
| *Staphylococcus aureus* 1116 | susceptible parent |
| *Staphylococcus aureus* 1117 | ErmB |
| *Staphylococcus aureus* 0052 | susceptible parent |
| *Staphylococcus aureus* 1120 | ErmC |
| *Staphylococcus aureus* 1032 | msrA, mph, esterase |
| *Staphylococcus hemolyticus* 1006 | msrA, mph |
| *Streptococcus pyogenes* 0203 | susceptible parent |
| *Streptococcus pyogenes* 1079 | ErmB |
| *Streptococcus pyogenes* 1062 | susceptible parent |
| *Streptococcus pyogenes* 1061 | ErmB |
| *Streptococcus pyogenes* 1064 | ErmB |
| *Streptococcus agalactiae* 1024 | susceptible parent |
| *Streptococcus agalactiae* 1023 | ErmB |
| *Streptococcus pneumoniae* 1016 | Susceptible |
| *Streptococcus pneumoniae* 1046 | ErmB |
| *Streptococcus pneumoniae* 1095 | ErmB |
| *Streptococcus pneumoniae* 1175 | MefE |
| *Streptococcus pneumoniae* 0085 | Susceptible |
| *Haemophilus influenzae* 0131 | Susceptible |
| *Moraxella catarrhalis* 0040 | Susceptible |
| *Moraxella catarrhalis* 1055 | erythromycin intermediate resistance |
| *Escherichia coli* 0266 | Susceptible |

Assay II is utilized to test for activity against *Pasteurella multocida* and Assay III is utilized to test for activity against *Pasteurella haemolytica*.

#### Assay II

This assay is based on the liquid dilution method in microliter format A single colony of *P. multocida* (strain 59A067) is inoculated into 5 ml of brain heart infusion (BHI) broth The test compound is prepared by solubilizing

US 6,977,243 B2

25

1 mg of the compound in 125 $\mu$l of dimethylsulfoxide (DMSO) Dilutions of the test compound are prepared using uninoculated BHI broth The concentrations of the test compound used range from 200 $\mu$g/ml to 0.098 $\mu$g/ml by two-fold serial dilutions. The *P. multocida* inoculated BHI is diluted with uninoculated BHI broth to make a $10^4$ cell suspension per 200 $\mu$l The BHI cell suspensions are mixed with respective serial dilutions of the test compound, and incubated at 37° C. for 18 hours The minimum inhibitory concentration (MIC) is equal to the concentration of the compound exhibiting 100% inhibition of growth of *P. multocida* as determined by comparison with an uninoculated control

### Assay III

This assay is based on the agar dilution method using a Steers Replicator Two to five colonies isolated from an agar plate are inoculated into BHI broth and incubated overnight at 37° C with shaking (200 rpm). The next morning, 300 $\mu$l of the fully grown *P. haemolytica* preculture is inoculated into 3 ml of fresh BHI broth and is incubated at 37° C. with shaking (200 rpm). The appropriate amounts of the test compounds are dissolved in ethanol and a series of two-fold serial dilutions are prepared. Two ml of the respective serial dilution is mixed with 18 ml of molten BHI agar and solidified When the inoculated *P. haemolytica* culture reaches 0.5 McFarland standard density, about 5 $\mu$l of the *P. haemolytica* culture is inoculated onto BHI agar plates containing the various concentrations of the test compound using a Steers Replicator and incubated for 18 hours at 37° C. Initial concentrations of the test compound range from 100–200 $\mu$g/ml The MIC is equal to the concentration of the test compound exhibiting 100% inhibition of growth of *P. haemolytica* as determined by comparison with an uninoculated control

The in vivo activity of the crystal forms of the present invention can be determined by conventional animal protection studies well known to those skilled in the art, usually carried out in mice.

Mice are allotted to cages (10 per cage) upon their arrival, and allowed to acclimate for a minimum of 48 hours before being used. Animals are inoculated with 0.5 ml of a $3\times10^3$ CFU/ml bacterial suspension (*P. multocida* strain 59A006) intraperitoneally Each experiment has at least 3 non-medicated control groups including one infected with 0.1× challenge dose and two infected with 1× challenge dose; a 10× challenge data group may also be used. Generally, all mice in a given study can be challenged within 30–90 minutes, especially if a repeating syringe (such as a Cornwall® syringe) is used to administer the challenge Thirty minutes after challenging has begun, the first compound treatment is given. It may be necessary for a second person to begin compound dosing if all of the animals have not been challenged at the end of 30 minutes. The routes of administration are subcutaneous or oral doses. Subcutaneous doses are administered into the loose skin in the back of the neck whereas oral doses are given by means of a feeding needle In both cases, a volume of 0.2 ml is used per mouse. Compounds are administered 30 minutes, 4 hours, and 24 hours after challenge. A control compound of known efficacy administered by the same route is included in each test Animals are observed daily, and the number of survivors in each group is recorded. The *P. multocida* model monitoring continues for 96 hours (four days) post challenge.

The PD$_{50}$ is a calculated dose at which the compound tested protects 50% of a group of mice from mortality due

26

to the bacterial infection that would be lethal in the absence of drug treatment.

The crystal forms of the present invention (hereinafter "the active compound(s)"), may be administered through oral, parenteral, topical, or rectal routes in the treatment or prevention of bacterial or protozoa infections In general, the active compound is most desirably administered in dosages ranging from about 0.2 mg per kg body weight per day (mg/kg/day) to about 200 mg/kg/day in single or divided doses (i.e., from 1 to 4 doses per day), although variations will necessarily occur depending upon the species, weight and condition of the subject being treated and the particular route of administration chosen However, a dosage level that is in the range of about 2 mg/kg/day to about 50 mg/kg/day is most desirably employed Variations may nevertheless occur depending upon the species of mammal, fish or bird being treated and its individual response to said medicament, as well as on the type of pharmaceutical formulation chosen and the time period and interval at which such administration is carried out In some instances, dosage levels below the lower limit of the aforesaid range may be more than adequate, while in other cases still larger doses may be employed without causing any harmful side effects, provided that such larger doses are first divided into several small doses for administration throughout the day.

The active compound may be administered alone or in combination with pharmaceutically acceptable carriers or diluents by the routes previously indicated, and such administration may be carried out in single or multiple doses More particularly, the active compound may be administered in a wide variety of different dosage forms, i.e., they may be combined with various pharmaceutically acceptable inert carriers in the form of tablets, capsules, lozenges, troches, hard candies, powders, sprays, creams, salves, suppositories, jellies, gels, pastes, lotions, ointments, sachets, powders for oral suspension, aqueous suspensions, injectable solutions, elixirs, syrups, and the like Such carriers include solid diluents or fillers, sterile aqueous media and various non-toxic organic solvents, etc Moreover, oral pharmaceutical compositions can be suitably sweetened and/or flavored In general, the active compound is present in such dosage forms at concentration levels ranging from about 1.0% to about 70% by weight.

For oral administration, tablets containing various excipients such as microcrystalline cellulose, sodium citrate, calcium carbonate, dicalcium phosphate and glycine may be employed along with various disintegrants such as starch (and preferably corn, potato or tapioca starch), alginic acid and certain complex silicates, together with granulation binders like polyvinylpyrrolidone, sucrose, gelatin and acacia Additionally, lubricating agents such as magnesium stearate, sodium lauryl sulfate and talc are often very useful for tabletting purposes Solid compositions of a similar type may also be employed as fillers in gelatin capsules; preferred materials in this connection also include lactose or milk sugar as well as high molecular weight polyethylene glycols When aqueous suspensions and/or elixirs are desired for oral administration, the active compound may be combined with various sweetening or flavoring agents, coloring matter or dyes, and, if so desired, emulsifying and/or suspending agents as well, together with such diluents as water, ethanol, propylene glycol, glycerin and various like combinations thereof

For parenteral administration, solutions of the active compound in either sesame or peanut oil or in aqueous propylene glycol may be employed The aqueous solutions should be suitably buffered (preferably pH greater than 8) if

US 6,977,243 B2

27

necessary and the liquid diluent first rendered isotonic. These aqueous solutions are suitable for intravenous injection purposes The oily solutions are suitable for intraarticular, intramuscular and subcutaneous injection purposes The preparation of all these solutions under sterile conditions is readily accomplished by standard pharmaceutical techniques will known to those skilled in the art

Additionally, it is also possible to administer the active compound topically and this may be done by way of creams, jellies, gels, pastes, patches, ointments and the like, in accordance with standard pharmaceutical practice

For administration to animals other than humans, such as cattle or domestic animals, the active compounds may be administered in the feed of the animals or orally as a drench composition.

The active compound may also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines

What is claimed is:

1 A crystalline form of azithromycin according to claim 20 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

2 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

3 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 60% or more by weight azithromycin sesquihydrate

4 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

5 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

6 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate

7 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

8 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

9 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate

28

10 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate

11 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate

12 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

13 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

14 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate

15 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate

16 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate

17 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

18 A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate

19 A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20 The crystalling form of azithromycin according to claim 1 wherein said $^{13}$C solid stat NMR spectrum further comprising a peak with chemical shift of about 10 4 ppm

21 The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9 9 ppm

22 The crystalline form of azithromycin according to claim 21 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9 3 ppm

23 The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 7 6 ppm

24 The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 6 5 ppm

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,977,243 B2                                    Page 1 of 2
DATED         : December 20, 2005
INVENTOR(S)   : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 27, line 23 - Column 28, line 47,
Replace claims 1-24 with the following:

1. A crystalline form of azithromycin which is azithromycin sesquihydrate being characterized as
having a $^{13}$C solid state NMR spectrum comprising a plurality of peaks with at least one peak having a
chemical shift of about 179.5 ppm.

2. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises
more than 50% by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
55% or more by weight of azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
60% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
65% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
70% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
75% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
80% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
85% or more by weight of azithromycin sesquihydrate.

10. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
90% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
91% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
92% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
93% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
94% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
95% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
96% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
97% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
98% or more by weight of azithromycin sesquihydrate.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,977,243 B2                                    Page 2 of 2
DATED         : December 20, 2005
INVENTOR(S)   : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

### Column 27, line 23 - Column 28, line 47 (cont'd),

19. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
99% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}C$ solid state NMR
spectrum further comprising a peak with chemical shift of about 10.4 ppm

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}C$ solid state NMR
spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{13}C$ solid state NMR
spectrum further comprising a peak with chemical shift of about 9.3 ppm

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}C$ solid state NMR
spectrum further comprising a peak with chemical shift of about 7.6 ppm

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}C$ solid state NMR
spectrum further comprising a peak with chemical shift of about 6.5 ppm

Signed and Sealed this

Seventh Day of February, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

PATENT NUMBER and
ISSUE DATE

**U.S. UTILITY Patent Application**

| APPL NUM | FILING DATE | CLASS | SUBCLASS | GAU | EXAMINER |
|----------|-------------|-------|----------|-----|----------|
| 10152106 | 05/21/2002 | 514 | 29 | 1623 | Peso CV, E. |

**APPLICANTS:**    Li Zheng; Trusk Andrew;

**CONTINUING DATA VERIFIED:**

This appln claims benefit of 60/292,565 05/22/2001

and claims benefit of 60/297,741 06/12/2001

and claims benefit of 60/343,041 12/21/2001

BEST AVAILABLE COPY

**FOREIGN APPLICATIONS VERIFIED:**

PG-PUB DO NOT PUBLISH ☐    RESCIND ☐

| Foreign priority claimed | ☐ yes ☒ no | ATTORNEY DOCKET NO |
| 35 USC 119 conditions met | ☐ yes ☒ no | 11724A |
| Verified and Acknowledged Examiner's initials | | |

TITLE : Crystal forms of azithromycin

U.S. DEPT. OF COMMERCE PAT.& TM-PTO-436(Rev. 12-94)

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 9-30-3 | Assistant Examiner | Total Claims 25 | Print Claim for O.G. 1 |
| **ISSUE FEE** | | **DRAWING** | |
| Amount Due | Date Paid | Sheets Drwg 33 | Figs.Drwg. 33 | Print Fig. none |
| 1300 | ELU PESELEV PRIMARY EXAMINER GROUP 1600 | | |
| ☐ TERMINAL DISCLAIMER | PREPARED FOR ISSUE | Application Examiner | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

FILED WITH: ☐ DISK (CRF)    ☐ CD-ROM
(Attached in pocket on right inside flap)

OMB 0651-0032 Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

# FEE TRANSMITTAL

| | Complete if Known |
|---|---|
| Application Number | N/A |
| Filing Date | MAY 21, 2002 |
| First Named Inventor | A. TRASK |
| Examiner Name | N/A |
| Group/Art Unit | N/A |
| Attorney Docket No. | PC11724A |

Patent fees are subject to annual revision on October 1.
These are the fees effective October 1, 2001.
Small Entity payments **must** be supported by a small entity statement,
otherwise large entity fees must be paid. See Forms PTO/SB/09-12.

See 37 C.F.R. §§ 1.27 and 1.28.

| Total Amount of Payment | ($)6962 |
|---|---|

## METHOD OF PAYMENT (check one)

**1.** ☒ The commissioner is hereby authorized to charge indicated fees and credit any over payments to:

| Deposit Account Number | 16-1445 |
|---|---|
| Deposit Account Name | PFIZER INC. |

☒ Charge Any Additional Fee Required Under 37 C.F.R. §§ 1.16 and 1.17.

☐ Charge the Issue Fee Set In 37 C.F.R. § 1.18 at the Mailing of the Notice of Allowance.

**2.** ☐ Payment Enclosed:
☐ Check  ☐ Money Order  ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 740 | 201 | 370 | Utility filing fee | 740 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($)  740

### 2. EXTRA CLAIM FEES

| | Extra Claims | Fee from below | | Fee Paid |
|---|---|---|---|---|
| Total Claims | 123 -20** | 103 | X  18 = | 1854 |
| Independent Claims | 15 - 3** | 12 | X  = | 1008 |
| Multiple Dependent | | | = | 3360 |

** or number previously paid, if greater; For Reissues, see below

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | **Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)  6222

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge – late fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge –late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Statement | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| | | | | Other Fee (specify) | |
| | | | | Other Fee (specify) | |

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($)

## SUBMITTED BY

| Type or Printed Name | BRYAN ZIELINSKI | | Date | MAY 21, 2002 | Reg. Number | 34,462 |
|---|---|---|---|---|---|---|
| Signature | | | | | Deposit Account User ID | 16-1445 |

Complete (if Applicable)

FEE TRANSMITTAL PTO SB 17.DOT

EXPRESS MAIL NO. EL 874867775 - US

Patent Application
Attorney Docket No. PC11724A
U.S. Serial No. 10/152,106

SEP 2 3 2002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:   A. TRASK              :

APPLICATION SERIAL NO.: 10/152,106          :   Examiner: Not Yet Assigned

FILING DATE:     MAY 21, 2002               :   Group Art Unit: 1623

TITLE:     **CRYSTAL FORMS OF**              :
           **AZITHROMYCIN**

COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

Sir:

### PRELIMINARY AMENDMENT

Prior to examination on the merits, please amend the above-identified application as follows:

**In the Specification:**

On page 1, after the title, please insert the following: --This application claims the benefit of U.S. Provisional Application Serial No. 60/292,565, filed May 22, 2001; U.S. Provisional Application Serial No. 60/297,741, filed June 12, 2001; and U.S. Provisional Application Serial No. 60/343,041, filed December 21, 2001, the contents of the aforementioned provisional patent applications are hereby incorporated by reference in their entirety.--

The above amendment adds no new matter to this application. Applicants respectfully request its entry.

### REMARKS

Applicants have amended the specification to include priority data as required pursuant 37 C.F.R. §1.78.

Applicants respectfully submit that no new matter is added to the present application.

Applicants have attached hereto a marked-up version of the changes made to the specification by the current amendment. The attached marked-up version is labeled "Version with Markings to Show Changes Made – Do Not Enter ". The marked-up version can be found following the signature page of this Amendment.

A favorable response is requested.

**RECEIVED**

SEP 2 7 2002

Express Mail No. EL162816349 US

TECH CENTER 1600/2900

Patent Application
Attorney Docket No. PC11724A
U.S. Serial No. 10/152,106

-2-

Respectfully submitted,

*Adrian G. Looney*

Adrian G. Looney
Attorney for Applicants
Reg. No. 41,406

Date: *September 23, 2002*

Pfizer Inc
Patent Department, 5th Floor
150 East 42nd Street
New York, NY  10017-5755
(212) 733-1038

RECEIVED

SEP 2 7 2002

TECH CENTER 1600/2900

Express Mail No. EL162816349 US

Patent Application
Attorney Docket No.11724A

I hereby certify that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Hon. Commissioner for Patents, Box Missing Parts, Washington, D.C. 20231 on this _16th_ day of December, 2002.

By _____

_Kelly A. Smith_
(Signature of person mailing)
Kelly A. Smith

_____
(Typed or printed name of person)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:  Zheng J. Li and                    :
                       Andrew V. Trask

APPLICATION SERIAL NO.: 10/152,106                        :

FILING DATE:  5/21/2002                                   :    Group Art Unit: 1623

TITLE:   CRYSTAL FORMS OF AZITHROMYCIN                    :

Hon. Commissioner for Patents

Box Missing Parts
Washington, D.C.  20231

Sir:

### FILING OF MISSING PARTS OF APPLICATION
### PURSUANT TO NOTICE ON FORM PTO-1533

Responsive to a Notice to File Missing Parts, mailed July 15, 2002, enclosed please find an executed Declaration and Power of Attorney document for the above-identified patent application.

Concurrently filed herewith, please find a Petition for Extension of Time, and the appropriate fee, to request a three-month extension until December 16, 2002 for responding to said Notice.

The Commissioner is hereby authorized to charge the amount of $130.00 and any additional fees required under 37 C.F.R. §§ 1.16 and 1.17, or to credit any overpayment to Deposit Account No. 16-1445. Two copies of this paper are enclosed.

A copy of the Notice to File Missing Parts is also enclosed.

Respectfully submitted,

Date: _16 December 2002_

_Scott Alexander McNeil_
Scott Alexander McNeil
Attorney for Applicant(s)

Pfizer Inc.
Patent Department, MS 8260-1611
Eastern Point Road
Groton, Connecticut  06340
(860) 686-1848

10152106   00000047 161445   130.00 CH

12/26/2002 AN0B11   01 FC:1051

DEC 2 3 2002

PTO/SB/01(12/97)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box → [ + ]

| **DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)** | Attorney Docket Number | PC11724A |
|---|---|---|
| | First Named Inventor | Zheng J. Li |
| | *COMPLETE IF KNOWN* | |
| ☐ Declaration submitted with Initial Filing   ☒ Declaration Submitted after Initial Filing (surcharge 37 CFR 1.16 (e)) required) | Application Number | 10/152,106 |
| | Filing Date | 5/21/2002 |
| | Group Art Unit | 1623 |
| | Examiner Name | |

**As a below named inventor, I hereby declare that:**

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Crystal Forms of Azithromycin

*(Title of the Invention)*

the specification of which
☐ is attached hereto
OR
☒ was filed on (MM/DD/YYYY) [5/21/2002] as United States Application Number or PCT International

Application Number [10/152,106] and was amended on (MM/DD/YYYY) [         ] (if applicable).
I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☒ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below:

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/292,565 | 05/22/2001 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B sheet attached hereto. |
| 60/297,741 | 06/12/2001 | |
| 60/343,041 | 12/21/2001 | |

DECLARATION - POA FOR UTILITY OR DESIGN. PTO SB 01, 12/99

[Page 1 of 3]

PTO/SB/01 (12/97)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box → [ + ]

# DECLARATION ---- Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 U.S.C. 1.56, which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| U.S. Parent Application Number or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
| | | |
| | | |

☐ Additional U.S. or PCT International application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:  ☒ Customer Number   28523
or
☐ Registered practitioner(s) name/registration number listed below

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

| Direct all correspondence to: | ☒ Customer Number or Bar Code Label | 28523 | OR | ☐ Correspondence address below |
|---|---|---|---|---|

| Name | |
|---|---|
| Address | |
| Address | |
| City | State | Zip Code |
| Country | Telephone | Fax |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First Inventor:  ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | | Family Name or Surname |
|---|---|---|
| Zheng J. | LI | |

| Inventor's Signature | [signature] | Date | 12/11/2002 |
|---|---|---|---|
| Residence: City | Quaker Hill | State | CT | Country | 06375 | Citizenship | USA |
| Post Office Address | 3 Rainbow Court | | | | | | |
| Post Office Address | | | | | | | |
| City | Quaker Hill | State | CT | Zip | 06375 | Country | USA |

☒ Additional Inventors are being named on the supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto.

DECLARATION - POA FOR UTILITY OR DESIGN, PTO SB 01, 12/99

PTO/SB/02A( 3/97)
Approved for use through 09/30/98. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box → ☐ +

| DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet |
|---|---|

| Name of Additional Joint Inventor, If any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any) | Family Name or Surname |
|---|---|
| Andrew V. | Trask |

| Inventor's Signature | | Date | 13 Dec 2002 |
|---|---|---|---|
| Residence: City | Stonington | State | CT | Country | USA | Citizenship | USA |
| Post Office Address | 17 Oak Drive | | | | | | |
| Post Office Address | | | | | | | |
| City | Stonington | State | CT | Zip | 06378 | Country | USA |

| Name of Additional Joint Inventor, If any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | | Date | |
|---|---|---|---|
| Residence: City | | State | | Country | | Citizenship | |
| Post Office Address | | | | | | | |
| Post Office Address | | | | | | | |
| City | | State | | Zip | | Country | |

| Name of Additional Joint Inventor, If any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | | Date | |
|---|---|---|---|
| Residence: City | | State | | Country | | Citizenship | |
| Post Office Address | | | | | | | |
| Post Office Address | | | | | | | |
| City | | State | | Zip | | Country | |

| Name of Additional Joint Inventor, If any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | | Date | |
|---|---|---|---|
| Residence: City | | State | | Country | | Citizenship | |
| Post Office Address | | | | | | | |
| Post Office Address | | | | | | | |
| City | | State | | Zip | | Country | |

DECLARATION - POA FOR UTILITY OR DESIGN, PTO SB 01, 12/99

DEC 2 4 2003

Patent Application
Attorney Docket No.PC11724A

I hereby certify that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 on this 22nd day of December, 2003.

By _____
(Signature of person mailing)
Kelly A. Smith
(Typed or printed name of person)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:   Zheng J. Li, et al.          :

APPLICATION NO.: 10/152,106          :     Examiner: Elli Peselev

FILING DATE:   May 21, 2002          :     Group Art Unit: 1623

TITLE:   CRYSTAL FORMS OF AZITHROMYCIN          :

Hon. Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Applicant(s) herein make(s) available to the U.S. Patent and Trademark Office a copy of PTO-FB-A820, which lists the references cited by the applicant(s), copies of which are enclosed.

The Examiner is requested to consider carefully the complete text of these references in connection with the examination of the above-identified application in accord with 37 C.F.R. § 1.104(a).

A fee of $180.00 is believed to be due; please charge Deposit Account No. 16-1445 the appropriate fee.

Respectfully submitted,

Date: 22 December 2003

Scott Alexander McNeil
Attorney for Applicant(s)
Reg. No. 37,185

Pfizer Inc.
Patent Department, MS 8260-1611
Eastern Point Road
Groton, Connecticut 06340
(860) 686-1848

12/29/2003 SLUANG1  00000048 161445  10152106

FC:1806       180.00 DA

INFORMATION DISCLOSURE STATEMENT , 999, (1/1)

JUL 06 2004  4:01 PM FR PFIZER PATENT-LEGAL 441 5221 TO 917038729306,749 P.02

RECEIVED
CENTRAL FAX CENTER



:   : A 6  5M

Patent Application
Docket No. PC11724A

## In The United States Patent and Trademark Office

In re Application of:

    Zheng J. Li, et al.

|  |  |
|---|---|
| | Group Art |
| | Unit:        1623 |

Serial No.:      10/152,106

Filed:         May 21, 2002

Examiner: PESELEV, ELLI

For: CRYSTAL FORMS OF AZITHROMYCIN

### AMENDMENT

Commissioner for Patents

P.O. Box 1450

Alexandria, VA  22313-1450

Dear Sir:

This is being filed, via facsimile, in response to the
Office Action mailed on March 2, 2004 on the above-
identified Application.

    A request for a two-month extension of time, and the
authorization for payment of the appropriate fee, is
separately enclosed herewith.

06 2004  3:59 PM FR PFIZER PATENT-LEGAL 441 5221 TO 917038729306,749 P.04

Patent Application
Attorney Docket No. PC11724A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:  Zheng J. Li *et al.*                :

APPLICATION NO.:  10/152,106                        :  Examiner:  Peselev, Elli

FILING DATE: May 21, 2002                           :  Group Art Unit: 1623

TITLE:  CRYSTAL FORMS OF AZITHROMYCIN    :

RECEIVED
CENTRAL FAX CENTER

JUL 0 6 2004

OFFICIAL

Hon. Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

Sir:

### PETITION FOR EXTENSION OF TIME PURSUANT TO 37 C.F.R. §1.136(a)

Pursuant to the provisions of 37 C.F.R. §1.136(a), it is requested that the term for response to the Examiner's Action in this application, mailed on April 11, 2003, and having an original period for response of three (3) months, which expired on June 2, 2004, be extended by two (2) month(s), such that it expires on August 2, 2004.

Authorization is hereby provided to charge the amount of $420.00 as stated under 37 C.F.R. §1.17, as well as any additional fees required, or to credit any overpayment to Deposit Account No. 16-1445. Two copies of this paper are enclosed.

