### RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

Frederick L. Cottrell, III
Director

Direct Dial Number
302-651-7509
Cottrell@rlf.com

March 6, 2006

**VIA ELECTRONIC MAIL**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  **Pfizer Inc. v. Sandoz Inc. and Novartis AG, C.A. No. 06-90-(JJF)**

Dear Judge Farnan:

This firm represents Defendant Sandoz Inc. ("Sandoz") in the above action. We write to inform the Court that Sandoz has today filed its Answer and a Motion to Sever and Transfer the claims against Sandoz in this action to the Southern District of New York, where related patent litigations involving Sandoz, Pfizer Inc. ("Pfizer"), and Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Inc (collectively referred to as "Teva"), are pending. Those cases involve the same patent at issue in this case, U.S. Patent No. 6,977,243 (the '243 patent), as well as an additional patent.

As Your Honor may be aware, there is also a related action currently pending before Judge Sleet in this District between Pfizer and Teva, which also involves the '243 patent, *Pfizer Inc. v. Teva Pharmaceutical USA et al.*, C.A. No. 06-89-GMS. Teva has already filed a motion pursuant to 28 U.S.C. § 1404(a) similarly seeking to transfer that action to the Southern District of New York, where the other Teva and Sandoz cases are pending. If the Court has any questions, please do not hesitate to contact me.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg
cc:       Clerk of the Court (via e-filing)
          Rudolf E. Hutz, Esq. (via hand delivery)
          Andrew M. Alul, Esq (via telecopy)