

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

March 7, 2006

Honorable Joseph J. Farnan, Jr.
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Pfizer Inc v. Sandoz Inc. and Novartis AG,**
      **Case 1:06-cv-00090-JJF**

Dear Judge Farnan:

Previously we advised Your Honor about the copendency of the above-captioned case assigned to you and Pfizer Inc v. Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd., CA 1:06-cv-00089-GMS assigned to Judge Sleet. Both cases involve the same patent but different defendants and products.

On March 6, 2006, defendant Sandoz moved to transfer the instant case to the Southern District of New York where it second-filed an action for declaratory judgment relief against plaintiff Pfizer on the same grounds at issue in the instant case. Pfizer will oppose this motion and will file its Answer Brief in Opposition on March 20, 2006.

I further wish to advise the Court that in the Pfizer Inc v. Teva et al. case before Judge Sleet, defendants have also filed a motion to transfer to the Southern District of New York where they also have second-filed an action for declaratory judgment relief against Pfizer on the same grounds at issue in the Delaware case. Pfizer opposes this motion and will file its Answer Brief in Opposition on March 9, 2006.

If the Court has any questions, please do not hesitate to contact me.

I am also advising Judge Sleet of these circumstances.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh
450934_1.DOC