IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and | ) | |
| NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN DEFENDANT SANDOZ FROM PROCEEDING WITH ITS LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

Plaintiff Pfizer Inc ("Pfizer") hereby moves to enjoin defendant Sandoz Inc. ("Sandoz") from proceeding in its second-filed action in the Southern District of New York, *Sandoz Inc. v. Pfizer Inc*, 06cv1222 (LAP). This motion is contingent upon the Court's denial of Sandoz's motion to sever and transfer the claims against Sandoz in the instant case to the Southern District of New York, (D.I. 8), so that Sandoz will be prevented from proceeding in both the New York and Delaware cases. The grounds of this motion are fully set forth in Defendant's concurrently-filed supporting brief and further supported by the contemporaneously-filed declarations of Brendan G. Woodard, Esq. and Daniel C. Mulveny, Esq.

Pursuant to Local Rule 7.1.1, the undersigned counsel conferred with defendants' counsel regarding this Motion. Defendants' counsel has indicated that defendants will oppose this Motion.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: March 20, 2006

453668_1.DOC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and | ) | |
| NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN DEFENDANT SANDOZ FROM PROCEEDING WITH ITS LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

AND NOW on this _____ day of _____, 2006, upon consideration of Plaintiffs' contingent motion to enjoin defendant Sandoz Inc. from proceeding with its later-filed suit in the Southern District of New York, the supporting brief and declarations, and any and all responses thereto, it is hereby

ORDERED that Plaintiffs' motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

453668_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I electronically filed **PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN DEFENDANT SANDOZ FROM PROCEEDING WITH ITS LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III
>Matthew W. King
>Richards, Layton & Finger
>One Rodney Square
>920 N. King Street
>P.O. Box 551
>Wilmington, DE 19899

I hereby certify that on March 20, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Kelly L. Morron | Douglass C. Hochstetler |
| Schiff Hardin LLP | Andrew M. Alul |
| 623 Fifth Ave | Kathryn S. Devin |
| 28th Floor | Schiff Hardin LLP |
| New York, NY 10022 | 6600 Sears Tower |
| | Chicago, IL  60606 |

>/s/ Rudolf E. Hutz
>Rudolf E. Hutz (#484)
>Daniel C. Mulveny (#3984)
>1007 N. Orange Street
>P. O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141
>*Attorneys for Pfizer Inc*

453668_1.DOC