IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and | ) | |
| NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF, PFIZER INC'S RULE 12(f) MOTION TO STRIKE
THE FIFTH AFFIRMATIVE DEFENSE
IN DEFENDANT, SANDOZ INC.'S ANSWER OR ALTERNATIVE RULE 12(e)
MOTION FOR MORE DEFINITE STATEMENT**

Plaintiff Pfizer Inc ("Pfizer") hereby moves pursuant to Fed. R. Civ. P. 12(f) to strike the fifth affirmative defense in defendant, Sandoz Inc.'s ("Sandoz") answer, or alternatively, Pfizer moves pursuant to Fed. R. Civ. P. 12(e) for Sandoz to provide a more definite statement regarding its fifth affirmative defense. The grounds of this motion are fully set forth in Plaintiff's concurrently-filed supporting brief.

Pursuant to Local Rule 7.1.1, the undersigned counsel conferred with defendants' counsel regarding this Motion. Defendants' counsel has indicated that defendants will oppose this Motion.

        CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: March 20, 2006
453245_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and | ) | |
| NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF, PFIZER INC'S RULE 12(f) MOTION
TO STRIKE THE FIFTH AFFIRMATIVE DEFENSE
IN DEFENDANT, SANDOZ INC.'S ANSWER OR ALTERNATIVE RULE 12(e)
MOTION FOR MORE DEFINITE STATEMENT**

AND NOW on this _____ day of _____, 2006, upon consideration of Pfizer Inc's Rule 12(f) motion to strike the fifth affirmative defense in defendant, Sandoz Inc.'s answer or alternative Rule 12(e) motion for more definite statement, and any and all responses thereto, it is hereby

ORDERED that Plaintiff's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

453245_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I electronically filed **PLAINTIFF, PFIZER INC'S RULE 12(f) MOTION TO STRIKE THE FIFTH AFFIRMATIVE DEFENSE IN DEFENDANT, SANDOZ INC.'S ANSWER OR ALTERNATIVE RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Frederick L. Cottrell, III
> Matthew W. King
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I hereby certify that on March 20, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

> Kelly L. Morron
> Schiff Hardin LLP
> 623 Fifth Ave
> 28th Floor
> New York, NY 10022

> Douglass C. Hochstetler
> Andrew M. Alul
> Kathryn S. Devin
> Schiff Hardin LLP
> 6600 Sears Tower
> Chicago, IL 60606

> /s/ Rudolf E. Hutz
> Rudolf E. Hutz (#484)
> Daniel C. Mulveny (#3984)
> 1007 N. Orange Street
> P. O. Box 2207
> Wilmington, DE 19899-2207
> (302) 658-9141
> *Attorneys for Pfizer Inc*