IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF, PFIZER INC'S WITHDRAWAL OF ITS
RULE 12(f) MOTION TO STRIKE THE FIFTH AFFIRMATIVE DEFENSE
IN DEFENDANT, SANDOZ INC.'S ANSWER AND ITS ALTERNATIVE RULE
12(e) MOTION FOR MORE DEFINITE STATEMENT**

Plaintiff Pfizer Inc ("Pfizer") hereby withdraws its motion to strike the fifth affirmative defense in defendant, Sandoz Inc.'s ("Sandoz") answer pursuant to Fed. R. Civ. P. 12(f), and its alternative motion for Sandoz to provide a more definite statement regarding its fifth affirmative defense pursuant to Fed. R. Civ. P. 12(e) (D.I. 19). Since the filing of these motions, Sandoz has represented to Pfizer and to the Court in writing that its fifth affirmative defense "alleges neither inequitable conduct nor any fraud" (D.I. 23 at pp. 1). Further, Sandoz has now clarified in writing to Pfizer and the Court that it meant to allege "prosecution history estoppel" when it plead that the patent-in-suit was "unenforceable" in its fifth affirmative defense (compare D.I. 6 at ¶ 51 and D.I. 23 at 1). Therefore, because it is now clear that Sandoz is not pleading unenforceability for inequitable conduct or fraud in its fifth affirmative defense and Sandoz's representations estop it from so characterizing those pleadings, and to avoid burdening the Court, Pfizer

hereby withdraws its motion to strike and its alternative motion for a more definite statement.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: April 5, 2006
457122_1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, I electronically filed **PLAINTIFF, PFIZER INC'S WITHDRAWAL OF ITS RULE 12(f) MOTION TO STRIKE THE FIFTH AFFIRMATIVE DEFENSE IN DEFENDANT, SANDOZ INC.'S ANSWER AND ITS ALTERNATIVE RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Frederick L. Cottrell, III
> Matthew W. King
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I hereby certify that on April 5, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Kelly L. Morron | Douglass C. Hochstetler |
| Schiff Hardin LLP | Andrew M. Alul |
| 623 Fifth Ave | Kathryn S. Devin |
| 28th Floor | Schiff Hardin LLP |
| New York, NY 10022 | 6600 Sears Tower |
| | Chicago, IL 60606 |

> /s/ Rudolf E. Hutz
> Rudolf E. Hutz (#484)
> Daniel C. Mulveny (#3984)
> 1007 N. Orange Street
> P. O. Box 2207
> Wilmington, DE 19899-2207
> (302) 658-9141
> *Attorneys for Pfizer Inc*

457122_1