IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF PFIZER INC'S REPLY BRIEF IN SUPPORT OF ITS CONTINGENT MOTION TO ENJOIN DEFENDANT SANDOZ FROM PROCEEDING WITH ITS LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: April 10, 2006

## TABLE OF CONTENTS

I.   INTRODUCTION ............................................................................................. 1

II.  ARGUMENT ................................................................................................... 1

III. CONCLUSION ................................................................................................ 2

I.  **INTRODUCTION**

In opposition to Pfizer's contingent motion to enjoin defendant Sandoz from proceeding with its later-filed suit in the United States District Court for the Southern District of New York, Sandoz filed an answering brief with this Court on April 3, 2006. This is Pfizer's reply.

II. **ARGUMENT**

Sandoz's opposition misses the point. Pfizer's motion to enjoin is <u>contingent</u> upon this Court denying Sandoz's motion to transfer to the Southern District of New York. The instant motion is necessary to prevent two separate cases from proceeding regarding the same parties, the same patent, and the same accused products. Sandoz refused to stay or dismiss the Sandoz DJ Action now pending in New York if Sandoz's motion to transfer was denied. Thus, Pfizer was forced to bring this motion to enjoin the Sandoz DJ Action.

Sandoz's opposition to Pfizer's motion is meritless. If Sandoz's motion to transfer is granted, then Pfizer's contingent motion to enjoin is moot. If Sandoz's motion to transfer is denied, then by opposing this motion, Sandoz basically seeks to have <u>both</u> the Delaware Action and the Sandoz DJ Action go forward. Sandoz presents no reason for having two cases where only one is needed.

The first-filed rule is designed to prevent the situation that Sandoz apparently desires. Pfizer first-filed its case against Sandoz in Delaware. Sandoz second-filed its mirror-image DJ Action in New York days later. If the Court finds that Pfizer appropriately filed this case in Delaware and denies transfer, then pursuant to the first-filed rule, the second-filed Sandoz DJ Action should be enjoined to prevent two separate cases involving the same parties and facts from proceeding in two separate courts.

1

Sandoz's opposition brief provides no credible reasons to allow both cases to proceed. Sandoz merely reiterates the same arguments it made in support of its motion to transfer this case to New York. These arguments have no bearing as to the instant motion to enjoin. Assuming Sandoz's motion to transfer is denied, then by necessity the Court will have already determined that Sandoz's arguments were unpersuasive. Pfizer, therefore, declines Sandoz's invitation to further burden the Court with these redundant (and irrelevant) arguments.

### III. CONCLUSION

For the foregoing reasons, if Sandoz's motion to transfer is denied, then to avoid the needless waste of judicial resources, Sandoz should be enjoined from proceeding in the Sandoz DJ Action.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: April 10, 2006

457075_1.DOC

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2006, I electronically filed **PLAINTIFF PFIZER INC'S REPLY BRIEF IN SUPPORT OF ITS CONTINGENT MOTION TO ENJOIN DEFENDANT SANDOZ FROM PROCEEDING WITH ITS LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Frederick L. Cottrell, III
> Matthew W. King
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I hereby certify that on April 10, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Kelly L. Morron<br>Schiff Hardin LLP<br>623 Fifth Ave<br>28th Floor<br>New York, NY 10022 | Douglass C. Hochstetler<br>Andrew M. Alul<br>Kathryn S. Devin<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 |

> /s/ Rudolf E. Hutz
> Rudolf E. Hutz (#484)
> Daniel C. Mulveny (#3984)
> 1007 N. Orange Street
> P. O. Box 2207
> Wilmington, DE 19899-2207
> (302) 658-9141
> *Attorneys for Pfizer Inc*

457075_1.DOC

3