# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 12, 2006

**VIA ELECTRONIC MAIL**
The Honorable Joseph J. Farnan, Jr., U.S.D.J
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   **Pfizer Inc. v. Sandoz Inc. and Novartis AG, C.A. No. 06-90-(JJF)**

Dear Judge Farnan:

This firm represents Defendant Sandoz Inc. ("Sandoz") in the above action. As the Court may recall, on March 6, 2006, Sandoz filed its Motion to Sever and Transfer the claims against it in this action to the Southern District of New York, where related litigation involving the same patent is currently pending between Sandoz, Pfizer Inc. ("Pfizer"), and Teva Pharmaceuticals USA and Teva Pharmaceutical Industries, Inc (collectively, "Teva"). As the Court may recall as well, there is also a related action between Pfizer and Teva also involving the same patent currently pending before Judge Sleet in this District, *Pfizer Inc. v. Teva Pharmaceutical USA et al.*, C.A. No. 06-89-GMS. Teva has similarly filed a motion to transfer that action to the Southern District of New York, where the other Teva and Sandoz cases are pending.

In response to Sandoz' Motion to Sever and Transfer in this action, Pfizer filed a Contingent Motion to Enjoin Sandoz from proceeding with its declaratory judgment action in the Southern District of New York. Briefing on both Pfizer's Contingent Motion to Enjoin and Sandoz' Motion to Sever and Transfer has now been completed, with the filing of Pfizer's Reply Brief in support of its Contingent Motion to Enjoin on Monday, April 10, 2006. Sandoz has today filed its Local Rule 7.1.4 Request for Oral Argument on Pfizer's Contingent Motion to Enjoin and Sandoz' related Motion to Sever and Transfer. Sandoz also notes that, in the related Teva case pending before Judge Sleet, Pfizer filed a similar request for a combined oral argument on its corresponding Contingent Motion to Enjoin Teva from proceeding with its declaratory judgment action in the Southern District of New York and Teva's Motion to Transfer that case to the SDNY. To the extent those Motions in the Teva action are consolidated for decision or oral argument with the corresponding Motions in this action, Sandoz also respectfully requests to participate in any oral argument conducted in the Teva case.

RLF1-3002160-1

The Honorable Joseph J. Farnan, Jr., U.S.D.J.
April 12, 2006
Page 2


       If the Court has any questions regarding this submission, please do not hesitate to contact me.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III

FLC,III/afg

cc:    The Honorable Gregory M. Sleet, U.S.D.J.
       Clerk of the Court (via e-filing)
       Rudolf E. Hutz, Esq. (via hand delivery)
       Andrew M. Alul, Esq. (via telecopy)

RLF1-3002160-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Matthew W. King (#4566)
king@rlf.com