# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. AND NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SANDOZ INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF PFIZER INC.'S MOTION TO ENJOIN SANDOZ FROM PROCEEDING WITH ITS DECLARATORY JUDGMENT ACTION IN THE SOUTHERN DISTRICT OF NEW YORK AND SANDOZ' RELATED MOTION TO SEVER AND TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to D. Del. L.R. 7.1.4, Defendant Sandoz Inc. respectfully requests oral argument regarding Plaintiff Pfizer Inc.'s Contingent Motion to Enjoin Sandoz from proceeding with its declaratory judgment action in the Southern District of New York ("Motion to Enjoin")(D.I. 15). In addition, because Pfizer's Motion to Enjoin was filed in response to, and overlaps with, Sandoz' Motion to Sever and Transfer the claims against it in this action to the Southern District of New York ("Motion to Transfer"), Sandoz respectfully requests oral argument on that overlapping Motion as well (D.I. 8). Further, because the Motion to Enjoin and the Motion to Transfer are based on related facts and arguments, Sandoz respectfully requests that oral argument on both Motions be heard together at the same hearing. Briefing on the Motion to Transfer was completed on March 27, 2006; briefing on the Motion to Enjoin was completed on April 10, 2006.

*OF COUNSEL:*

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, New York 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)
(312) 258-5600 (fax)

Dated: April 12, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)

*ATTORNEYS FOR DEFENDANT SANDOZ, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

_____
Matthew W. King (#4566)
king@rlf.com