IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.<br><br>                 Plaintiff,<br><br>      v.<br><br>SANDOZ, INC.,<br>and NOVARTIS AG<br><br>               Defendants. | Case No. 1:06-CV-00090-JJF |

### STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the time for defendant Novartis AG to move against or answer the complaint is extended to and including May 26, 2006.

April 25, 2006.

_____
Rudolf E. Hutz
Daniel Mulveny
CONNOLLY BOVE LODGE
& HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (fax)

Counsel for Plaintiff

_____
Timothy G. Cameron
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

                          (212) 474-1000
                          (212) 474-3700 (fax)

*Counsel for Defendant Novartis AG*

SO ORDERED this ____ day of April 2006.

_____
Hon. Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed **STIPULATION AND PROPOSED ORDER** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Frederick L. Cottrell, III
> Matthew W. King
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I hereby certify that on April 25, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

> Kelly L. Morron
> Schiff Hardin LLP
> 623 Fifth Ave
> 28th Floor
> New York, NY 10022
>
> Douglass C. Hochstetler
> Andrew M. Alul
> Kathryn S. Devin
> Schiff Hardin LLP
> 6600 Sears Tower
> Chicago, IL 60606
>
> Timothy G. Cameron
> Cravath Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

460831