Respectfully submitted,

Date:  6 July 2004

Scott Alexander McNeil
Attorney for Applicants
Reg. No. 37,185

Pfizer Inc.
Patent Department, MS 8260-1611
Eastern Point Road
Groton, Connecticut 06340
(860) 686-1848

JUL 06 2004  3:58 PM FR PFIZER PATENT-LEGAL 441 5221 TO 917038729306,749 P.01

RECEIVED
CENTRAL FAX CENTER



JUL 0 6 2004

PTO/SB/97 (08-03)
Approved for use through 07/31/2005. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Certificate of Transmission under 37 CFR 1.8

I hereby certify that this correspondence is being facsimile transmitted to the United States Patent and Trademark Office

on  *6 July 2004*
     Date

*Scott A. McNeil*
Signature

*Scott A. McNeil*
Typed or printed name of person signing Certificate

Note: Each paper must have its own certificate of transmission, or this certificate must identify each submitted paper.

This collection of information is required by 37 CFR 1.8. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.8 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PAGE 1/4 * RCVD AT 7/6/2004 3:58:26 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/8 * DNIS:8729306 * CSID:860 441 5221 * DURATION (mm-ss):01-32



US DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# CHANGE OF ADDRESS

## FOR

## REGISTERED PATENT ATTORNEYS AND AGENTS

Please use this form to update your correspondence/business and home addresses. The correspondence/business address provided will be the only address posted in the Roster of Agents and Attorneys, unless you indicate otherwise. This address update form must be signed by the attorney or agent and include the registration number.

| NAME (last, first, middle name or initial) | REGISTRATION NUMBER (Required) |
|---|---|
| Mr. Liu, Lance, Y<br><br>Ms. | 45,379 |

**CORRESPONDENCE / BUSINESS NAME (employer, corporation, law firm, or U.S. Government agency, etc.)**

Pfizer Inc.

**CORRESPONDENCE / BUSINESS ADDRESS (street, building, suite, etc.)**

Patent Department
MS 8260-1611
Eastern Point Road

| CITY | STATE | ZIP CODE | CORRESPONDENCE/BUSINESS TELEPHONE |
|---|---|---|---|
| Groton | CT | 06340 | (860) 686-1652 |

| HOME ADDRESS | | | |
|---|---|---|---|
| | | | |
| CITY | STATE | ZIP CODE | HOME TELEPHONE |
| | | | |

This address change is only for the roster of Attorneys and Agents and will not change the address of any applications in the patent process.
Note: US Government employees must list their agency address as their correspondence address.

If you have any questions regarding your address of record in the Office of Enrollment and Discipline, please call (703) 306-4097.

November 29, 2004

_lance liu_
_____          _____
Signature of Registered Attorney or Agent (Required)          Date

Change of Address for USPTO Roster 09/00

 

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 7590 | 01/14/2005 | | EXAMINER |
|---|---|---|---|
| | | | PESELEV, ELLI |

Paul H. Ginsburg
Pfizer Inc
20th Floor
235 East 42nd Street
New York, NY 10017-5755

| ART UNIT | PAPER NUMBER |
|---|---|
| 1623 | |

DATE MAILED: 01/14/2005

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/152,106 | 05/21/2002 | Zheng J. Li | 11724A | 5144 |

TITLE OF INVENTION: CRYSTAL FORMS OF AZITHROMYCIN

| APPLN TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $1700 | 04/14/2005 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed  n or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 12/04) Approved for use through 04/30/2007.

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SANDOZ INC. | ) |
| And NOVARTIS AG | ) |
| | ) |
| Defendants | ) |

Civil Action No. 1:06-cv-00090-JJF

---

**DECLARATION OF ERIC P. POMERANTZ, ESQ.**

I, Eric P. Pomerantz, hereby declare as follows:

1.    I am an attorney and have been licensed to practice law in the State of New York since 1983.  I am currently Vice President and General Counsel of Sandoz Inc., the first Defendant in this action named above ("Sandoz"), formerly Geneva Pharmaceuticals, Inc.  I have held that position since January 2003.  Novartis AG, the second Defendant in this action named above ("Novartis"), is the ultimate parent corporation of Sandoz and a Swiss corporation located in Basel, Switzerland.

2.    I submit this Declaration in support of Sandoz' Motion pursuant to 28 U.S.C. § 1404(a) and Federal Rule of Civil Procedure 21 to sever and transfer the claims against Sandoz in this action to the Southern District of New York.

3.    Sandoz is incorporated in the state of Colorado and is principally located in Princeton, New Jersey.  Sandoz also has facilities in, among other places, Dayton, N.J. and Broomfield, Colorado.

4.    Sandoz is a developer, manufacturer, and distributor of generic pharmaceutical products, including generic equivalents of brand name drugs.  Among the generic products Sandoz has developed and marketed is an antibiotic known as "azithromycin monohydrate,"

which has been sold in 250 mg, 500 mg, and 600 mg formulations, since their FDA approvals in November 2005.

5.      In-house counsel for Sandoz, including myself, are familiar with Sandoz' efforts to obtain FDA approval of Sandoz' azithromycin monohydrate products. As a result, I am familiar with Sandoz' efforts to develop and market its azithromycin monohydrate products and the Abbreviated New Drug Applications ("ANDAs") relating thereto.

6.      None of the activities in connection with the development of Sandoz' azithromycin monohydrate products, or preparation of the ANDAs related thereto, took place in Delaware. As such, Sandoz' witnesses and documents relating to the development and marketing of its azithromycin monohydrate products and the related ANDAs reside outside of Delaware, including in New Jersey and Colorado, among other locations.

7.      During discovery in this case, Sandoz is willing to produce its witnesses and documents relating to the development and marketing of its azithromycin monohydrate products and related ANDAs, to the extent such witnesses and documents are required to be produced, in New York.

8.      Sandoz has no regular contacts with the State of Delaware apart from the fact that some of Sandoz' products are distributed and sold by others in Delaware.

9.      Among other places, Sandoz ships its azithromycin monohydrate products to New York State, where they are in turn distributed and sold.

10.     To the best of my knowledge, Novartis takes the position that it has had no contacts with either Delaware or New York relating to Sandoz' azithromycin monohydrate products, that it has no offices or operations in those States or elsewhere in the United States, and that it would assert the defense of lack of personal jurisdiction in this action if and when served.

2

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2006.

Eric P. Pomerantz, Esq.

3

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT **06-CV  1134**
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>                         Plaintiffs,<br><br>          v.<br><br>PFIZER INC.,<br><br>                         Defendant. | Civil Action No. |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva

Pharmaceutical Industries Ltd. ("Teva Ltd."), for their Complaint against Pfizer Inc. ("Pfizer"),

allege on personal belief as to themselves and on information and belief as to the conduct of

Pfizer as follows:

### THE PARTIES

1.      Teva USA is a Delaware corporation with its principal place of business

located at 1090 Horsham Road, North Wales, Pennsylvania, 19454-1090.

2.      Teva Ltd. is a corporation organized under the laws of Israel, and

maintains its principal place of business at 5 Basel Street, Petach Tikva 49131, Israel.

3.      On information and belief, Pfizer is a Delaware corporation with its

principal place of business at 235 East 42nd Street, New York, New York, 10017-5575.

4.      On information and belief, Pfizer owns U.S. Patent No. 6,977,243 ("the '243 patent"), entitled "Crystal Forms of Azithromycin," a copy of which is attached hereto as Exhibit A.

5.      On information and belief, Pfizer holds New Drug Application ("NDA") No. 50-711 for ZITHROMAX® 250 mg azithromycin tablets, NDA No. 50-730 for ZITHROMAX® 600 mg azithromycin tablets; and NDA No. 50-784 for ZITHROMAX® 500 mg azithromycin tablets.

## JURISDICTION AND VENUE

6.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), in that it involves substantial claims arising under the United States Patent Act, 35 U.S.C. § 1 *et seq.*

7.      This Court may declare the rights and other legal relations of the parties pursuant to 28 U.S.C. §§ 2201 and 2202 because this is a case of actual controversy within the Court's jurisdiction seeking a declaratory judgment that the '243 patent is invalid and not infringed.

8.      Personal jurisdiction exists over the defendant because defendant has its principal place of business within this district, and because defendant does business within this district.

9.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).

## THE PRESENCE OF AN ACTUAL CONTROVERSY

10.    Teva USA holds Abbreviated New Drug Application ("ANDA") Number 65-153 for 250 mg azithromycin tablets; ANDA Number 65-150 for 600 mg azithromycin tablets and ANDA No. 65-193 for 500 mg azithromycin tablets.

11.    On November 14, 2005, the United States Food and Drug Administration ("FDA") granted Teva USA approval to market 250 mg, 500 mg, and 600 mg azithromycin tablets pursuant to its ANDAs. Teva USA began marketing its 250 mg, 500 mg, and 600 mg azithromycin tablets on or about that date.

12.    The active pharmaceutical ingredient ("API") in Teva USA's azithromycin tablets is azithromycin monohydrate hemiethanolate (the "hemiethanolate"). The hemiethanolate is a unique crystalline form of azithromycin, which has been patented by Teva Ltd.

13.    Pfizer's '243 patent contains claims to azithromycin sesquihydrate (the "sesquihydrate"), which is a crystalline form of azithromycin different from the hemiethanolate.

14.    Pfizer has demonstrated its intention to enforce the '243 patent against Teva USA and Teva Ltd. In particular, notwithstanding the fact that the API in Teva USA's azithromycin tablets is not the sesquihydrate, Pfizer has brought suit against Teva USA and Teva Ltd. in the District of Delaware claiming that Teva USA has been and is infringing the '243 patent by importing into the United States and selling and offering to sell within the United States its azithromycin tablets and that Teva Ltd. has actively induced Teva USA to infringe the '243 patent.

15.    Pfizer has previously claimed that Teva USA's azithromycin tablets infringe one of its patents. In *Teva Pharmaceuticals USA, Inc. v. Pfizer, Inc.*, 03cv7423 and 04cv4979 (LAP) (consolidated), currently pending before this Court, Teva USA seeks a declaratory judgment that its azithromycin tablets do not infringe Pfizer's U.S. Patent No. 6,268,489 (the "'489 patent"), and that the '489 patent is invalid and unenforceable. The '489 patent claims "crystalline azithromycin dihydrate" ("dihydrate"), another crystalline form of azithromycin different from the hemiethanolate. Pfizer counterclaimed against Teva USA, alleging that Teva USA's sale of its azithromycin tablets would infringe the '489 patent.

16.    Pfizer (or its predecessor) has also demonstrated its intention to protect other products from generic competition by Teva USA. On at least five occasions, Pfizer sued or maintained suit against Teva USA (or its related entities) for patent infringement relating to other drugs for which Teva USA has filed an ANDA: (i) *Pfizer Inc. and Pfizer Technologies Ltd. v. Novopharm Ltd.*, 00-cv-01475 (N.D. Ill.), concerning fluconazole; (ii) *Pfizer Inc./Warner-Lambert v. Teva*, 00-cv-4589 and 00-cv-4168 (D.N.J.), concerning gabapentin; (iii) *Schwarz Pharma, Inc., Schwarz Pharma AG and Warner-Lambert Co. v. Teva Pharmaceuticals USA, Inc.*, 01-cv-4995 (D.N.J.), concerning moexipril; (iv) *Bayer and Pfizer v. Biovail & Teva*, 01-cv-1205 and 01-cv-1206 (D.P.R.), concerning nifedipine; and (v) *Warner-Lambert v. Teva USA*, 99-cv-0922 (D.N.J.), concerning quinipril.

17.    Based on the above, an actual controversy exists between Teva USA, Teva Ltd. and Pfizer with respect to the '243 patent and Teva USA's 250 mg, 500 mg and 600 mg azithromycin tablets.

## COUNT I
## DECLARATORY JUDGMENT OF NONINFRINGEMENT

18.    The allegations of Paragraphs 1 to 17 are incorporated by reference as if fully set forth herein.

19.    Teva USA's manufacture, use, offer for sale, sale, and/or importation of its 250 mg, 500 mg and 600 mg azithromycin tablets pursuant to ANDA Nos. 65-153, 65-193 and 65-150, respectively, has not infringed and does not infringe any valid and properly construed claim of the '243 patent.

## COUNT II
## DECLARATORY JUDGMENT OF NONINFRINGEMENT

20.    The allegations of Paragraphs 1 to 19 are incorporated by reference as if fully set forth herein.

21.    Teva Ltd. has not and is not actively inducing Teva USA to infringe any valid and properly construed claim of the '243 patent.

## COUNT II
## DECLARATORY JUDGMENT OF PATENT INVALIDITY

22.    The allegations of Paragraphs 1 to 21 are incorporated by reference as if fully set forth herein.

23.    The claims of the '243 patent are invalid for failure to comply with one or more sections of Title 35 U.S.C., including, but not limited to, sections 101, 102, 103, and 112.

## PRAYER FOR RELIEF

WHEREFORE, Teva USA and Teva Ltd. respectfully request the Court enter judgment against Pfizer to include:

A.     A declaration that Teva USA's manufacture, use, importation, offer for sale or sale of Teva's azithromycin products pursuant to ANDA Nos. 65-153, 65-150, and 65-193 has not infringed and does not infringe any claim of United States Patent No. 6,977,243;

B.     A declaration that Teva Ltd. has not directly or indirectly infringed, and is not directly or indirectly infringing, any claim of United States Patent No. 6,977,243;

C.     A declaration that United States Patent No. 6,977,243 is invalid;

D.     An award to Teva USA and Teva Ltd. of their reasonable costs and attorneys' fees in connection with this action;

E.     An injunction prohibiting Pfizer and its officers, agents, employees, representatives, counsel and all persons in active concert or participation with any of them, directly or indirectly, from threatening or charging infringement of, or instituting or maintaining any action for infringement of U.S. Pat. No. 6,977,243 against Teva USA or Teva Ltd., and

F.     Such other and further relief as the Court may deem just and proper.


Respectfully submitted,

KENYON & KENYON LLP

Dated: February 14, 2006          By:    _____
                                         Steven J. Lee (SL1043)
                                         Elizabeth J. Holland (EH0850)
                                         Sheila Mortazavi (SM3665)
                                         Cynthia Lambert Hardman (CH2281)
                                         One Broadway
                                         New York, NY 10004
                                         Tel : (212) 425-7200

Fax: (212) 425-5288
*Counsel for Plaintiffs, TEVA PHARMACEUTICALS*
*USA, INC. and TEVA PHARMACEUTICAL*
*INDUSTRIES LTD.*

# EXHIBIT A



US006977243B2

(12) **United States Patent**
    Li et al.

(10) Patent No.:        US 6,977,243 B2
(45) Date of Patent:        *Dec. 20, 2005

(54) **CRYSTAL FORMS OF AZITHROMYCIN**

(75) Inventors: **Zheng J. Li**, Quaker Hill, CT (US); **Andrew V. Trask**, Stonington, CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/152,106

(22) Filed: **May 21, 2002**

(65)        **Prior Publication Data**

    US 2003/0162730 A1    Aug. 28, 2003

        **Related U.S. Application Data**

(60) Provisional application No. 60/292,565, filed on May 22, 2001, provisional application No. 60/297,741, filed on Jun. 12, 2001, and provisional application No. 60/343,041, filed on Dec. 21, 2001

(51) Int. Cl.7 ............... A61K 31/70; C07H 17/08

(52) U.S. Cl. .................................. 514/29; 536/7.4

(58) Field of Search ..................... 514/29; 536/7.4

(56)        **References Cited**

        U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,328,334 A | 5/1982 | Kobrehel et al. | 536/7.4 |
| 4,465,674 A | 8/1984 | Bright et al. | 424/180 |
| 4,474,768 A | 10/1984 | Bright | 424/180 |
| 4,517,359 A | 5/1985 | Kobrehel et al. | 536/7.4 |
| 4,963,531 A | 10/1990 | Remington | 514/29 |
| 6,245,903 B1 | 6/2001 | Karimian et al. | 536/7.4 |
| 6,268,489 B1 | 7/2001 | Allen et al. | 536/7.4 |
| 6,365,574 B2 * | 4/2002 | Singer et al. | 514/29 |
| 6,420,537 B1 | 7/2002 | Bosch et al. | 536/7.4 |
| 6,451,990 B1 * | 9/2002 | Bayod Jasanada et al. | 536/7.4 |

| | | | |
|---|---|---|---|
| 6,528,492 B1 | 3/2003 | de la Torre Garcia et al. | 514/29 |
| 6,586,576 B2 * | 7/2003 | Aronhime et al. | 536/7.4 |
| 2001/0047089 A1 | 11/2001 | Aronhime et al. | |
| 2002/0111318 A1 | 8/2002 | Rengaraju | |

        FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2245398 | 2/2000 | C07H/17/00 |
| CN | 1093370 | 12/1994 | C07H/17/08 |
| CN | 1114960 | 1/1996 | C07H/17/08 |
| CN | 1161971 | 10/1997 | C07H/17/08 |
| EP | 0298650 | 6/1988 | C07H/17/02 |
| EP | 0941999 | 9/1999 | C07H/17/08 |
| EP | 1103558 | 2/2000 | C07H/17/08 |
| EP | 1103558 | 5/2001 | C07H/17/08 |
| EP | 1234833 | 8/2002 | C07H/17/08 |
| WO | WO 9804554 | 2/1998 | C07H/17/08 |
| WO | WO 0014099 | 3/2000 | C07H/17/08 |
| WO | WO 0032203 | 6/2000 | A61K/31/70 |
| WO | WO 0100640 | 1/2001 | C07H/17/08 |
| WO | WO 0149697 | 7/2001 | C07H/1/00 |
| WO | WO 0187912 | 11/2001 | C07H/17/08 |
| WO | WO 0207736 | 1/2002 | A61K/31/7048 |
| WO | WO 0209640 | 2/2002 | |
| WO | WO 0210181 | 2/2002 | C07H/17/08 |
| WO | WO 0215842 | 2/2002 | |
| WO | WO 0242315 | 5/2002 | C07H/17/08 |
| WO | WO 02085898 | 10/2002 | C07D/413/14 |
| WO | WO 0187912 | 11/2002 | C07H/17/08 |
| WO | WO 03032922 | 4/2003 | |

        OTHER PUBLICATIONS

Chemical Abstracts, vol 124, No. 3 (Jan 15, 1996) Abstract No. 29525, Abstract of CN1093370

* cited by examiner

*Primary Examiner*—Elli Peselev
(74) *Attorney, Agent, or Firm*—Gregg C Benson; B Timothy Creagan; Lance Y. Liu

(57)        **ABSTRACT**

The invention relates to crystal forms of azithromycin, an antibiotic useful in the treatment of infections

**24 Claims, 33 Drawing Sheets**



FIG. 1





FIG. 2



FIG. 3



FIG. 4



FIG. 5

Case 1:06-cv-00090-JJF    Document 9-5    Filed 03/06/2006    Page 16 of 59



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

US 6,977,243 B2

1

## CRYSTAL FORMS OF AZITHROMYCIN

This application claims the benefit of U.S. Provisional Application Ser. No. 60/292,565, filed May 22, 2001; U.S. Provisional Application Ser. No. 60/297,741, filed Jun. 12, 2001; and U.S. Provisional Application Ser. No. 60/343,041, filed Dec. 21, 2001, the contents of the aforementioned provisional patent applications are hereby incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

This invention relates to crystal forms of azithromycin. Azithromycin is sold commercially and is an effective antibiotic in the treatment of a broad range of bacterial infections. The crystal forms of this invention are likewise useful as antibiotic agents in mammals, including man, as well as in fish and birds.

Azithromycin has the following structural formula:



Azithromycin is described and claimed in U.S. Pat. Nos. 4,517,359 and 4,474,768. It is also known as 9-deoxo-9a-aza-9a-methyl-9a-homoerythomycin A.

Other patents or patent applications which directly or indirectly cover azithromycin include: EP 298,650 which claims azithromycin dihydrate; U.S. Pat. No. 4,963,531 which claims a method of treating a strain of Toxoplasma gondii species; U.S. Pat. No. 5,633,006 which claims a chewable tablet or liquid suspension pharmaceutical composition having reduced bitterness; U.S. Pat. No. 5,686,587 which claims an intermediate useful in the preparation of azithromycin; U.S. Pat. No. 5,605,889 which claims an oral dosage form that reduces the "food effect" associated with the administration of azithromycin; U.S. Pat. No. 6,068,859 which claims a controlled dosage form containing azithromycin; U.S. Pat. No. 5,498,699 which claims a composition containing azithromycin in combination with bivalent or trivalent metals; EP 925,789 which claims a method of treating eye infections; Chinese patent application CN 1123279A which relates to water soluble salts of azithromycin; Chinese patent application CN 1046945C which relates to azithromycin sodium dihydrogenphosphate double salts; Chinese patent application CN 1114960A which relates to azithromycin crystals, Chinese patent application CN 1161971A which relates to azithromycin crystals; Chinese patent application CN 1205338A which relates to a method of preparing water soluble salts of azithromycin; International Publication WO 00/32203 which relates to an ethanolate of azithromycin; and European patent application EP 984,020 which relates to an azithromycin monohydrate isopropanol clathrate.

2

## SUMMARY OF THE INVENTION

The present invention relates to crystal forms of azithromycin. As used herein, the term "crystal form(s)" or "form(s)", unless otherwise noted, means one or more crystal forms of azithromycin.

In particular, the present invention relates to a crystal form of azithromycin wherein said crystal form is selected from forms C, D, E, F, G, H, J, M, N, O, P, Q and R wherein said forms are as defined herein. Forms F, G, H, J, M, N, O, and P belong to family I azithromycin and belong to a monoclinic $P2_1$ space group with cell dimensions of a=16.3±0.3 Å, b=16.2±0.3 Å, c=18.4±0.3 Å and beta=109±2°. Forms C, D, E and R belong to family II azithromycin and belong to an orthorhombic $P2_1 2_1 2_1$ space group with cell dimensions of a=8.9±0.4 Å, b=12.3±0.5 Å and c=45.8±0.5 Å. Form Q is distinct from families I and II.

Form F azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_5OH$ in the single crystal structure, being azithromycin monohydrate hemi-ethanol solvate. Form F is further characterized as containing 2–5% water and 1–4% ethanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR (solid state Nuclear Magnetic Resonance) spectrum of form F has two chemical shift peaks at approximately 179±1 ppm, those being 179.5±0.2 ppm and 178.6±0.2 ppm, a set of five peaks between 6.4 to 11.0 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

The invention also relates to substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing form F azithromycin by treating azithromycin with ethanol to complete dissolution at 40–70° C. and cooling with reduction of ethanol or addition of water to effect crystallization. Also included are methods of making substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

Form G azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ in the single crystal structure, being azithromycin sesquihydrate. Form G is further characterized as containing 2.5–6% water and <1% organic solvent(s) by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form G has one chemical shift peak at approximately 179±1 ppm, being a peak at 179.5±0.2 ppm (splitting <0.3 ppm may present), and a set of five peaks between 6.3 to 11.0 ppm.

The invention also relates to substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate by treating azithromycin with a mixture of methanol and water or acetone and water to complete dissolution at 40–60° C. and cooling to effect crystallization.

Form H azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_3H_8O_2$ being azithromycin monohydrate hemi-1,2 propanediol solvate.

Form J azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_7OH$ in the single crystal

3

structure, being azithromycin monohydrate hemi-n-propanol solvate. Form J is further characterized as containing 2–5% water and 1–5% 1-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form J has two chemical shift peaks at approximately 179±1 ppm, those being 179.6±0.2 ppm and 178.4±0.2 ppm, a set of five peaks between 6.6 to 11.7 ppm and an n-propanol peak at 25.2±0.4 ppm. The solvent peak can be broad and relatively weak in intensity

The invention further relates to methods of preparing form J by treating azithromycin with n-propanol to complete dissolution at 25–55° C. and cooling with addition of water to effect crystallization.

Form M azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_3H_7OH$, being azithromycin monohydrate hemi-isopropanol solvate. Form M is further characterized as containing 2–5% water and 1–4% 2-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form M has one chemical shift peak at approximately 179±1 ppm, being 179.6±0.2 ppm, a peak at 41.9±0.2 ppm and a set of six peaks between 6.9 to 16.4 ppm and an isopropanol peak at 26.0±0.4 ppm. The solvent peak can be broad and relatively weak in intensity

The invention also relates to substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate by treating azithromycin with isopropanol to complete dissolution at 40–60° C. and reduction of isopropanol followed by cooling or cooling followed by addition of water to effect crystallization.

Form N azithromycin is a mixture of isomorphs of Family I. The mixture may contain variable percentages of isomorphs, F, G, H, J, M and others, and variable amounts of water and organic solvents, such as ethanol, isopropanol, n-propanol, propylene glycol, acetone, acetonitrile, butanol, pentanol, etc. The weight percent of water can range from 1–5% and the total weight percent of organic solvents can be 2–5% with each solvent content of 0.5 to 4%. The samples of form N display all characteristic peaks of members of Family I in various proportions. Form N may be characterized as 'mixed crystals' or "crystalline solid solutions" of Family I isomorphs.

Form N displays chemical shifts as a combination of isomorphs in Family I. The peaks may vary in chemical shift ppm within ±0.2 ppm and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

Form P azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_5H_{12}O$ being azithromycin monohydrate hemi-n-pentanol solvate

Form Q azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_4H_8O$ being azithromycin monohydrate hemi-tetrahydrofuran solvate

Form R azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.C_4H_{12}O$ being azithromycin monohydrate mono-methyl tert-butyl ether solvate

Form D azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.C_6H_{12}$ in its single crystal structure,

4

being azithromycin monohydrate monocyclohexane solvate. Form D is further characterized as containing 2–6% water and 3–12% cyclohexane by weight in powder samples and having representative powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form D displays has one chemical shift peak at approximately 179±1 ppm, being 178.1±0.2 ppm and peaks at 103.9±0.2ppm, 95.1±0.2 ppm, 84.2±0.2 ppm, and a set of 3 peaks between 8.4 to 11 ppm

The invention further relates to methods of preparing form D by slurrying azithromycin dihydrate with cyclohexane.

Form E azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.C_4H_8O$ being azithromycin monohydrate mono-tetrahydrofuran solvate

The invention further relates to azithromycin in an amorphous state and a method of preparing amorphous azithromycin that comprises the removal of water and/or solvents from the azithromycin crystal lattice. The X-ray diffraction powder pattern for amorphous azithromycin displays no sharp 2θ peaks but has two broad rounded peaks. The first peak occurs between 4° and 13° The second peak occurs between 13° and 25°

The invention also relates to pharmaceutical compositions for the treatment of a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin, and a pharmaceutically acceptable carrier.

The invention also relates to a method of treating a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises administering to said mammal, fish or bird a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin

The present invention also relates to methods of preparing crystal forms of azithromycin which comprise the slurrying of azithromycin in an appropriate solvent or the dissolution of azithromycin in a heated organic solvent or organic solvent/water solution and precipitating the crystalline azithromycin by cooling the solution with reduction of solvent volume or by dissolving azithromycin in a solvent or solvent mixture and precipitating crystalline azithromycin by the addition of water to the solution. Azithromycin in amorphous state is prepared by heating crystalline azithromycin in a vacuum

The term "treatment", as used herein, unless otherwise indicated, means the treatment or prevention of a bacterial infection or protozoa infection as provided in the method of the present invention, including curing, reducing the symptoms of or slowing the progress of said infection. The terms "treat" and "treating" are defined in accord the foregoing term "treatment".

The term "substantially free" when referring to a designated crystalline form of azithromycin means that there is less than 20% (by weight) of the designated crystalline form(s) present, more preferably, there is less than 10% (by weight) of the designated form(s) present, more preferably, there is less than 5% (by weight) of the designated form(s) present, and most preferably, there is less than 1% (by weight) of the designated crystalline form(s) present. For instance, form F azithromycin substantially free of azithromycin dihydrate means form F with 20% (by weight) or less of azithromycin dihydrate, more preferably, 10% (by weight) or less of azithromycin dihydrate, most preferably, 1% (by weight) or less of azithromycin dihydrate

The term "substantially pure" when referring to a designated crystalline form of azithromycin means that the des-

5

ignated crystalline form contains less than 20% (by weight) of residual components such as alternate polymorphic or isomorphic crystalline form(s) of azithromycin. It is preferred that a substantially pure form of azithromycin contain less than 10% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, more preferred is less than 5% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, and most preferably less than 1% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin.

The term "substantially in the absence of azithromycin dihydrate" when referring to bulk crystalline azithromycin or a composition containing crystalline azithromycin means the crystalline azithromycin contains less than about 5% (by weight) azithromycin dihydrate, more preferably less than about 3% (by weight) azithromycin dihydrate, and most preferably less than 1% (by weight) azithromycin dihydrate.

As used herein, unless otherwise indicated, the term "bacterial infection(s)" or "protozoa infection" includes bacterial infections and protozoa infections and diseases caused by such infections that occur in mammals, fish and birds as well as disorders related to bacterial infections and protozoa infections that may be treated or prevented by administering antibiotics such as the compound of the present invention. Such bacterial infections and protozoa infections and disorders related to such infections include, but are not limited to, the following: pneumonia, otitis media, sinusitis, bronchitis, tonsillitis, and mastoiditis related to infection by *Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis, Staphylococcus aureus,* or *Peptostreptococcus* spp ; pharyngitis, rheumatic fever, and glomerulonephritis related to infection by *Streptococcus pyogenes,* Groups C and G streptococci, *Clostridium diptheriae,* or *Actinobacillus haemolyticum;* respiratory tract infections related to infection by *Mycoplasma pneumoniae, Legionella pneumophila, Streptococcus pneumoniae, Haemophilus influenzae,* or *Chlamydia pneumoniae;* uncomplicated skin and soft tissue infections, abscesses and osteomyelitis, and puerperal fever related to infection by *Staphylococcus aureus,* coagulase-positive staphylococci (i e , *S epidermidis, S. hemolyticus,* etc ), *Streptococcus pyogenes, Streptococcus agalactiae,* Streptococcal groups C-F (minute-colony streptococci), viridans streptococci, *Corynebacterium minutissimum, Clostridium* spp , or *Bartonella henselae;* uncomplicated acute urinary tract infections related to infection by *Staphylococcus saprophyticus* or *Enterococcus* spp ; urethritis and cervicitis; and sexually transmitted diseases related to infection by *Chlamydia trachomatis, Haemophilus ducreyi, Treponema pallidum, Ureaplasma urealyticum,* or *Neisserria gonorrheae;* toxin diseases related to infection by *S aureus* (food poisoning and Toxic shock syndrome), or Groups A, B, and C streptococci; ulcers related to infection by *Helicobacter pylori;* systemic febrile syndromes related to infection by *Borrelia recurrentis;* Lyme disease related to infection by *Borrelia burgdorferi;* conjunctivitis, keratitis, and dacrocystitis related to infection by *Chlamydia trachomatis, Neisseria gonorrhoeae, S aureus, S. pneumoniae, S pyogenes, H influenzae,* or *Listeria* spp ; disseminated *Mycobacterium avium* complex (MAC) disease related to infection by *Mycobacterium avium,* or *Mycobacterium intracellulare;* gastroenteritis related to infection by *Campylobacter jejuni;* intestinal protozoa related to infection by *Cryptosporidium* spp ; odontogenic infection related to infection by viridans streptococci; persistent cough related to infection by *Bordetella pertussis;* gas gangrene related to infection by *Clostridium perfringens* or *Bacteroides* spp ; and atherosclerosis related

6

to infection by *Helicobacter pylori* or *Chlamydia pneumoniae.* Also included are atherosclerosis and malaria Bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in animals include, but are not limited to, the following: bovine respiratory disease related to infection by *P. haem , P. multocida, Mycoplasma bovis,* or *Bordetella* spp ; cow enteric disease related to infection by *E. coli* or protozoa (i.e , coccidia, cryptosporidia, etc.); dairy cow mastitis related to infection by *Staph aureus, Strep. uberis, Strep. agalactiae, Strep dysgalactiae, Klebsiella* spp , *Corynebacterium,* or *Enterococcus* spp ; swine respiratory disease related to infection by *A. pleuro , P. multocida,* or *Mycoplasma* spp ; swine enteric disease related to infection by *E. coli, Lawsonia intracellularis, Salmonella,* or *Serpulina hyodyisinteriae;* cow footrot related to infection by *Fusobacterium* spp ; cow metritis related to infection by *E. coli;* cow hairy warts related to infection by *Fusobacterium necrophorum* or *Bacteroides nodosus;* cow pink-eye related to infection by *Moraxella bovis;* cow premature abortion related to infection by protozoa (i e. neosporium); urinary tract infection in dogs and cats related to infection by *E. coli,* skin and soft tissue infections in dogs and cats related to infection by *Staph. epidermidis, Staph intermedius,* coagulase neg *Staph* or *P. multocida;* and dental or mouth infections in dogs and cats related to infection by *Alcaligenes* spp , *Bacteroides* spp , *Clostridium* spp , *Enterobacter* spp , *Eubacterium, Peptastreptococcus, Porphyromonas,* or *Prevotella* Other bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in accord with the method of the present invention are referred to in J. P. Sanford et al., "The Sanford Guide To Antimicrobial Therapy," 26th Edition, (Antimicrobial Therapy, Inc , 1996)

The present invention also includes isotopically-labeled compounds wherein one or more atoms are replaced by an atom having an atomic mass or mass number different from the atomic mass or mass number usually found in nature. Examples of isotopes that can be incorporated into compounds of the invention include isotopes of hydrogen, carbon, nitrogen, oxygen, phosphorous, sulfur, fluorine and chlorine, such as $^2H, ^3H, ^{13}C, ^{14}C, ^{15}N, ^{18}O,$ and $^{17}O$ Such radiolabelled and stable-isotopically labelled compounds are useful as research or diagnostic tools.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a calculated powder X-ray diffraction pattern of azithromycin form A. The scale of the abscissa is degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 2 is an experimental powder X-ray diffraction pattern of azithromycin form A The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 3 is an overlay of FIGS 1 and 2 with the calculated diffraction patterns of azithromycin form A (FIG 1) on the bottom and the experimental diffraction pattern of azithromycin form A (FIG 2) on the top. The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 4 is a calculated powder X-ray diffraction pattern of azithromycin form C The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 5 is a calculated powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts.

FIG. 6 is an experimental powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts.

US 6,977,243 B2

7

8

FIG. 7 is an overlay of FIGS. 5 and 6 with the calculated diffraction pattern of azithromycin form D (FIG. 5) on the bottom and the experimental diffraction pattern of azithromycin form D (FIG. 6) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 8 is a calculated powder X-ray diffraction pattern of azithromycin form E. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 9 is a calculated powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 10 is an experimental powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 11 is an overlay of FIGS. 9 and 10 with the calculated diffraction pattern of azithromycin form F (FIG. 9) on the bottom and the experimental diffraction pattern of azithromycin form F (FIG. 10) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 12 is a calculated powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity is counts.

FIG. 13 is an experimental powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 14 is an overlay of FIGS. 12 and 13 with the calculated diffraction pattern of azithromycin form G (FIG. 12) on the bottom and the experimental diffraction pattern of azithromycin form G (FIG. 13) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 15 is a calculated powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity is counts.

FIG. 16 is an experimental powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 17 is an overlay of FIGS. 15 and 16 with the calculated diffraction pattern of azithromycin form J (FIG. 15) on the bottom and the experimental diffraction pattern of azithromycin form J (FIG. 16) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 18 is an experimental powder X-ray diffraction pattern of azithromycin form M. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 19 is an experimental powder X-ray diffraction pattern of azithromycin form N. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 20 is an experimental powder X-ray diffraction pattern of amorphous azithromycin. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 21 is a $^{13}$C solid state NMR spectrum of azithromycin form A.

FIG. 22 is a $^{13}$C solid state NMR spectrum of azithromycin form D.

FIG. 23 is a $^{13}$C solid state NMR spectrum of azithromycin form F.

FIG. 24 is a $^{13}$C solid state NMR spectrum of azithromycin form G.

FIG. 25 is a $^{13}$C solid state NMR spectrum of azithromycin form J.

FIG. 26 is a $^{13}$C solid state NMR spectrum of azithromycin form M.

FIG. 27 is a $^{13}$C solid state NMR spectrum of azithromycin form N.

FIG. 28 is a $^{13}$C solid state NMR spectrum of amorphous azithromycin.

FIG. 29 is a $^{13}$C solid state NMR spectrum of a pharmaceutical tablet containing form G azithromycin.

FIG. 30 is an experimental powder X-ray diffraction pattern of azithromycin form Q. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 31 is an experimental powder X-ray diffraction pattern of azithromycin form R. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 32 is a $^{13}$C solid state NMR spectrum of azithromycin form H.

FIG. 33 is a $^{13}$C solid state NMR spectrum of azithromycin form R.

## DETAILED DESCRIPTION OF THE INVENTION

Azithromycin has been found to exist in different crystalline forms A dihydrate, form A, and a non-stoichiometric hydrate, form B, are disclosed in European Patent EP 298 650 and U.S. Pat. No. 4,512,359, respectively. Sixteen other forms have been discovered, namely forms C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q and R. These forms are either hydrates or hydrate/solvates of azithromycin free base. Forms L and K are the metastable lower hydrate forms of A, detected at high temperature. Crystal structures of forms A, C, D, E, F, G, H, J and O have been solved The structural data of these crystal forms are given below:

TABLE 1

| Crystallographic data of azithromycin form A. | |
| --- | --- |
| | Form A |
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot 2H_2O$ |
| Formula weight | 785.2 |
| Crystal size (mm) | 0.19 × 0.24 × 0.36 |
| Space group | P2$_1$2$_1$2$_1$, orthorhombic |
| Unit cell dimensions | a = 14.735 (5) Å |
| | b = 16.844 (7) Å |
| | c = 17.81 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.18 |
| R | 0.060 |

US 6,977,243 B2

9

10

TABLE 2

Crystallographic data of azithromycin form C.

|  | Form C |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O$ |
| Formula weight | 767.15 |
| Crystal size (mm) | 0.16 × 0.16 × 0.19 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.809 (3) Å |
|  | b = 12.4750 (8) Å |
|  | c = 45.59 (3) Å |
|  | α = 90° |
|  | β = 90° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.01 |
| R | 0.106 |

TABLE 3

Crystallographic data of azithromycin form D.

|  | Form D |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_6H_{12}$ |
| Formula weight | 851.15 |
| Crystal size (mm) | 0.52 × 0.32 × 0.16 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.8710 (10) Å |
|  | b = 12.506 (2) Å |
|  | c = 45.697 (7) Å |
|  | α = 90° |
|  | β = 90° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0663 |

TABLE 4

Crystallographic data of azithromycin form E.

|  | Form E |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_4H_8O$ |
| Formula weight | 839.2 |
| Crystal size (mm) | 0.17 × 0.19 × 0.20 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.869 (3) Å |
|  | b = 12.086 (3) Å |
|  | c = 46.00 (1) Å |
|  | α = 90° |
|  | β = 90° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.087 |

TABLE 5

Crystallographic data of azithromycin form F.

|  | Form F |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_8O$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 790.2 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.281 (2) Å |
|  | b = 16.293(1) Å |
|  | c = 18.490 (3) Å |

TABLE 5-continued

Crystallographic data of azithromycin form F.

|  | Form F |
|---|---|
|  | α = 90° |
|  | β = 109.33(1)° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.0688 |

TABLE 6

Crystallographic data of azithromycin form G.

|  | Form G |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ |
| Formula weight | 776.0 |
| Crystal size (mm) | 0.04 × 0.20 × 0.24 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.4069(8) Å |
|  | b = 16.2922(8) Å |
|  | c = 18.3830 (9) Å |
|  | α = 90° |
|  | β = 110.212(2)° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0785 |

TABLE 7

Crystallographic data of azithromycin form H.

|  | Form H |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_6O_2$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 805.0 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.177 (1) Å |
|  | b = 16.241 (2) Å |
|  | c = 18.614 (1) Å |
|  | α = 90° |
|  | β = 108.34 (1)° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.15 |
| R | 0.0687 |

TABLE 8

Crystallographic data of azithromycin form J.

|  | Form J |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_6O$ |
| Formula weight | 796.0 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.191(6) Å |
|  | b = 16.237(10) Å |
|  | c = 18.595(14) Å |
|  | α = 90° |
|  | β = 108.92(4)° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0789 |

11

12

### TABLE 8A

Crystallographic data of azithromycin form O.

| | Form O |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12}\cdot0.5H_2O\cdot0.5C_4H_{10}O$ |
| Formula weight | 795.04 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | P2₁ monoclinic |
| Unit cell dimensions | a = 16.3602(11) Å |
| | b = 16.2042(11) Å |
| | c = 18.5459(12) Å |
| | α = 90° |
| | β = 109.66(10)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0421 |

Among these sixteen crystal forms, two isomorphic families are identified. Family I includes forms F, G, H, J, M, N, O, and P. Family II includes forms C, D, E and R. Form Q is distinct from families I and II. The forms within a family are isomorphs that crystallize in the same space group with slight variation of cell parameters and comprise chemically related structures but different elemental composition. In this case, the variation in chemical composition among the isomorphs arises from incorporation of different water/solvent molecules. Consequently, the isomorphs display similar but non-identical X-ray diffraction patterns and solid-state NMR spectra (ssNMR). Other techniques such as near infrared spectroscopy (NIR), differential scanning calorimetry (DSC), gas chromatography (GC), thermalgravimetric analysis (TGA), or thermalgravimetric analysis/infrared spectroscopy (TG-IR), Karl Fischer water analysis (KF) and molecular modeling/visualization provide data for affirmative identification of isomorphs. Dehydration/desolvation temperatures were determined by DSC with a heating rate of 5° C./min.

Form C

This crystal form was identified from a single crystal structure (Table 2)—a monohydrate of azithromycin. It has the space group of P2₁2₁2₁, and similar cell parameters as that of forms D and E; therefore, it belongs to Family II isomorphs. Its calculated powder pattern is similar to that of forms D and E.

Form D

Form D was crystallized from cyclohexane. The single crystal structure of form D shows a stoichiometry of a monohydrate/monocyclohexane solvate of azithromycin (Table 3). Cyclohexane molecules were found to be disordered in the crystal lattice. From single crystal data, the calculated water and cyclohexane content of form D is 2.1 and 9.9%, respectively. Both the powder pattern and the calculated powder pattern of form D are similar to those of forms C and E. The powder samples of form D showed a desolvation/dehydration endotherm with an onset temperature of about 87° C. and a broad endotherm between 200–280° C. (decomposition) in DSC analysis at 5°C./min from 30–300° C.

Form D is prepared by slurrying azithromycin in cyclohexane for 2–4 days. The solid form D azithromycin is collected by filtration and dried.

Form E

Form E was obtained as a single crystal collected in a THF/water medium. It is a monohydrate and mono-THF solvate by single crystal analysis (Table 4). By its single crystal structure, the calculated PXRD pattern is similar to that of form C and form D making it a family II isomorph.

Form E is prepared by dissolving azithromycin in THF (tetrahydrofuran). Diffusing water vapor through saturated azithromycin THF solution over time yields crystals of Form E.

Form F

The single crystal of form F crystallized in a monoclinic space group, P2₁, with the asymmetric unit containing two azithromycin, two waters, and one ethanol, as a monohydrate/hemi-ethanolate (Table 5). It is isomorphic to all family I azithromycin crystalline forms. The calculated PXRD pattern of this form is similar to those of other family I isomorphs. The theoretical water and ethanol contents are 2.3 and 2.9%, respectively. The powder samples show a dehydration/desolvation endotherm at an onset temperature between 110–125° C. Form F is prepared by dissolving azithromycin in ethanol (1–3 volumes by weight) at a temperature of about 50–70° C. Upon complete dissolution, the solution is cooled to subambient temperature to cause precipitation. The volume of ethanol can be reduced by vacuum distillation with stirring for 1–2 hours to increase the yield. Alternatively, water (optionally chilled to 0–20° C.) about 0.1–2 volume can be added with collection of solids within 30 minute after water addition. Cooling the ethanol solution of azithromycin prior to the addition of water to below below 20° C., preferably below 15° C, more preferably below 10, and most preferably 5° C., results in substantially pure azithromycin form F. The solid form F azithromycin is collected by filtration and dried.

Form G

The single crystal structure of form G consists of two azithromycin molecules and three water molecules per asymmetric unit (Table 6). This corresponds to a sesquihydrate with a theoretical water content of 3.5%. The water content of powder samples of form G ranges from about 2.5 to about 6%. The total residual organic solvent is less than 1% of the corresponding solvent used for crystallization, which is well below stoichiometric quantities of solvate. This form dehydrates with an onset temperature of about 110–120° C.

Form G may be prepared by adding azithromycin to a premixed organic solvent/water mixture (1/1 by volume), where the organic solvent can be methanol, acetone, acetonitrile, ethanol or isopropanol. The mixture is stirred and heated to an elevated temperature, e.g. 45–55° C. for 4–6 hours to cause dissolution. Precipitation occurs during cooling to ambient temperature. The solid form G azithromycin is collected by filtration and dried.

Form H

This crystal form is a monohydrate/hemi-propylene glycol solvate of azithromycin free base (Table 7). It was isolated from a formulation solution containing propylene glycol. The crystal structure of form H is isomorphic to crystal forms of Family I.

Azithromycin form H is prepared by dissolving azithromycin dihydrate in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water is added and precipitation occurs. The slurry is stirred for 24 hours and the solids are filtered and air-dried at ambient temperature to afford crystalline Form H.

Form J

Form J is a monohydrate/hemi n-propanol solvate (Table 8). The calculated solvent content is about 3.8% n-propanol and about 2.3% water. The experimental data shows from about 2.5 to about 4.0% n-propanol and from about 2.5 to about 3% water content for powder samples. Its PXRD pattern is very similar to those of its isomorphs F, G, H, M and N. Like F and G, the powder samples have a dehydration/desolvation endotherm at 115–125° C.

13

14

Form J is prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25–55° C. Water, about 6–7 volumes, is added at room temperature and the slurry is continuously stirred for 0.5–2 hours The solid form J azithromycin is collected by filtration and dried.

Form K

The PXRD pattern of form K was found in a mixture of azithromycin form A and microcrystalline wax after annealing at 95° C. for 3 hours It is a lower hydrate of form A and is a metastable high temperature form

Form L

This form has only been observed upon heating the dihydrate, form A. In variable temperature powder X-ray diffraction (VT-PXRD) experiments, a new powder X-ray diffraction pattern appears when form A is heated to about 90° C The new form, designated form L, is a lower hydrate of form A because form A loses about 2 5 weight % at 90° C. by TGA, thus corresponding to a conversion to a monohydrate. When cooled to ambient temperature, form L rapidly reverts to form A

Form M

Isolated from an isopropanol/water slurry, form M incorporates both water and isopropanol. Its PXRD pattern and ss-NMR spectrum are very similar to those of Family I isomorphs, indicating that it belongs to Family I. By analogy to the known crystal structures of Family I isomorphs, the single crystal structure of form M would be a monohydrate/hemi-isopropanolate The dehydration/desolvation temperature of form M is about 115–125° C.

Form M may be prepared by dissolving azithromycin in 2–3 volumes of isopropanol (IPA) at 40–50° C The solution is cooled to below 15° C., preferably below 10° C., more preferably about 5° C. and 2–4 volumes of cold water about 5° C. are added to effect precipitation. Seeds of form M crystals may be added at the onset of crystallization. The slurry is stirred less than about 5 hours, preferably less than about 3 hours, more preferably less than about 1 hour and most preferably about 30 minutes or less and the solids are collected by filtration The solids may be reslurried in isopropanol This procedure provides form M substantially in the absence of azithromycin dihydrate

Form N

Isolated from water/ethanol/isopropanol slurry of form A, form N crystals may contain variable amounts of the crystallization solvents and water. Its water content varies from about 3.4 to about 5 3 weight percent Analysis by GC Headspace reveals a variable solvent content of ethanol and isopropanol The total solvent content of form N samples is usually lower than about 5% depending on the conditions of preparation and drying The PXRD pattern of form N is similar to that of forms F, G, H, J and M of the Family I isomorphs. The dehydration/desolvation endotherm(s) of the samples of form N may be broader and may vary between 110–130° C

Form N azithromycin may be prepared by recrystallizing azithromycin from a mixture of azithromycin crystal lattice-incorporating organic solvents and water, such as ethanol, isopropanol, n-propanol, acetone, acetonitirile etc. The solvent mixture is heated to 45–60° C and azithromycin is added to the heated solvent mixture, up to a total of about 4 volumes. Upon dissolution, 1–3 volumes of water are added with continuous agitation at 45–60° C Form N azithromycin precipitates as a white solid The slurry is allowed to cool to ambient temperature with stirring Solid form N azithromycin is isolated by filtration and dried

Form O

This crystal form is a hemihydrate hemi-n-butanol solvate of azithromycin free base by single crystal structural data

(Table 8A) It was isolated from n-butanol solution of azithromycin with diffusion of antisolvent The crystal structure of form O is isomorphic to crystal forms of Family I.

Azithromycin is completely dissolved in n-butanol Addition of an antisolvent, such as hexane, water, IPE or other non-solvent, by diffusion results in precipitation of Form O

Form P

This is a proposed crystal form, being a hemihydrate hemi-n-pentanol solvate of azithromycin free base. It can be isolated from an n-pentanol solution of azithromycin with diffusion of an antisolvent. The crystal structure of form P is isomorphic to crystal forms of Family I.

Form P of azithromycin may be prepared as following: Azithromycin is completely dissolved in n-pentanol; addition of an antisolvent, such as hexane, water, isopropyl ether (IPE) or other non-solvent, by diffusion results in precipitation of Form P.

Form Q

The crystal form of Q exhibits a unique powder X-ray diffraction pattern It contains about 4% water and about 4 5% THF, being a hydrate hemi THF solvate. The main dehydration/desolvation temperature is from about 80 to about 110° C

Azithromycin dihydrate is dissolved in 6 volumes of THF and 2 volumes of water are added The solution is allowed to evaporate to dryness at ambient conditions to afford crystalline Form Q

Form R

This crystalline form is prepared by adding amorphous azithromycin to 2.5 volumes of tert-butyl methyl ether (MTBE). The resulting thick white suspension is stirred 3 days at ambient conditions. Solids are collected by vacuum filtration and air dried. The resulting bulk azithromycin form R has a theoretical water content of 2 1 weight % and a theoretical methyl tert-butyl ether content of 10 3 weight %

Due to the similarity in their structures, isomorphs have propensity to form a mixture of the forms within a family, sometimes termed as 'mixed crystals' or 'crystalline solid solution'. Form N is such a solid crystalline solution and was found to be a mixture of Family I isomorphs by solvent composition and solid-state NMR data.

Both Family I and Family II isomorphs are hydrates and/or solvates of azithromycin The solvent molecules in the cavities have tendency to exchange between solvent and water under specific conditions. Therefore, the solvent/water content of the isomorphs may vary to a certain extent.

The crystal forms of isomorphic Family I are more stable than form A when subjected to heating. Forms F, G, H, J, M and N showed higher onset dehydration temperatures at 110–125° C 110–125° C. than that of form A with an onset dehydration temperature at about 90 to about 110° C and simultaneous solid-state conversion to form L at about 90° C.

Amorphous Azithromycin

All crystal forms of azithromycin contain water or solvent(s) or both water and solvent(s). When water and solvent(s) are removed from the crystalline solids, azithromycin becomes amorphous. Amorphous solids have advantages of high initial dissolution rates.

The starting material for the synthesis of the various crystal forms in the examples below was azithromycin dihydrate unless otherwise noted. Other forms of azithromycin such as amorphous azithromycin or other non-dihydrate crystalline forms of azithromycin may be used.

EXAMPLES

Example 1

Preparation of Form D

Form D was prepared by slurrying azithromycin dihydrate in cyclohexane for 2–4 days at an elevated temperature, e g

US 6,977,243 B2

15

25–50° C. The crystalline solids of form D were collected by filtration and dried.

### Example 2

#### Preparation of Form F

2A;

Azithromycin dihydrate was slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution was allowed to cool gradually to 2–5° C. and one volume of chilled water was added. The crystalline solids were collected shortly (preferably less than 30 minutes) after addition of water by vacuum filtration.

2B;

Azithromycin dihydrate is slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution is allowed to cool gradually to 2–5° C. and ethanol volume may be reduced by vacuum distillation. Seeds of Form F 1–2% wt may be introduced to facilitate the crystallization. After stirring up to 2 hours the crystalline solids are collected by vacuum filtration. The isolation of the crystals yields substantially pure Form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

### Example 3

#### Preparation of Form G

A reaction vessel was charged with form A azithromycin. In a separate vessel, 1.5 volumes methanol and 1.5 volumes water were mixed. The solvent mixture was added to the reaction vessel containing the form A azithromycin. The slurry was stirred with heating to 50° C. for approximately 5 hours. Heating was discontinued and the slurry was allowed to cool with stirring to ambient temperature. The form G azithromycin was collected by filtration and allowed to air dry for approximately 30 minutes. The collected form G azithromycin was further dried in a vacuum oven at 45° C. This procedure yields substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate.

### Example 4

#### Preparation of Form J

Form J was prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25° C. Water (6.7 volumes) was added and the slurry is continuously stirred for 1 hour, followed by cooling to about 0° C. The solid form J azithromycin was collected by filtration and dried.

### Example 5

#### Preparation of Form M Substantially in the Absence of Azithromycin Dihydrate

5A;

Azithromycin dihydrate is completely dissolved in 2 volumes of warm isopropanol 40–50° C. Seeds of Form M may be optionally introduced to facilitate the crystallization. The solution is then cooled to 0–5° C. and 4 volumes of chilled water as antisolvent are added and the solids are collected by vacuum filtration. The solids are resurried in 1 volume of isopropanol for 3–5 hours at 40–45° C. and then cooled to 0–5° C. The crystalline solids are collected shortly

16

(about 15 minutes) after addition of water by vacuum filtration. The solids are resurried in 0.5 to 1 volume of isopropanol at 25–40° C. and cooled to about 5° C. followed by filtration to collect solids of form M.

These procedures yield substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate.

### Example 6

#### Preparation of Form N

Two volumes of ethanol and 2 volumes of isopropanol were added to a reaction vessel and heated to 50° C. Azithromycin form A was added with stirring to the heated ethanol/isopropanol mixture to yield a clear solution. The reaction vessel was charged with 2 volumes distilled water (ambient temperature). Stirring was continued at 50° C. and solid form N azithromycin precipitated after approximately 1 hr. Heating was discontinued 5 hours after the addition of the water. The slurry was allowed to cool to ambient temperature. Precipitated form N azithromycin was collected by filtration and dried for 4 hours in vacuum oven at 45° C.

### Example 7

#### Preparation of Amorphous Azithromycin

Crystalline form A azithromycin was heated to 110–120° C. in an oven for overnight under vacuum. The amorphous solids were collected and stored with desiccant as needed.

### Example 8

#### Preparation of Form H

Azithromycin dihydrate or other crystal forms was dissolved in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water were added and precipitation occurred. The slurry was stirred for 24 hours and the solids were filtered and air-dried at ambient temperature to afford crystalline Form H.

### Example 9

#### Preparation of Form Q

The crystalline powder was prepared by dissolving 500 mg azithromycin Form A in 2 ml THF. To the clear, colorless solution at room temperature was added 1 ml water. When the solution became cloudy an additional 1 ml THF was added to dissolve the azithromycin completely, and the solution was stirred at ambient temperature. Solvent was allowed to evaporate over 7 days, after which the dry solids were collected and characterized.

### Example 10

#### Powder X-ray Diffraction Analysis

Powder patterns were collected using a Bruker D5000 diffractometer (Madison, Wis.) equipped with copper radiation, fixed slits (1.0, 1.0, 0.6 mm), and a Kevex solid state detector. Data was collected from 3.0 to 40.0 degrees in 2 theta using a step size of 0.04 degrees and a step time of 1.0 seconds. The results are summarized in Table 9.

The experimental PXRD diffraction pattern of azithromycin form A is given in FIG. 2.

The experimental PXRD diffraction pattern of azithromycin form D is given in FIG. 6.

## US 6,977,243 B2

17

The experimental PXRD diffraction pattern of azithromycin form F is given in FIG. 10.

The experimental PXRD diffraction pattern of azithromycin form G is given in FIG. 13.

The experimental PXRD diffraction pattern of azithromycin form J is given in FIG. 16.

The experimental PXRD diffraction pattern of azithromycin form M is given in FIG. 18.

The experimental PXRD diffraction pattern of azithromycin form N is given in FIG. 19.

The experimental PXRD diffraction pattern of amorphous azithromycin is given in FIG. 20.

The experimental PXRD diffraction pattern of azithromycin form Q is given in FIG. 30.

The experimental PXRD diffraction pattern of azithromycin form R is given in FIG. 31.

The experimental variability from sample to sample is about ±0.2° in 2 theta, and the same variations were observed between the calculated powder from single crystal structure and experimental data. Detailed analysis showed that the isomorphs in Family I can be discerned by PXRD with sets of characteristic peaks in Table 9.

TABLE 9

Azithromycin Powder X-ray Diffraction Peaks in 2-theta ±0.2°

| A | D | F | G | J | M | N | Q |
|---|---|---|---|---|---|---|---|
| 7.2 | 3.9 | 5.7 | 5.0 | 5.0 | 5.0 | 6.2 | 5.7 |
| 7.9 | 7.3 | 6.2 | 5.8 | 5.7 | 5.6 | 7.3 | 6.1 |
| 9.3 | 7.7 | 7.4 | 6.2 | 6.2 | 7.8 | 7.8 | 6.8 |
| 9.9 | 10.1 | 7.8 | 7.4 | 7.3 | 7.3 | 9.8 | 8.4 |
| 11.2 | 10.6 | 8.9 | 7.9 | 7.8 | 7.8 | 11.2 | 9.5 |
| 12.0 | 11.5 | 9.8 | 9.8 | 8.2 | 8.2 | 11.9 | 10.6 |
| 12.7 | 12.3 | 10.3 | 10.2 | 9.7 | 9.8 | 12.5 | 11.2 |
| 13.0 | 12.8 | 11.2 | 10.8 | 10.3 | 10.2 | 14.0 | 11.5 |
| 14.0 | 13.6 | 11.5 | 11.2 | 11.2 | 11.2 | 14.3 | 12.4 |
| 15.6 | 14.5 | 11.9 | 11.6 | 11.4 | 11.9 | 14.7 | 12.7 |
| 16.0 | 15.4 | 12.2 | 12.0 | 11.9 | 12.2 | 15.3 | 13.4 |
| 16.4 | 15.6 | 12.5 | 12.5 | 12.3 | 12.5 | 15.7 | 13.6 |
| 16.8 | 16.9 | 13.9 | 13.3 | 12.5 | 14.0 | 16.1 | 14.1 |
| 17.5 | 18.3 | 14.3 | 14.0 | 13.9 | 14.6 | 16.6 | 14.4 |
| 18.2 | 19.0 | 14.7 | 14.4 | 14.2 | 15.3 | 17.1 | 14.9 |
| 18.7 | 19.9 | 14.8 | 14.6 | 14.6 | 15.9 | 17.4 | 16.3 |
| 19.1 | 20.8 | 15.3 | 14.9 | 15.3 | 16.6 | 18.5 | 17.2 |
| 19.8 | 21.4 | 15.7 | 15.3 | 15.7 | 17.1 | 19.0 | 18.2 |
| 20.5 | 21.6 | 16.2 | 15.7 | 16.0 | 17.5 | 19.6 | 19.0 |
| 20.9 | 22.0 | 16.6 | 16.3 | 16.6 | 18.4 | 20.0 | 19.5 |
| 21.2 | 23.0 | 17.1 | 16.6 | 17.0 | 18.5 | 20.4 | 19.8 |
| 21.6 | 23.3 | 17.2 | 17.2 | 17.2 | 19.1 | 21.0 | 20.2 |
| 21.8 | | 17.7 | 17.4 | 17.5 | 19.6 | 21.8 | 20.5 |
| 24.0 | | 18.0 | 17.8 | 18.1 | 20.0 | 22.5 | 21.1 |
| | | 18.5 | 18.1 | 18.5 | 20.4 | 23.5 | 21.6 |
| | | 19.0 | 18.6 | 19.0 | 20.9 | | 21.9 |
| | | 19.6 | 19.0 | 19.7 | 21.7 | | 22.2 |
| | | 20.0 | 19.6 | 20.0 | 22.5 | | 23.6 |
| | | 20.5 | 20.0 | 20.4 | 23.2 | | 25.1 |
| | | 21.0 | 20.5 | 20.9 | 23.6 | | |
| | | 21.7 | 21.1 | 21.7 | | | |
| | | 22.0 | 21.8 | 22.4 | | | |
| | | 22.4 | 22.5 | 22.6 | | | |
| | | 22.6 | 23.5 | 23.3 | | | |
| | | 23.1 | | 23.5 | | | |
| | | 23.5 | | | | | |

The peaks underlined are the characteristic peaks among forms A, D, Family I and Q.
The peaks in italic and underlined are the sets of peaks that are characteristic within Family I isomorphs.

Family I isomorphs have the following common characteristics: the diffraction peaks at 6.2, 11.2, 21.0±0.1 and 22.5±0.1 degree in 2-theta. Each isomorph displays representative sets of diffraction peaks given in the following, and each set has characteristic spacing between the peaks

18

The diffraction peak positions reported are accurate to within ±0.2 degree of 2-theta.

A representative PXRD pattern of form A is shown in FIG. 2. Form A displays peaks at 9.3, 13.0 and 18.7 degrees of 2-theta.

A representative PXRD pattern of form D is shown in FIG. 6. Form D displays peaks at 3.9, 10.1, 10.6 and 21.4 degrees of 2-theta.

A representative PXRD pattern of Form F is shown in FIG. 10. Form F displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.5; set 2 at 2-theta of 13.9, 14.3, 14.7 and 14.8; set 3 at 2-theta of 16.2, 16.6, 17.1, 17.2 and 17.7.

A representative PXRD pattern of Form G is shown in FIG. 13. Form G displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.6; set 2 at 2-theta of 14.0, 14.4, 14.6 and 14.9; set 3 at 2-theta of 16.3, 16.6, 17.2, 17.4 and 17.8.

A representative PXRD pattern of Form J is shown in FIG. 16. Form J displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.4; set 2 at 2-theta of 13.9, 14.2 and 14.6; set 3 at 2-theta of 16.0, 16.6, 17.0, 17.2 and 17.5.

A representative PXRD pattern of Form M is shown in FIG. 18. Form M displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2; set 2 at 2-theta of 14.0 and 14.6; set 3 at 2-theta of 15.9, 16.6, 17.1 and 17.5.

A representative PXRD pattern of Form N is shown in FIG. 19. Form N displays the characteristic peaks of Family I. The sets of peaks of form N are similar to those of forms F, G, J and M, being set 1 at 2-theta of 11.2 to 11.6; set 2 at 2-theta of 13.9 to 15.0; and set 3 at 2-theta of 15.9 to 17.9, with the peaks may vary slightly in position, intensity and width due to mixing of variable proportion of isomorphs in Family I

A representative PXRD pattern of Form Q is shown in FIG. 30. Form Q displays peaks at 2-theta of 6.8, 8.4 and 20.2 degrees.

A representative PXRD pattern of form R is shown in FIG. 31.

Example 11

Single Crystal X-ray Analysis

Data were collected at room temperature using Bruker X-ray diffractometers equipped with copper radiation and graphite monochromators. Structures were solved using direct methods. The SHELXTL computer library provided by Bruker AXS, Inc facilitated all necessary crystallographic computations and molecular displays (SHELXTL™ Reference Manual, Version 5.1, Bruker AXS, Madison, Wis., U.S.A. (1997))

Example 12

Calculation of PXRD Pattern from Single Crystal Data

To compare the results between a single crystal and a powder sample, a calculated powder pattern can be obtained from single crystal results. The XFOG and XPOW computer programs provided as part of the SHELXTL computer library were used to perform this calculation. Comparing the calculated powder pattern with the experimental powder pattern confirms whether a powder sample corresponds to an

US 6,977,243 B2

19

assigned single crystal structure (Table 9A) This procedure was performed on the crystal forms of azithromycin A, D, F, G, and J

The calculated PXRD diffraction pattern of azithromycin form A is given in FIG 1

The calculated PXRD diffraction pattern of azithromycin form D is given in FIG 5.

The calculated PXRD diffraction pattern of azithromycin form F is given in FIG 9.

The calculated PXRD diffraction pattern of azithromycin form G is given in FIG 12.

The calculated PXRD diffraction pattern of azithromycin form J is given in FIG 15

The results are displayed in the overlaid powder X-ray diffraction patterns for forms A, D, F, G, and J in FIGS 3, 7, 11, 14 and 17, respectively The lower pattern corresponds to the calculated powder pattern (from single crystal results) and the upper pattern corresponds to a representative experimental powder pattern A match between the two patterns indicated the agreement between powder sample and the corresponding single crystal structure

TABLE 9A

Cacluated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
|  |  | 5.2 | 5.0 |  |  |  |
|  |  | 5.7 | 5.8 | 5.8 | 5.7 | 5.6 |
| 6.3 | 6.2 | 6.2 | 6.2 | 6.3 | 6.2 | 6.2 |
| 7.4 | 7.4 | 7.5 | 7.4 | 7.4 | 7.3 | 7.3 |
| 7.9 | 7.8 | 7.9 | 7.9 | 7.9 | 7.8 | 7.8 |
| 8.8 | 8.9 | 8.9 | 9.3 | 8.3 | 8.2 | 8.2 |
| 9.9 | 9.8 | 9.9 | 9.9 | 9.8 | 9.7 | 9.8 |
| 10.3 | 10.3 |  | 10.2 | 10.4 | 10.3 | 10.2 |
| 10.9 |  | 10.9 | 10.8 |  |  |  |
| 11.3 | 11.2 | 11.3 | 11.2 | 11.2 | 11.2 | 11.2 |
| 11.5 | 11.4 | 11.6 | 11.6 | 11.4 | 11.4 | missing |
| 12.0 | 11.9 | 12.0 | 11.9 | 12.0 | 11.9 | 11.9 |
| 12.3 | 12.2 | 12.3 |  | 12.3 | 12.3 | 12.2 |
| 12.6 | 12.5 | 12.5 | 12.5 | 12.6 | 12.5 | 12.5 |
| 14.0 | 14.0 | 13.4 | 13.3 | 14.0 | 13.9 | 14.0 |
| 14.3 | 14.3 | 14.1 | 14.0 | 14.2 | 14.2 | missing |
|  |  | 14.4 | 14.4 |  |  |  |
| 14.7 | 14.7 | 14.7 | 14.6 | 14.7 | 14.6 | 14.6 |
| 14.9 | 14.8 | 14.9 | 14.9 | 14.8 |  |  |
| 15.4 | 15.3 | 15.4 | 15.3 | 15.3 | 15.3 | 15.3 |
| 15.8 | 15.7 | 15.7 | 15.7 | 15.8 | 15.7 | 15.9 |
| 16.2 | 16.2 | 16.3 | 16.3 | 16.0 | 16.0 | missing |
| 16.6 | 16.6 | 16.6 | 16.6 | 16.7 | 16.6 | 16.6 |
| 17.1 | 17.2 | 17.1 |  | 17.1 | 17.0 | 17.1 |
| 17.3 | 17.3 | 17.3 | 17.2 | 17.4 | 17.2 | missing |
| 17.5 | 17.4 | 17.5 | 17.4 | 17.6 | 17.5 | 17.5 |
| 17.7 | 17.7 | 17.9 | 17.8 | 17.9 |  |  |
| 18.0 | 18.0 | 18.1 | 18.1 | 18.2 | 18.1 | 18.4 |

20

TABLE 9A-continued

Cacluated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
| 18.6 | 18.5 | 18.7 | 18.7 | 18.5 | 18.5 | 18.5 |
| 19.1 | 19.0 | 19.1 | 19.0 | 19.1 | 19.0 | 19.1 |
| 19.7 | 19.6 | 19.6 | 19.6 | 19.8 | 19.7 | 19.6 |
| 20.0 | 20.0 | 20.0 | 20.0 | 20.1 | 20.0 | 20.0 |
| 20.5 | 20.4 | 20.6 | 20.5 | 20.5 | 20.4 | 20.4 |
| 21.1 | 21.0 | 21.2 | 21.0 | 20.8 | 20.9 | 20.9 |
| 21.8 | 21.7 |  | 21.6 | 21.6 | 21.7 | 21.7 |
| 22.1 | 22.0 | 21.8 | 21.8 | 21.8 |  |  |
| 22.5 | 22.4 | 22.3 | 22.2 | 22.5 | 22.4 | 22.5 |
| 22.7 | 22.6 | 22.5 | 22.5 | 22.8 | 22.6 |  |
| 23.1 | 23.1 | 22.9 |  | 23.4 | 23.3 | 23.2 |
| 23.6 | 23.5 | 23.5 | 23.5 | 23.7 | 23.5 | 23.6 |

Example 13

Solid State NMR Analysis

Solid State NMR Analysis

All $^{13}$C solid state NMR spectra were collected on an 11 75 T spectrometer (Bruker Biospin, Inc , Billerica, Mass.), corresponding to 125 MHz $^{13}$C frequency The spectra were collected using a cross-polarization magic angle spinning (CPMAS) probe operating at ambient temperature and pressure Depending on the quantity of sample analyzed, 7 mm BL or 4 mm BL Bruker probes were employed, accomodating 300 mg and 75 mg of sample with maximum speeds of 7 kHz and 15 kHz, respectively Data were processed with an exponential line broadening function of 5.0 Hz Proton decoupling of 65 kHz and 100 kHz were used with the 7 mm and 4 mm probes, respectively A sufficient number of acquisitions were averaged out to obtain adequate signal-to-noise ratios for all peaks Typically, 600 scans were acquired with recycle delay of 3 0 s (seconds), corresponding approximately to a 30 minute total acquisition time Magic angle was adjusted using KBr powder according to standard NMR vendor practices The spectra were referenced relative to either the methyl resonance of hexamethylbenzen (HMB) at 17 3 ppm or the upfield resonance of adamantane (ADM) at 29.5 ppm. HMB referenced spectra show chemical shifts of all peaks shifted down field by 0 08 ppm with respect to same spectra referenced to ADM The spectral window minimally included the spectra region from 190 to 0 ppm The results are summarized in Table 10 Ss-NMR spectra for forms M, H and R were referenced to ADM Ss-NMR spectra for forms A, D, G, F, J and N were referenced to HMB Forms H and R were spun at a rate of 15 kHz

TABLE 10

$^{13}$C ss-NMR chemical shifts of Azithromycin (±0.2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 178.1 | 178.1 | 179.5* | 179.5 | 179.6 | 179.6 | 179.6 | 179.5 | 177.9 |
| 104.1 | 103.9 | 105.5 | 178.6 | 178.4 | 105.6 | 178.7 | 178.7 | 104.6 |
| 98.4 | 95.1 | 103.5 | 105.5 | 105.5 | 103.4 | 105.6 | 105.4 | 103.6 |
| 84.6 | 84.2 | 95.0 | 103.4 | 103.4 | 94.9 | 103.6 | 103.2 | 95.3 |
| 82.6 | 79.4 | 86.2 | 94.9 | 95.0 | 86.7 | 95.0 | 95.0 | 85.4 |
| 79.3 | 78.9 | 83.1 | 86.4 | 86.4 | 82.9 | 86.5 | 86.4 | 84.0 |

US 6,977,243 B2

21                                                          22

TABLE 10-continued

<sup>13</sup>C ss-NMR chemical shifts of Azithromycin (±0.2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 78.3 | 75.7 | 78.9 | 83.0 | 82.9 | 79.3 | 83.1 | 82.7 | 79.4 |
| 75.6 | 74.6 | 78.2 | 79.1 | 79.2 | 78.1 | 79.0 | 79.2 | 79.0 |
| 74.7 | 74.0 | 77.6 | 78.1 | 78.1 | 77.0 | 77.9 | 78.3 | 75.6 |
| 73.9 | 72.9 | 76.4 | 77.9 | 76.8 | 76.7 | 76.5 | 78.0 | 74.5 |
| 73.5 | 71.9 | 75.7 | 76.5 | 76.2 | 74.7 | 74.8 | 76.4 | 73.9 |
| 70.8 | 71.0 | 74.7 | 74.7 | 74.7 | 74.2 | 74.2 | 74.7 | 73.9 |
| 68.0 | 69.4 | 74.3 | 74.1 | 74.1** | 73.3 | 73.6 | 74.1 | 72.9 |
| 66.2 | 67.8 | 73.5 | 73.5 | 72.0 | 69.2 | 71.5 | 73.5 | 71.8 |
| 63.8 | 65.7 | 71.3 | 71.4 | 71.3 | 68.6 | 69.2 | 73.1 | 71.0 |
| 63.2 | 64.7 | 69.1 | 69.1 | 69.2 | 67.3 | 68.7 | 71.2 | 69.1 |
| 52.2 | 49.2 | 68.8 | 68.6 | 68.6 | 66.2 | 67.3 | 69.1 | 67.5 |
| 44.3 | 45.8 | 67.4 | 67.3 | 67.3** | 65.5 | 66.2 | 68.4 | 65.6 |
| 42.6 | 43.1 | 65.9 | 66.1 | 66.2** | 63.8 | 65.7 | 67.3 | 64.5 |
| 41.7 | 40.6 | 65.2 | 65.6 | 65.5** | 63.3 | 63.7 | 66.9 | 49.4 |
| 39.1 | 37.1 | 64.0 | 63.6 | 63.7 | 50.0 | *58.1* | 66.1 | 45.7 |
| 35.4 | 36.4 | 63.3 | *58.0* | 50.0 | 47.1 | 50.1 | 65.5* | 42.9 |
| 34.6 | 29.6 | 50.0 | 50.0 | 46.9 | 45.9 | 47.1 | 63.7* | 41.6 |
| *26.9* | 29.3 | 46.9 | 47.0 | 46.9 | 44.7 | 46.0 | 49.9 | 40.4 |
| *26.3* | 28.0 | 46.0 | 45.9 | 44.7 | 43.8 | 44.8 | 46.8 | 37.0 |
| 23.7 | 27.7 | 44.5 | 44.7 | 43.7 | 41.9 | 43.8 | 45.9 | 36.2 |
| 23.3 | 22.1 | 43.7 | 43.7 | 41.6 | 41.1 | 41.5 | 44.5 | 29.4 |
| 21.7 | 21.1 | 41.5 | 41.5 | 41.0 | 37.4 | 41.1 | 43.8* | 29.0 |
| 19.5 | 18.6 | 40.8 | 41.1 | 37.1 | 36.2 | 37.3 | 41.7 | 28.2 |
| 17.5 | 16.7 | 37.5 | 37.3 | 36.5** | 33.6 | 36.5 | 40.9 | 27.4 |
| 15.9 | 16.1 | 36.5 | 36.4 | 35.4** | 30.1 | 33.7 | 37.1 | 21.4 |
| *13.2* | *10.6* | 33.6 | 33.6 | 33.5 | 28.1 | 30.4 | 36.3 | 20.8 |
| *11.3* | *9.0* | 30.0 | 30.3 | 30.4 | 27.2 | 28.1 | 33.7 | 18.7 |
| *7.2* | *8.6* | 27.9 | 28.0 | 28.0 | *26.0* | 27.2 | 33.3 | 16.5 |
| | | 27.3 | 27.1 | 27.1 | 23.2 | *26.0* | 30.5* | 16.1 |
| | | 23.1 | 23.2 | *25.2* | 22.8 | 23.2 | 27.9 | 15.7 |
| | | 22.5 | 22.6 | 23.2 | 22.5 | 22.6 | 27.1 | *10.3* |
| | | 21.9 | 21.9 | 22.5** | 21.8 | 22.0 | 23.1 | *9.6* |
| | | 20.9 | 20.8 | 21.9** | 20.2 | 20.8 | 22.6 | *8.9* |
| | | 20.2 | 20.4 | 20.7 | 18.9 | 19.0 | 22.3 | *8.6* |
| | | 18.8 | 18.9 | 18.9 | 17.4 | 16.9 | 21.9 | |
| | | 17.0 | 16.8 | 16.8 | 16.3 | 15.8 | 20.7 | |
| | | 16.0 | *17.2* | 15.6** | 15.5 | 12.2 | 20.3 | |
| | | 12.2 | 15.7 | 12.1 | 12.1 | *9.9* | 18.8 | |
| | | *10.4* | 12.2 | *11.5* | *10.3* | *9.4* | 17.1 | |
| | | *9.9* | 10.1 | 12.1 | *9.6* | *7.9* | 16.6 | |
| | | *9.3* | *9.8* | 10.0 | *9.3* | 6.6 | 15.8 | |
| | | *7.6* | *9.3* | *9.3* | *7.7* | | 15.4 | |
| | | 6.5 | *7.9* | *8.1* | *7.1* | | 12.0 | |
| | | | *6.6* | *6.8** | | | *9.9* | |
| | | | | | | | *9.1* | |
| | | | | | | | *7.9* | |
| | | | | | | | *7.0* | |

The chemical shifts labeled in bold and underlined are the peaks or sets of peaks representative of each form. The chemical shifts labeled in italic are the solvent peaks that may be broad and variable (±0.4 ppm). The chemical shifts labeled with single asterisk may show splitting of <0.3 ppm. The chemical shifts labeled with double asterisks may show variation of ±0.3 ppm

The chemical shifts reported are accurate to within ±0.2 ppm unless otherwise indicated.

A representative <sup>13</sup>C ssNMR spectrum of form A is shown in FIG. 21. Form A displays a peak at 178.1 ppm, and peaks at 104.1, 98.4, 84.6, 26.9, 13.2, 11.3 and 7.2 ppm.

A representative <sup>13</sup>C ssNMR spectrum of form D is shown in FIG. 22. Form D displays the highest chemical shift peak of 178.1 ppm and peaks at chemical shifts of 103.9, 95.1, 84.2, 10.6, 9.0 and 8.6 ppm.

A representative <sup>13</sup>C ssNMR spectrum of form F is shown in FIG. 23. Form F has two chemical shift peaks at approximately 179 ppm±2 ppm, being 179.5 ppm and 178.6 ppm, and a set of 5 peaks at 10.1, 9.8, 9.3, 7.9, and 6.6 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

A representative <sup>13</sup>C ssNMR spectrum of form G is shown in FIG. 24. Form G has the highest chemical shift

peak of 179.5 ppm, being a single peak with possible splitting of <0.3 ppm and a set of 5 peaks at 10.4, 9.9, 9.3, 7.6, 6.5 ppm.

A representative <sup>13</sup>C ssNMR spectrum of form J is shown in FIG. 25. Form J has two chemical shift peaks at approximately 179.1 ppm±2 ppm, those being 179.6 ppm and 178.4 ppm, a set of 4 peaks at 10.0, 9.3, 8.1 and 6.8 ppm and n-propanol peaks at 11.5±0.5 ppm and 25.2±0.5 ppm. The solvent peak can be broad and relatively weak in intensity

A representative <sup>13</sup>C ssNMR spectrum of form M is shown in FIG. 26. Form M has one chemical shift peak at 179±1 ppm, being 179.6 ppm, peaks at 41.9, and 16.3 ppm, a set of 5 peaks at 10.3, 9.6, 9.3, 7.7 and 7.1 ppm and an isopropanol peak at 26.0±0.5 ppm. The solvent peak can be broad and relatively weak in intensity

A representative <sup>13</sup>C ssNMR spectrum of form N is shown in FIG. 27. Form N displays chemical shifts as a

US 6,977,243 B2

23

combination of isomorphs in Family I. The peaks may vary in chemical shift and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

A representative $^{13}$C ssNMR spectrum of amorphous form is shown in FIG. 28. The amorphous azithromycin displays broad chemical shifts. The characteristic chemical shifts have the peak positions at 179 and 11±0.5 ppm.

A summary of the observed ssNMR peaks for forms A, D, F, G, H, J, M, N and R azithromycin is given in Table 10.

### Example 14

### NMR Analysis of a Dosage Form

To demonstrate the ability of $^{13}$C ssNMR to identify the form of azithromycin contained in a pharmaceutical dosage form, coated azithromycin tablets containing form G azithromycin were prepared and analyzed by $^{13}$C ssNMR. Tablets were wet granulated and tabletted on an F-Press (Manesty, Liverpool, UK) using 0.262"×0.531" tooling. Tablets were formulated and tabletted to contain 250 mg of form G azithromycin with a total tablet weight of 450 mg using the formula given below. The tablets were uniformly coated with pink Opadry II® (mixture of lactose monohydrate, hydroxypropylmethylcellulose, titanium dioxide, Drug & Cosmetic red #30, and triacetin) (Colorcon, West Point, Pa.).

| Material | Percentage | Batch(g) |
|---|---|---|
| Azithromycin form "O" | 58.23 | 174.69 |
| Pregellatinized corn starch | 6.00 | 18.00 |
| Anhydrous dicalcium phosphate | 30.85 | 92.55 |
| Sodium croscarmelose | 2.00 | 6.00 |
| Magnesium stearate with 10% sodium lauryl sulfate | 2.92 | 8.76 |
| Total | 100.00 | 300.00 |

A coated tablet was gently crushed and the powdered sample was packed with a packing tool in solid state rotor containing no $^{13}$C background. Analysis of the sample was performed under conditions outlined in Example 13.

A representative $^{13}$C ssNMR spectrum of the tablet containing form G azithromycin is given in FIG. 29.

### Example 15

### Antimicrobial Activity

The activity of the crystal forms of the present invention against bacterial and protozoa pathogens is demonstrated by the compound's ability to inhibit growth of defined strains of human (Assay I) or animal (Assays II and II) pathogens.

### Assay I

Assay I, described below, employs conventional methodology and interpretation criteria and is designed to provide direction for chemical modifications that may lead to compounds that circumvent defined mechanisms of macrolide resistance. In Assay I, a panel of bacterial strains is assembled to include a variety of target pathogenic species, including representatives of macrolide resistance mechanisms that have been characterized. Use of this panel enables the chemical structure/activity relationship to be determined with respect to potency, spectrum of activity, and structural

24

elements or modifications that may be necessary to obviate resistance mechanisms. Bacterial pathogens that comprise the screening panel are shown in the table below. In many cases, both the macrolide-susceptible parent strain and the macrolide-resistant strain derived from it are available to provide a more accurate assessment of the compound's ability to circumvent the resistance mechanism. Strains that contain the gene with the designation of ermA/ermB/ermC are resistant to macrolides, lincosamides, and streptogramin B antibiotics due to modifications (methylation) of 23S rRNA molecules by an Erm methylase, thereby generally prevent the binding of all three structural classes. Two types of macrolide efflux have been described; msrA encodes a component of an efflux system in staphylococci that prevents the entry of macrolides and streptogramins while mefA/E encodes a transmembrane protein that appears to efflux only macrolides. Inactivation of macrolide antibiotics can occur and can be mediated by either a phosphorylation of the 2'-hydroxyl (mph) or by cleavage of the macrocyclic lactone (esterase). The strains may be characterized using conventional polymerase chain reaction (PCR) technology and/or by sequencing the resistance determinant. The use of PCR technology in this application is described in J. Sutcliffe et al., "Detection Of Erythromycin-Resistant Determinants By PCR", Antimicrobial Agents and Chemotherapy, 40(11), 2562–2566 (1996). The assay is performed in microtiter trays and interpreted according to *Performance Standards for Antimicrobial Disk Susceptibility Tests—Sixth Edition; Approved Standard*, published by The National Committee for Clinical Laboratory Standards (NCCLS) guidelines; the minimum inhibitory concentration (MIC) is used to compare strains. The crystalline compound is initially dissolved in dimethylsulfoxide (DMSO) as 40 mg/ml stock solution.

| Strain Designation | Macrolide Resistance Mechanism(s) |
|---|---|
| Staphylococcus aureus 1116 | susceptible parent |
| Staphylococcus aureus 1117 | ErmB |
| Staphylococcus aureus 0052 | susceptible parent |
| Staphylococcus aureus 1120 | ErmC |
| Staphylococcus aureus 1032 | msrA, mph, esterase |
| Staphylococcus hemolyticus 1006 | msrA, mph |
| Streptococcus pyogenes 0203 | susceptible parent |
| Streptococcus pyogenes 1079 | ErmB |
| Streptococcus pyogenes 1062 | susceptible parent |
| Streptococcus pyogenes 1061 | ErmB |
| Streptococcus pyogenes 1064 | ErmB |
| Streptococcus agalactiae 1024 | susceptible parent |
| Streptococcus agalactiae 1023 | ErmB |
| Streptococcus pneumoniae 1016 | Susceptible |
| Streptococcus pneumoniae 1046 | ErmB |
| Streptococcus pneumoniae 1095 | ErmB |
| Streptococcus pneumoniae 1175 | MefE |
| Streptococcus pneumoniae 0085 | Susceptible |
| Haemophilus influenzae 0131 | Susceptible |
| Moraxella catarrhalis 0040 | Susceptible |
| Moraxella catarrhalis 1055 | erythromycin intermediate resistance |
| Escherichia coli 0266 | Susceptible |

Assay II is utilized to test for activity against *Pasteurella multocida* and Assay III is utilized to test for activity against *Pasteurella haemolytica*.

### Assay II

This assay is based on the liquid dilution method in microliter format. A single colony of *P. multocida* (strain 59A067) is inoculated into 5 ml of brain heart infusion (BHI) broth. The test compound is prepared by solubilizing

25

1 mg of the compound in 125 $\mu$l of dimethylsulfoxide (DMSO). Dilutions of the test compound are prepared using uninoculated BHI broth. The concentrations of the test compound used range from 200 $\mu$g/ml to 0.098 $\mu$g/ml by two-fold dilutions. The *P. multocida* inoculated BHI is diluted with uninoculated BHI broth to make a $10^4$ cell suspension per 200 $\mu$l. The BHI cell suspensions are mixed with respective serial dilutions of the test compound, and incubated at 37° C. for 18 hours. The minimum inhibitory concentration (MIC) is equal to the concentration of the compound exhibiting 100% inhibition of growth of *P. multocida* as determined by comparison with an uninoculated control.

## Assay III

This assay is based on the agar dilution method using a Steers Replicator. Two to five colonies isolated from an agar plate are inoculated into BHI broth and incubated overnight at 37° C. with shaking (200 rpm). The next morning, 300 $\mu$l of the fully grown *P. haemolytica* preculture is inoculated into 3 ml of fresh BHI broth and is incubated at 37° C. with shaking (200 rpm). The appropriate amounts of the test compounds are dissolved in ethanol and a series of two-fold serial dilutions are prepared. Two ml of the respective serial dilution is mixed with 18 ml of molten BHI agar and solidified. When the inoculated *P. haemolytica* culture reaches 0.5 McFarland standard density, about 5 $\mu$l of the *P. haemolytica* culture is inoculated onto BHI agar plates containing the various concentrations of the test compound using a Steers Replicator and incubated for 18 hours at 37° C. Initial concentrations of the test compound range from 100–200 $\mu$g/ml. The MIC is equal to the concentration of the test compound exhibiting 100% inhibition of growth of *P. haemolytica* as determined by comparison with an uninoculated control.

The in vivo activity of the crystal forms of the present invention can be determined by conventional animal protection studies well known to those skilled in the art, usually carried out in mice.

Mice are allotted to cages (10 per cage) upon their arrival, and allowed to acclimate for a minimum of 48 hours before being used. Animals are inoculated with 0.5 ml of a $3\times10^3$ CFU/ml bacterial suspension (*P. multocida* strain 59A006) intraperitoneally. Each experiment has at least 3 non-medicated control groups including one infected with 0.1x challenge dose and two infected with 1x challenge dose; a 10x challenge data group may also be used. Generally, all mice in a given study can be challenged within 30–90 minutes, especially if a repeating syringe (such as a Cornwall® syringe) is used to administer the challenge. Thirty minutes after challenging has begun, the first compound treatment is given. It may be necessary for a second person to begin compound dosing if all of the animals have not been challenged at the end of 30 minutes. The routes of administration are subcutaneous or oral doses. Subcutaneous doses are administered into the loose skin in the back of the neck whereas oral doses are given by means of a feeding needle. In both cases, a volume of 0.2 ml is used per mouse. Compounds are administered 30 minutes, 4 hours, and 24 hours after challenge. A control compound of known efficacy administered by the same route is included in each test. Animals are observed daily, and the number of survivors in each group is recorded. The *P. multocida* model monitoring continues for 96 hours (four days) post challenge.

The $PD_{50}$ is a calculated dose at which the compound tested protects 50% of a group of mice from mortality due

26

to the bacterial infection that would be lethal in the absence of drug treatment.

The crystal forms of the present invention (hereinafter "the active compound(s)"), may be administered through oral, parenteral, topical, or rectal routes in the treatment or prevention of bacterial or protozoa infections. In general, the active compound is most desirably administered in dosages ranging from about 0.2 mg per kg body weight per day (mg/kg/day) to about 200 mg/kg/day in single or divided doses (i.e., from 1 to 4 doses per day), although variations will necessarily occur depending upon the species, weight and condition of the subject being treated and the particular route of administration chosen. However, a dosage level that is in the range of about 2 mg/kg/day to about 50 mg/kg/day is most desirably employed. Variations may nevertheless occur depending upon the species of mammal, fish or bird being treated and its individual response to said medicament, as well as on the type of pharmaceutical formulation chosen and the time period and interval at which such administration is carried out. In some instances, dosage levels below the lower limit of the aforesaid range may be more than adequate, while in other cases still larger doses may be employed without causing any harmful side effects, provided that such larger doses are first divided into several small doses for administration throughout the day.

The active compound may be administered alone or in combination with pharmaceutically acceptable carriers or diluents by the routes previously indicated, and such administration may be carried out in single or multiple doses. More particularly, the active compound may be administered in a wide variety of different dosage forms, i.e., they may be combined with various pharmaceutically acceptable inert carriers in the form of tablets, capsules, lozenges, troches, hard candies, powders, sprays, creams, salves, suppositories, jellies, gels, pastes, lotions, ointments, sachets, powders for oral suspension, aqueous suspensions, injectable solutions, elixirs, syrups, and the like. Such carriers include solid diluents or fillers, sterile aqueous media and various non-toxic organic solvents, etc. Moreover, oral pharmaceutical compositions can be suitably sweetened and/or flavored. In general, the active compound is present in such dosage forms at concentration levels ranging from about 1.0% to about 70% by weight.

For oral administration, tablets containing various excipients such as microcrystalline cellulose, sodium citrate, calcium carbonate, dicalcium phosphate and glycine may be employed along with various disintegrants such as starch (and preferably corn, potato or tapioca starch), alginic acid and certain complex silicates, together with granulation binders like polyvinylpyrrolidone, sucrose, gelatin and acacia. Additionally, lubricating agents such as magnesium stearate, sodium lauryl sulfate and talc are often very useful for tabletting purposes. Solid compositions of a similar type may also be employed as fillers in gelatin capsules; preferred materials in this connection also include lactose or milk sugar as well as high molecular weight polyethylene glycols. When aqueous suspensions and/or elixirs are desired for oral administration, the active compound may be combined with various sweetening or flavoring agents, coloring matter or dyes, and, if so desired, emulsifying and/or suspending agents as well, together with such diluents as water, ethanol, propylene glycol, glycerin and various like combinations thereof.

For parenteral administration, solutions of the active compound in either sesame or peanut oil or in aqueous propylene glycol may be employed. The aqueous solutions should be suitably buffered (preferably pH greater than 8) if

US 6,977,243 B2

27

necessary and the liquid diluent first rendered isotonic. These aqueous solutions are suitable for intravenous injection purposes. The oily solutions are suitable for intraarticular, intramuscular and subcutaneous injection purposes. The preparation of all these solutions under sterile conditions is readily accomplished by standard pharmaceutical techniques will known to those skilled in the art.

Additionally, it is also possible to administer the active compound topically and this may be done by way of creams, jellies, gels, pastes, patches, ointments and the like, in accordance with standard pharmaceutical practice.

For administration to animals other than humans, such as cattle or domestic animals, the active compounds may be administered in the feed of the animals or orally as a drench composition.

The active compound may also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines.

What is claimed is:

1. A crystalline form of azithromycin according to claim 20 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

2. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 60% or more by weight azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate.

28

10. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

19. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}C$ solid stat NMR spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}C$ solid state NMR spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{12}C$ solid state NMR spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}C$ solid state NMR spectrum further comprising a peak with chemical shift of about 7.6 ppm.

24. The crystalling form of azithromycin according to claim 23 wherein said $^{13}C$ solid state NMR spectrum further comprising a peak with chemical shift of about 6.5 ppm.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,977,243 B2                                   Page 1 of 2
DATED          : December 20, 2005
INVENTOR(S)  : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 27, line 23 - Column 28, line 47,
Replace claims 1-24 with the following:

1. A crystalline form of azithromycin which is azithromycin sesquihydrate being characterized as having a $^{13}$C solid state NMR spectrum comprising a plurality of peaks with at least one peak having a chemical shift of about 179.5 ppm.

2. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 60% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

10. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,977,243 B2                                    Page 2 of 2
DATED         : December 20, 2005
INVENTOR(S)   : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

### Column 27, line 23 - Column 28, line 47 (cont'd),

19. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 7.6 ppm.

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 6.5 ppm.

Signed and Sealed this

Seventh Day of February, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT E

06 CV 1222

Kelly L. Morron (KM 1706)
SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
212-753-5000

Attorney for Sandoz Inc., Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SANDOZ INC.,                              :
                                          :
                    Plaintiff,            :
                                          :        Civil Action No. _____ _____
                                          :
         v.                               :
                                          :        **COMPLAINT FOR**
                                          :        **DECLARATORY JUDGMENT**
PFIZER INC.,                              :
                                          :
                    Defendant.            :
-------------------------------------------------------------X

        Plaintiff Sandoz Inc. ("Sandoz"), for its Complaint against Pfizer Inc. ("Pfizer"), alleges

as follows:

<div align="center">

**THE PARTIES**

</div>

        1.      Sandoz is a corporation organized and existing under the laws of the State of

Colorado, having its principal place of business at 506 Carnegie Center, Suite 400, Princeton,

N.J. 08540.

        2.      Upon information and belief, Pfizer is a corporation organized and existing under

the laws of the State of Delaware and has its corporate headquarters at 235 East 42nd Street,

New York, New York 10017.

3.     Upon information and belief, Pfizer owns U.S. Patent No. 6,977,243 ("the '243 patent"), entitled "Crystal Forms of Azithromycin," a copy of which, with its Certificate of Correction dated February 7, 2006, is attached hereto as Exhibit A.

4.     Upon information and belief, Pfizer holds New Drug Application No. 050711 for 250 mg azithromycin oral tablets which it sells under the trade name ZITHROMAX®.

5.     Upon information and belief, Pfizer holds New Drug Application No. 050784 for 500 mg azithromycin oral tablets which it sells under the trade name ZITHROMAX®.

6.     Upon information and belief, Pfizer holds New Drug Application No. 050730 for 600 mg azithromycin oral tablets which it sells under the trade name ZITHROMAX®.

## JURISDICTION AND VENUE

7.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), in that it involves substantial claims arising under the United States Patent Act, 35 U.S.C. § 1 *et seq.*

8.     This Court may declare the rights and other legal relations of the parties pursuant to 28 U.S.C. §§ 2201 and 2202 because this is a case of actual controversy within the Court's jurisdiction seeking a declaratory judgment that the '243 patent is invalid and is not infringed.

9.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## THE CONTROVERSY

10.     Sandoz holds Abbreviated New Drug Application ("ANDA") No. 065211 for 250 mg azithromycin oral tablets, which was approved by the United States Food and Drug Administration ("FDA") on November 14, 2005 ("250 mg azithromycin tablets"). Sandoz's 250 mg tablets were approved as "bioequivalent" to Pfizer's 250 mg ZITHROMAX® tablets.

2

11.     Sandoz holds Abbreviated New Drug Application No. 065212 for 500 mg azithromycin oral tablets, which was approved by the FDA on November 14, 2005 ("500 mg azithromycin tablets"). Sandoz's 500 mg tablets were approved as "bioequivalent" to Pfizer's 500 mg ZITHROMAX® tablets.

12.     Sandoz holds Abbreviated New Drug Application No. 065209 for 600 mg azithromycin oral tablets, which was approved by the FDA on November 14, 2005 ("600 mg azithromycin tablets"). Sandoz's 600 mg tablets were approved as "bioequivalent" to Pfizer's 600 mg ZITHROMAX® tablets.

13.     On or about November 14, 2005, Sandoz began commercializing its 250, 500, and 600 mg azithromycin tablets throughout the United States, and continues to do so.

14.     Upon information and belief, on or about February 8, 2006, Pfizer filed an action in the United States District Court for the District of Delaware against Sandoz alleging infringement of the '243 patent arising from 1) Sandoz's submission of ANDA Nos. 065211, 065212, and 065209, and 2) from Sandoz's commercialization of its 250, 500, and 600 mg azithromycin tablets ("District of Delaware Complaint"). Although Sandoz has not yet been served with the District of Delaware Complaint, its filing creates a reasonable apprehension that Sandoz will be served.

15.     Among other reasons, the history of litigation involving crystal forms of azithromycin in this forum, *e.g. Teva Pharmaceuticals USA, Inc. v. Pfizer Inc.*, 04-cv-04979-LAP (S.D.N.Y. June 24, 2004), makes it a more suitable and convenient forum for litigation involving the '243 patent than the District of Delaware.

## COUNT I
### (Declaratory Judgment Of Noninfringement)

16.     Sandoz's repeats and re-alleges paragraphs 1-15 above as if fully set forth herein.

3

17.   Sandoz's commercial manufacture, use, offer for sale, sale, or importation of its 250, 500, and 600 mg azithromycin tablets do not infringe the '243 patent.

## COUNT II
### (Declaratory Judgment Of Invalidity)

18.   Sandoz's repeats and re-alleges paragraphs 1-17 above as if fully set forth herein.

19.   One or more of the claims of the '243 patent are invalid for failing to meet a condition for patentability set forth in 35 U.S.C. § 101 *et seq.* By way of example and not of limitation, any claim construed to encompass Sandoz's azithromycin tablet would be invalid under 35 U.S.C. § 112, paragraph 2.

## COUNT III
### (Declaratory Judgment Of Unenforceability)

20.   Sandoz's repeats and re-alleges paragraphs 1-19 above as if fully set forth herein.

21.   The claims of the '243 patent are unenforceable against Sandoz in view of Plaintiffs representations, express and implied, to the United States Patent & Trademark Office in seeking to overcome the patent examiner's rejections of the claims as unpatentable in view of, *inter alia*, Chinese Patent No. 1114960 A.

### PRAYER FOR RELIEF

WHEREFORE, Sandoz respectfully requests the Court enter judgment against Pfizer to include:

A.   A declaration that Sandoz's commercial manufacture, use, offer for sale, sale, or importation of its 250, 500, and 600 mg azithromycin tablets do not infringe the claims of the '243 patent;

B.   A declaration that the claims of the '243 patent are invalid or otherwise unenforceable;

4

C.   An award of Sandoz's reasonable costs and attorneys' fees in connection with this action; and

D.   All such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  February 16, 2006

Kelly L. Morron (KM 1706)
SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
212-753-5000

Attorneys for Plaintiff Sandoz Inc.

CHI\ 4473642 1

5

# EXHIBIT A



US006977243B2

(12) **United States Patent**
Li et al.

(10) Patent No.: **US 6,977,243 B2**
(45) Date of Patent: ***Dec. 20, 2005**

(54) **CRYSTAL FORMS OF AZITHROMYCIN**

(75) Inventors: **Zheng J. Li**, Quaker Hill, CT (US);
**Andrew V. Trask**, Stonington, CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/152,106

(22) Filed: May 21, 2002

(65) **Prior Publication Data**

US 2003/0162730 A1 Aug. 28, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/292,565, filed on May 22, 2001, provisional application No. 60/297,741, filed on Jun. 12, 2001, and provisional application No. 60/343,041, filed on Dec. 21, 2001.

(51) Int. Cl.[7] ............. A61K 31/70; C07H 17/08

(52) U.S. Cl. ............. 514/29; 536/7.4

(58) Field of Search ............. 514/29; 536/7.4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,328,334 A | 5/1982 | Kobrehel et al. | 536/7.4 |
| 4,465,674 A | 8/1984 | Bright et al. | 424/180 |
| 4,474,768 A | 10/1984 | Bright | 424/180 |
| 4,517,359 A | 5/1985 | Kobrehel et al. | 536/7.4 |
| 4,963,531 A | 10/1990 | Remington | 514/29 |
| 6,245,903 B1 | 6/2001 | Karimian et al. | 536/7.4 |
| 6,268,489 B1 | 7/2001 | Allen et al. | 536/7.4 |
| 6,365,574 B2 * | 4/2002 | Singer et al. | 514/29 |
| 6,420,537 B1 | 7/2002 | Bosch et al. | 536/7.4 |
| 6,451,990 B1 * | 9/2002 | Bayod Jasanada et al. | 536/7.4 |

| | | | |
|---|---|---|---|
| 6,528,492 B1 | 3/2003 | de la Torre Garcia et al. | 514/29 |
| 6,586,576 B2 * | 7/2003 | Aronhime et al. | 536/7.4 |
| 2001/0047089 A1 | 11/2001 | Aronhime et al. | |
| 2002/0111318 A1 | 8/2002 | Rengaraju | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2245398 | 2/2000 | C07H 17/00 |
| CN | 1093370 | 12/1994 | C07H 17/08 |
| CN | 1114960 | 1/1996 | C07H 17/08 |
| CN | 1161971 | 10/1997 | C07H 17/02 |
| EP | 0298650 | 6/1988 | C07H 17/08 |
| EP | 0941999 | 9/1999 | C07H 17/08 |
| EP | 1103558 | 2/2000 | C07H 17/08 |
| EP | 1103558 | 5/2001 | C07H 17/08 |
| EP | 1234833 | 8/2002 | C07H 17/08 |
| WO | WO 9804574 | 2/1998 | C07H 17/08 |
| WO | WO 0014099 | 3/2000 | C07H 17/08 |
| WO | WO 0032203 | 6/2000 | A61K 31/70 |
| WO | WO 0100640 | 1/2001 | C07H 17/08 |
| WO | WO 0149697 | 7/2001 | C07H 1/00 |
| WO | WO 0187912 | 11/2001 | C07H 17/08 |
| WO | WO 0207736 | 1/2002 | A61K 31/7048 |
| WO | WO 0209640 | 2/2002 | |
| WO | WO 0210181 | 2/2002 | C07H 17/08 |
| WO | WO 0215842 | 2/2002 | |
| WO | WO 0242315 | 5/2002 | C07H 17/08 |
| WO | WO 02085898 | 10/2002 | C07D/413/14 |
| WO | WO 0187912 | 11/2002 | C07H 17/08 |
| WO | WO 03032922 | 4/2003 | |

OTHER PUBLICATIONS

Chemical Abstracts, vol. 124, No. 3 (Jan. 15, 1996) Abstract No. 29525, Abstract of CN1093370.

* cited by examiner

*Primary Examiner*—Elli Peselev
(74) *Attorney, Agent, or Firm*—Gregg C. Benson; B. Timothy Creagan; Lance Y. Liu

(57) **ABSTRACT**

The invention relates to crystal forms of azithromycin, an antibiotic useful in the treatment of infections.

**24 Claims, 33 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

Case 1:06-cv-00090-JJF    Document 9-6    Filed 03/06/2006    Page 18 of 57



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

US 6,977,243 B2

1

CRYSTAL FORMS OF AZITHROMYCIN

This application claims the benefit of U S Provisional Application Ser No 60/292,565, filed May 22, 2001; U S Provisional Application Ser No 60/297,741, filed Jun 12, 2001; and U.S. Provisional Application Ser No 60/343,041, filed Dec. 21, 2001, the contents of the aforementioned provisional patent applications are hereby incorporated by reference in their entirety

BACKGROUND OF THE INVENTION

This invention relates to crystal forms of azithromycin Azithromycin is sold commercially and is an effective antibiotic in the treatment of a broad range of bacterial infections The crystal forms of this invention are likewise useful as antibiotic agents in mammals, including man, as well as in fish and birds

Azithromycin has the following structural formula:



Azithromycin is described and claimed in U S Pat Nos 4,517,359 and 4,474,768 It is also known as 9-deoxo-9a-aza-9a-methyl-9a-homoerythomycin A

Other patents or patent applications which directly or indirectly cover azithromycin include: EP 298,650 which claims a method of treating a strain of *Toxoplasma gondii* species; U.S. Pat No. 5,633,006 which claims a chewable tablet or liquid suspension pharmaceutical composition having reduced bitterness; U S Pat No. 5,686,587 which claims an intermediate useful in the preparation of azithromycin; U S Pat No. 5,605,889 which claims an oral dosage form that reduces the "food effect" associated with the administration of azithromycin; U S Pat No 6,068,859 which claims a controlled dosage form containing azithromycin; U S Pat No 5,498,699 which claims a composition containing azithromycin in combination with bivalent or trivalent metals; EP 925,789 which claims a method of treating eye infections; Chinese patent application CN 1123279A which relates to water soluble salts of azithromycin; Chinese patent application CN 1046945C which relates to azithromycin sodium dihydrogenphosphate double salts; Chinese patent application CN 1114960A which relates to azithromycin crystals, Chinese patent application CN 1161971A which relates to azithromycin crystals; Chinese patent application CN 1205338A which relates to a method of preparing water soluble salts of azithromycin; International Publication WO 00/32203 which relates to an ethanolate of azithromycin; and European patent application EP 984,020 which relates to an azithromycin monohydrate isopropanol clathrate

2

SUMMARY OF THE INVENTION

The present invention relates to crystal forms of azithromycin. As used herein, the term "crystal form(s)" or "form(s)", unless otherwise noted, means one or more crystal forms of azithromycin

In particular, the present invention relates to a crystal form of azithromycin wherein said crystal form is selected from forms C, D, E, F, G, H, J, M, N, O, P, Q and R wherein said forms are as defined herein Forms F, G, H, J, M, N, O, and P belong to family I azithromycin and belong to a monoclinic P2₁ space group with cell dimensions of a=16 3±0.3 Å, b=16.2±0.3 Å, c=18.4±0 3 Å and beta=109±2° Forms C, D, E and R belong to family II azithromycin and belong to an orthorhombic P2₁ 2₁ 2 space group with cell dimensions of a=8 9±0.4 Å, b=12 3±0.5 Å and c=45 8±0.5 Å. Form Q is distinct from families I and II

Form F azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_5OH$ in the single crystal structure, being azithromycin monohydrate hemi-ethanol solvate Form F is further characterized as containing 2–5% water and 1–4% ethanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9 The ¹³C ssNMR (solid state Nuclear Magnetic Resonance) spectrum of form F has two chemical shift peaks at approximately 179±1 ppm, those being 179 5±0 2 ppm and 178 6±0 2 ppm, a set of five peaks between 6 4 to 11 0 ppm, and ethanol peaks at 58 0±0 5 ppm and 17 2±0 5 ppm The solvent peaks can be broad and relatively weak in intensity

The invention also relates to substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate

The invention further relates to methods of preparing form F azithromycin by treating azithromycin with ethanol to complete dissolution at 40–70° C. and cooling with reduction of ethanol or addition of water to effect crystallization. Also included are methods of making substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate

Form G azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ in the single crystal structure, being azithromycin sesquihydrate Form G is further characterized as containing 2 5–6% water and <1% organic solvent(s) by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9 The ¹³C ssNMR spectrum of form G has one chemical shift peak at approximately 179±1 ppm, being a peak at 179 5±0 2 ppm (splitting <0 3 ppm may present), and a set of five peaks between 6 3 to 11 0 ppm

The invention also relates to substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate

The invention further relates to methods of preparing substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate by treating azithromycin with a mixture of methanol and water or acetone and water to complete dissolution at 40–60° C and cooling to effect crystallization

Form H azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_3H_6O_2$ being azithromycin monohydrate hemi-1,2 propanediol solvate

Form J azithromycin is of the formula $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_3H_7OH$ in the single crystal

3

structure, being azithromycin monohydrate hemi-n-propanol solvate Form J is further characterized as containing 2–5% water and 1–5% 1-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9 The $^{13}$C ssNMR spectrum of form J has two chemical shift peaks at approximately 179±1 ppm, those being 179 6±0 2 ppm and 178 4±0 2 ppm, a set of five peaks between 6.6 to 11 7 ppm and an n-propanol peak at 25 2±0.4 ppm The solvent peak can be broad and relatively weak in intensity.

The invention further relates to methods of preparing form J by treating azithromycin with n-propanol to complete dissolution at 25–55° C and cooling with addition of water to effect crystallization.

Form M azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ 0 5$C_3H_7OH$, being azithromycin monohydrate hemi-isopropanol solvate Form M is further characterized as containing 2–5% water and 1–4% 2-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9 The $^{13}$C ssNMR spectrum of form M has one chemical shift peak at approximately 179±1 ppm, being 179 6±0 2 ppm, a peak at 41 9±0 2 ppm and a set of six peaks between 6 9 to 16 4 ppm and an isopropanol peak at 26 0±0.4 ppm The solvent peak can be broad and relatively weak in intensity

The invention also relates to substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate

The invention further relates to methods of preparing substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate by treating azithromycin with isopropanol to complete dissolution at 40–60° C and reduction of isopropanol followed by cooling or cooling followed by addition of water to effect crystallization

Form N azithromycin is a mixture of isomorphs of Family 1 The mixture may contain variable percentages of isomorphs, F, G, H, J, M and others, and variable amounts of water and organic solvents, such as ethanol, isopropanol, n-propanol, propylene glycol, acetone, acetonitrile, butanol, pentanol, etc The weight percent of water can range from 1–5% and the total weight percent of organic solvents can be 2–5% with each solvent content of 0.5 to 4%. The samples of form N display all characteristic peaks of members of Family 1 in various proportions. Form N may be characterized as 'mixed crystals' or "crystalline solid solutions' of Family 1 isomorphs

Form N displays chemical shifts as a combination of isomorphs in Family 1 The peaks may vary in chemical shift ppm within ±0.2 ppm and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

Form P azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ 0 5$C_5H_{12}O$ being azithromycin monohydrate hemi-n-pentanol solvate

Form Q azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ 0 5$C_4H_8O$ being azithromycin monohydrate hemi-tetrahydrofuran solvate

Form R azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_5H_{12}O$ being azithromycin monohydrate mono-methyl tert-butyl ether solvate

Form D azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_6H_{12}$ in its single crystal structure,

4

being azithromycin monohydrate monocyclohexane solvate. Form D is further characterized as containing 2–6% water and 3–12% cyclohexane by weight in powder samples and having representative powder X-ray diffraction 2θ peaks as defined in Table 9 The $^{13}$C ssNMR spectrum of form D displays has one chemical shift peak at approximately 179±1 ppm, being 178 1±0.2 ppm and peaks at 103.9±0 2ppm, 95.1±0.2 ppm, 84 2±0 2 ppm, and a set of 3 peaks between 8 4 to 11 ppm

The invention further relates to methods of preparing form D by slurrying azithromycin dihydrate with cyclohexane.

Form E azithromycin is of the formula $C_{38}H_{72}N_2O_{12}$ $H_2O$ $C_4H_8O$ being azithromycin monohydrate mono-tetrahydrofuran solvate

The invention further relates to azithromycin in an amorphous state and a method of preparing amorphous azithromycin that comprises the removal of water and/or solvents from the azithromycin crystal lattice. The X-ray diffraction powder pattern for amorphous azithromycin displays no sharp 2θ peaks but has two broad rounded peaks The first peak occurs between 4° and 13° The second peak occurs between 13° and 25°

The invention also relates to pharmaceutical compositions for the treatment of a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin, and a pharmaceutically acceptable carrier

The invention also relates to a method of treating a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises administering to said mammal, fish or bird a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin

The present invention also relates to methods of preparing crystal forms of azithromycin which comprise the slurrying of azithromycin in an appropriate solvent or the dissolution of azithromycin in a heated organic solvent or organic solvent/water solution and precipitating the crystalline azithromycin by cooling the solution with reduction of solvent volume or by dissolving azithromycin in a solvent or solvent mixture and precipitating crystalline azithromycin by the addition of water to the solution Azithromycin in amorphous state is prepared by heating crystalline azithromycin in a solution

The term "treatment", as used herein, unless otherwise indicated, means the treatment or prevention of a bacterial infection or protozoa infection as provided in the method of the present invention, including curing, reducing the symptoms of or slowing the progress of said infection The terms "treat" and "treating" are defined in accord the foregoing term "treatment"

The term "substantially free" when referring to a designated crystalline form of azithromycin means that there is less than 20% (by weight) of the designated crystalline form(s) present, more preferably, there is less than 10% (by weight) of the designated crystalline form(s) present, more preferably, there is less than 5% (by weight) of the designated form(s) present, and most preferably, there is less than 1% (by weight) of the designated crystalline form(s) present For instance, form F azithromycin substantially free of azithromycin dihydrate means form F with 20% (by weight) or less of azithromycin dihydrate, more preferably, 10% (by weight) or less of azithromycin dihydrate, most preferably, 1% (by weight) of azithromycin dihydrate

The term "substantially pure" when referring to a designated crystalline form of azithromycin means that the des-

US 6,977,243 B2

5

ignated crystalline form contains less than 20% (by weight) of residual components such as alternate polymorphic or isomorphic crystalline form(s) of azithromycin It is preferred that a substantially pure form of azithromycin contain less than 10% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, more preferred is less than 5% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin, and most preferably less than 1% (by weight) of alternate polymorphic or isomorphic crystalline forms of azithromycin.

The term "substantially in the absence of azithromycin dihydrate" when referring to bulk crystalline azithromycin or a composition containing crystalline azithromycin means the crystalline azithromycin contains less than about 5% (by weight) azithromycin dihydrate, more preferably less than about 3% (by weight) azithromycin dihydrate, and most preferably less than 1% (by weight) azithromycin dihydrate.

As used herein, unless otherwise indicated, the term "bacterial infection(s)" or "protozoa infection" includes bacterial infections and protozoa infections and diseases caused by such infections that occur in mammals, fish and birds as well as disorders related to bacterial infections and protozoa infections that may be treated or prevented by administering antibiotics such as the compound of the present invention Such bacterial infections and protozoa infections and disorders related to such infections include, but are not limited to, the following: pneumonia, otitis media, sinusitis, bronchitis, tonsillitis, and mastoiditis related to infection by *Streptococcus pneumoniae*, *Haemophilus influenzae*, *Moraxella catarrhalis*, *Staphylococcus aureus*, or *Peptostreptococcus* spp ; pharyngitis, rheumatic fever, and glomerulonephritis related to infection by *Streptococcus pyogenes*, Groups C and G streptococci, *Clostridium diptheriae*, or *Actinobacillus haemolyticum*; respiratory tract infections related to infection by *Mycoplasma pneumoniae*, *Legionella pneumophila*, *Streptococcus pneumoniae*, *Haemophilus influenzae*, or *Chlamydia pneumoniae*; uncomplicated skin and soft tissue infections, abscesses and osteomyelitis, and puerperal fever related to infection by *Staphylococcus aureus*, coagulase-positive staphylococci (i e , *S. epidermidis*, *S. hemolyticus*, etc ), *Streptococcus pyogenes* , *Streptococcus agalactiae*, Streptococcal groups C-F (minute-colony streptococci), viridans streptococci, *Corynebacterium minutissimum*, *Clostridium* spp , or *Bartonella henselae*; uncomplicated acute urinary tract infections related to infection by *Staphylococcus saprophyticus* or *Enterococcus* spp ; urethritis and cervicitis; and sexually transmitted diseases related to infection by *Chlamydia trachomatis*, *Haemophilus ducreyi*, *Treponema pallidum*, *Ureaplasma urealyticum*, or *Neisseria gonorrheae*; toxin diseases related to infection by *S aureus* (food poisoning and Toxic shock syndrome), or Groups A, B, and C streptococci; ulcers related to infection by *Helicobacter pylori*; systemic febrile syndromes related to infection by *Borrelia recurrentis*; Lyme disease related to infection by *Borrelia burgdorferi*; conjunctivitis, keratitis, and dacrocystitis related to infection by *Chlamydia trachomatis*, *Neisseria gonorrhoeae*, *S aureus*, *S. pneumoniae*, *S. pyogenes*, *H influenzae*, or *Listeria* spp ; disseminated *Mycobacterium avium* complex (MAC) disease related to infection by *Mycobacterium avium*, or *Mycobacterium intracellulare*; gastroenteritis related to infection by *Campylobacter jejuni*; intestinal protozoa related to infection by *Cryptosporidium* spp ; odontogenic infection related to infection by viridans streptococci; persistent cough related to infection by *Bordetella pertussis*; gas gangrene related to infection by *Clostridium perfringens* or *Bacteroides* spp ; and atherosclerosis related

6

to infection by *Helicobacter pylori* or *Chlamydia pneumoniae*. Also included are atherosclerosis and malaria. Bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in animals include, but are not limited to, the following: bovine respiratory disease related to infection by *P. haem* , *P. multocida*, *Mycoplasma bovis*, or *Bordetella* spp ; cow enteric disease related to infection by *E coli* or protozoa (i e , coccidia, cryptosporidia, etc ); dairy cow mastitis related to infection by *Staph aureus*, *Strep uberis*, *Strep. agalactiae*, *Strep dysgalactiae*, *Klebsiella* spp , *Corynebacterium*, or *Enterococcus* spp ; swine respiratory disease related to infection by *A pleuro* , *P. multocida*, or *Mycoplasma* spp ; swine enteric disease related to infection by *E coli*, *Lawsonia intracellularis*, *Salmonella*, or *Serpulina hyodyisinteriae*; cow footrot related to infection by *Fusobacterium* spp ; cow metritis related to infection by *E coli*; cow hairy warts related to infection by *Fusobacterium necrophorum* or *Bacteroides nodosus*; cow pink-eye related to infection by *Moraxella bovis*; cow premature abortion related to infection by protozoa (i e. neosporium); urinary tract infection in dogs and cats related to infection by *E coli*, skin and soft tissue infections in dogs and cats related to infection by *Staph epidermidis*, *Staph intermedius*, coagulase neg *Staph* or *P. multocida*; and dental or mouth infections in dogs and cats related to infection by *Alcaligenes* spp , *Bacteroides* spp , *Clostridium* spp , *Enterobacter* spp , *Eubacterium*, *Peptostreptococcus*, *Porphyromonas*, or *Prevotella* Other bacterial infections and protozoa infections and disorders related to such infections that may be treated or prevented in accord with the method of the present invention are referred to in J. P. Sanford et al , "The Sanford Guide To Antimicrobial Therapy," 26th Edition, (Antimicrobial Therapy, Inc , 1996)

The present invention also includes isotopically-labeled compounds wherein one or more atoms are replaced by an atom having an atomic mass or mass number different from the atomic mass or mass number usually found in nature. Examples of isotopes that can be incorporated into compounds of the invention include isotopes of hydrogen, carbon, nitrogen, oxygen, phosphorous, sulfur, fluorine and chlorine. such as $^2$H, $^3$H, $^{13}$C, $^{14}$C, $^{15}$N, $^{18}$O, and $^{17}$O Such radiolabelled and stable-isotopically labelled compounds are useful as research or diagnostic tools.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a calculated powder X-ray diffraction pattern of azithromycin form A. The scale of the abscissa is degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG. 2 is an experimental powder X-ray diffraction pattern of azithromycin form A The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts.

FIG 3 is an overlay of FIGS 1 and 2 with the calculated diffraction patterns of azithromycin form A (FIG 1) on the bottom and the experimental diffraction pattern of azithromycin form A (FIG 2) on the top The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 4 is a calculated powder X-ray diffraction pattern of azithromycin form C The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 5 is a calculated powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

FIG 6 is an experimental powder X-ray diffraction pattern of azithromycin form D The scale of the abscissa is in degrees 2-theta (2 θ) The ordinate is the intensity in counts

US 6,977,243 B2

7

FIG. 7 is an overlay of FIGS. 5 and 6 with the calculated diffraction pattern of azithromycin form D (FIG. 5) on the bottom and the experimental diffraction pattern of azithromycin form D (FIG. 6) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 8 is a calculated powder X-ray diffraction pattern of azithromycin form E. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 9 is a calculated powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 10 is an experimental powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 11 is an overlay of FIGS. 9 and 10 with the calculated diffraction pattern of azithromycin form F (FIG. 9) on the bottom and the experimental diffraction pattern of azithromycin form F (FIG. 10) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 12 is a calculated powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 13 is an experimental powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 14 is an overlay of FIGS. 12 and 13 with the calculated diffraction pattern of azithromycin form G (FIG. 12) on the bottom and the experimental diffraction pattern of azithromycin form G (FIG. 13) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 15 is a calculated powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 16 is an experimental powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 17 is an overlay of FIGS. 15 and 16 with the calculated diffraction pattern of azithromycin form J (FIG. 15) on the bottom and the experimental diffraction pattern of azithromycin form J (FIG. 16) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 18 is an experimental powder X-ray diffraction pattern of azithromycin form M. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 19 is an experimental powder X-ray diffraction pattern of azithromycin form N. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 20 is an experimental powder X-ray diffraction pattern of amorphous azithromycin. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 21 is a $^{13}$C solid state NMR spectrum of azithromycin form A.

FIG. 22 is a $^{13}$C solid state NMR spectrum of azithromycin form D.

8

FIG. 23 is a $^{13}$C solid state NMR spectrum of azithromycin form F.

FIG. 24 is a $^{13}$C solid state NMR spectrum of azithromycin form G.

FIG. 25 is a $^{13}$C solid state NMR spectrum of azithromycin form J.

FIG. 26 is a $^{13}$C solid state NMR spectrum of azithromycin form M.

FIG. 27 is a $^{13}$C solid state NMR spectrum of azithromycin form N.

FIG. 28 is a $^{13}$C solid state NMR spectrum of amorphous azithromycin.

FIG. 29 is a $^{13}$C solid state NMR spectrum of a pharmaceutical tablet containing form G azithromycin.

FIG. 30 is an experimental powder X-ray diffraction pattern of azithromycin form Q. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 31 is an experimental powder X-ray diffraction pattern of azithromycin form R. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 32 is a $^{13}$C solid state NMR spectrum of azithromycin form H.

FIG. 33 is a $^{13}$C solid state NMR spectrum of azithromycin form R.

## DETAILED DESCRIPTION OF THE INVENTION

Azithromycin has been found to exist in different crystalline forms A dihydrate, form A, and a non-stoichiometric hydrate, form B, are disclosed in European Patent EP 298 650 and U.S. Pat. No. 4,512,359, respectively. Sixteen other forms have been discovered, namely forms C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q and R. These forms are either hydrates or hydrate/solvates of azithromycin free base. Forms L and K are the metastable lower hydrate forms of A, detected at high temperature. Crystal structures of forms A, C, D, E, F, G, H, J and O have been solved. The structural data of these crystal forms are given below:

TABLE 1

| Crystallographic data of azithromycin form A. | |
|---|---|
| | Form A |
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot 2H_2O$ |
| Formula weight | 785.2 |
| Crystal size (mm) | 0.19 × 0.24 × 0.36 |
| Space group | $P2_12_12_1$, orthorhombic |
| Unit cell dimensions | a = 14.735 (5) Å |
| | b = 16.844 (7) Å |
| | c = 17.81 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm$^3$) | 1.18 |
| R | 0.060 |

US 6,977,243 B2

<div style="display:flex">
<div>

9

### TABLE 2

Crystallographic data of azithromycin form C.

| | Form C |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}·H_2O$ |
| Formula weight | 767.15 |
| Crystal size (mm) | $0.16 \times 0.16 \times 0.19$ |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.809 (3) Å |
| | b = 12.4750 (8) Å |
| | c = 45.59 (3) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.01 |
| R | 0.106 |

### TABLE 3

Crystallographic data of azithromycin form D.

| | Form D |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}·H_2O·C_6H_{12}$ |
| Formula weight | 851.15 |
| Crystal size (mm) | $0.52 \times 0.32 \times 0.16$ |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.8730 (10) Å |
| | b = 12.506 (2) Å |
| | c = 45.697 (7) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0663 |

### TABLE 4

Crystallographic data of azithromycin form E.

| | Form E |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}·H_2O·C_4H_9O$ |
| Formula weight | 839.2 |
| Crystal size (mm) | $0.17 \times 0.19 \times 0.20$ |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.869 (3) Å |
| | b = 12.086 (3) Å |
| | c = 46.00 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.087 |

### TABLE 5

Crystallographic data of azithromycin form F.

| | Form F |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}·H_2O·0.5C_2H_6O$ |
| Crystal size (mm) | $0.16 \times 0.20 \times 0.24$ |
| Formula weight | 790.2 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.281 (2) Å |
| | b = 16.293 (1) Å |
| | c = 18.490 (3) Å |

</div>
<div>

10

### TABLE 5-continued

Crystallographic data of azithromycin form F.

| | Form F |
|---|---|
| | α = 90° |
| | β = 109.33(1)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.0688 |

### TABLE 6

Crystallographic data of azithromycin form G.

| | Form G |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12}·1.5H_2O$ |
| Formula weight | 776.0 |
| Crystal size (mm) | $0.04 \times 0.20 \times 0.24$ |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.4069(8) Å |
| | b = 16.2922(8) Å |
| | c = 18.3830 (9) Å |
| | α = 90° |
| | β = 110.212(2)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0785 |

### TABLE 7

Crystallographic data of azithromycin form H.

| | Form H |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12}·H_2O·0.5C_3H_6O_2$ |
| Crystal size (mm) | $0.14 \times 0.20 \times 0.24$ |
| Formula weight | 805.0 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.177 (1) Å |
| | b = 16.241 (2) Å |
| | c = 18.614 (1) Å |
| | α = 90° |
| | β = 108.34 (1)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.15 |
| R | 0.0687 |

### TABLE 8

Crystallographic data of azithromycin form J.

| | Form J |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12}·H_2O·0.5C_2H_6O$ |
| Formula weight | 796.0 |
| Crystal size (mm) | $0.40 \times 0.36 \times 0.20$ |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.191(6) Å |
| | b = 16.237(10) Å |
| | c = 18.595(14) Å |
| | α = 90° |
| | β = 108.92(4)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0789 |

</div>
</div>

US 6,977,243 B2

11                                                          12

TABLE 8A

Crystallographic data of azithromycin form O.

|  | Form O |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 0.5H_2O \cdot 0.5C_4H_{10}O$ |
| Formula weight | 795.04 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | P2$_1$ monoclinic |
| Unit cell dimensions | a = 16.3602(11) Å |
|  | b = 16.2042(11) Å |
|  | c = 18.5459(12) Å |
|  | α = 90° |
|  | β = 109.66(10)° |
|  | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm$^3$) | 1.14 |
| R | 0.0423 |

Among these sixteen crystal forms, two isomorphic families are identified. Family I includes forms F, G, H, J, M, N, O, and P. Family II includes forms C, D, E and R. Form O is distinct from families I and II. The forms within a family are isomorphs that crystallize in the same space group with slight variation of cell parameters and comprise chemically related structures but different elemental composition. In this case, the variation in chemical composition among the isomorphs arises from incorporation of different water/solvent molecules. Consequently, the isomorphs display similar but non-identical X-ray diffraction patterns and solid-state NMR spectra (ssNMR). Other techniques such as near infrared spectroscopy (NIR), differential scanning calorimetry (DSC), gas chromatography (GC), thermalgravimetric analysis (TGA), or thermalgravimetric analysis/infrared spectroscopy analysis (TG-IR). Karl Fischer water analysis (KF) and molecular modeling/visualization provide data for affirmative identification of isomorphs. Dehydration/desolvation temperatures were determined by DSC with a heating rate of 5° C./min.

Form C

This crystal form was identified from a single crystal structure (Table 2)—a monohydrate of azithromycin. It has the space group of P2$_1$2$_1$2$_1$ and same unit cell parameters as that of forms D and E; therefore, it belongs to Family II isomorphs. Its calculated powder pattern is similar to that of forms D and E.

Form D

Form D was crystallized from cyclohexane. The single crystal structure of form D shows a stoichiometry of a monohydrate/monocyclohexane solvate of azithromycin (Table 3). Cyclohexane molecules were found to be disordered in the crystal lattice. From single crystal data, the calculated water and cyclohexane content of form D is 2.1 and 9.9%, respectively. Both the powder pattern and the calculated powder pattern of form D are similar to those of forms C and E. The powder samples of form D showed a desolvation/dehydration endotherm with an onset temperature of about 87° C. and a broad endotherm between 200–280° C. (decomposition) in DSC analysis at 5°C./min from 30–300° C.

Form D is prepared by slurrying azithromycin in cyclohexane for 2–4 days. The solid form D azithromycin is collected by filtration and dried.

Form E

Form E was obtained as a single crystal collected in a THF/water medium. It is a monohydrate and mono-THF solvate by single crystal analysis (Table 4). By its single crystal structure, the calculated PXRD pattern is similar to that of form C and form D making it a family II isomorph.

Form E is prepared by dissolving azithromycin in THF (tetrahydrofuran). Diffusing water vapor through saturated azithromycin THF solution over time yields crystals of Form E.

Form F

The single crystal of form F crystallized in a monoclinic space group, P2$_1$, with the asymmetric unit containing two azithromycin, two waters, and one ethanol, as a monohydrate/hemi-ethanolate (Table 5). It is isomorphic to all family I azithromycin crystalline forms. The calculated PXRD pattern of this form is similar to those of other family I isomorphs. The theoretical water and ethanol contents are 2.3 and 2.9%, respectively. The powder samples show a dehydration/desolvation endotherm at an onset temperature between 110–125° C. Form F is prepared by dissolving azithromycin in ethanol (1–3 volumes by weight) at a temperature of about 50–70° C. Upon complete dissolution, the solution is cooled to subambient temperature to cause precipitation. The volume of ethanol can be reduced by vacuum distillation with stirring for 1–2 hours to increase the yield. Alternatively, water (optionally chilled to 0–20° C.) about 0.1–2 volume can be added with collection of solids within 30 minute after water addition. Cooling the ethanol solution of azithromycin prior to the addition of water to below below 20° C., preferably below 15° C., more preferably below 10, and most preferably 5° C. results in substantially pure azithromycin form F. The solid form F azithromycin is collected by filtration and dried.

Form G

The single crystal structure of form G consists of two azithromycin molecules and three water molecules per asymmetric unit (Table 6). This corresponds to a sesquihydrate with a theoretical water content of 3.5% The water content of powder samples of form G ranges from about 2.5 to about 6%. The total residual organic solvent is less than 1% of the corresponding solvent used for crystallization, which is well below stoichiometric quantities of solvate. This form dehydrates with an onset temperature of about 110–120° C.

Form G may be prepared by adding azithromycin to a premixed organic solvent/water mixture (1/1 by volume), where the organic solvent can be methanol, acetone, acetonitrile, ethanol or isopropanol. The mixture is stirred and heated to an elevated temperature, e.g. 45–55° C. for 4–6 hours to cause dissolution. Precipitation occurs during cooling to ambient temperature. The solid form G azithromycin is collected by filtration and dried.

Form H

This crystal form is a monohydrate/hemi-propylene glycol solvate of azithromycin free base (Table 7). It was isolated from a formulation solution containing propylene glycol. The crystal structure of form H is isomorphic to crystal forms of Family I.

Azithromycin form H is prepared by dissolving azithromycin dihydrate in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water is added and precipitation occurs. The slurry is stirred for 24 hours and the solids are filtered and air-dried at ambient temperature to afford crystalline Form H.

Form J

Form J is a monohydrate/hemi n-propanol solvate (Table 8). The calculated solvent content is about 3.8% n-propanol and about 2.3% water. The experimental data shows from about 2.5 to about 4.0% n-propanol and from about 2.5 to about 3% water content for powder samples. Its PXRD pattern is very similar to those of its isomorphs F, G, H, M and N. Like F and G, the powder samples have a dehydration/desolvation endotherm at 115–125° C.

13

Form J is prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25–55° C. Water, about 6–7 volumes, is added at room temperature and the slurry is continuously stirred for 0.5–2 hours. The solid form J azithromycin is collected by filtration and dried.

Form K

The PXRD pattern of form K was found in a mixture of azithromycin form A and microcrystalline wax after annealing at 95° C. for 3 hours. It is a lower hydrate of form A and is a metastable high temperature form.

Form L

This form has only been observed upon heating the dihydrate; form A. In variable temperature powder X-ray diffraction (VT-PXRD) experiments, a new powder X-ray diffraction pattern appears when form A is heated to about 90° C. The new form, designated form L, is a lower hydrate of form A because form A loses about 2.5 weight % at 90° C. by TGA, thus corresponding to a conversion to a monohydrate. When cooled to ambient temperature, form L rapidly reverts to form A.

Form M

Isolated from an isopropanol/water slurry, form M incorporates both water and isopropanol. Its PXRD pattern and ss-NMR spectrum are very similar to those of Family I isomorphs, indicating that it belongs to Family I. By analogy to the known crystal structures of Family I isomorphs, the single crystal structure of form M would be a monohydrate/hemi-isopropanolate. The dehydration/desolvation temperature of form M is about 115–125° C.

Form M may be prepared by dissolving azithromycin in 2–3 volumes of isopropanol (IPA) at 40–50° C. The solution is cooled to below 15° C., preferably below 10° C., more preferably about 5° C. and 2–4 volumes of cold water about 5° C. are added to effect precipitation. Seeds of form M crystals may be added at the onset of crystallization. The slurry is stirred less than about 5 hours, preferably less than about 3 hours, more preferably less than about 1 hour and most preferably less than about 30 minutes or less and the solids are collected by filtration. The solids may be reslurried in isopropanol. This procedure provides form M substantially in the absence of azithromycin dihydrate.

Form N

Isolated from water/ethanol/isopropanol slurry of form A, form N crystals may contain variable amounts of the crystallization solvents and water. Its water content varies from about 3.4 to about 5.3 weight percent. Analysis by GC Headspace reveals a variable solvent content of ethanol and isopropanol. The total solvent content of form N samples is usually lower than about 5% depending on the conditions of preparation and drying. The PXRD pattern of form N is similar to that of forms F, G, H, J and M of the Family I isomorphs. The dehydration/desolvation endotherm(s) of the samples of form N may be broader and may vary between 110–130° C.

Form N azithromycin may be prepared by recrystallizing azithromycin from a mixture of azithromycin crystal lattice-incorporating organic solvents and water, such as ethanol, isopropanol, n-propanol, acetone, acetonitrile etc. The solvent mixture is heated to 45–60° C. and azithromycin is added to the heated solvent mixture, up to a total of about 4 volumes. Upon dissolution, 1–3 volumes of water are added with continuous agitation at 45–60° C. Form N azithromycin precipitates as a white solid. The slurry is allowed to cool to ambient temperature with stirring. Solid form N azithromycin is isolated by filtration and dried.

Form O

This crystal form is a hemihydrate hemi-n-butanol solvate of azithromycin free base by single crystal structural data

14

(Table 8A). It was isolated from n-butanol solution of azithromycin with diffusion of antisolvent. The crystal structure of form O is isomorphic to crystal forms of Family I.

Azithromycin is completely dissolved in n-butanol. Addition of an antisolvent, such as hexane, water, IPE or other non-solvent, by diffusion results in precipitation of Form O.

Form P

This is a proposed crystal form, being a hemihydrate hemi-n-pentanol solvate of azithromycin free base. It can be isolated from an n-pentanol solution of azithromycin with diffusion of an antisolvent. The crystal structure of form P is isomorphic to crystal forms of Family I.

Form P of azithromycin may be prepared as following: Azithromycin is completely dissolved in n-pentanol; addition of an antisolvent, such as hexane, water, isopropyl ether (IPE) or other non-solvent, by diffusion results in precipitation of Form P.

Form Q

The crystal form of Q exhibits a unique powder X-ray diffraction pattern. It contains about 4% water and about 4.5% THF, being a hydrate hemi THF solvate. The main dehydration/desolvation temperature is from about 80 to about 110° C.

Azithromycin dihydrate is dissolved in 6 volumes of THF and 2 volumes of water are added. The solution is allowed to evaporate to dryness at ambient conditions to afford crystalline Form Q.

Form R

This crystalline form is prepared by adding amorphous azithromycin to 2.5 volumes of tert-butyl methyl ether (MTBE). The resulting thick white suspension is stirred 3 days at ambient conditions. Solids are collected by vacuum filtration and air dried. The resulting bulk azithromycin form R has a theoretical water content of 2.1 weight % and a theoretical methyl tert-butyl ether content of 10.3 weight %.

Due to the similarity in their structures, isomorphs have propensity to form a mixture of the forms within a family, sometimes termed as 'mixed crystals' or 'crystalline solid solution' Form N is such a solid crystalline solution and was found to be a mixture of Family I isomorphs by solvent composition and solid-state NMR data.

Both Family I and Family II isomorphs are hydrates and/or solvates of azithromycin. The solvent molecules in the cavities have tendency to exchange between solvent and water under specific conditions Therefore, the solvent/water content of the isomorphs may vary to a certain extent.

The crystal forms of isomorphic Family I are more stable than form A when subjected to heating Forms F, G, H, J, M and N showed higher onset dehydration temperatures at 110–125° C. 110–125° C than that of form A with an onset dehydration temperature at about 90 to about 110° C. and simultaneous solid-state conversion to form L at about 90° C.

Amorphous Azithromycin

All crystal forms of azithromycin contain water or solvent(s) or both water and solvent(s). When water and solvent(s) are removed from the crystalline solids, azithromycin becomes amorphous. Amorphous solids have advantages of high initial dissolution rates.

The starting material for the synthesis of the various crystal forms in the examples below was azithromycin dihydrate unless otherwise noted. Other forms of azithromycin such as amorphous azithromycin or other non-dihydrate crystalline forms of azithromycin may be used.

EXAMPLES

Example 1

Preparation of Form D

Form D was prepared by slurrying azithromycin dihydrate in cyclohexane for 2–4 days at an elevated temperature, e.g.

US 6,977,243 B2

15

25–50° C The crystalline solids of form D were collected by filtration and dried.

### Example 2

### Preparation of Form F

2A;

Azithromycin dihydrate was slowly added to one volume of warm ethanol, about 70° C , and stirred to complete dissolution at 65 to 70° C The solution was allowed to cool gradually to 2–5° C and one volume of chilled water was added The crystalline solids were collected shortly (preferably less than 30 minutes) after addition of water by vacuum filtration

2B;

Azithromycin dihydrate is slowly added to one volume of warm ethanol, about 70° C , and stirred to complete dissolution at 65 to 70° C. The solution is allowed to cool gradually to 2–5° C and ethanol volume may be reduced by vacuum distillation Seeds of Form F 1–2% wt may be introduced to facilitate the crystallization After stirring up to 2 hours the crystalline solids are collected by vacuum filtration The isolation of the crystals yields substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate

### Example 3

### Preparation of Form G

A reaction vessel was charged with form A azithromycin In a separate vessel, 1.5 volumes methanol and 1.5 volumes water were mixed The solvent mixture was added to the reaction vessel containing the form A azithromycin The slurry was stirred with heating to 50° C for approximately 5 hours Heating was discontinued and the slurry was allowed to cool with stirring to ambient temperature The form G azithromycin was collected by filtration and allowed to air dry for approximately 30 minutes The collected form G azithromycin was further dried in a vacuum oven at 45° C This procedure yields substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate

### Example 4

### Preparation of Form J

Form J was prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25° C Water (6.7 volumes) was added and the slurry was continuously stirred for 1 hour, followed by cooling to about 0° C. The solid form J azithromycin was collected by filtration and dried

### Example 5

### Preparation of Form M Substantially in the Absence of Azithromycin Dihydrate

5A;

Azithromycin dihydrate is completely dissolved in 2 volumes of warm isopropanol 40–50° C About 25° C form M may be optionally introduced to facilitate the crystallization The solution is then cooled to 0–5° C and 4 volumes of chilled water as antisolvent are added and the solids are collected by vacuum filtration. The solids are resurried in 1 volume of isopropanol for 3–5 hours at 40–45° C and then cooled to 0–5° C The crystalline solids are collected shortly

16

(about 15 minutes) after addition of water by vacuum filtration The solids are reslurried in 0 5 to 1 volume of isopropanol at 25–40° C. and cooled to about 5° C followed by filtration to collect solids of form M

These procedures yield substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate

### Example 6

### Preparation of Form N

Two volumes of ethanol and 2 volumes of isopropanol were added to a reaction vessel and heated to 50° C. Azithromycin form A was added with stirring to the heated ethanol/isopropanol mixture to yield a clear solution The reaction vessel was charged with 2 volumes distilled water (ambient temperature) Stirring was continued at 50° C and solid form N azithromycin precipitated after approximately 1 hr Heating was discontinued 5 hours after the addition of the water The slurry was allowed to cool to ambient temperature Precipitated form N azithromycin was collected by filtration and dried for 4 hours in vacuum oven at 45° C

### Example 7

### Preparation of Amorphous Azithromycin

Crystalline form A azithromycin was heated to 110–120° C in an oven for overnight under vacuum The amorphous solids were collected and stored with desiccant as needed

### Example 8

### Preparation of Form H

Azithromycin dihydrate or other crystal forms was dissolved in 6 volumes of propylene glycol To the resulting propylene glycol solution of azithromycin, 2 volumes of water were added and precipitation occurred The slurry was stirred for 24 hours and the solids were filtered and air-dried at ambient temperature to afford crystalline Form H

### Example 9

### Preparation of Form Q

The crystalline powder was prepared by dissolving 500 mg azithromycin Form A in 2 ml THF To the clear, colorless solution at room temperature was added 1 ml water. When the solution became cloudy an additional 1 ml THF was added to dissolve the azithromycin completely, and the solution was stirred at ambient temperature Solvent was allowed to evaporate over 7 days, after which the dry solids were collected and characterized

### Example 10

### Powder X-ray Diffraction Analysis

Powder patterns were collected using a Bruker D5000 diffractometer (Madison, Wis ) equipped with copper radiation, fixed slits (1 0, 1 0, 0 6 mm), and a Kevex solid state detector Data was collected from 3 0 to 40 0 degrees in 2 theta using a step size of 0 04 degrees and a step time of 1 0 seconds. The results are summarized in Table 9

The experimental PXRD diffraction pattern of azithromycin form A is given in FIG 2

The experimental PXRD diffraction pattern of azithromycin form D is given in FIG 6

US 6,977,243 B2

17

The experimental PXRD diffraction pattern of azithromycin form F is given in FIG. 10

The experimental PXRD diffraction pattern of azithromycin form G is given in FIG. 13

The experimental PXRD diffraction pattern of azithromycin form J is given in FIG. 16

The experimental PXRD diffraction pattern of azithromycin form M is given in FIG. 18

The experimental PXRD diffraction pattern of azithromycin form N is given in FIG. 19

The experimental PXRD diffraction pattern of amorphous azithromycin is given in FIG. 20

The experimental PXRD diffraction pattern of azithromycin form Q is given in FIG. 30

The experimental PXRD diffraction pattern of azithromycin form R is given in FIG. 31

The experimental variability from sample to sample is about ±0.2° in 2 theta, and the same variations were observed between the calculated powder from single crystal structure and experimental data. Detailed analysis showed that the isomorphs in Family 1 can be discerned by PXRD with sets of characteristic peaks given in Table 9

TABLE 9

Azithromycin Powder X-ray Diffraction Peaks in 2-theta ±0.2°

| A | D | F | G | J | M | N | Q |
|---|---|---|---|---|---|---|---|
| 7.2 | 3.9 | 5.7 | 5.0 | 5.0 | 5.0 | 6.2 | 5.7 |
| 7.9 | 7.3 | 6.2 | 5.8 | 5.7 | 5.6 | 7.3 | 6.1 |
| 9.3 | 7.7 | 7.4 | 6.2 | 6.2 | 6.2 | 7.8 | 6.8 |
| 9.9 | 10.1 | 7.8 | 7.4 | 7.3 | 7.3 | 9.8 | 8.4 |
| 11.2 | 10.6 | 8.9 | 7.9 | 7.8 | 7.8 | 11.2 | 9.5 |
| 12.0 | 11.5 | 9.8 | 9.8 | 8.2 | 8.2 | 11.9 | 10.6 |
| 12.7 | 12.3 | 10.3 | 10.2 | 9.7 | 9.8 | 12.5 | 11.2 |
| 13.0 | 12.8 | 11.2 | 10.8 | 10.3 | 10.2 | 14.0 | 11.5 |
| 14.0 | 13.6 | 11.5 | 11.2 | 11.2 | 11.2 | 14.3 | 12.4 |
| 15.6 | 14.5 | 11.9 | 11.6 | 11.4 | 11.9 | 14.7 | 12.7 |
| 16.0 | 15.4 | 12.2 | 12.0 | 11.9 | 12.2 | 15.3 | 13.4 |
| 16.4 | 15.6 | 12.5 | 12.5 | 12.3 | 12.5 | 15.7 | 13.6 |
| 16.8 | 16.9 | 13.0 | 13.3 | 12.5 | 14.0 | 16.1 | 14.1 |
| 17.5 | 18.3 | 14.3 | 14.0 | 13.9 | 14.6 | 16.6 | 14.4 |
| 18.2 | 19.0 | 14.7 | 14.4 | 14.2 | 15.3 | 17.1 | 14.9 |
| 18.7 | 19.9 | 14.8 | 14.6 | 14.6 | 15.9 | 17.4 | 16.3 |
| 19.1 | 20.8 | 15.3 | 14.9 | 15.3 | 16.6 | 18.5 | 17.2 |
| 19.8 | 21.4 | 15.7 | 15.3 | 15.7 | 17.1 | 19.0 | 18.2 |
| 20.5 | 21.6 | 16.2 | 15.7 | 16.0 | 17.5 | 19.6 | 19.0 |
| 20.9 | 22.0 | 16.6 | 16.3 | 16.6 | 18.4 | 20.0 | 19.5 |
| 21.2 | 23.0 | 17.1 | 16.6 | 17.0 | 18.5 | 20.4 | 19.8 |
| 21.6 | 23.3 | 17.2 | 17.2 | 17.2 | 19.1 | 21.0 | 20.2 |
| 21.8 | | 17.7 | 17.4 | 17.5 | 19.6 | 21.8 | 20.5 |
| 24.0 | | 18.0 | 17.8 | 18.1 | 20.0 | 22.5 | 23.1 |
| | | 18.5 | 18.1 | 18.5 | 20.4 | 23.5 | 21.6 |
| | | 19.0 | 18.6 | 19.0 | 20.9 | | 21.9 |
| | | 19.6 | 19.0 | 19.7 | 21.7 | | 22.2 |
| | | 20.0 | 19.6 | 20.0 | 22.5 | | 23.6 |
| | | 20.5 | 20.0 | 20.4 | 23.2 | | 25.1 |
| | | 21.0 | 20.5 | 20.9 | 23.6 | | |
| | | 21.7 | 21.1 | 21.7 | | | |
| | | 22.0 | 21.6 | 22.4 | | | |
| | | 22.4 | 22.5 | 22.6 | | | |
| | | 22.6 | 23.5 | 23.3 | | | |
| | | 23.1 | | 23.5 | | | |
| | | 23.5 | | | | | |

The peaks underlined are the characteristic peaks among forms A, D, Family 1 and Q.
The peaks in italic and underlined are the sets of peaks that are characteristic within Family 1 isomorphs.

Family 1 isomorphs have the following common characteristics: the diffraction peaks at 6.2, 11.2, 21.0±0.1 and 22.5±0.1 degree in 2-theta. Each isomorph displays representative sets of diffraction peaks given in the following, and each set has characteristic spacing between the peaks

18

The diffraction peak positions reported are accurate to within ±0.2 degree of 2-theta

A representative PXRD pattern of form A is shown in FIG. 2. Form A displays peaks at 9.3, 13.0 and 18.7 degrees of 2-theta

A representative PXRD pattern of form D is shown in FIG. 6. Form D displays peaks at 3.9, 10.1, 10.6 and 21.4 degrees of 2-theta

A representative PXRD pattern of Form F is shown in FIG. 10. Form F displays the characteristic peaks of Family 1 and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.5; set 2 at 2-theta of 13.9, 14.3, 14.7 and 14.8; set 3 at 2-theta of 16.2, 16.6, 17.1, 17.2 and 17.7

A representative PXRD pattern of Form G is shown in FIG. 13. Form G displays the characteristic peaks of Family 1 and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.6.2; set 2 at 2-theta of 14.0, 14.4, 14.6 and 14.9; set 3 at 2-theta of 16.3, 16.6, 17.2, 17.4 and 17.8

A representative PXRD pattern of Form J is shown in FIG. 16. Form J displays the characteristic peaks of Family 1 and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.4; set 2 at 2-theta of 13.9, 14.2 and 14.6; set 3 at 2-theta of 16.0, 16.6, 17.0, 17.2 and 17.5

A representative PXRD pattern of Form M is shown in FIG. 18. Form M displays the characteristic peaks of Family 1 and three sets of peaks, being set 1 at 2-theta of 11.2; set 2 at 2-theta of 14.0 and 14.6; set 3 at 2-theta of 15.9, 16.6, 17.1 and 17.5

A representative PXRD pattern of Form N is shown in FIG. 19. Form N displays the characteristic peaks of Family 1. The sets of peaks of form N are similar to those of forms F, G, J and M, being set 1 at 2-theta of 11.2 to 11.6; set 2 at 2-theta of 13.9 to 15.0; and set 3 at 2-theta of 15.9 to 17.9, with the peaks may vary slightly in position, intensity and width due to mixing of variable proportion of isomorphs in Family 1

A representative PXRD pattern of form Q is shown in FIG. 30. Form Q displays peaks at 2-theta of 6.8, 8.4 and 20.2 degree.

A representative PXRD pattern of form R is shown in FIG. 31

Example 11

Single Crystal X-ray Analysis

Data were collected at room temperature using Bruker X-ray diffractometers equipped with copper radiation and graphite monochromators. Structures were solved using direct methods. The SHELXTL computer library provided by Bruker AXS, Inc facilitated all necessary crystallographic computations and molecular displays (SHELXTL™ Reference Manual, Version 5.1. Bruker AXS, Madison, Wis., USA (1997))

Example 12

Calculation of PXRD Pattern from Single Crystal Data

To compare the results between a single crystal and a powder sample, a calculated powder pattern can be obtained from single crystal results. The XFOG and XPOW computer programs provided as part of the SHELXTL computer library were used to perform this calculation. Comparing the calculated powder pattern with the experimental powder pattern confirms whether a powder sample corresponds to an

US 6,977,243 B2

19

assigned single crystal structure (Table 9A). This procedure was performed on the crystal forms of azithromycin A, D, F, G, and J.

The calculated PXRD diffraction pattern of azithromycin form A is given in FIG. 1.

The calculated PXRD diffraction pattern of azithromycin form D is given in FIG. 5.

The calculated PXRD diffraction pattern of azithromycin form F is given in FIG. 9.

The calculated PXRD diffraction pattern of azithromycin form G is given in FIG. 12.

The calculated PXRD diffraction pattern of azithromycin form J is given in FIG. 15.

The results are displayed in the overlaid powder X-ray diffraction patterns for forms A, D, F, G, and J in FIGS. 3, 7, 11, 14 and 17, respectively. The lower pattern corresponds to the calculated powder pattern (from single crystal results) and the upper pattern corresponds to a representative experimental powder pattern. A match between the two patterns indicated the agreement between powder sample and the corresponding single crystal structure.

TABLE 9A

Cacluated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
| | | 5.2 | 5.0 | | | |
| | | 5.7 | 5.8 | 5.8 | 5.7 | 5.6 |
| 6.3 | 6.2 | 6.2 | 6.2 | 6.3 | 6.2 | 6.2 |
| 7.4 | 7.4 | 7.5 | 7.4 | 7.4 | 7.3 | 7.3 |
| 7.9 | 7.8 | 7.9 | 7.9 | 7.9 | 7.8 | 7.8 |
| 8.8 | 8.9 | 8.9 | 9.3 | 8.3 | 8.2 | 8.2 |
| 9.9 | 9.8 | 9.9 | 9.9 | 9.8 | 9.7 | 9.8 |
| 10.3 | 10.3 | | 10.2 | 10.4 | 10.3 | 10.2 |
| 10.9 | | 10.9 | 10.8 | | | |
| 11.3 | 11.2 | 11.3 | 11.2 | 11.2 | 11.2 | 11.2 |
| 11.5 | 11.4 | 11.6 | 11.6 | 11.4 | 11.4 | missing |
| 12.0 | 11.9 | 12.0 | 11.9 | 12.0 | 11.9 | 11.9 |
| 12.3 | 12.2 | 12.3 | | 12.3 | 12.3 | 12.2 |
| 12.6 | 12.5 | 12.5 | 12.5 | 12.6 | 12.5 | 12.5 |
| 14.0 | 14.0 | 13.4 | 13.3 | 14.0 | 13.9 | 14.0 |
| 14.3 | 14.3 | 14.1 | 14.0 | 14.2 | 14.2 | missing |
| | | 14.4 | 14.4 | | | |
| 14.7 | 14.7 | 14.7 | 14.6 | 14.7 | 14.6 | 14.6 |
| 14.9 | 14.8 | 14.9 | 14.9 | 14.8 | | |
| 15.4 | 15.3 | 15.4 | 15.3 | 15.3 | 15.3 | 15.3 |
| 15.8 | 15.7 | 15.7 | 15.7 | 15.8 | 15.7 | 15.9 |
| 16.2 | 16.2 | 16.3 | 16.3 | 16.0 | 16.0 | missing |
| 16.6 | 16.6 | 16.6 | 16.6 | 16.7 | 16.6 | 16.6 |
| 17.1 | 17.2 | 17.1 | | 17.1 | 17.0 | 17.1 |
| 17.3 | 17.3 | 17.3 | 17.2 | 17.4 | 17.2 | missing |
| 17.5 | 17.4 | 17.5 | 17.4 | 17.6 | 17.5 | 17.5 |
| 17.7 | 17.7 | 17.9 | 17.8 | 17.9 | | |
| 18.0 | 18.0 | 18.1 | 18.1 | 18.2 | 18.1 | 18.4 |

20

TABLE 9A-continued

Cacluated and Experimental PXRD Peaks of Isomorphs of Family I

| F cal-culated | F experi-mental | G cal-culated | G experi-mental | J cal-culated | J experi-mental | M experi-mental |
|---|---|---|---|---|---|---|
| 18.6 | 18.5 | 18.7 | 18.7 | 18.5 | 18.5 | 18.5 |
| 19.1 | 19.0 | 19.1 | 19.0 | 19.1 | 19.0 | 19.1 |
| 19.7 | 19.6 | 19.6 | 19.6 | 19.8 | 19.7 | 19.6 |
| 20.0 | 20.0 | 20.0 | 20.0 | 20.1 | 20.0 | 20.0 |
| 20.5 | 20.4 | 20.6 | 20.5 | 20.5 | 20.4 | 20.4 |
| 21.1 | 21.0 | 21.2 | 21.0 | 20.8 | 20.9 | 20.9 |
| 21.8 | 21.7 | | 21.6 | 21.6 | 21.7 | 21.7 |
| 22.1 | 22.0 | 21.8 | 21.8 | | | |
| 22.5 | 22.4 | 22.3 | 22.2 | 22.5 | 22.4 | 22.5 |
| 22.7 | 22.6 | 22.5 | 22.5 | 22.8 | 22.6 | |
| 23.1 | 23.1 | 22.9 | | 23.4 | 23.3 | 23.2 |
| 23.6 | 23.5 | 23.5 | 23.5 | 23.7 | 23.5 | 23.6 |

Example 13

Solid State NMR Analysis

Solid State NMR Analysis

All [13]C solid state NMR spectra were collected on an 11.75 T spectrometer (Bruker Biospin, Inc., Billerica, Mass.), corresponding to 125 MHz [13]C frequency. The spectra were collected using a cross-polarization magic angle spinning (CPMAS) probe operating at ambient temperature and pressure. Depending on the quantity of sample analyzed, 7 mm BL or 4 mm BL Bruker probes were employed, accomodating 300 mg and 75 mg of sample with maximum speeds of 7 kHz and 15 kHz, respectively. Data were processed with an exponential line broadening function of 5.0 Hz. Proton decoupling of 65 kHz and 100 kHz were used with the 7 mm and 4 mm probes, respectively. A sufficient number of acquisitions were averaged out to obtain adequate signal-to-noise ratios for all peaks. Typically, 600 scans were acquired with recycle delay of 3.0 s (seconds), corresponding approximately to a 30 minute total acquisition time. Magic angle was adjusted using KBr powder according to standard NMR vendor practices. The spectra were referenced relative to either the methyl resonance of hexamethylbenzene (HMB) at 17.3 ppm or the upfield resonance of adamantane (ADM) at 29.5 ppm. HMB referenced spectra show chemical shifts of all peaks shifted down field by 0.08 ppm with respect to same spectra referenced to ADM. The spectral window minimally included the spectra region from 190 to 0 ppm. The results are summarized in Table 10. Ss-NMR spectra for forms M, H and R were referenced to ADM. Ss-NMR spectra for forms A, D, G, F, J and N were referenced to HMB. Forms H and R were spun at a rate of 15 kHz.

TABLE 10

[13]C ss-NMR chemical shifts of Azithromycin (±0.2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 178.1 | 178.1 | 179.5* | 179.5 | 179.6 | 179.6 | 179.5 | 177.9 | |
| 104.1 | 103.9 | 105.5 | 178.6 | 178.4 | 105.6 | 178.7 | 178.7 | 104.6 |
| 98.4 | 95.1 | 105.5 | 105.5 | 105.5 | 103.4 | 105.6 | 105.4 | 103.6 |
| 84.6 | 84.2 | 95.0 | 103.4 | 103.4 | 94.9 | 103.6 | 103.2 | 95.3 |
| 82.6 | 79.4 | 86.2 | 94.9 | 95.0 | 86.7 | 95.0 | 95.0 | 85.4 |
| 79.3 | 78.9 | 83.1 | 86.4 | 86.4 | 82.9 | 86.9 | 86.4 | 84.0 |

US 6,977,243 B2

21                                                                22

TABLE 10-continued

| | | | | $^{13}$C ss-NMR chemical shifts of Azithromycin (±0.2 ppm) | | | | |
|---|---|---|---|---|---|---|---|---|
| A | D | G | F | J | M | N | H | R |
| 78.3 | 75.7 | 78.9 | 83.0 | 82.9 | 79.3 | 83.1 | 82.7 | 79.4 |
| 75.6 | 74.6 | 78.2 | 79.1 | 79.2 | 78.1 | 79.0 | 79.2 | 79.0 |
| 74.7 | 74.0 | 77.6 | 78.1 | 78.1 | 77.0 | 77.9 | 78.3 | 75.6 |
| 73.9 | 72.9 | 76.4 | 77.9 | 76.8 | 76.7 | 76.5 | 78.0 | 74.5 |
| 73.5 | 71.9 | 75.7 | 76.5 | 76.2 | 74.7 | 74.8 | 76.4 | 73.9 |
| 70.8 | 71.0 | 74.7 | 74.7 | 74.7 | 74.2 | 74.2 | 74.7 | 73.9 |
| 68.0 | 69.4 | 74.3 | 74.1 | 74.1** | 71.3 | 73.6 | 74.1 | 72.9 |
| 66.2 | 67.8 | 73.5 | 73.5 | 72.0 | 69.2 | 71.5 | 73.5 | 71.8 |
| 63.8 | 65.7 | 71.3 | 71.4 | 71.3 | 68.6 | 69.2 | 73.1 | 71.0 |
| 63.2 | 64.7 | 69.1 | 69.1 | 69.2 | 67.3 | 68.7 | 71.2 | 69.1 |
| 52.2 | 49.2 | 68.8 | 68.6 | 68.6 | 66.2 | 67.3 | 69.1 | 67.5 |
| 44.3 | 45.8 | 67.4 | 67.3 | 67.3** | 65.5 | 66.2 | 68.4 | 65.6 |
| 42.6 | 43.1 | 65.9 | 66.1 | 66.2** | 63.8 | 65.7 | 67.3 | 64.5 |
| 41.7 | 40.6 | 65.2 | 65.6 | 65.5** | 63.3 | 63.7 | 66.9 | 49.4 |
| 39.1 | 37.1 | 64.0 | 63.6 | 63.7 | 50.0 | _58.1_ | 66.3 | 45.7 |
| 35.4 | 36.4 | 63.3 | _58.0_ | 50.0 | 47.1 | 50.1 | 65.5* | 42.9 |
| 34.6 | 29.6 | 50.0 | 50.0 | 46.9 | 45.9 | 47.1 | 63.7* | 41.6 |
| _26.9_ | 29.3 | 46.9 | 47.0 | 45.9 | 44.7 | 46.0 | 49.9 | 40.4 |
| _26.3_ | 28.0 | 46.0 | 45.9 | 44.7 | 43.8 | 44.8 | 45.8 | 37.0 |
| 23.7 | 27.7 | 44.5 | 44.7 | 43.7 | 41.9 | 43.8 | 45.9 | 36.2 |
| 23.3 | 22.1 | 43.7 | 43.7 | 41.6 | 41.3 | 41.5 | 44.5 | 29.4 |
| 21.7 | 21.1 | 41.5 | 41.5 | 41.0 | 37.4 | 41.1 | 43.8* | 29.0 |
| 19.5 | 18.6 | 40.8 | 41.1 | 37.1 | 36.2 | 37.3 | 41.7 | 28.2 |
| 17.5 | 16.7 | 37.5 | 37.3 | 36.5** | 33.6 | 36.5 | 40.9 | 27.4 |
| 15.9 | 16.1 | 36.5 | 36.4 | 35.4** | 30.1 | 33.7 | 37.1 | 23.4 |
| _13.2_ | 10.6 | 33.6 | 33.6 | 33.5 | 28.1 | 30.4 | 36.3 | 20.8 |
| _11.3_ | _9.0_ | 30.0 | 30.3 | 30.4 | 27.2 | 28.1 | 33.7 | 18.7 |
| _7.2_ | _8.6_ | 27.9 | 28.0 | 28.0 | _26.0_ | 27.2 | 33.3 | 16.5 |
| | | 27.3 | 27.1 | 27.1 | 23.2 | _26.0_ | 30.5* | 16.1 |
| | | 23.1 | 23.2 | _25.2_ | 22.8 | 23.2 | 27.9 | 15.7 |
| | | 22.5 | 22.6 | 23.2 | 22.5 | 22.6 | 27.1 | _10.3_ |
| | | 21.9 | 21.9 | 22.5** | 21.8 | 22.0 | 23.1 | _9.6_ |
| | | 20.9 | 20.8 | 21.9** | 20.2 | 20.8 | 22.6 | _8.9_ |
| | | 20.2 | 20.4 | 20.7 | 18.9 | 19.0 | 22.3 | _8.6_ |
| | | 18.8 | 18.9 | 18.9 | 17.4 | 16.9 | 21.9 | |
| | | 17.0 | 16.8 | 16.8 | 16.3 | 15.8 | 20.7 | |
| | | 16.0 | _17.2_ | 15.6** | 15.5 | 12.2 | 20.3 | |
| | | 12.2 | 15.7 | 12.1 | 12.1 | _9.9_ | 18.8 | |
| | | _10.4_ | 12.2 | _11.5_ | 10.3 | _9.4_ | 17.1 | |
| | | _9.9_ | _10.1_ | 12.1 | _9.6_ | _7.9_ | 16.6 | |
| | | _9.3_ | _9.8_ | _10.0_ | _9.3_ | _6.6_ | 15.8 | |
| | | _7.6_ | _9.3_ | _9.3_ | _7.7_ | | 15.4 | |
| | | _6.5_ | _7.9_ | _8.1_ | _7.1_ | | 12.0 | |
| | | | _6.6_ | _6.8_** | | | _9.9_ | |
| | | | | | | | _9.1_ | |
| | | | | | | | _7.9_ | |
| | | | | | | | _7.0_ | |

The chemical shifts labeled in bold and underlined are the peaks or sets of peaks representative of each form. The chemical shifts labeled in italic are the solvent peaks that may be broad and variable (±0.4 ppm). The chemical shifts labeled with single asterisk may show splitting of <0.3 ppm. The chemical shifts labeled with double asterisks may show variation of ±0.3 ppm.

The chemical shifts reported are accurate to within ±0.2 ppm unless otherwise indicated

A representative $^{13}$C ssNMR spectrum of form A is shown in FIG. 21. Form A displays a peak at 178.1 ppm, and peaks at 104.1, 98.4, 84.6, 26.9, 13.2, 11.3 and 7.2 ppm

A representative $^{13}$C ssNMR spectrum of form D is shown in FIG. 22. Form D displays the highest chemical shift peak of 178.1 ppm and peaks at chemical shifts of 103.9, 95.1, 84.2, 10.6, 9.0 and 8.6 ppm

A representative $^{13}$C ssNMR spectrum of form F is shown in FIG. 23. Form F has two chemical shift peaks at approximately 179.1±2 ppm, being 179.5 ppm and 178.6 ppm, and a set of 5 peaks at 10.1, 9.8, 9.3, 7.9, and 6.6 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity

A representative $^{13}$C ssNMR spectrum of form G is shown in FIG. 24. Form G has the highest chemical shift

peak of 179.5 ppm, being a single peak with possible splitting of <0.3 ppm and a set of 5 peaks at 10.4, 9.9, 9.3, 7.6, 6.5 ppm.

A representative $^{13}$C ssNMR spectrum of form J is shown in FIG. 25. Form J has two chemical shift peaks at approximately 179.1±2 ppm, those being 179.6 ppm and 178.4 ppm, a set of 4 peaks at 10.0, 9.3, 8.1 and 6.8 ppm and n-propanol peaks at 11.5±0.5 ppm and 25.2±0.5 ppm. The solvent peak can be broad and relatively weak in intensity

A representative $^{13}$C ssNMR spectrum of form M is shown in FIG. 26. Form M has one chemical shift peak at 179±1 ppm, being 179.6 ppm, peaks at 41.9, and 16.3 ppm, a set of 5 peaks at 10.3, 9.6, 9.3, 7.7 and 7.1 ppm and an isopropanol peak at 26.0±0.5 ppm. The solvent peak can be broad and relatively weak in intensity

A representative $^{13}$C ssNMR spectrum of form N is shown in FIG. 27. Form N displays chemical shifts as a

US 6,977,243 B2

23

24

combination of isomorphs in Family I. The peaks may vary in chemical shift and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution

A representative $^{13}C$ ssNMR spectrum of amorphous form is shown in FIG 28. The amorphous azithromycin displays broad chemical shifts The characteristic chemical shifts have the peak positions at 179 and 11±0 5 ppm.

A summary of the observed ssNMR peaks for forms A, D, F, G. H, J, M, N and R azithromycin is given in Table 10

Example 14

NMR Analysis of a Dosage Form

To demonstrate the ability of $^{13}C$ ssNMR to identify the form of azithromycin contained in a pharmaceutical dosage form, coated azithromycin tablets containing form G azithromycin were prepared and analyzed by $^{13}C$ ssNMR Tablets were wet granulated and tabletted on an F-Press (Manesty, Liverpool, UK) using 0 262"x0 531" tooling. Tablets were formulated and tabletted to contain 250 mg of form G azithromycin with a total tablet weight of 450 mg using the formula given below The tablets were uniformly coated with pink Opadry II® (mixture of lactose monohydrate, hydroxypropylmethylcellulose, titanium dioxide, Drug & Cosmetic red #30, and triacetin) (Colorcon, West Point, Pa )

| Material | Percentage | Batch(g) |
|---|---|---|
| Azithromycin form 'G' | 58 23 | 174 69 |
| Pregellatinized corn starch | 6 00 | 18 00 |
| Anhydrous dicalcium phosphate | 30 85 | 92 55 |
| Sodium croscarmellose | 2 00 | 6 00 |
| Magnesium stearate with 10% sodium lauryl sulfate | 2 92 | 8 76 |
| Total | 100 00 | 300 00 |

A coated tablet was gently crushed and the powdered sample was packed with a packing tool in solid state rotor containing no $^{13}C$ background Analysis of the sample was performed under conditions outlined in Example 13.

A representative $^{13}C$ ssNMR spectrum of the tablet containing form G azithromycin is given in FIG 29

Example 15

Antimicrobial Activity

The activity of the crystal forms of the present invention against bacterial and protozoa pathogens is demonstrated by the compound's ability to inhibit growth of defined strains of human (Assay I) or animal (Assays II and II) pathogens

Assay I

Assay I, described below, employs conventional methodology and interpretation criteria and is designed to provide direction for chemical modifications that may lead to compounds that circumvent defined mechanisms of macrolide resistance. In Assay I, a panel of bacterial strains is assembled to include a variety of target pathogenic species, including representatives of macrolide resistance mechanisms that have been characterized Use of this panel enables the chemical structure/activity relationship to be determined with respect to potency, spectrum of activity, and structural

elements or modifications that may be necessary to obviate resistance mechanisms Bacterial pathogens that comprise the screening panel are shown in the table below. In many cases, both the macrolide-susceptible parent strain and the macrolide-resistant strain derived from it are available to provide a more accurate assessment of the compound's ability to circumvent the resistance mechanism. Strains that contain the gene with the designation of ermA/ermB/ermC are resistant to macrolides, lincosamides, and streptogramin B antibiotics due to modifications (methylation) of 23S rRNA molecules by an Erm methylase, thereby generally prevent the binding of all three structural classes Two types of macrolide efflux have been described; msrA encodes a component of an efflux system in staphylococci that prevents the entry of macrolides and streptogramins while mefA/E encodes a transmembrane protein that appears to efflux only macrolides Inactivation of macrolide antibiotics can occur and can be mediated by either a phosphorylation of the 2'-hydroxyl (mph) or by cleavage of the macrocyclic lactone (esterase) The strains may be characterized using conventional polymerase chain reaction (PCR) technology and/or by sequencing the resistance determinant. The use of PCR technology in this application is described in J Sutcliffe et al , "Detection Of Erythromycin-Resistant Determinants By PCR", Antimicrobial Agents and Chemotherapy, 40(11), 2562–2566 (1996) The assay is performed in microtiter trays and interpreted according to Performance Standards for Antimicrobial Disk Susceptibility Tests—Sixth Edition; Approved Standard, published by The National Committee for Clinical Laboratory Standards (NCCLS) guidelines; the minimum inhibitory concentration (MIC) is used to compare strains The crystalline compound is initially dissolved in dimethylsulfoxide (DMSO) as 40 mg/ml stock solution

| Strain Designation | Macrolide Resistance Mechanism(s) |
|---|---|
| Staphylococcus aureus 1116 | susceptible parent |
| Staphylococcus aureus 1117 | ErmB |
| Staphylococcus aureus 0052 | susceptible parent |
| Staphylococcus aureus 1120 | ErmC |
| Staphylococcus aureus 1032 | msrA. mph. esterase |
| Staphylococcus hemolyticus 1006 | msrA, mph |
| Streptococcus pyogenes 0203 | susceptible parent |
| Streptococcus pyogenes 1079 | ErmB |
| Streptococcus pyogenes 1062 | susceptible parent |
| Streptococcus pyogenes 1061 | ErmB |
| Streptococcus pyogenes 1064 | ErmB |
| Streptococcus agalactiae 1024 | susceptible parent |
| Streptococcus agalactiae 1023 | ErmB |
| Streptococcus pneumoniae 1016 | Susceptible |
| Streptococcus pneumoniae 1046 | ErmB |
| Streptococcus pneumoniae 1095 | ErmB |
| Streptococcus pneumoniae 1175 | MefE |
| Streptococcus pneumoniae 0085 | Susceptible |
| Haemophilus influenzae 0131 | Susceptible |
| Moraxella catarrhalis 0040 | Susceptible |
| Moraxella catarrhalis 1055 | erythromycin intermediate resistance |
| Escherichia coli 0266 | Susceptible |

Assay II is utilized to test for activity against Pasteurella multocida and Assay III is utilized to test for activity against Pasteurella haemolytica

Assay II

This assay is based on the liquid dilution method in microliter format A single colony of P. multocida (strain 59A067) is inoculated into 5 ml of brain heart infusion (BHI) broth The test compound is prepared by solubilizing

US 6,977,243 B2

25

1 mg of the compound in 125 μl of dimethylsulfoxide (DMSO) Dilutions of the test compound are prepared using uninoculated BHI broth The concentrations of the test compound used range from 200 μg/ml to 0 098 μg/ml by two-fold serial dilutions The P. multocida inoculated BHI is diluted with uninoculated BHI broth to make a 10⁴ cell suspension per 200 μl The BHI cell suspensions are mixed with respective serial dilutions of the test compound, and incubated at 37° C. for 18 hours The minimum inhibitory concentration (MIC) is equal to the concentration of the compound exhibiting 100% inhibition of growth of P. multocida as determined by comparison with an uninoculated control

## Assay III

This assay is based on the agar dilution method using a Steers Replicator Two to five colonies isolated from an agar plate are inoculated into BHI broth and incubated overnight at 37° C. with shaking (200 rpm) The next morning, 300 μl of the fully grown P. haemolytica preculture is inoculated into 3 ml of fresh BHI broth and is incubated at 37° C. with shaking (200 rpm) The appropriate amounts of the test compounds are dissolved in ethanol and a series of two-fold serial dilutions are prepared Two ml of the respective serial dilution is mixed with 18 ml of molten BHI agar and solidified. When the inoculated P. haemolytica culture reaches 0 5 McFarland standard density, about 5 μl of the P. haemolytica culture is inoculated onto BHI agar plates containing various concentrations of the test compound using a Steers Replicator and incubated for 18 hours at 37° C. Initial concentrations of the test compound range from 100–200 μg/ml The MIC is equal to the concentration of the test compound exhibiting 100% inhibition of growth of P. haemolytica as determined by comparison with an uninoculated control

The in vivo activity of the crystal forms of the present invention can be determined by conventional animal protection studies well known to those skilled in the art, usually carried out in mice

Mice are allotted to cages (10 per cage) upon their arrival, and allowed to acclimate for a minimum of 48 hours before being used Animals are inoculated with 0 5 ml of a 3×10⁵ CFU/ml bacterial suspension (P. multocida strain 59A006) intraperitoneally Each experiment has at least 3 non-medicated control groups including one infected with 0 1× challenge dose and two infected with 1× challenge dose; a 10× challenge data group may also be used Generally, all mice in a given study can be challenged within 30–90 minutes, especially if a repeating syringe (such as a Cornwall® syringe) is used to administer the challenge Thirty minutes after challenging has begun, the first compound treatment is given It may be necessary for a second person to begin compound dosing if all of the animals have not been challenged at the end of 30 minutes The routes of administration are subcutaneous or oral doses Subcutaneous doses are administered into the loose skin in the back of the neck whereas oral doses are given by means of a feeding needle In both cases, a volume of 0.2 ml is used per mouse. Compounds are administered 30 minutes, 4 hours, and 24 hours after challenge A control compound of known efficacy administered by the same route is included in each test Animals are observed daily, and the number of survivors in each group is recorded The P. multocida model monitoring continues for 96 hours (four days) post challenge

The PD₅₀ is a calculated dose at which the compound tested protects 50% of a group of mice from mortality due

26

to the bacterial infection that would be lethal in the absence of drug treatment

The crystal forms of the present invention (hereinafter "the active compound(s)"), may be administered through oral, parenteral, topical, or rectal routes in the treatment or prevention of bacterial or protozoa infections In general, the active compound is most desirably administered in dosages ranging from about 0 2 mg per kg body weight per day (mg/kg/day) to about 200 mg/kg/day in single or divided doses (i e , from 1 to 4 doses per day), although variations will necessarily occur depending upon the species, weight and condition of the subject being treated and the particular route of administration chosen However, a dosage level that is in the range of about 2 mg/kg/day to about 50 mg/kg/day is most desirably employed Variations may nevertheless occur depending upon the species of mammal, fish or bird being treated and its individual response to said medicament, as well as on the type of pharmaceutical formulation chosen and the time period and interval at which such administration is carried out. In some instances, dosage levels below the lower limit of the aforesaid range may be more than adequate, while in other cases still larger doses may be employed without causing any harmful side effects, provided that such larger doses are first divided into several small doses for administration throughout the day

The active compound may be administered alone or in combination with pharmaceutically acceptable carriers or diluents by the routes previously indicated, and such administration may be carried out in single or multiple doses More particularly, the active compound may be administered in a wide variety of different dosage forms, i e , they may be combined with various pharmaceutically acceptable inert carriers in the form of tablets, capsules, lozenges, troches, hard candies, powders, sprays, creams, salves, suppositories, jellies, gels, pastes, lotions, ointments, sachets, powders for oral suspension, aqueous suspensions, injectable solutions, elixirs, syrups, and the like Such carriers include solid diluents or fillers, sterile aqueous media and various nontoxic organic solvents, etc Moreover, oral pharmaceutical compositions can be suitably sweetened and/or flavored In general, the active compound is present in such dosage forms at concentration levels ranging from about 1 0% to about 70% by weight

For oral administration, tablets containing various excipients such as microcrystalline cellulose, sodium citrate, calcium carbonate, dicalcium phosphate and glycine may be employed along with various disintegrants such as starch (and preferably corn, potato or tapioca starch), alginic acid and certain complex silicates, together with granulation binders like polyvinylpyrrolidone, sucrose, gelatin and acacia Additionally, lubricating agents such as magnesium stearate, sodium lauryl sulfate and talc are often very useful for tabletting purposes Solid compositions of a similar type may also be employed as fillers in gelatin capsules; preferred materials in this connection also include lactose or milk sugar as well as high molecular weight polyethylene glycols. When aqueous suspensions and/or elixirs are desired for oral administration, the active compound may be combined with various sweetening or flavoring agents, coloring matter or dyes, and, if so desired, emulsifying and suspending agents as well, together with such diluents as water, ethanol, propylene glycol, glycerin and various like combinations thereof

For parenteral administration, solutions of the active compound in either sesame or peanut oil or in aqueous propylene glycol may be employed The aqueous solutions should be suitably buffered (preferably pH greater than 8) if

US 6,977,243 B2

27

necessary and the liquid diluent first rendered isotonic. These aqueous solutions are suitable for intravenous injection purposes. The oily solutions are suitable for intraarticular, intramuscular and subcutaneous injection purposes. The preparation of all these solutions under sterile conditions is readily accomplished by standard pharmaceutical techniques will known to those skilled in the art.

Additionally, it is also possible to administer the active compound topically and this may be done by way of creams, jellies, gels, pastes, patches, ointments and the like, in accordance with standard pharmaceutical practice.

For administration to animals other than humans, such as cattle or domestic animals, the active compounds may be administered in the feed of the animals or orally as a drench composition.

The active compound may also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines.

What is claimed is:

1. A crystalline form of azithromycin according to claim 20 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

2. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 60% or more by weight azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate.

28

10. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

19. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}$C solid stat NMR spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 7.6 ppm.

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 6.5 ppm.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,977,243 B2                                              Page 1 of 2
DATED          : December 20, 2005
INVENTOR(S)  : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 27, line 23 - Column 28, line 47,
Replace claims 1-24 with the following:

1. A crystalline form of azithromycin which is azithromycin sesquihydrate being characterized as having a $^{13}$C solid state NMR spectrum comprising a plurality of peaks with at least one peak having a chemical shift of about 179.5 ppm.

2. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 60% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

10. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

ST AVAILABLE COPY

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,977,243 B2
DATED          : December 20, 2005
INVENTOR(S)    : Li et al.

Page 2 of 2

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 27, line 23 – Column 28, line 47 (cont'd),

19. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
89% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}$C solid state NMR
spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR
spectrum further comprising a peak with chemical shift of about 9.8 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{13}$C solid state NMR
spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR
spectrum further comprising a peak with chemical shift of about 7.8 ppm.

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR
spectrum further comprising a peak with chemical shift of about 6.5 ppm.

BEST AVAILABLE COPY

Signed and Sealed this

Seventh Day of February, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*