## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. and | ) | |
| NOVARTIS AG, | ) | |
| | ) | |
| Defendants. | ) | |

### PROOF OF SERVICE OF PROCESS ON DEFENDANT NOVARTIS AG

Plaintiff Pfizer Inc ("Pfizer") hereby provides proof of service of process and

Complaint upon non-resident Defendant Novartis AG ("Novartis") pursuant to Rule 4(f)

of the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad

of Judicial and Extrajudicial Documents (*see* Affidavit of Daniel C. Mulveny, Esq.

[Exhibit A, attached hereto]). Pfizer received the returned certificate of service executed

by Novartis on April 26, 2006 (Exhibit B, attached hereto). The certificate of service

shows that Novartis was served on April 7, 2006 (*id.*).

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: May 2, 2006
462150 1.DOC

**EXHIBIT A**

**AFFIDAVIT OF DANIEL C. MULVENY, ESQ.**

I, Daniel C. Mulveny, being duly sworn according to law do depose and say:

1.    I am an attorney for Plaintiff Pfizer Inc ("Pfizer").

2.    To the best of my knowledge, Defendant Novartis AG ("Novartis") is a Swiss corporation having a place of business at Lichstrasse 35, Basel, Switzerland.

3.    On February 15, 2006, Pfizer sent by FedEx a Notice of Lawsuit and Request for Waiver of Service of Summons to Novartis and a copy of the Complaint for Civil Action No. 06-90. Novartis never responded to the request.

4.    On February 21, 2006, Pfizer asked counsel for co-defendant Sandoz Inc. ("Sandoz") whether they also represented Novartis, and if so, would they accept service on behalf of Novartis. Sandoz's counsel responded on February 23, 2006 that they do not represent Novartis and had no authority to make any representations on Novartis' part.

5.    On February 28, 2006, Pfizer initiated service on Novartis pursuant to Rule 4(f) of the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

6.    On April 7, 2006, Novartis was served with a copy of the Complaint translated into German and a copy in the original English.

7.    On April 26, 2006, I received the returned certificate of service executed by Novartis.

Daniel C. Mulveny (#3984)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this May 2nd, 2006.

Notary Public

462247_1.DOC

**EXHIBIT B**

# CROWE FOREIGN SERVICES



- Hague Service Convention
- Hague Evidence Convention
- Letters Rogatory
- Services by Agent
- Translation Services

Alan H. Crowe
President

Celeste Ingalls
Director of Operations

1020 SW Taylor Street, Suite 240
Portland, Oregon, USA 97205

Telephone: (503) 222-3085

Fax: 503-222-3950
E-mail: info@croweforeignservices.com
www.croweforeignservices.com

April 26, 2006

<u>VIA UPS 2ND DAY AIR & FAX # 903-581-1071</u>

Kimberly A. Powell
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange St., 8th Floor
Wilmington, De 19801

Re: Pfizer Inc. v. Sandoz Inc., et al. – Switzerland

Dear Ms. Powell:

Enclosed is the original certificate of service for the following:

|  |  |
|---|---|
| Served: | Novartis AG |
| By Leaving with: | Frau Waldner, Legal Service* |
| Address served: | Lichstrasse 35 |
|  | Basel, Switzerland |
| Date Served: | April 7, 2006 |

**Please note, all documents attached to the certificate should remain attached when filed with the Court.**

*Ms. Waldner signed for the documents on page 2 of the certificate.

If you have any questions or concerns please contact us.

Sincerely,

Abby Neff
<u>abby@foreignservices.com</u>
Assistant to Celeste Ingalls

Enclosures

*Founding Member*
National Association of Professional Process Servers

Z U S T E L L U N G S Z E U G N I S
C E R T I F I C A T E
A T T E S T A T I O N

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
l'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum)                          **07.04.2006**
   the (date)
   le (date)

   - in (Ort, Straße, Nummer)            **Basel, Lichtstr. 35**
   at (place, street, number)
   à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
   in one of the following methods authorised by article 5:
   dans une des formes suivantes prévues à l'article 5:

      a) ~~in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)~~ *).
         in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
         selon les formes légales (article 5, alinéa premier, lettre a) *).

      b) ~~in der folgenden besonderen Form~~ *):
         in accordance with the following particular method *):
         selon la forme particulière suivante *):

      c) durch einfache Übergabe *).
         by delivery to the addressee, who accepted it voluntarily *).
         par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person)      **Frau Waldner, Legal Service**
   (identity and description of person)
   (identité et qualité de la personne)

   - Verwandschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
   relationship to the addressee (family, business or other):
   liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

                                          **Arbeitsverhältnis**

2. ~~dass der Antrag aus folgenden Gründen nicht erledigt werden könnte~~ *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der~~
~~beiliegenden Aufstellung im Einzelnen angegeben sind, zu zahlen oder zu erstatten~~ *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the
attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire
ci-joint *).

Anlagen/Annexes/Annexes:                 **Doppel der zuzustellenden Schriftstücke**

Zurückgesandte Schriftstücke:
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:        **Empfangsbescheinigung**
In appropriate cases, documents establishing the service:
le cas échéant. les documents justificatifs de l'exécution:

                                         Ausgefertigt in   **Basel**   am   **19.04.2006**
                                         Done at                            the
                                         Fait à                            le

                                         Unterschrift und/oder Stempel.
                                         Signature and/or stamp.
                                         Signature et/ou cachet.

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les mentions inutiles

 **Zivilgericht Basel-Stadt**

Bäumleingasse 5
Postfach 964, 4001 Basel
Tel. (Direktwahl): 061 - 267 63 83-84

| Aktenzeichen |
| --- |
| **RQ 2006 / 235** |

# Empfangsbescheinigung - Récépissé - Ricevuta

| | |
| --- | --- |
| **Ausstellende Behörde**<br>Autorité de laquelle émanent<br>les actes<br>**Autorità dalla quale emenano<br>gli atti**<br>US District Court<br>District of Delaware<br>NN<br>United States of America<br><br>06-90 | Crowe Foreign Services<br>Attn L. Celeste Ingalls<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>United States of America |
| **Bezeichnung der zuzustellenden<br>Aktenstücke**<br>Désignation des actes<br>à notifier<br>**Atti da notificarsi** | - Executed Summary<br>- Summons*<br>- Civil Cover Sheet*<br>- Complaint, with exhibits*<br>* = mit deutscher Übersetzung<br><br>i. S. Pfizer, Inc. / Sandoz Inc. et al. |
| **Name und Wohnort der Person, an<br>welche die Zustellung erfolgen soll**<br>Nom et domicile de la personne<br>à laquelle la notification doit être faite<br>**Nome e domicilio della persona, alla<br>quale la notifica deve avere luogo** | Novartis AG<br>Lichtstr. 35<br>4056 Basel |
| **Unterschrift des Empfängers und<br>Datum der Zustellung**<br>Signature du destinataire<br>et date de la notification<br>**Firma del destinatario e data della<br>notifica** | *R. Wahl*  **Novartis AG**<br><br>Basel, den 7.4.06 |

**ZIVILGERICHT BASEL-STADT**
Der Gerichtsweibel:

GK 10003 · 1500 · 8.01

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

*[stamp: ZIVILGERICHT BASEL – 3. April 2006  P 31 03 06]*

| **Identity and address of the applicant** *Indentité et adresse du requérant* | **Address of receiving authority** *Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls** Crowe Foreign Services 1020 SW Taylor Street, Suite 240 Portland, Oregon 97205 USA E-mail: Lci@foreignservices.com Fax Number: 1-503-222-3950 | **Appellationsgericht Basel-Stadt 4051 Basel SWITZERLAND** Tel.: +41.61-267.8181 Fax: +41.61-267.6315 *[stamp: Appellationsgericht Basel E – 3. April 2006 P. A.]* |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*

*(identité et adresse)*

|  |  |
|---|---|
| **Novartis AG Lichtstrasse 35 CH-4056 Basel Switzerland** | Zur direkten Erledigung an: *Zivilgericht* Datum: – 3. April 2006 *[signature]* |

☒ **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ **(b)** in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

**To be delivered personally to an officer, director or other individual authorized to accept legal documents on behalf of defendant, Novartis AG, or if this is not possible, please serve in accordance with the laws of Switzerland (method (a) above).**

☐ ~~**(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\***~~
~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided ~~on the reverse side~~ (attached).
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Executed "Request", in duplicate
Executed "Summary", in duplicate
Unexecuted "Certificate", in duplicate
*** Summons, in duplicate
*** Civil Cover Sheet, in duplicate
*** Complaint, with exhibits, in duplicate

**Done at Portland, Oregon, USA, the 31st day of Mar, 2006.**
*Fait à Portland, Oregon, USA, le...*
**Signature and/or stamp.**
*Signature et/ou cachet.*

*[Notary stamp: OFFICIAL SEAL L CELESTE INGALLS NOTARY PUBLIC-OREGON COMMISSION NO. 400907 MY COMMISSION EXPIRES FEB. 5, 2010]*

*[signature]* L. Celeste Ingalls



* Delete if inappropriate
*Rayer les mentions inutiles*
** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462
*** With German translation attached

(Rev. 8/01) Summons in a Civil Action (Ladung in einer Zivilsache)

# UNITED STATES DISTRICT COURT

District of                    DELAWARE

**PFIZER INC,**

        **Kläger**

        gegen

**SANDOZ INC. und NOVARTIS AG**

        **Beklagte**

**LADUNG IN ZIVILSACHE**

GERICHTSSACHE NR. 06-90

AN:

      Novartis AG
      CH-4002 Basel
      Schweiz

    **SIE WERDEN HIERMIT AUFGEFORDERT** und sind gehalten, innerhalb von 30 Tagen nach der Zustellung dieser Ladung an Sie, den Tag der Zustellung ausgeschlossen, eine Antwort auf die Klage, die Ihnen mit dieser Ladung zugestellt wird, an die ANWÄLTE DER KLÄGER zuzustellen (Name und Anschrift):

      Rudolph E. Hutz, Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      Post Office Box 2207
      Wilmington, Delaware 19899-2207

Peter T. Dalleo

CLERK *)

9-2-06

DATUM

(unterschrift – unlesbar)

(i.A. ) DEPUTY CLERK **)

*) Leiter der Gerichtskanzlei
**) Stellvertr. Leiter

JS 44    (Stand: 12/1996)



## DECKBLATT FÜR EINE ZIVILKLAGE

Das JS - 44 Deckblatt für eine Zivilklage und die darin enthaltenen Informationen sind weder ein Ersatz noch eine Ergänzung der Einreichung und Zustellung von Schriftsätzen oder anderen Dokumenten, die durch das Gesetz vorgeschrieben sind, ausgenommen wenn es durch Bestimmungen der lokalen Gerichtsordnung vorgesehen ist. Dieses Formular, das von der Justizkonferenz der Vereinigten Staaten im September 1974 genehmigt wurde, ist zur Verwendung durch die Urkundsbeamten (Clerk of the Court) zum Zweck der Einrichtung des Blatts für eine Zivilklage in der Prozessliste erforderlich. (SIEHE ANLEITUNG AUF DER RÜCKSEITE DIESES FORMULARS.)

| I. (a) KLÄGER:<br>PFIZER INC.<br><br>(b) Bezirk des Wohnsitzes des zuerst aufgeführten Klägers<br>(außer in Sachen mit US-Klägern) | BEKLAGTE:<br>SANDOZ INC. und NOVARTIS AG<br><br>Bezirk des Wohnsitzes des zuerst aufgeführten Beklagten<br>(nur in Sachen mit US-Klägern): Broomfield County, Colorado |
|---|---|
| (C) ANWÄLTE (Name Der Anwaltskanzlei, Anschrift Und Telefonnummer)<br>Rudolf E. Hutz<br>Connolly Bove Lodge & Hutz LLP<br>P. O. Box 2207, 1007 North Orange Street<br>Wilmington, Delaware 19899 - 2207<br>Tel: (302) 658 - 9141 | ANWÄLTE (FALLS BEKANNT)<br><br>[Stempel unlesbar – 8. Feb. 2006] |

| II. GRUNDLAGE FÜR DEN GERICHTSSTAND (nur ein Feld ankreuzen) | III. STAATSANGEHÖRIGKEIT DER HAUPTPARTEIEN (Ein Feld für den Kläger und ein Feld für den Beklagten ankreuzen) (Nur für Gerichtssachen mit Verschiedenheit der Staatsangehörigkeit) |
|---|---|

| | | | | Kläger | Beklagter |
|---|---|---|---|---|---|
| [ ] 1. | Kläger ist US-Regierungsstelle | | | | |
| [ ] 2. | Beklagter ist US-Regierungsstelle | Staatsbürger dieses US-Bundesstaats | | [ ] 1 | [ ] 1 |
| [X] 3. | Bundes-Angelegenheit (US-Regierungsstelle ist keine Partei) | Staatsbürger eines anderen US-Bundesstaats | | [ ] 2 | [ ] 2 |
| [ ] 4. | Verschiedenheit der Staatsangehörigkeit (Staatsangehörigkeit der Parteien in Punkt III angeben) | Staatsbürger oder Staatsangehöriger eines ausländischen Staates<br>In diesem US-Bundesstaat im Handelsregister eingetragen oder Haupt-Geschäftssitz | | [ ] 3<br><br>[ ] 4 | [ ] 3<br><br>[ ] 4 |
| | | In einem US-Bundesstaat im Handelsregister eingetragen und Haupt-Geschäftssitz dort befindlich | | [ ] 5 | [ ] 5 |
| | | Ausländische Nation | | [ ] 6 | [ ] 6 |

| IV. URSPRUNG | (NUR EIN FELD ANKREUZEN) |
|---|---|

| | Vom | | | Wieder | Übertragung von | Mehrere | Berufung gegen Urteil eines ein Magistrate-Richters beim Bezirksrichter |
|---|---|---|---|---|---|---|---|
| [X] 1 Original-Verfahren | [ ] 2 bundesstaatlichen Gericht verlegt | [ ] 3 Zurückverwiesen vom Berufungsgericht | [ ] 4 eingesetzt oder wieder eröffnet | [ ] 5 einem anderen Bezirk (bitte angeben) | [ ] 6 Bezirke umspannender Prozess | [ ] 7 | |

## V. ART DER KLAGE (Nur ein Feld ankreuzen)

| VERTRÄGE | UNERLAUBTE HANDLUNGEN | PERSONENSCHADEN | PFÄNDUNG / STRAFE | KONKURS | SONSTIGE GESETZE |
|---|---|---|---|---|---|
| [ ] 110 Versicherung<br>[ ] 120 Seefahrt<br>[ ] 130 Miller Act<br>[ ] 140 Handelbare Wertpapiere<br>[ ] 150 Eintreibung einer Überzahlung u. Vollstreckung einer Gerichtsentscheidung<br>[ ] 151 Medicare Act<br>[ ] 152 Eintreibung säumiger Studentenkredite (ausgenommen Veteranen)<br>[ ] 153 Eintreibung von Überzahlungen bei Veteranenleistungen<br>[ ] 160 Aktionärsklagen<br>[ ] 190 Sonstige Verträge<br>[ ] 195 Vertrag - Produkthaftung | PERSONENSCHADEN<br>[ ] 310 Flugzeug<br>[ ] 315 Flugzeug - Produkthaftung<br>[ ] 320 Tätliche Beleidigung, Verleumdung und üble Nachrede<br>[ ] 330 Haftung von Arbeitgebern des Bundes<br>[ ] 340 Schiff<br>[ ] 345 Schiff - Produkthaftung<br>[ ] 350 Kraftfahrzeug<br>[ ] 355 Kraftfahrzeug - Produkthaftung<br>[ ] 360 Sonstiger Personenschaden | [ ] 362 Personenschaden - ärztlicher Kunstfehler<br>[ ] 365 Personenschaden - Produkthaftung<br>[ ] 368 Asbest Personenschaden Produkthaftung<br><br>PRIVATEIGENTUM<br>[ ] 370 Sonstiger Betrug<br>[ ] 371 Wahrheitsgemäße Angaben bei Krediteschäften<br>[ ] 380 Sonstiger Sachschaden<br>[ ] 385 Sachschaden - Produkthaftung | [ ] 610 Landwirtschaft<br>[ ] 620 Sonstige Arznei- und Lebensmittel<br>[ ] 625 Handlung von Eigentum im Zusammenhang mit Drogen 21 USC 881<br>[ ] 630 Alkoholgesetze<br>[ ] 640 Bahn und LKW<br>[ ] 650 Fluggesellschaften-Regulatorien<br>[ ] 660 Sicherheit und Gesundheit am Arbeitsplatz<br>[ ] 690 Sonstiges | [ ] 422 Berufung 28 USC 158<br>[ ] 423 Zurücknahme 28 USC 157<br><br>EIGENTUMSRECHTE<br>[ ] 820 Urheberrecht<br>[X] 830 Patent<br>[ ] 840 Marken<br><br>SOZIALVERSICHERUNG<br>[ ] 861 MIA (1395 ff)<br>[ ] 862 Kohlenstaublunge (923)<br>[ ] 863 DIWC / DIW W (405 (g))<br>[ ] 864 SSID TITEL XVI<br>[ ] 865 RSI (405 (g)) | [ ] 400 Neueinteilung der Bezirke in Bundesstaaten<br>[ ] 410 Kartell / Antitrust<br>[ ] 430 Banken und Bankwesen<br>[ ] 450 Handel/ICC-Tarife/ETC<br>[ ] 460 Auswelsung<br>[ ] 470 RICO-Gesetz (Gesetz zur Bekämpfung der organisierten Kriminalität)<br>[ ] 810 Wehrdienst<br>[ ] 850 Wertpapiere / Warengeschäfte / Börse<br>[ ] 875 Anfechtung durch Kunden 12 USC 3410<br>[ ] 891 Landwirtschaftliche Gesetze<br>[ ] 892 Gesetz zur Stabilisierung der Wirtschaft<br>[ ] 893 Umweltschutzangelegenheiten |
| IMMOBILIEN<br>[ ] 210 Landenteignung<br>[ ] 220 Zwangsvollstreckung<br>[ ] 230 Miete, Leasings und Räumungsbefehl<br>[ ] 240 Unerlaubte Handlung – Land<br>[ ] 245 Unerlaubte Handlung – Produkthaftung<br>[ ] 290 Alle sonstigen Immobilien | BÜRGERRECHTE<br>[ ] 441 Wahlrecht<br>[ ] 442 Arbeitsrecht<br>[ ] 443 Wohnungswesen und Unterkunft<br>[ ] 444 Fürsorge<br>[ ] 440 Sonstige Bürgerrechte | ANTRÄGE VON HÄFTLINGEN<br>[ ] 510 Antrag auf Urteilsaufhebung<br><br>Habeas Corpus (gerichtliche Anordnung eines Haftprüfungstermins)<br>[ ] 530 Allgemein<br>[ ] 535 Todesstrafe<br>[ ] 540 Gerichtliche Verfügung zur Vornahme oder Unterlassung einer Handlung (Mandamus)<br>[ ] 550 Bürgerrechte<br>[ ] 555 Zustand Strafvollzugsanstalt | ARBEIT<br>[ ] 710 Gesetz für angemessene Arbeitsbedingungen<br>[ ] 720 Beziehungen zwischen Arbeitgebern und Arbeitnehmern (Betriebsverfassungsgesetz)<br>[ ] 730 Gesetz zur Rechenschafts- und Offenlegung zwischen Arbeitnehmern und Arbeitgebern<br>[ ] 740 Eisenbahner-Gesetz<br>[ ] 790 Sonstige Arbeitsklagen<br>[ ] 791 Gesetz zum Schutz des Ruhestandseinkommens von Arbeitnehmern | BUNDESSTEUERKLAGEN<br>[ ] 870 Steuern (US-Kläger oder US-Beklagter)<br>[ ] 871 IRS [US-Finanzamt] – Drittpartei 26 USC 7609 | [ ] 894 Energiezuteilungsgesetz<br>[ ] 895 Gesetz zur Wahrung des Rechts auf Auskunft<br>[ ] 900 Einspruch gegen Gebührenfestsetzung nach Gleichbehandlung unter dem Gesetz<br>[ ] 950 Verfassungsmäßigkeit der bundesstaatlichen Gesetze<br>[ ] 890 Sonstige gesetzliche Klagen |

**VI. KLAGEGRUND** (das US-Zivilgesetz zitieren, das die Grundlage für die Klage bildet, und eine kurze Beschreibung des Klagegrundes geben. Keine Gesetze zum Gerichtsstand zitieren außer bei Verschiedenheit der Staatsangehörigkeit)

Klage wegen Patentverletzung, und für Feststellungsurteil zu Patentverletzung, des US-Patentes 6,977,243, unter Titel 35 des U.S.C. [United States Code; offizielle Kodifizierung der US-Bundesgesetze)] §§ 271 (a), (b) und (e)

**VII. IN DER KLAGESCHRIFT BEANTRAGT:**
[ ] Ankreuzen, wenn es sich um eine Sammelklage gemäß F.R.C.P. [Bundes-Zivilprozessordnung] 23 handelt

Forderung :                HIER JA nur dann ankreuzen, wenn in der Klageschrift eine Jury-Verhandlung beantragt wird:
Jury-Verhandlung: [ ] Ja    [ X ] Nein

**VIII. GGF. VERBUNDENE SACHE(N) (siehe Anleitung)**
KEINE                RICHTER            PROZESSLISTE NR.

Datum:    8. Februar 2006        Unterschrift des prozessbevollmächtigten Anwalts [Unterschrift - unlesbar

Nur zur Verwendung durch das Gericht
Quittung Nr                    Betrag:        Beantragende IFP:    Richter Mag. - Richter

●                    ●

**IM BUNDESBEZIRKSGERICHT DER VEREINIGTEN STAATEN
FÜR DEN BEZIRK DELAWARE**

[Stempel unlesbar]

| | | | |
|---|---|---|---|
| PFIZER INC. | | ) | |
| | | ) | |
| | Klägerin, | ) | Zivilklage Nr. 06 90 |
| | | ) | |
| gegen | | ) | |
| | | ) | |
| SANDOZ INC. | | ) | |
| und NOVARTIS AG | | ) | |
| | | ) | |
| | Beklagte. | ) | |

_____

### KLAGE

Die Klägerin Pfizer Inc. („Pfizer") trägt hiermit über ihre Anwälte im Rahmen ihrer

Klage wegen Patentverletzung gegen die Beklagten Sandoz, Inc. und Novartis AG (zusammen

als „Sandoz" bezeichnet) Folgendes vor:

### PARTEIEN

1.      Pfizer ist eine Gesellschaft, die unter den Gesetzen des US-Bundesstaats

Delaware gegründet wurde und besteht und deren Unternehmenssitz sich an der Anschrift 235

East 42nd Street, New York, New York 10017, USA befindet.

2.      Pfizer besitzt einen akzeptierten Antrag auf Marktzulassung (New Drug

Application) Nr. 050711 für Azithromycin-Tabletten zur oralen Einnahme, 250 mg, die von

Pfizer unter der eingetragenen Bezeichnung ZITHROMAX verkauft werden.

3.     Pfizer besitzt einen akzeptierten Antrag auf Marktzulassung (New Drug Application) Nr. 050784 für Azithromycin-Tabletten zur oralen Einnahme, 500 mg, die von Pfizer unter der eingetragenen Bezeichnung ZITHROMAX verkauft werden.

4.     Pfizer besitzt einen akzeptierten Antrag auf Marktzulassung (New Drug Application) Nr. 050730 für Azithromycin-Tabletten zur oralen Einnahme, 600 mg, die von Pfizer unter der eingetragenen Bezeichnung ZITHROMAX verkauft werden.

5.     Pfizer besitzt außerdem einen akzeptierten Antrag auf Marktzulassung (New Drug Application) Nr. 050710 für Azithromycin in einer oralen Suspension (100 mg Grundstoff / 5 ml und 200 mg Grundstoff / 5 ml); einen akzeptierten Antrag auf Marktzulassung (New Drug Application) Nr. 050693 für Azithromycin in einer oralen Suspension (1 g Grundstoff / Paket); sowie einen akzeptierten Antrag auf Marktzulassung (New Drug Application) Nr. 050733 für Azithromycin in injizierbarer Form (500 mg Grundstoff / Fläschchen) – wobei diese alle von Pfizer unter der eingetragenen Bezeichung ZITHROMAX verkauft werden.

6.     Soweit die Klägerin informiert ist und glaubt, ist die Beklagte Sandoz Inc. eine Gesellschaft, die unter den Gesetzen des US-Bundesstaats Colorado organisiert ist und besteht und die ihren Hauptgeschäftssitz an der Anschrift 506 Carnegie Center, Suite 400, Princeton, N. J. 08540, USA hat und die eine Herstellungseinrichtung an der Anschrift 2555 West Midway Boulevard, Broomfield, Colorado 80020, USA betreibt.

7.     Soweit die Klägerin informiert ist und glaubt, ist die Beklagte Novartis AG eine Gesellschaft oder eine andere juristische Person, die unter den Gesetzen der Schweiz organisiert ist und besteht und die ihren Hauptgeschäftssitz in Basel in der Schweiz hat. Sandoz Inc. ist eine hundertprozentige Tochtergesellschaft oder ein Unternehmensbereich von Novartis AG.

## GERICHTLICHE ZUSTÄNDIGKEIT UND GERICHTSSTAND

8.      Diese Klage wegen Patentverletzung ist durch das Patentrecht der Vereinigten Staaten, United States Code [U.S.C.; offizielle Sammlung der US-Bundesgesetze], Titel 35 begründet. Dieses Gericht ist gerichtlich zuständig und hat „Subject Matter Jurisdiction" über diese Klage gemäß den Bestimmungen des United States Code, Titel 28, §§ 1331 und 1338 (a).

9.      Sandoz Inc. ist, soweit die Klägerin informiert ist und glaubt, in Delaware geschäftlich tätig. Daher unterliegt Sandoz Inc. der Gerichtshoheit über eine Person („personal jurisdiction") in diesem Bezirk gemäß 10 Del. Code [Gesetz von Delaware] § 3104.

10.     Sandoz Inc. betreibt, soweit die Klägerin informiert ist und glaubt, ebenfalls Aktivitäten in Delaware, die zum Klagegrund, der die Grundlage für diese Klage darstellt, Anlass geben. Daher unterliegt Sandoz Inc. der Gerichtshoheit über eine Person („personal jurisdiction") in diesem Bezirk gemäß 10 Del. Code [Gesetz von Delaware] § 3104.

11.     Die Aktivitäten von Sandoz Inc., die die Grundlage für diese Klage darstellen, unterstanden und unterstehen, soweit die Klägerin informiert ist und glaubt, der Kontrolle und Leitung der Muttergesellschaft, Novartis AG. Daher unterliegt Novartis AG der Gerichtshoheit über eine Person („personal jurisdiction") in diesem Bezirk gemäß 10 Del. Code [Gesetz von Delaware] § 3104.

12.     Der Gerichtsstand ist gemäß den Bestimmungen von United States Code, Titel 28, §§ 1391 (c), (d) und 1400 (b) in diesem Bezirk ordnungsgemäß angesetzt.

## DAS KLAGEPATENT

13.     Am 20. Dezember 2005 erteilte das United States Patent and Trademark Office („USPTO") [Patent- und Markenamt der USA] das US-Patent 6,977,243 („das Patent '243"), mit

der Bezeichnung „Kristallformen von Azithromycin", aufgrund einer Anmeldung, die von Zheng

J. Li und Andrew V. Trask eingereicht und an Pfizer übertragen wurde. Eine komplette und

korrekte Kopie des Patents '243 ist dieser Klageschrift als Anhang A beigefügt.

14.    Im Patent '243, so wie es am 20. Dezember 2005 veröffentlicht wurde, waren

Fehler enthalten, die das Ergebnis von Fehlern waren, die vom USPTO gemacht wurden.

15.    Am 18. Januar 2006 reichte Pfizer einen Antrag auf eine Korrekturbescheinigung

zur Korrektur der Fehler im Patent '243 ein.

16.    Am 7. Februar 2006 wurde eine Korrekturbescheinigung für das Patent '243

ordnungsgemäß und rechtsgültig erteilt und eine komplette und korrekte Kopie der

Korrekturbescheinigung ist dieser Klageschrift als Anhang B beigefügt. Die

Korrekturbescheinigung wurde am 8. Februar 2006 veröffentlicht und erschien auf der Website

des United States Patent and Trademark Office.

17.    Das Patent '243 erfasst gemäß der Korrektur durch die Korrekturbescheinigung

Azithromycin-Sesquihydrat.

18.    Seit dem Datum seiner Erteilung war und ist die Klägerin Pfizer Eigentümerin

aller Rechte, Rechtstitel und Interessen an dem Patent '243, einschließlich seiner

Korrekturbescheinigung.

## KLAGEPUNKT 1
### (Patentverletzung)

19.    Die Klagebehauptungen, die in Par. 1 - 18 vorgebracht wurden, werden an dieser

Stelle wiederholt und neu vorgetragen, so als ob sie hier in voller Länge dargelegt würden.

20.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. am oder ungefähr

am 14. November 2005 die Zulassung für den abgekürzten Antrag auf Marktzulassung

(„ANDA"; Abbreviated New Drug Application) Nr. 065211 für Azythromycin-Tabletten, 250

mg, erhalten und besitzt diese Zulassung auch weiterhin.

21.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. am oder ungefähr am 14. November die Zulassung für ANDA Nr. 065212 für Azythromycin-Tabletten, 500 mg, erhalten und besitzt diese Zulassung auch weiterhin.

22.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. am oder ungefähr am 14. November die Zulassung für ANDA Nr. 065209 für Azythromycin-Tabletten, 600 mg, erhalten und besitzt diese Zulassung auch weiterhin.

23.    Soweit die Klägerin informiert ist und glaubt, begann Sandoz Inc. am oder ungefähr am 14. November 2005 mit der Auslieferung von Azythromycin-Tabletten - 250 mg, 500 mg und 600 mg - und setzt diese auch weiterhin fort, einschließlich Lieferungen in den US-Bundesstaat Delaware.

24.    Soweit die Klägerin informiert ist und glaubt, enthalten die Medikamentenprodukte, die Azithromycin enthalten und die der Gegenstand von ANDA Nr. 065211, 065212 und 065209 waren, Azithromycin-Sesquihydrat und sind von einem oder mehreren Ansprüchen des Patents '243 erfasst.

25.    Soweit die Klägerin informiert ist und glaubt, enthalten die Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - die Sandoz Inc. am oder ungefähr am 14. November 2005 auszuliefern begann, Azithromycin-Sesquihydrat und sind von einem oder mehreren Ansprüchen des Patents '243 erfasst.

26.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. eine Patentverletzung des Patents '243 gemäß 35 United States Code § 271 (e) (2) (A) aufgrund von ANDA Nr. 065211 begangen, indem darin die FDA [US-Bundesbehörde für Arznei- und Lebensmittel] um Erlaubnis ersucht wurde, die kommerzielle Herstellung, Verwendung oder den

Verkauf von Tabletten, 250 mg, die Azithromycin-Sesquihydrat enthielten, vor dem Ablauf des Patents '243 zu betreiben.

27.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. eine Patentverletzung des Patents '243 gemäß 35 United States Code § 271 (e) (2) (A) aufgrund von ANDA Nr. 065212 begangen, indem darin die FDA [US-Bundesbehörde für Arznei- und Lebensmittel] um Erlaubnis ersucht wurde, die kommerzielle Herstellung, Verwendung oder den Verkauf von Tabletten, 500 mg, die Azithromycin-Sesquihydrat enthielten, vor dem Ablauf des Patents '243 zu betreiben.

27.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. eine Patentverletzung des Patents '243 gemäß 35 United States Code § 271 (e) (2) (A) aufgrund von ANDA Nr. 065209 begangen, indem darin die FDA [US-Bundesbehörde für Arznei- und Lebensmittel] um Erlaubnis ersucht wurde, die kommerzielle Herstellung, Verwendung oder den Verkauf von Tabletten, 600 mg, die Azithromycin-Sesquihydrat enthielten, vor dem Ablauf des Patents '243 zu betreiben.

29.    Soweit die Klägerin informiert ist und glaubt, hat Sandoz Inc. eine Verletzung eines oder mehrerer der Ansprüche des Patents '243 gemäß 35 United States Code § 271 (a) begangen und begeht diese auch weiterhin, indem sie die Einfuhr in die Vereinigten Staaten und das Angebot zum Verkauf und den Verkauf innerhalb der Vereinigten Staaten eines Produkts, das Azithromycin-Sesquihydrat enthält, vor dem Ablauf des Patents '243 betreibt.

30.    Pfizer wird nicht wieder gut zu machenden Schaden erleiden, wenn Sandoz Inc. die Patentverletzung des Patents '243 nicht untersagt wird.

## KLAGEPUNKT 2
### (Aktive Veranlassung zu Patentverletzung)

31.    Pfizer wiederholt und trägt die Klagebehauptungen in Par. 1 - 30 oben an dieser Stelle neu vor, so als ob sie hier in voller Länge dargelegt würden.

32.    Soweit die Klägerin informiert ist und glaubt, war die Beklagte Novartis AG aktiv an der Forschung und Entwicklung der Azithromycin-Produkte beteiligt, die der Gegenstand von ANDA Nr. 065211, 065212 und 065209 sind, und sie war für die Anfertigung, Einreichung und Betreibung dieser ANDAs verantwortlich und hatte die Kontrolle darüber.

33.    Soweit die Klägerin informiert ist und glaubt, hat die Beklagte Novartis AG aktiv Aktivitäten in Bezug auf die Einfuhr, Herstellung, Verwendung, den Verkauf oder das Angebot zum Verkauf der Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - betrieben, deren Auslieferung Sandoz Inc. am oder ungefähr am 14. November 2005 begann, und diese Aktivitäten veranlassten Sandoz Inc. zur Ausführung einer solchen Einfuhr, Herstellung, Verwendung, Verkauf oder Angebot zum Verkauf der Azithromycin-Tabletten, womit Sandoz Inc. eine direkte Verletzung eines oder mehrerer der Ansprüche des Patents '243 beging.

34.    Die Beklagte Novartis AG ist daher haftbar als Patentverletzer des Patents '243 gemäß 35 United States Code § 271 (b), indem sie die Beklagte Sandoz Inc. aktiv zur direkten Patentverletzung des Patents '243 veranlasste.

35.    Pfizer wird nicht wieder gut zu machenden Schaden erleiden, wenn Novartis AG die Patentverletzung des Patents '243 nicht untersagt wird.

## KLAGEPUNKT 3
### (Feststellungsurteil zu Patentverletzung des Patents '243)

36.    Pfizer wiederholt und trägt die Klagebehauptungen in Par. 1 - 35 oben an dieser

Stelle neu vor, so als ob sie hier in voller Länge dargelegt würden.

37.     Dieser Klagepunkt ergibt sich aus dem Declaratory Judgment Act [Gesetz zu Feststellungsurteilen], 28 United States Code §§ 2201 und 2202, auf der Grundlage eines tatsächlichen Streits zwischen den Parteien. Sandoz Inc. hat sofortige und aktive Schritte unternommen, um die Verwendung, den Verkauf und/oder das Angebot zum Verkauf in den Vereinigten Staaten, und insbesondere im US-Bundesstaat Delaware, von Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - mit deren Auslieferung Sandoz Inc. am oder ungefähr am 14. November 2005 begann, fortzusetzen.

38.     Soweit die Klägerin informiert ist und glaubt, beabsichtigt Sandoz Inc., das Angebot zum Verkauf, den Verkauf oder die Verwendung innerhalb der Vereinigten Staaten, und insbesondere innerhalb des US-Bundesstaats Delaware, der Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - mit deren Auslieferung Sandoz Inc. am oder ungefähr am 14. November 2005 begann, vor dem Ablauf des Patents '243 fortzusetzen.

39.     Soweit die Klägerin informiert ist und glaubt, werden die Aktivitäten von Sandoz Inc., die in Par. 38 beschrieben wurden, eine Patentverletzung von Patent '243 gemäß 35 United States Code § 271 (a) darstellen.

40.     Pfizer wird nicht wieder gut zu machenden Schaden erleiden, wenn Sandoz Inc. die Patentverletzung des Patents '243 nicht untersagt wird.

## KLAGEPUNKT 4
### (Feststellungsurteil zu Patentverletzung des Patents '243)

41.     Pfizer wiederholt und trägt die Klagebehauptungen in Par. 1 - 40 oben an dieser Stelle neu vor, so als ob sie hier in voller Länge dargelegt würden.

42.    Dieser Klagepunkt ergibt sich aus dem Declaratory Judgment Act [Gesetz zu Feststellungsurteilen], 28 United States Code §§ 2201 und 2202, auf der Grundlage eines tatsächlichen Streits zwischen den Parteien. Novartis AG hat sofortige und aktive Schritte unternommen, um die Verwendung, den Verkauf und/oder das Angebot zum Verkauf in den Vereinigten Staaten, und insbesondere im US-Bundesstaat Delaware, von Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - mit deren Auslieferung Sandoz Inc. am oder ungefähr am 14. November 2005 begann, fortzusetzen.

43.    Soweit die Klägerin informiert ist und glaubt, beabsichtigt Sandoz Inc., das Angebot zum Verkauf, den Verkauf oder die Verwendung innerhalb der Vereinigten Staaten, und insbesondere innerhalb des US-Bundesstaats Delaware, der Azithromycin-Tabletten - 250 mg, 500 mg und 600 mg - mit deren Auslieferung Sandoz Inc. am oder ungefähr am 14. November 2005 begann, vor dem Ablauf des Patents '243 fortzusetzen, und Novartis AG hat Sandoz Inc. aktiv veranlasst, diese Aktivitäten zu betreiben.

44.    Soweit die Klägerin informiert ist und glaubt, werden die Aktivitäten von Sandoz Inc., die in Par. 43 beschrieben wurden, eine direkte Patentverletzung von Patent '243 gemäß 35 United States Code § 271 (b) darstellen. Daher werden die Aktivitäten von Novartis AG, die in Par. 43 beschrieben wurden, eine Patentverletzung von Patent '243 gemäß 35 United States Code § 271 (b) darstellen.

45.    Pfizer wird nicht wieder gut zu machenden Schaden erleiden, wenn Novartis AG die Patentverletzung des Patents '243 nicht untersagt wird.

### KLAGEBEGEHREN

AUS DIESEM GRUNDE ersucht Pfizer um die folgende Rechtshilfe:

A.    Ein Urteil gemäß 35 United States Code § 271 (a), das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (250 mg Tablette), welches unter der genehmigten ANDA Nr. 065211 vermarktet wird, gegen das Patent '243 verstößt.

B.    Ein Urteil gemäß 35 United States Code § 271 (a), das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (500 mg Tablette), welches unter der genehmigten ANDA Nr. 065212 vermarktet wird, gegen das Patent '243 verstößt.

C.    Ein Urteil gemäß 35 United States Code § 271 (a), das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (600 mg Tablette), welches unter der genehmigten ANDA Nr. 065209 vermarktet wird, gegen das Patent '243 verstößt.

D.    Ein Urteil gemäß 35 United States Code § 271 (e) (2) (A), das feststellt, dass Sandoz Inc. eine Patentverletzung des Patents '243 begangen hat, indem ANDA Nr. 065211 vor dem Ablaufdatum des Patents '243 eingereicht wurde.

E.    Ein Urteil gemäß 35 United States Code § 271 (e) (2) (A), das feststellt, dass Sandoz Inc. eine Patentverletzung des Patents '243 begangen hat, indem ANDA Nr. 065212 vor dem Ablaufdatum des Patents '243 eingereicht wurde.

F.    Ein Urteil gemäß 35 United States Code § 271 (e) (2) (A), das feststellt, dass Sandoz Inc. eine Patentverletzung des Patents '243 begangen hat, indem ANDA Nr. 065209 vor dem Ablaufdatum des Patents '243 eingereicht wurde

G.    Ein Urteil gemäß 35 United States Code § 271 (e) (4) (A), das feststellt, dass das Datum der Gültigkeit einer Zulassung eines Produkts, das den Gegenstand von ANDA Nr. 065211 bildet, ein Datum ist, das nicht vor dem Ablaufdatum des Patents '243 liegt.

H.    Ein Urteil gemäß 35 United States Code § 271 (e) (4) (A), das feststellt, dass das Datum der Gültigkeit einer Zulassung eines Produkts, das den Gegenstand von ANDA Nr.

065212 bildet, ein Datum ist, das nicht vor dem Ablaufdatum des Patents '243 liegt.

I.    Ein Urteil gemäß 35 United States Code § 271 (e) (4) (A), das feststellt, dass das Datum der Gültigkeit einer Zulassung eines Produkts, das den Gegenstand von ANDA Nr. 065209 bildet, ein Datum ist, das nicht vor dem Ablaufdatum des Patents '243 liegt.

J.    Eine vorläufige und dauernde gerichtliche Verfügung, die der Beklagten Sandoz Inc. die Herstellung, die Verwendung, den Verkauf, das Angebot zum Verkauf oder die Einfuhr eines Produktes, das Azithromucin-Sesquihydrat enthält, bis zum Ablaufdatum des Patents '243 untersagt.

K.    Ein Urteil gemäß 35 United States Code § 271 (b), das feststellt, dass die Beklagte Novartis AG die Beklagte Sandoz Inc. aktiv zur Patentverletzung des Patents '243 veranlasst hat.

L.    Eine vorläufige und dauernde gerichtliche Verfügung, die der Beklagten Novartis AG die aktive Veranlassung zur Patentverletzung des Patents '243 untersagt.

M.    Ein Feststellungsurteil, das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (250 mg Tablette), welches unter dem genehmigten ANDA Nr. 065211 vermarktet wird, das Patent '243 verletzen wird.

N.    Ein Feststellungsurteil, das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (500 mg Tablette), welches unter dem genehmigten ANDA Nr. 065212 vermarktet wird, das Patent '243 verletzen wird.

O.    Ein Feststellungsurteil, das feststellt, dass das Azithromycin-Produkt von Sandoz Inc. (600 mg Tablette), welches unter dem genehmigten ANDA Nr. 065209 vermarktet wird, das Patent '243 verletzen wird.

P.     Ein Feststellungsurteil, das feststellt, dass die Beklagte Novartis AG die Beklagte Sandoz Inc. aktiv zur Patentverletzung von Patent '243 veranlassen wird.

Q.     Eine Zuerkennung von Schadensersatz an Pfizer als Ergebnis der Verletzung des Patents '243 durch Sandoz Inc., zusammen mit Zinsen und Kosten gemäß 35 United States Code § 271 (e) (4) (C).

R.     Eine Zuerkennung von Schadensersatz an Pfizer als Ergebnis der Verletzung des Patents '243 durch Sandoz Inc., zusammen mit Zinsen und Kosten gemäß 35 United States Code § 284.

S.     Eine Feststellung durch dieses Gericht, dass es sich hier um eine außergewöhnliche Sache handelt, und eine Verfügung, dass Sandoz angemessene Anwaltsgebühren, Kosten und Zinsen an Pfizer im Zusammenhang mit dieser Klage gemäß 35 United States Code § 285 zahlt; und

T.     Weitergehende und sonstige Rechtshilfe, die von diesem Gericht als gerecht und angemessen angesehen wird.


Hochachtungsvoll vorgelegt


Datum: 8. Februar 2006                    _____[Unterschrift]_____
                                          Rudolf E. Hutz (#484)
                                          Daniel C. Mulveny (#3984)
                                          Connolly Bove Lodge & Hutz LLP
                                          1007 North Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE 19899-2207
                                          Tel: (302) 658-9141
                                          Fax: (302) 658-5614

                                          Anwälte für die Kläger Pfizer und Pfizer Global

(445562)

BEWEISSTÜCK
A

● ● ●

US Patent
Li und andere

US006977243B2

(10) Patent Nummer: US 6,977,243 B2
(45) Datum des Patents: *20. Dez. 2005
(* durch d. Prüfer angegeben)

(54) Kristallformen von Azithromycin

(75) Erfinder: **Zheng J. Li, Quaker Hill, CT (US);**
**Andrew V. Trask, Stonington, CT (US)**

(73) Abtretung an: **Pfizer Inc.**, New York, NY (US)

(*) Mitteilung: Vorbehaltlich jeglicher Verzichte wird die Laufzeit dieses Patents gemäß Band 35 der Offiziellen Sammlung von Bundesgesetzen 154(b) um 0 Tage verlängert oder angepasst.

Dieses Patent unterliegt einer abschließenden Verzichtserklärung.

(21) Anmeldenummer: **10/152,106**

(22) Eingereicht: **21. Mai 2002**

(65) **Frühere Veröffentlichungsdaten**

US 2003/0162730 A1, 28. Aug. 2003

**US Bezugspatentdaten**

(60) Einstweilige Anmeldenummer 60/292,565, eingereicht am 22. Mai 2001, einstweilige Anmeldenummer 60/297,741, eingereicht am 12. Juni 2001 und einstweilige Anmeldenummer 60/343,041, eingereicht am 21. Dez. 2001.

(51) Int. Anspruch [7] .............................. **A61K 31/70; C07H 17/08**

(52) US Anspruch ........................................ **514/29; 536/7.4**

(58) Feldforschung ........................................ 514/29; 536/7.4

(56)

Zitierte Bezugnahmen

US Patentdokumente

| | | | |
|---|---|---|---|
| 4,328,334 | A | 5/1982 | Kobrehel und andere ...............536/7.4 |
| 4,465,674 | A | 8/1984 | Bright und andere ...................474/180 |
| 4,474,768 | A | 10/1984 | Bright ......................................424/180 |
| 4,517,359 | A | 5/1985 | Kobrehel und andere ...............536/7.4 |
| 4,963,531 | A | 10/1990 | Remington...............................514/29 |
| 6,245,903 | B1 | 6/2001 | Karimian und andere ...............536/7.4 |
| 6,268,489 | B1 | 7/2001 | Allen und andere .....................536/7.4 |
| 6,365,574 | B2 * | 4/2002 | Singer und andere ....................514/29 |
| 6,420,537 | B1 | 7/2002 | Bosch und andere ...................536/7.4 |
| 6,451,990 | B1 * | 9/2002 | Bayod Jasanada und andere......536/7.4 |

| | | | |
|---|---|---|---|
| 6,528,492 | B1 | 3/2003 | de la Torre Garcia und andere ...................514/29 |
| 6,586,576 | B2 * | 7/2003 | Aronhime und andere ............536/7.4 |
| 2001/0047089 | A1 | 11/2001 | Aronhime und andere |
| 2002/0111318 | A1 | 8/2002 | Rengaraju |

AUSLÄNDISCHE PATENTDOKUMENTE

| | | | |
|---|---|---|---|
| CA | 2245398 | 2/2000 | ..................C07H/17/00 |
| CN | 1093370 | 12/1994 | ..................C07H/17/08 |
| CN | 1114960 | 1/1996 | ..................C07H/17/08 |
| CN | 1161971 | 10/1997 | ..................C07H/17/08 |
| FP | 0298650 | 6/1988 | ..................C07H/17/02 |
| EP | 0941999 | 9/1999 | ..................C07H/17/08 |
| EP | 1103558 | 2/2000 | ..................C07H/17/08 |
| EP | 1103558 | 5/2001 | ..................C07H/17/08 |
| EP | 1234833 | 8/2002 | ..................C07H/17/08 |
| WO | WO 9804574 | 2/1998 | ..................C07H/17/08 |
| WO | WO 0014099 | 3/2000 | ..................C07H/17/08 |
| WO | WO 0032203 | 6/2000 | ..................A61K/31/70 |
| WO | WO 0100640 | 1/2001 | ..................C07H/17/08 |
| WO | WO 0149697 | 7/2001 | ..................C07H/1/00 |
| WO | WO 0187912 | 11/2001 | ..................C07H/17/08 |
| WO | WO 0207736 | 1/2002 | ..................A61K/31/7048 |
| WO | WO 0209640 | 2/2002 | |
| WO | WO 0210181 | 2/2002 | ..................C07H/17/08 |
| WO | WO 0215842 | 2/2002 | |
| WO | WO 0242315 | 5/2002 | ..................C07H/17/08 |
| WO | WO 02085898 | 10/2002 | ..................C07D/413/14 |
| WO | WO 0187912 | 11/2002 | ..................C07H/17/08 |
| WO | WO 03032922 | 4/2003 | |

WEITERE PUBLIKATIONEN

Chemische Abstrakte, Band 124, Nr. 3 (15. Jan. 1996), Abstrakt Nr. 29525, Abstrakt Nr. CN 1093370.

* durch d. Prüfer angegeben

Hauptprüfer – Elli Peselev

(74) *Rechtsanwalt, Vertreter oder Firma* - Gregg C. Benson; B. Timothy Creagan; Lance Y. Liu

(57) **ABSTRACT**

Die Erfindung bezieht sich auf Kristallformen des Azithromycins, einem Antibiotika, das für die Behandlung von Infektionen nützlich ist.

**24 Ansprüche, 33 Blätter mit Zeichnungen**

US Patent     20. Dez. 2005     Blatt 1 von 33     US 6,977,243 B2

**FIG. 1**



**FIG. 2**



**FIG. 3**





FIG. 4

**FIG. 5**



**FIG. 6**



2-Theta Skala



FIG. 7



FIG. 8



FIG. 9

US Patent     20. Dez. 2005     Blatt 10 von 33     US 6,977,243 B2



FIG. 10

US Patent     20. Dez. 2005     Blatt 11 von 33     US 6,977,243 B2



FIG. 11

US Patent     20. Dez. 2005     Blatt 12 von 33     US 6,977,243 B2



FIG. 12



FIG. 13

US Patent    20. Dez. 2005    Blatt 14 von 33    US 6,977,243 B2



FIG. 14



FIG. 15



FIG. 16

**FIG. 17**





FIG. 18



FIG. 19



**FIG. 20**



**FIG. 21**

**FIG. 22**



US Patent     20. Dez. 2005     Blatt 23 von 33     US 6,977,243 B2

**FIG. 23**





FIG. 24



FIG. 25



FIG. 26

**FIG. 27**



FIG. 28





FIG. 29

US Patent    20. Dez. 2005    Blatt 30 von 33    US 6,977,243 B2



FIG. 30

US Patent    20. Dez. 2005    Blatt 31 von 33    US 6,977,243 B2



FIG. 31



FIG. 32



**FIG. 33**



US 6,977,243 B2

| 1 | 2 |

## KRISTALLFORMEN DES AZYTHROMICINS

Diese Anmeldung bezieht sich auf die Vorteile der vorläufigen US Anmeldung Seriennummer 60/292,565, eingereicht am 22. Mai 2001; der vorläufigen US Anmeldung Seriennummer 60/297,741, eingereicht am 12. Juni 2001 und der vorläufigen US Anmeldung Seriennummer 60/343,041, eingereicht am 21. Dez. 2001. Der Inhalt dieser vorbezeichneten vorläufigen Patentanmeldungen wird hiermit durch Bezugnahme vollumfänglich zum Gegenstand dieser Anmeldung gemacht.

### STAND DER TECHNIK

Die Erfindung betrifft Kristallformen des AzithromicinS. Azithromycin ist im Handel erhältlich und ein wirksames Antibiotikum für die Behandlung einer breiten Bandbreite bakterieller Infektionen. Die Kristallformen dieser Erfindung sind gleichfalls nützlich als Antibiotika in Säugetieren, einschließlich des Menschen, sowie bei Fischen und Vögeln.

Azithromycin hat die folgende Strukturformel:

Azithromycin wird in den US Patententen mit den Nummern 4,517,359 und 4,474,768 beschrieben und beansprucht. Es ist auch als 9-Deoxo-9a-aza-9a-methyl-9a-homoerythromycin A bekannt.

Andere Patente oder Patentanmeldungen, die Azithromycin direkt oder indirekt betreffen, umfassen: EP 298,650, welches Azithromycin Dihydrat beansprucht; US Patent Nr. 4,963,531, welches eine Methode zur Behandlung eines Stammes des Toxoplasma gondii beansprucht; US Patent Nummer 5,633,006, welches eine kaubare Tablette oder flüssige Suspension pharmazeutischer Zusammensetzung mit reduzierter Bitterkeit beansprucht; US Patent Nummer 5,686,587, welches eine Zwischenverbindung beansprucht, die für die Herstellung von Azithromycin nützlich ist; US Patent Nummer 5,605,889, welches eine orale Darreichform beansprucht, die eine mit der Gabe von Azithromycin assoziierte „Auswirkung auf die Nahrung" reduziert; US Patent Nummer 6,068,859, welches eine kontrollierte Darreichungsform beansprucht, die Azithromycin enthält; US Patent Nummer 5,498,699, welches eine Zusammensetzung beansprucht, die Azithromycin in Kombination mit bivalenten oder trivalenten Metallen enthält; EP 925,789, welches eine Methode zur Behandlung von Augeninfektionen beansprucht; Chinesische Patentanmeldung CN 1123279A, welche sich auf wasserlösliche Salze des Azithromycins bezieht; Chinesische Patentanmeldung CN 1046945C, welche sich auf Azithromycin Natriumdihydrogenphosphat Doppelsalze bezieht; Chinesische Patentanmeldung CN 1114960A, welche sich auf Azithromycin Kristalle bezieht; Chinesische Patentanmeldung CN 1161971A, welche sich auf Azithromycin Kristalle bezieht; Chinesische Patentanmeldung CN 1205338A, welche sich auf eine Methode zur Herstellung von wasserlöslichen Salzen des Azithromycins bezieht; Internationale Veröffentlichung WO 00/32203, welche sich auf ein Ethanolat des Azithromycins bezieht und die Europäische Patentanmeldung EP 984,020, welche sich auf ein Azithromycin Monohydrat Isopropanol Zitrat bezieht.

### DARSTELLUNG DER ERFINDUNG

Die vorliegende Erfindung bezieht sich auf Kristallformen des Azithromycins. Der hier benutzte Begriff „Kristallform(en)" oder „Form(en)" bezieht sich auf eine oder mehrere Kristallformen des Azithromycins, es sei denn, es wird etwas anderes dargelegt.

Die vorliegende Erfindung bezieht sich insbesondere auf eine Kristallform des Azithromycins, wobei besagte Kristallform aus den Formen C, D, E, F, H, J, M, N, O, P, Q und R ausgewählt wird, wobei besagte Formen in der hier definierten Form vorliegen. Die Formen F, G, H, J, M, N, O und P gehören zur Familie I Azithromycin und gehören zu einer monoklinen P2₁ Raumsymmetriegruppe mit Zelldimensionen von a=16,3±0,3 Å, b=16,2±0,3 Å, c= 18,4±0,3 Å und beta=109±2°. Die Formen C, D, E und R gehören zur Familie II Azithromycin und gehören zu einer orthorombischen P2₁2₁2₁ Raumsymmetriegruppe mit den Zelldimensionen von a=8,9±0,4 Å, b=12,3±0,5 Å und c= 45,8±0,5 Å. Die Form Q unterscheidet sich von den Familien I und II.

Die Form F Azithromycin hat die Formel C₃₈H₇₂N₂O₁₂.H₂O.0,5C₂H₅OH in der einfachen Kristallstruktur, nämlich Azithromycin Monohydrat Hemi-ethanol Solvat. Die Form F zeichnet sich weiterhin dadurch aus, dass sie 2–5 Gew. % Wasser und 1–4 Gew. % Ethanol in Pulverproben enthält und eine Pulver Röntgen Diffraktion 2θ Maximalwerte wie in Tabelle 9 definiert hat. Das ¹³C Festzustand kernmagnetische Resonanz Spektrum der Form F hat zwei chemische Maximalwerte wie ungefähr 179± 1 ppm, welche bei 179,5±0,2 ppm und 178,6±0,2 ppm liegen, einen Satz von 5 Maximalwerten zwischen 6,4 bis 11,0 ppm und Ethanol Maximalwerte bei 58,0±0,5 ppm und 17,2±0,5 ppm. Die Maximalwerte der Lösungsmittel können breit und relativ schwach in der Intensität sein.

Die Erfindung bezieht sich außerdem auf eine im wesentlichen reine Form F Azithromycin, Form F Azithromycin im wesentlichen frei von Form G Azithromycin und Form F Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Die Erfindung bezieht sich weiterhin auf Methoden der Herstellung der Form F Azithromycin, indem Azithromycin mit Ethanol behandelt wird, um die Lösung bei 40–70° Celsius zu vervollständigen und das Abkühlen mit der Reduktion von Ethanol oder Zugabe von Wasser, um die Kristallisation zu bewirken. Weiterhin sind Methoden der Erstellung einer im wesentlichen reinen Form F Azithromycin enthalten, Form F Azithromycin im wesentlichen frei von Form G Azithromycin und Form F Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Form G Azithromycin hat die Formel C₃₈H₇₂N₂O₁₂.1,5H₂O in der einfachen Kristallstruktur, nämlich Azithromycin Sesquihydrat. Form G zeichnet sich weiterhin dadurch aus, dass sie 2,5–6 Gew. % Wasser und <1 Gew. % organische Lösungsmittel in Pulverproben enthält und eine Pulver Röntgen Diffraktion 2θ Maximalwerte wie in Tabelle 9 definiert hat. Das ¹³C Festzustand kernmagnetische Resonanz Spektrum der Form G hat einen chemischen Maximalwert wie ungefähr 179± 1 ppm, welcher bei 179,5±0,2 ppm (Spaltung <0,3 ppm kann vorliegen) und einen Satz von 5 Maximalwerten zwischen 6,3 bis 11,0 ppm.

Die Erfindung bezieht sich weiterhin auf eine im wesentlichen reine Form G Azithromycin und Form G Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Die Erfindung bezieht sich weiterhin auf Methoden der Herstellung der im wesentlichen reinen Form G Azithromycin und Form G Azithromycin im wesentlichen frei von Azithromycin Dihydrat, indem Azithromycin mit Methanol oder Wasser oder Azeton und Wasser behandelt wird, um die Lösung bei 40–60° Celsius zu vervollständigen sowie das Abkühlen zur Bewirkung der Kristallisation.

Form H Azithromycin hat die Formel C₃₈H₇₂N₂O₁₂.H₂O.C₃H₈O₂, nämlich Azithromycin Monohydrat hemi-1,2 Propandiol Solvat.

Form J Azithromycin hat die Formel C₃₈H₇₂N₂O₁₂.H₂O.0,5C₃H₇OH in der einfachen Kristallstruktur, nämlich Azithromycin Monohydrat hemi-n-Propanol Solvat. Form J zeichnet sich weiterhin dadurch aus, dass sie 2–5 Gew. % Wasser enthält und 1–5 Gew. % Propanol in Pulverproben und eine Pulver Röntgen Diffraktion 2θ Maximalwerte wie in Tabelle 9 definiert hat. Das ¹³C Festzustand kernmagnetische

● ●

US 6,977,243 B2

| 3 | 4 |

Resonanz Spektrum der Form J hat zwei chemische Maximalwerte bei ungefähr 179± 1 ppm, welche bei 179,6±0,2 ppm und 178,4±0,2 ppm liegen, einen Satz von 5 Maximalwerten zwischen 6,6 bis 11,7 ppm und einen n-Propanol Maximalwert bei 25,2±0,4 ppm. Der Maximalwert des Lösungsmittels kann breit und relativ schwach in der Intensität sein.

Die Erfindung bezieht sich weiterhin auf Methoden zur Herstellung von Form J durch Behandlung von Azithromycin mit n-Propanol, um die Lösung bei 25–55° Celsius zu vervollständigen sowie das Abkühlen durch Zugabe von Wasser zur Bewirkung der Kristallisation.

Form M Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_3H_7OH$, nämlich Azithromycin Monohydrat hemi-Isopropanol Solvat. Form M zeichnet sich weiterhin dadurch aus, dass sie 2–5 Gew. % Wasser enthält und 1–4 Gew. % Propanol in Pulverproben und eine Pulver Röntgen Diffraktion 20 Maximalwerte wie in Tabelle 9 definiert hat. Das $^{13}C$ Festzustand kernmagnetische Resonanz Spektrum der Form M hat einen chemischen Maximalwert bei ungefähr 179+ 1 ppm, welcher bei 179,6±0,2 ppm liegt, einen Höchstwert bei 41,9±0,2 ppm und einen Satz von 6 Maximalwerten zwischen 6,9 bis 16,4 ppm und einen Isopropanol Maximalwert bei 26,0±0,4 ppm. Der Maximalwert des Lösungsmittels kann breit und relativ schwach in der Intensität sein.

Die Erfindung bezieht sich weiterhin auf eine wesentlich reine Form M Azithromycin und Form M Azithromycin im wesentlichen frei von Form G Azithromycin und Form M Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Die Erfindung bezieht sich weiterhin auf Methoden der Herstellung der im wesentlichen reinen Form M Azithromycin und Form M Azithromycin im wesentlichen frei von G Azithromycin und Form M Azithromycin im wesentlichen frei von Azithromycin Dihydrat, indem Azithromycin mit Isopropanol behandelt wird, um die Lösung bei 40 60° Celsius zu vervollständigen sowie das Abkühlen zur Bewirkung der Kristallisation.

Form N Azithromycin ist eine Mischung aus Isomorphen der Familie I. Die Mischung kann verschiedne Prozentsätze der Isomorphe F, G, H, J, M und anderen sowie verschiedene Wassermengen und organische Lösungen enthalten, wie Ethanol, Isopropanol, n-Propanol, Propylen Glykol, Azeton, Azetonitril, Butanol, Pentanol, etc. Das Gewichtsprozent für Wasser kann bei 1–5% liegen, und das Gesamtgewichtsprozent von organischen Lösungen kann bei 2–5% liegen, wobei jeder Lösungsinhalt 0,5 bis 4% beträgt. Die Proben von Form N zeigen alle charakteristischen Maximalwerte der Mitglieder der Familie I in verschiedenen Proportionen an. Form N kann als „gemischtes Kristall" oder „kristallartige feste Lösung" der Familie I Isomorphe bezeichnet werden.

Form N zeigt chemische Verschiebungen als Kombination von Isomorphen in Familie I an. Die Maximalwerte können in chemischen Verschiebungen innerhalb von ±0,2 ppm variieren sowie in relativer Intensität und Breite aufgrund der Mischung variabler Proportionen von Isomorphen, die in der Form N kristallartigen festen Lösung enthalten sind.

Form P Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_5H_{12}O$, nämlich Azithromycin Monohydrat hemi-n-Pentanol Solvat.

Form Q Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_4H_8O$, nämlich Azithromycin Monohydrat hemi-Tetrahydrofuran Solvat.

Form R Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.C_5H_{12}O$, nämlich Azithromycin Monohydrat mono-Methyl tertiär-Butyl Ether Solvat.

Form D Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.C_6H_{12}$ in seiner einfachen Kristallstruktur, nämlich Azithromycin Monohydrat Monocyclohexan Solvat. Form D zeichnet sich weiterhin dadurch aus, dass sie 2–6 Gew. % Wasser enthält und 3–12 Gew. % Cyclohexan in Pulverproben und eine Pulver Röntgen Diffraktion 20 Maximalwerte wie in Tabelle 9 definiert hat. Das $^{13}C$ Festzustand kernmagnetische Resonanz Spektrum der Form D hat einen chemischen Verschiebungsmaximalwert bei ungefähr 179± 1 ppm, welcher bei 178,1±0,2 ppm liegt und Maximalwerte bei 103,9±0,2 ppm, 84,2±0,2 ppm und einen Satz von 3 Maximalwerten zwischen 8,4 bis 11 ppm hat.

Die Erfindung bezieht sich weiterhin auf Methoden zur Herstellung der Form D, in dem Azithromycin Dihydrat mit Cyclohexan aufgeschlämmt wird.

Form E Azithromycin hat die Formel $C_{38}H_{72}N_2O_{12}.H_2O.C_4H_8O$, nämlich Azithromycin Monohydrat mono-Tetrahydrofuran Solvat.

Die Erfindung bezieht sich weiterhin auf Azithromycin in einem amorphen Zustand und eine Methode der Herstellung amorphen Azithromycins, das die Entfernung von Wasser und/ oder Lösungen vom Azithromycin Kristallgitter umfasst. Das Pulver Röntgen Diffraktionsdiagramm für amorphes Azithromycin zeigt keine spitzen 20 Maximalwerte, sondern zwei gerundete Maximalwerte an. Der erste Maximalwert liegt zwischen 4° und 13°. Der zweite Maximalwert liegt zwischen 13° und 25°.

Die Erfindung bezieht sich außerdem auf pharmazeutische Zusammensetzungen zur Behandlung einer bakteriellen Infektion oder einer Protozoen Infektion in einem Säugetier, Fisch oder Vogel, welche eine therapeutisch effektive Menge der oben bezeichneten Kristallzusammensetzung oder amorphes Azithromycin und einen pharmazeutisch akzeptablen Träger umfasst.

Die Erfindung bezieht sich außerdem auf pharmazeutische Zusammensetzungen zur Behandlung einer bakteriellen Infektion in einem Säugetier, Fisch oder Vogel, welche die Verabreichung einer therapeutisch effektiven Menge der oben bezeichneten Kristallzusammensetzung oder amorphes Azithromycin an besagtes Säugetier, besagten Fisch oder Vogel umfasst.

Die vorliegende Erfindung bezieht sich außerdem auf Methoden der Herstellung von Kristallformen von Azithromycin, die folgende Methoden umfasst: das Aufschlämmen von Azithromycin in einer geeigneten Lösung oder die Lösung von Azithromycin in einem erhitzten organischen Lösungsmittel oder einer Lösung aus organischem Lösungsmittel/ Wasser und das Ausfällen des kristallartigen Azithromycins durch Kühlung der Lösung durch Reduktion des Lösungsmittelvolumens oder durch Auflösung des Azithromycins in einem Lösungsmittel oder einer Lösungsmischung und Ausfällen von kristallartigem Azithromycin durch Zugabe von Wasser zur der Lösung. Azithromycin im amorphen Zustand wird durch Erhitzung des kristallartigen Azithromycins in einem Vakuum hergestellt.

Der Begriff „Behandlung" wie hier benutzt, bedeutet die Behandlung oder das Verhindern einer bakteriellen Infektion oder Protozoen Infektion, wie in der Methode der vorliegenden Erfindung dargelegt, einschließlich das Heilen und die Reduktion der Symptome oder die Verlangsamung des Fortschreitens besagter Infektion, es sei denn, es wird etwas anderes angegeben. Die Begriffe „behandeln" und „behandelnd" werden im Sinne des oben bezeichneten Begriffs „Behandlung" definiert.

Der Begriff „im wesentlichen frei von" mit Bezug auf eine bezeichnete kristallartige Form von Azithromycin bedeutet, dass weniger als 20% (Gewichtsprozent) der bezeichneten kristallartigen Form(en) vorliegen, mehr bevorzugt sind weniger als 10% (Gewichtsprozent) der vorliegenden bezeichneten Form(en) vorhanden, mehr bevorzugt sind weniger als 5% (Gewichtsprozent) der bezeichneten Form(en) vorhanden und am meisten bevorzugt sind weniger als 1% (Gewichtsprozent) der vorliegenden bezeichneten kristallartigen Form(en) vorhanden. Form F Azithromycin im wesentlichen frei von Azithromycin Dihydrat bedeutet z.B. Form F mit 20% (Gewichtsprozent) oder weniger an Azithromycin Dihydrat, mehr bevorzugt 10% (Gewichtsprozent) oder weniger Azithromycin Dihydrat, am meisten bevorzugt 1% (Gewichtsprozent) Azithromycin Dihydrat.

Der Begriff „im wesentlichen rein" mit Bezugnahme auf eine bezeichnete Form von Azithromycin bedeutet, dass die bezeichnete kristallartige Form weniger als 20% (Gewichtsprozent) an Rückstandsbestandteilen, wie z.B. alternierende polymorphe oder isomorphe kristallartiger Form(en) von Azithromycin enthalten. Es wird bevorzugt, dass eine wesentliche reine Form von Azithromycin weniger als 10% (Gewichtsprozent) alternierender polymorpher oder isomorpher kristallartiger Formen von Azithromycin enthält, mehr bevorzugt sind weniger als 5% (Gewichtsprozent) alternierender

US 6,977,243 B2

**5**

polymorpher oder isomorpher kristallartiger Formen von Azithromycin und am meisten bevorzugt weniger als 1% (Gewichtsprozent) alternierender polymorpher oder isomorpher kristallartiger Formen von Azithromycin.

Der Begriff „im wesentlichen frei von Azithromycin Dihydrat" bei Bezugnahme auf große Mengen kristallartigen Azithromycins oder eine Zusammensetzung, die kristallartiges Azithromycin enthält, bedeutet, dass das kristallartige Azithromycin weniger als ungefähr 5% (Gewichtsprozent) Azithromycin Dihydrat enthält, mehr bevorzugt weniger als ungefähr 3% (Gewichtsprozent) Azithromycin Dihydrat und am meisten bevorzugt weniger als 1% (Gewichtsprozent) Azithromycin Dihydrat.

Der Begriff „bakterielle Infektion(en)" oder „Protozoen Infektion" umfasst bakterielle Infektionen und Protozoen Infektionen und Krankheiten, die durch solche Infektionen verursacht werden, die in Säugetieren, Fischen und Vögeln vorkommen sowie Störungen, die mit bakteriellen und Protozoen Infektionen zusammenhängen, die durch die Verabreichung von Antibiotika - wie in der Zusammensetzung der vorliegenden Erfindung - behandelt oder verhindert werden können, es sei denn, es wird etwas anderes angegeben. Solche bakteriellen Infektionen und Protozoen Infektionen und Störungen, die mit solchen Infektionen zusammen hängen, umfassen folgende Infektionen, wobei diese Aufzählung nicht abschließend ist: Lungenentzündung, Mittelohrentzündung, Nebenhöhlenentzündung, Bronchitis, Mandelentzündung und Mastoiditis, die mit Infektionen durch *Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis, Staphylococcus aureus* oder *Peptostrepococcus spp.* zusammenhängen; Pharyngitis, rheumatisches Fieber und Glomerulonephritis, die mit Infektionen durch *Streptococcus pyogenes,* Gruppen C und G streptococci, *Clostridium diphteriae* oder *Actinobacillus haemolyticum* zusammenhängen; Atemwegsinfektionen, die mit *Mycoplasma pneumoniae, Legionella pneumophila, Streptococcus pneumoniae, Haemophilus influenzae* oder *Chlamydia pneumoniae* zusammenhängen; unkomplizierte Haut- und Weichteileinfektionen, Abszesse und Knochenmarkentzündungen und Wochenbettfieber, die mit Infektionen durch *Staphylococcus aureus, Coagulase - postive Staphylococci* (z.B. *S. epidermidis, S. hemolyticus,* etc.), *Streptococcus pyogenes, Streptococcus agalactiae,* streptogene Gruppen C-F (Kleinkolonie Streptokokken), Viridin Streptokokken, *Corynebacterium minutissimum, Clostridium spp.* oder *Bartonella henselae* zusammenhängen; unkomplizierte akute Harnwegsinfektion, die mit Infektion durch *Staphylococcus saprophyticus* oder *Enterococcus spp.* zusammenhängen; *Urethritis* und *Cervicitis* und sexuell übertragene Krankheiten, die mit Infektionen durch *Chlamydia trachomatis, Haemophilus ducreyi, Treponema pallidum, Ureplasma urealyticum* oder *Neisseria gonorrheae* zusammenhängen; toxische Krankheiten, die mit Infektionen durch *S. aureus* (Lebensmittelvergiftung und toxisches Schocksyndrom) oder Gruppen A, B und C Streptokokken zusammenhängen; Geschwüre, die mit Infektionen durch *Helicobacter pylori* zusammenhängen; systemische febrile Syndrome, die mit Infektion durch *Borrelia recurrentis* zusammenhängen; EMK Krankheit, die mit Infektion durch *Borrelia-burgdorferi* zusammenhängen; Bindehautentzündung, Keratitis und Dacrocystitis, die mit Infektion durch *Chlamydia trachomatis, Neisseria gonorrhoeae, S. aureus, S. pneumoniae, S. pyogenes, H. influenzae* oder *Listeria spp.* zusammenhängen; disseminierter *Mycobacterium avium* Komplex (MAC) Krankheit, die mit Infektion durch *Mycobacterium avium* oder *Mycobacterium intracellulare* zusammenhängt; Gastroenetritis, die mit Infektion durch *Campylobacter jejuni* zusammenhängt; intestinale Protozoen, die mit Infektion durch *Cryptosporidium spp.* zusammenhängt; odontogene Infektion, die mit Infektionen durch Viridin Streptokokken zusammenhängen; hartnäckiger Husten, der mit Infektion durch *Bordetella pertussis* zusammenhängt; Gasbrand, die mit Infektion durch *Clostridium perfingens* oder *Bacteroides spp.* zusammenhängt und Atherosklerose, die mit Infektionen durch *Helicobacter pylori* oder *Chlamydia pneumoniae* zusammenhängt. Darin sind auch bakterielle Infektionen und Protozoen Infektionen und Störungen, die mit solchen Infektionen

**6**

zusammenhängen, die bei Tieren behandelt oder verhindert werden können, umfassen die folgenden, wobei diese Aufzählung nicht abschließend ist: Atemwegserkrankungen bei Rindern, die mit Infektionen durch *P. haem, P. multocida, Mycoplasma bovis* oder *Bordetella spp.* zusammenhängen; enterische Krankheit bei Kühen, die mit Infektion durch *E. coli* oder Protozoen (z.B. Coccidia, Cryptosporidia, etc.) zusammenhängen; Milchkuh Mastitis, die mit Infektion durch *Staph. aureus,* Strep. uberis, *Strep. agalactiae, Strep. dysgalactiae, Klebsiella spp., Corynebacterium* oder *Enterococcus spp.* zusammenhängt; Atemwegserkrankungen bei Schweinen, die mit Infektion durch *A. pleuro, P. multocida* oder *Mycoplasma spp.* zusammenhängt; enterische Krankheit bei Schweinen, die mit Infektion durch *E. coli, Lawsonia intracellularis, Salmonella* oder *Serpulina hyodyisinteriae* zusammenhängt; Klauenseuche bei Kühen, die mit Infektion durch *Fusobacterium spp.* zusammenhängt; Kuhmetritis, die mit Infektion durch *E. coli* zusammenhängt; abnorm verzweigte Warzen bei Kühen, die mit Infektion durch *Fusobacterium necrophorum* oder *Bacteroides nodosus* zusammenhängt; Konjunktivitis mit ausgeprägter Hyperämie bei Kühen, die mit Infektion durch *Moraxella bovis* zusammenhängt; vorzeitige Abtreibung bei Kühen, die mit Infektion durch Protozoen (d.h. Neosporium) zusammenhängen; Harnwegserkrankungen in Hunden und Katzen, die mit Infektionen durch *E. coli* zusammenhängen; Haut- und Weichteilinfektionen in Hunden und Katzen, die mit Infektion durch *Staph. epidermidis, Staph. intermedius, coagulase neg. Staph* oder *P. multocida* zusammenhängen und Zahn- oder Mundinfektionen in Hunden und Katzen, die mit Infektionen durch *Alcaligenes spp. Bacteroides spp., Clostridium spp., Enterobacter spp., Eubacterium, Peptostreptococcus, Porphyromonas* oder *Prevotella* zusammenhängen. Auf andere bakterielle Infektionen und Protozoen Infektionen und Störungen, die mit solchen Infektionen zusammenhängen, die nach der Methode der vorliegenden Erfindung behandelt oder verhindert werden können, wird in J.P. Sanford et al, „The Sanford Guide to Antimicrobial Therapy", 26th Edition, (Antimicrobial Therapy, inc., 1996) Bezug genommen (das Sanford Handbuch der Antimikrobiellen Therapie).

Die vorliegende Erfindung umfasst weiterhin Isotopen-markierte Zusammensetzungen, wobei ein oder mehrere Atome durch ein Atom ersetzt werden, das eine atomare Masse oder Massennummer hat, das sich von der atomaren Masse oder Massennummer unterscheidet, die normalerweise in der Natur vorkommen. Beispiele von Isotopen, die in Zusammensetzungen der Erfindung einbezogen werden können umfassen Isotope des Wasserstoffes, Kohlenstoffes, Stickstoffes, Sauerstoffes, Phosphors, Schwefels, Flours und Chlors, wie z.B. $^2H,^3H,^{13}C,^{14}C,^{15}N,^{18}O$ und $^{17}O$. Derart radioaktiv markierte und durch stabile Isotopen markierte Komponenten sind für die Forschung oder diagnostische Werkzeuge nützlich.

KURZE BESCHREIBUNG DER ZEICHNUNGEN

Fig. 1 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form A Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 2 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form A Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 3 stellt eine Überschichtung der Figuren 1 und 2 dar mit dem berechneten Pulver Röntgen Diffraktionsdiagramm der Form A Azithromycin (Fig. 1) unten und dem experimentellen Pulver Röntgen Diffraktionsdiagramm der Form A Azithromycin (Fig. 2) oben. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 4 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form C Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 5 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form D Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

US 6,977,243 B2

7

Fig. 6 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form D Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 7 stellt eine Überschichtung der Figuren 5 und 6 dar mit dem berechneten Pulver Röntgen Diffraktionsdiagramm der Form D Azithromycin (Fig. 5) unten und dem experimentellen Pulver Röntgen Diffraktionsdiagramm der Form D Azithromycin (Fig. 6) oben. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 8 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form E Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 9 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form F Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 10 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form F Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 11 stellt eine Überschichtung der Figuren 9 und 10 dar mit dem berechneten Pulver Röntgen Diffraktionsdiagramm der Form F Azithromycin (Fig. 9) unten und dem experimentellen Pulver Röntgen Diffraktionsdiagramm der Form D Azithromycin (Fig. 10) oben. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 12 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form G Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 13 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form G Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 14 stellt eine Überschichtung der Figuren 12 und 13 dar mit dem berechneten Pulver Röntgen Diffraktionsdiagramm der Form G Azithromycin (Fig. 12) unten und dem experimentellen Pulver Röntgen Diffraktionsdiagramm der Form G Azithromycin (Fig. 13) oben. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 15 stellt ein berechnetes Pulver Röntgen Diffraktionsdiagramm der Form J Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 16 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form J Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 17 stellt eine Überschichtung der Figuren 15 und 16 dar mit dem berechneten Pulver Röntgen Diffraktionsdiagramm der Form J Azithromycin (Fig. 15) unten und dem experimentellen Pulver Röntgen Diffraktionsdiagramm der Form J Azithromycin (Fig. 16) oben. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 18 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form M Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 19 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form N Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 20 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm des amorphen Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 21 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form A dar.

Fig. 22 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form D dar.

Fig. 23 stellt ein $^{13}$C Festzustand der kernmagnetischen Resonanz Spektrum von Azithromycin der Form F dar.

8

Fig. 24 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form G dar.

Fig. 25 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form J dar.

Fig. 26 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form M dar.

Fig. 27 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von Azithromycin der Form N dar.

Fig. 28 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum von amorphem Azithromycin dar.

Fig. 29 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum einer pharmazeutischen Tablette dar, die Azithromycin der Form G enthält.

Fig. 30 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form Q Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 31 stellt ein experimentelles Pulver Röntgen Diffraktionsdiagramm der Form R Azithromycin dar. Die Skala der Abszisse ist in Grad 2-theta (2 0) eingeteilt. Die Ordinate stellt die Intensität in Zahlen dar.

Fig. 32 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum einer pharmazeutischen Tablette mit Azithromycin der Form H dar.

Fig. 33 stellt ein $^{13}$C Festzustand kernmagnetisches Resonanz Spektrum einer pharmazeutischen Tablette mit Azithromycin der Form K dar.

## DETAILLIERTE BESCHREIBUNG DER ERFINDUNG

Azithromycin wurde in verschiedenen kristallartigen Formen vorgefunden. Ein Dihydrat, Form A, und ein nicht stöichiometrisches Hydrat, Form B, werden jeweils im Europäischen Patent EP 298 650 und US Patent Nr. 4,512,359 offen gelegt. Sechzehn weitere Formen wurden entdeckt, nämlich die Formen C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q und R. Diese Formen sind entweder Hydrate oder Hydrate/Solvate des Azithromycin frei Base. Formen L und K sind die meta-stabilen niedrigeren Hydratformen von A, die bei hohen Temperaturen entdeckt werden. Kristallstrukturen der Formen A, C, D, E, F, G, H, J und O wurden gelöst. Die strukturellen Daten dieser Kristallformen werden unten angegeben:

TABELLE 1

Kristallografische Daten des Azithromycins Form A

| Form A | |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.2H_2O$ |
| Formelgewicht | 785,2 |
| Kristallgröße (mm) | 0,19 x 0,24 x 0,36 |
| Raumgruppe | $P2_12_12_1$ orthorhombisch |
| Zellendimensionen | a = 14,735 (5) Å |
| | b = 16,844 (7) Å |
| | c = 17,81 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,18 |
| R | 0,060 |

 

US 6,977,243 B2

**9**

## TABELLE 2

Kristallografische Daten des Azithromycins Form C

| | Form C |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2O$ |
| Formelgewicht | 767,15 |
| Kristallgröße (mm) | 0,16 x 0,16 x 0,19 |
| Raumgruppe | $P2_12_12_1$ orthorhombisch |
| Zellendimensionen | a = 8,809 (3) Å |
| | b = 12,4750 (8) Å |
| | c = 45,59 (3) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,01 |
| R | 0,106 |

## TABELLE 3

Kristallografische Daten des Azithromycins Form D

| | Form D |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2OC_{illegible}H_{12}$ |
| Formelgewicht | 851,15 |
| Kristallgröße (mm) | 0,52 x 0,32 x 0,16 |
| Raumgruppe | $P2_12_12_1$ orthorhombisch |
| Zellendimensionen | a = 8,8710 (10) Å |
| | b = 12,506 (2) Å |
| | c = 45,697 (7) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,12 |
| R | 0,0663 |

## TABELLE 4

Kristallografische Daten des Azithromycins Form E

| | Form E |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2OC_4H_9O$ |
| Formelgewicht | 839,2 |
| Kristallgröße (mm) | 0,17 x 0,19 x 0,20 |
| Raumgruppe | $P2_12_12_1$ orthorhombisch |
| Zellendimensionen | a = 8,869 (3) Å |
| | b = 12,086 (3) Å |
| | c = 46,00 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,13 |
| R | 0,087 |

## TABELLE 5

Kristallografische Daten des Azithromycins Form F

| | Form F |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_3H_4O$ |
| Kristallgröße (mm) | 0,14 x 0,20 x 0,24 |
| Formelgewicht | 790,2 |
| Raumgruppe | $P2_2$ monoklin |
| Zellendimensionen | a = 16,281 (2) Å |
| | b = 16,293 (1) Å |
| | c = 18,490 (3) Å |

**10**

## TABELLE 5 - Fortsetzung

Kristallografische Daten des Azithromycins Form F

| | Form F |
|---|---|
| | α = 90° |
| | β = 109,33 (1)° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,13 |
| R | 0,0688 |

## TABELLE 6

Kristallografische Daten des Azithromycins Form G

| | Form G |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.1,5H_2O$ |
| Formelgewicht | 776,0 |
| Kristallgröße (mm) | 0,04 x 0,20 x 0,24 |
| Raumgruppe | $P2_2$ monoklin |
| Zellendimensionen | a = 16,4069 (8) Å |
| | b = 16,2922 (8) Å |
| | c = 18,3830 (9) Å |
| | α = 90° |
| | β = 110,212(2)° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,12 |
| R | 0,0785 |

## TABELLE 7

Kristallografische Daten des Azithromycins Form H

| | Form H |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_3H_8O_2$ |
| Kristallgröße (mm) | 0,14 x 0,20 x 0,24 |
| Formelgewicht | 805,0 |
| Raumgruppe | $P2_2$ monoklin |
| Zellendimensionen | a = 16,1777 (1) Å |
| | b = 16,241 (2) Å |
| | c = 18,614 (1) Å |
| | α = 90° |
| | β = 108,34 (1)° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,15 |
| R | 0,0687 |

## TABELLE 8

Kristallografische Daten des Azithromycins Form J

| | Form J |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.H_2O.0,5C_3H_8O$ |
| Formelgewicht | 796,0 |
| Kristallgröße (mm) | 0,40 x 0,36 x 0,20 |
| Raumgruppe | $P2_2$ monoklin |
| Zellendimensionen | a = 16,191 (6) Å |
| | b = 16,237 (10) Å |
| | c = 18,595 (14) Å |
| | α = 90° |
| | β = 108,92 (4)° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,14 |
| R | 0,0789 |



US 6,977,243 B2

11

TABELLE 8A

Kristallografische Daten des Azithromycins Form O

Form O

| | |
|---|---|
| Empirische Formel | $C_{38}H_{72}N_2O_{12}.0,5H_2O.0,5C_4H_{10}O$ |
| Formelgewicht | 795,04 |
| Kristallgröße (mm) | 0,40 × 0,36 × 0,20 |
| Raumgruppe | P2₁ monklin |
| Zellendimensionen | a = 16,3602 (11) Å |
| | b = 16,2042 (11) Å |
| | c = 18,5459 (12) Å |
| | α = 90° |
| | β = 109,66 (10)° |
| | γ = 90° |
| Z (pro Formel) | 4 |
| Dichte (g/cm³) | 1,14 |
| R | 0,0421 |

Unter diesen sechzehn Kristallformen werden zwei isomorphe Familien identifiziert. Familie 1 umfasst Formen F, G, H, J, M, N, O und P. Familie II umfasst Formen C, D, E und R. Form Q unterscheidet sich von Familien I und II. Die Formen innerhalb einer Familie sind Isomorphe, die einer leichter Variation der Zellenparameter in derselben Raumgruppe kristallisieren und chemisch verwandte Strukturen umfassen, jedoch unterschiedliche elementare Zusammensetzungen haben. In diesem Fall entsteht der Unterschied in der chemischen Zusammensetzung unter den Isomorphen aus der Einlagerung verschiedener Wasser/ Lösungsmoleküle. Daher zeigen die Isomorphe ähnliche aber nicht identische Röntgen Diffraktionsdiagramm und Festzustände der kernmagnetischen Resonanz Spektren an. Andere Techniken wie z.B. Nah—Infrarotspektroskopie (NIR), divergenz Differenz—Kalorimetrie, Gaschromatographie (GC), Thermalgravimetrieanalyse (TGA) oder Thermalgravimetrieanalyse/ Infrarot Spektroskopie Analyse (TG-IR), Karl Fischer Wasseranalyse (KF) und molekulare Modellierung/ Visualisierung liefern Daten zur positiven Identifikation von Isomorphen. Dehydratisierung/ Auflösungstemperaturen wurden durch DSC auf eine Erhitzungsgeschwindigkeit von 5° C/min festgelegt.

Form C

Diese Kristallform wurde aus einer einfachen Kristallstruktur (Tabelle 2) identifiziert – ein Monohydrat des Azithromycins. Es hat die Raumgruppe P2₁2₁2₁ und ähnliche Zellparameter wie der der Form D und E. Daher gehört sie zur Familie II Isomorphe. Ihr berechnetes Pulverdiagramm ist denen der Form D und E ähnlich.

Form D

Form D wurde aus Cyclohexan kristallisiert. Die einfache Kristallstruktur der Form D zeigt die Stöchiometrie eines Monohydrat/ Monocyclohexan Solvats des Azithromycins (Tabelle 3). Cyclohexan Moleküle wurden im Kristallgitter in fehlgeordneter Form aufgefunden. Aus den Daten der einfachen Kristalle beträgt der berechnete Wasser und Cyclohexan Inhalt der Form D jeweils 2,1 und 9,9%. Sowohl die Pulverdiagramm als auch die berechneten Pulverdiagramm der Form D sind denen der Formen C und E ähnlich. Die Pulverdiagramm der Form D zeige ein Lösungs-/ Dehydratisierungsendotherm mit einer Einsatztemperatur von ungefähr 87° C und einem breiten Endotherm zwischen 200–280°C (Zersetzung) in der dynamischen Differenz—Kalorimetrie Analyse bei 5°C/min von 30–300°C.

Form D wird durch Verdünnung von Azithromycin in Cyclohexan für 2–4 Tage hergestellt. Die feste Form D Azithromycin wird durch Filtrierung abgeschieden und getrocknet.

Form E

Form E wurde als einfaches Kristall in einem THF/ Wassermedium abgeschieden. Sie ist ein durch einfache Kristallanalyse (Tabelle 4) abgeschiedenes Monohydrat und Mono-THF Solvat. Durch ihre einfache Kristallstruktur ist das berechnete PXRD Muster dem der Formen C und D ähnlich, was sie zu einem Isomorph der Familie II macht.

12

Form E wird durch Lösung von Azithromycin in THF (Tetrahydrofuran) hergestellt. Diffusion von Wasserdampf durch gesättigte Azithromycin THF Lösung ergibt über einen gewissen Zeitraum hinweg die Kristallform E.

Form F

Die einfache Kristallform F kristallisiert in einer monoklinischen Raumgruppe P2₁ wobei die symmetrische Einheit zwei Azithromycin, zwei Wasser und ein Ethanol als Monohydrat/hemi-Ethanolat (Tabelle 5) enthält. Es ist isomorph zu allen kristallartigen Formen der Familie I Azithromycin. Das berechnete PXRD Muster dieser Form gleicht den anderen Familie I Isomorphen. Der theoretische Wasser- und Ethanolgehalt beträgt jeweils 2,3 und 2,9%. Die Pulverdiagramme zeigen ein Dehydratisierungs-/ Auflösungsendotherm bei einer Einsatztemperatur zwischen 110–125° C. Form F wird durch Auflösung von Azithromycin in Ethanol (1–3 Gewichtsvolumina) bei einer Temperatur von etwa 50–70° C hergestellt. Nach vollständiger Auflösung wird die Lösung auf unterhalb der Umgebungstemperatur liegend gekühlt, um einen Ausfall zu verursachen. Das Volumen von Ethanol kann durch Vakuumdestillation reduziert werden, indem 1–2 Stunden umgerührt wird, um den Ertrag zu erhöhen. Alternativ kann Wasser (wahlweise auf 0–20° C gekühlt) zu ungefähr 0,1–2 Volumen mit der Sammlung von Feststoffen innerhalb von 30 Minuten nach der Zugabe von Wasser hinzugefügt werden. Das Abkühlen der Ethanollösung des Azithromycins vor der Zugabe von Wasser auf unterhalb 20° C, bevorzugt unterhalb von 15° C, mehr bevorzugt auf unter 10 und am meisten bevorzugt auf unterhalb von 5° C ergibt eine im Wesentlichen reine Form F Azithromycin. Die feste Form F Azithromycin wird durch Filtrierung abgeschieden und getrocknet.

Form G

Die einfache Kristallstruktur der Form G besteht aus zwei Azithromycin Molekülen und drei Wasser Molekülen pro asymmetrischer Einheit (Tabelle 6). Dies entspricht einem Sesquihydrat mit einem theoretischen Wassergehalt von 3,5%. Der Wassergehalt der Pulverproben der Form G reicht von ungefähr 2,5 bis ungefähr 6%. Die gesamte organische Rückstandslösung beträgt weniger als 1% der entsprechenden für die Kristallisation benutzten Lösung, was erheblich unterhalb der stöchiometrischen Menge des Solvats liegt. Diese Form dehydriert bei einer Einsatztemperatur von ungefähr 110–120° C.

Form G kann durch Zugabe von Azithromycin zu einer vorgemischten organischen Lösungs-/Wassermischung (1/1 Volumen) hergestellt werden, wobei die organische Lösung Methanol, Azeton, Azetonitrile, Ethanol oder Isopropanol sein kann. Die Mischung wird umgerührt und für 4 6 Stunden auf eine erhöhte Temperatur gebracht, z.B. 45–55° C, um die Auflösung herbeizuführen. Ausfällung tritt während des Abkühlens auf Umgebungstemperatur ein. Die feste Form G Azithromycin wird durch Filtrierung abgeschieden und getrocknet.

Form H

Diese Kristallform ist ein Monohydrat/hemi-Propylene Glykol Solvat einer Azithromycin frei Base (Tabelle 7). Es wurde aus einer Formellösung aus Propylen Glykol isoliert. Die Kristallstruktur der Form H ist isomorph zu Kristallformen der Familie I.

Azithromycin Form H wird durch Auflösung von Azithromycin Dihydrat in 6 Volumen Propylen Glykol hergestellt. Zu der daraus entstehenden Propylen Glykol Lösung des Azithromycins werden 2 Volumen Wasser hinzugefügt, es entsteht ein Ausfall. Die Aufschlämmung wird für 24 Stunden umgerührt, und die Feststoffe werden bei Umgebungstemperatur herausgefiltert und luftgetrocknet, um die kristallartige Form H zu ergeben.

Form J

Form J ist ein Monohydrat/hemi n-Propanol Solvat (Tabelle 8). Der berechnete Lösungsgehalt beträgt ungefähr 3,8% n-Propanol und ungefähr 2,3% Wasser. Die experimentellen Daten zeigen für Pulverproben 2,5% bis zu ungefähr 4,0% n-Propanol und von ungefähr 2,5 bis ungefähr 3% Wassergehalt an. Das PXRD Muster ist denen seiner Isomorphen F, G, H, M und N sehr ähnlich. Wie F und G haben die Pulverproben ein Dehydratisierungs-/Lösungsendotherm bei 115–125° C.

US 6,977,243 B2

13

Form J wird durch Auflösung von Azithromycin in 4 Volumen n-Propanol bei einer Temperatur von 25–55° C hergestellt. Ungefähr 6–7 Volumen Wasser werden bei Umgebungstemperatur zugegeben und die Verdünnung wird ununterbrochen für 0,5 bis 2 Stunden umgerührt. Die Festform J Azithromycin wird durch Filtrierung abgeschieden und getrocknet.

Form K

Das PXRD Muster der Form K wurde in einer Mischung von Azithromycin Form A gefunden, und mikrokristalliger Wachs nach Ausglühen bei 95° C über 3 Stunden. Es ist eine niedrigere Hydratform A und eine metastabile Hochtemperaturform.

Form L

Diese Form wurde lediglich bei Erhitzen des Dihydrats, Form A beobachtet. Bei variablen Temperatur Pulver Röntgen Diffraktions-(VT-PXRD) Experimenten erscheint ein neues Pulver Röntgen Diffraktionsdiagramm, wenn Form A bis auf ungefähr 90° C erhitzt wird. Die neue Form, als Form L bezeichnet, ist ein niedrigeres Hydrat der Form A, weil Form A bei 90° C ungefähr 2,5% Gewicht pro TGA verliert und daher mit einer Umwandlung zu einem Monohydrat korrespondiert. Bei Kühlung auf Umgebungstemperatur schlägt Form L rapide zu Form A um.

Form M

Form M beinhaltet sowohl Wasser als auch Isopropanol, wenn sie von einer Isopropanol/Wasseraufschwämmung isoliert ist. Ihr PXRD Muster und das Festzustand kernmagnetische Resonanz Spektrum sind denen der Familie I Isomorphen sehr ähnlich, was bedeutet, dass sie zur Familie I gehört. Durch Analogie zu den bekannten Kristallstrukturen der Familie I Isomorphen wäre die einfache Struktur der Form M ein Monohydrat/ hemi-Isopropranolat. Die Dehydratisierungs-/Auflösungstemperatur der Form M liegt bei ungefähr 115–125° C.

Form M kann durch Auflösung von Azithromycin in 2–3 Volumen Isopropanol (IPA) bei 40–50° C hergestellt werden. Die Lösung wird bei unter 15° C abgekühlt, bevorzugt bei unter 10° C, mehr bevorzugt bei ungefähr 5° C, und 2–4 Volumen kalten Wassers von ungefähr 5° C werden zur Herbeiführung des Ausfalls hinzugefügt. Keime der Form M Kristalle können bei Einsatz der Kristallisation hinzugefügt werden. Die Aufschlämmung wird weniger als ungefähr 5 Stunden gerührt, bevorzugt weniger als ungefähr 3 Stunden, mehr bevorzugt weniger als ungefähr 1 Stunde und am meisten bevorzugt ungefähr 30 Minuten oder weniger, und die Feststoffe werden durch Filtrierung abgeschieden. Die Feststoffe können in Isopropanol erneut aufgeschlämmt werden. Dieses Verfahren ergibt Form M im wesentlichen unter Abwesenheit von Azithromycin Dihydrat.

Form N

Form N Kristalle können von Isolation von Wasser/Ethanol/Isopropanol Aufschlämmung von Form A verschiedene Mengen der Kristallisationslösungen und Wasser beinhalten. Ihr Wassergehalt variiert von ungefähr 3,4 bis zu ungefähr 5,3 Gewichtsprozent. Die Analyse von GC Headspace zeigt einen variablen Lösungsgehalt von Ethanol und Isopropanol. Der Gesamtlösungsgehalt der Form N Muster ist normalerweise niedriger als ungefähr 5%, je nach den Bedingungen der Herstellung und Trocknens. Das PXRD Muster der Form N ist denen der Formen F, G, H, J und M der Familie I Isomorphen ähnlich. Das/die Dehydratisierungs-/ Auflösungs- Endotherm(e) der Muster der Form N kann/können breiter sein und zwischen 110–130° C liegen.

Form N Azithromycin kann durch Rekristallisation von Azithromycin aus einer Mischung von Azithromycin Kristallgitter hergestellt werden, indem organische Lösungen und Wasser, wie Ethanol, Isopropanol, n-Propanol, Azeton, Azetonitrile etc. mit eingebracht werden. Die Lösungsmischung wird auf 45–60° C erhitzt und Azithromycin wird der erhitzten Lösungsmischung hinzugefügt bis zu einem Gesamtvolumen von ungefähr 4. Nach dem Erhitzen unter fortwährender Agitation bis 45–60° C 1–3 Volumen Wasser hinzugefügt. Form N Azithromycin fällt als weißer Feststoff aus. Die Aufschlämmung darf unter Umrühren auf Umgebungstemperatur abkühlen. Die Festform N Azithromycin wird durch Filtrierung isoliert und getrocknet.

Form O

Diese Kristallform ist ein Hemihydrat hemi-n-Butanol Solvat des Azithromycins frei Base durch einfache Kristallstrukturdaten (Tabelle

14

8A). Es wurde aus einer n-Butanol Lösung des Azithromycins durch Diffusion des Antisolvents isoliert. Die Kristallstruktur der Form O ist isomorph zu Kristallformen der Familie I.

Azithromycin wird vollständig in n-Butanol aufgelöst. Zusatz von Antisolvent, wie z.B. Hexan, Wasser, IPE oder anderer Lösemittelfreier Substanzen ergibt Ausfälle der Form O.

Form P

Diese Form ist eine vorgeschlagene Kristallform, die ein Hemihydrat Hemi-n-Pentanol Solvat des Azithromycins zur Freibasis ist. Sie kann von der n-Pentanol Lösung des Azithromycins durch Diffusion einer Lösemittelfreien Substanz isoliert werden. Die Kristallstruktur der Form P ist isomorph zu Kristallformen der Familie I.

Form P des Azithromycins kann wie folgt hergestellt werden: Azithromycin wird vollständig in n-Pentanol aufgelöst; Zusatz eines Antisolvents wie z.B. Hexan, Wasser, Isopropyl Ether (IPE) oder anderer Lösungsmittelfreier Substanzen durch Diffusion ergeben den Ausfall der Form P.

Form Q

Die Kristallform von Q zeigt ein einzigartiges Pulver Röntgen Diffraktionsdiagramm. Es enthält ungefähr 4% Wasser und ungefähr 4,5% THF und ist ein hemi THF Solvat. Die Haupt Dehydratisierungs-/Auflösungstemperatur liegt bei 80 bis ungefähr 110° C.

Azithromycin Dihydrat wird in 6 Volumen von THF aufgelöst, und 2 Volumen Wasser werden hinzugefügt. Die Lösung kann bei Umgebungstemperatur bis zur Trocknung eindampfen, um die kristallartige Form Q zu ergeben.

Form R

Diese kristallartige Form wird durch amorphes Azithromycin auf 2,5 Volumen Methyl Tertiär-butylether (MTBE) hergestellt. Die daraus entstehende dicke weiße Suspension wird 3 Tage bei Umgebungstemperatur umgerührt. Feststoffe werden durch Vakuumfiltration abgeschieden und an der Luft getrocknet. Die daraus entstehende Azithromycin Volumen Form R hat einen theoretischen Wassergehalt von 2,1% Gewichtsprozent und einen theoretischen Methyl Tertiär-butylether Gehalt von 10,3% Gewichtsprozent.

Aufgrund der Gleichheit der Struktur haben Isomorphe die Neigung, eine Mischung der Formen innerhalb der Familie zu formen, die manchmal als „gemischte Kristalle" oder „kristallartiges Mischkristall" bezeichnet werden. Form N ist ein solches kristallartiges Mischkristall und wurde als eine Mischung der Familie I Isomorphe aus Solventzusammensetzung und Festzustands-NMR Daten befunden.

Sowohl Familie I als auch Familie II Isomorphe sind Hydrate und/oder Solvate des Azithromycins. Die Solventmoleküle in den Hohlräumen haben die Tendenz, unter bestimmten Bedingungen zwischen Lösungs-/Wassergehalt zu wechseln. Daher kann der Lösungs-/Wassergehalt der Isomorphe zu einem bestimmten Grad variieren.

Die Kristallformen der isomorphen Familie I sind stabiler als Form A, wenn sie der Erhitzung ausgesetzt sind. Formen F, G, H, J, M und N zeigen höhere Einsatz Dehydratisierungstemperaturen von 110–125° C als die der Form A mit einer Einsatz Dehydratisierungstemperatur bei ungefähr 90 bis ungefähr 110° C und gleichzeitiger Festzustandsumwandlung zu Form L bei ungefähr 90° C.

Amorphes Azithromycin

Alle Kristallformen des Azithromycins enthalten Wasser oder Solvent(e) oder sowohl Wasser als auch Solvent(e). Wenn Wasser und Solvent(e) von den kristallartigen Feststoffen entfernt werden, wird Azithromycin amorph. Amorphe Feststoffe haben den Vorteil anfänglicher hoher Auflösungsgeschwindigkeit.

Das Ausgangsmaterial für die Synthese der verschiedenen Kristallformen in den unten angeführten Beispielen war Azithromycin Dihydrat, es sei denn, es wird etwas andres angegeben. Andere Formen von Azithromycin wie z.B. amorphes Azithromycin oder andere nicht dehydratisierte kristallartige Formen des Azithromycins können angewendet werden.

BEISPIELE

Beispiel 1

Herstellung der Form D



US 6,977,243 B2

15

Form D wurde durch Aufschlämmung von Azithromycin Dihydrat mit Cyclohexan bei einer erhöhten Temperatur, z.B. 25–50° C für 2–4 Tage hergestellt. Die kristallartigen Feststoffe der Form D wurden durch Filtrierung abgeschieden und getrocknet.

Beispiel 2

Herstellung der Form F

2A

Azithromycin Dihydrat wurde langsam zu einem Volumen warmen Ethanol, ungefähr 70° C, hinzugefügt und die Auflösung bei 65 bis 70° C zu vervollständigen. Die Auflösung kühlte langsam auf 2–5° C ab, und ein Volumen gekühltes Wasser wurde hinzugefügt. Die kristallartigen Feststoffe wurden kurz nach Zugabe von Wasser (bevorzugt weniger als 30 Minuten) durch Vakuumfiltration abgeschieden.

2B

Azithromycin Dihydrat wurde langsam zu einem Volumen warmen Ethanol, ungefähr 70° C, hinzugefügt und umgerührt, um die Auflösung bei 65 bis 70° C zu vervollständigen. Die Auflösung kühlte langsam auf 2–5° C ab, und Ethanol Volumen kann durch Vakuumdestillation reduziert werden. Keime der Form F 1–2 Gew. % können hinzugefügt werden, um die Kristallisation zu ermöglichen. Nach Umrühren von bis zu 2 Stunden werden die Kristallisationsfeststoffe durch Vakuumfiltration abgeschieden. Die Isolation der Kristalle ergibt eine im wesentlichen reine Form F Azithromycin, Form F Azithromycin im wesentlichen frei von Form G Azithromycin und Form F Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Beispiel 3

Herstellung der Form G

Ein Reaktionsgefäß wurde mit Form A Azithromycin aufgeladen. In einem separaten Gefäß wurden 1,5 Volumen Methanol und 1,5 Volumen Wasser gemischt. Die Lösungsmischung wurde zum Reaktionsgefäß hinzugefügt, das das Form A Azithromycin enthält. Die Aufschlämmung wurde unter Erhitzung auf 50° C für ungefähr 5 Stunden umgerührt. Das Erhitzen wurde eingestellt und die Aufschlämmung wurde unter Umrühren auf Umgebungstemperatur abgekühlt. Die Form G Azithromycin wurde durch Filtrierung abgeschieden und für ungefähr 30 Minuten luftgetrocknet. Die abgeschiedene Form G Azithromycin wurde weiter in einem Vakuumofen bei 45° C getrocknet. Dieses Verfahren ergibt eine im wesentlichen reine Form G Azithromycin und Form G Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Beispiel 4

Herstellung der Form J

Form J wurde durch Auflösung von Azithromycin in 4 Volumen n-Propanol bei einer Temperatur von ungefähr 25° C hergestellt. Wasser (6,7 Volumen) wurde hinzugefügt und die Aufschlämmung wird ununterbrochen für 1 Stunde umgerührt, worauf eine Abkühlung auf 0° C folgt. Die Festform J Azithromycin wurde durch Filtration abgeschieden und getrocknet.

Beispiel 5

Herstellung der Form M im wesentlichen in Abwesenheit von Azithromycin Dihydrat

5A

Azithromycin Dihydrat wird vollständig in 2 Volumen warmen Isopropanols 40–50° C aufgelöst. Keime der Form M können wahlweise eingeführt werden, um die Kristallisation zu gewährleisten. Die Lösung wird sodann auf 0–5° C gekühlt, und 4 Volumen gekühltes Wasser als Antisolvent werden hinzugefügt, und die Feststoffe werden durch Vakuumfiltration abgeschieden. Die Feststoffe werden erneut in

16

1 Volumen Isopropanol für 3–5 Stunden bei 40–45° C aufgeschlämmt und dann auf 0–5° C abgekühlt. Die kristallartigen Feststoffe werden kurz nach der Zugabe von Wasser (ungefähr 15 Minuten) durch Vakuumfiltration abgeschieden. Die Feststoffe werden in 0,5 bis 1 Volumen Isopropanol bei 25–40° C erneut aufgeschlämmt und auf ungefähr 5° C abgekühlt. Darauf folgt die Filtration zur Sammlung der Feststoffe der Form M.

Diese Verfahren ergeben eine im wesentlichen reine Form M Azithromycin, Form M Azithromycin im wesentlichen frei von Form G Azithromycin und Form M Azithromycin im wesentlichen frei von Azithromycin Dihydrat.

Beispiel 6

Herstellung der Form N

Zwei Volumen Ethanol und 2 Volumen Isopropanol wurden zusammen in ein Reaktionsgefäß gegeben und auf 50° C erhitzt. Azithromycin Form A wurde durch Umrühren zur erhitzten Ethanol/Isopropanolmischung hinzugefügt, um eine reine Lösung zu erreichen. Das Reaktionsgefäß wurde mit 2 Volumen destilliertem Wasser aufgeladen. Das Umrühren wurde bei 50° C fortgeführt, und die Festform N Azithromycin fiel nach ungefähr 1 Stunde aus. Das Erhitzen wurde nach 5 Stunden abgebrochen, nachdem Wasser hinzugefügt wurde. Die Verdünnung kühlte auf Umgebungstemperatur ab. Ausfall der Form N Azithromycin wurde durch Filtration abgeschieden und für 4 Stunden im Vakuumofen bei 45° C getrocknet.

Beispiel 7

Herstellung des amorphen Azithromycins

Kristalline Form A Azithromycin wurde auf 110–120° C in einem Ofen über Nacht unter Vakuum erhitzt. Die amorphen Feststoffe wurden abgeschieden und je nach Bedarf mit Trockenmittel gelagert.

Beispiel 8

Herstellung der Form H

Azithromycin Dihydrat oder andere Kristallformen wurden in 6 Volumen Propylen Glykol aufgelöst. Zu der daraus entstehenden Propylen Glykol Lösung von Azithromycin wurden 2 Volumen Wasser hinzugefügt, und ein Ausfall trat ein. Die Aufschlämmung wurde für 24 Stunden umgerührt, und die Feststoffe wurden bei Umgebungstemperatur luftgetrocknet, um die Kristallform H zu ergeben.

Beispiel 9

Herstellung der Form Q

Das kristalline Pulver wurde durch Auflösung von 500 mg Azithromycin Form a in 2 ml THF hergestellt. 1 ml Wasser wurde zu der klaren, geruchslosen Lösung bei Raumtemperatur hinzugefügt. Die Lösung konnte über 7 Tage abdampfen. Danach wurden die trockenen Feststoffe abgeschieden und charakterisiert.

Beispiel 10

Pulver Röntgen Diffraktionsanalyse

Pulverdiagramm wurden durch Benutzung eines Bruker D5000 Diffraktometers (Madison, Wis.) abgeschieden, das mit Kupferstrahlung, feststehenden Spalten (1.0, 1.0, 0.6 mm) und einem Kevex Festzustandsdetektor ausgestattet ist. Es wurden Daten abgeschieden von 3,0 bis 40,0 Grad in 2 Theta unter Benutzung einer Schrittgröße von 0,04 Grad und einer Schrittzeit von 1,0 Sekunden. Die Ergebnisse sind in Tabelle 9 zusammengefasst.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form A wird in Fig. 2 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form D wird in Fig. 6 dargestellt.

17

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form F wird in Fig. 10 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form G wird in Fig. 13 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form J wird in Fig. 16 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form M wird in Fig. 18 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form N wird in Fig. 19 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des amorphen Azithromycins wird in Fig. 20 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form Q wird in Fig. 30 dargestellt.

Das experimentelle PXRD Diffraktionsdiagramm des Azithromycin Form R wird in Fig. 31 dargestellt.

Die experimentelle Variabilität von Diagramm zu Diagramm ist ungefähr +0,2° in 2 theta, und dieselben Variationen wurden zwischen dem berechneten Pulver von einfacher Kristallstruktur und experimentellen Daten beobachtet. Detaillierte Analyse zeigte, dass die Isomorphe in Familie I durch PXRD erkennbar werden, wobei charakteristische Maximalpunkte in Tabelle 9 angegeben werden.

TABELLE 9

Azithromycin Pulver Röntgen Diffraktion Maximalpunkte in 2-theta ±0,2°

| A | D | F | G | J | M | N | Q |
|---|---|---|---|---|---|---|---|
| 7,2 | _3,9_ | 5,7 | 5,0 | 5,0 | | _6,2_ | 5,7 |
| 7,9 | 7,3 | _6,2_ | 5,8 | 5,7 | 5,6 | 7,3 | 6,4 |
| _9,3_ | 7,7 | 7,4 | _6,2_ | _6,2_ | _6,2_ | 7,8 | _6,8_ |
| 9,9 | _10,7_ | 7,8 | 7,4 | 7,3 | 7,3 | 9,8 | _8,4_ |
| 11,2 | _10,6_ | 8,9 | 7,9 | 7,8 | 7,8 | _11,2_ | 9,5 |
| 12,0 | 11,5 | 9,8 | 9,8 | 8,2 | 8,2 | 11,9 | 10,6 |
| 12,7 | 12,3 | 10,3 | 10,2 | 9,7 | 9,8 | 12,5 | 11,2 |
| 13,0 | 12,8 | _11,2_ | 10,8 | 10,3 | 10,2 | _14,0_ | 11,5 |
| 14,0 | 13,6 | _11,5_ | _11,2_ | _11,2_ | _11,2_ | _14,3_ | 12,4 |
| 15,6 | 14,5 | 11,9 | _11,6_ | _11,4_ | 11,9 | _14,7_ | 12,7 |
| 16,0 | 15,4 | 12,2 | 12,0 | 11,9 | 12,2 | 15,3 | 13,4 |
| 16,4 | 15,6 | 12,5 | 12,5 | 12,3 | 12,5 | 15,7 | 13,6 |
| 16,8 | 16,9 | _13,9_ | 13,3 | 12,5 | _14,0_ | _16,1_ | 14,1 |
| 17,5 | 18,3 | _14,3_ | _14,0_ | _13,9_ | _14,6_ | 16,6 | 14,4 |
| 18,2 | 19,0 | _14,7_ | _14,4_ | _14,2_ | 15,3 | _17,1_ | 14,9 |
| 18,7 | 19,9 | 14,8 | 14,6 | 14,6 | 15,9 | 17,4 | 16,3 |
| 19,1 | 20,8 | 15,3 | _14,9_ | 15,3 | _16,6_ | 18,5 | 17,2 |
| 19,8 | _21,4_ | 15,7 | 15,7 | 15,7 | _17,1_ | 19,0 | 18,2 |
| 20,5 | 21,6 | _16,2_ | 15,7 | _16,0_ | _17,5_ | 19,6 | 19,0 |
| 20,9 | 22,0 | _16,6_ | _16,3_ | _16,6_ | 18,4 | 20,0 | 19,5 |
| 21,2 | 23,0 | _17,1_ | _16,6_ | _17,0_ | 18,5 | 20,4 | 19,8 |
| 21,6 | 23,3 | _17,2_ | _17,2_ | _17,2_ | 19,1 | _21,0_ | _20,2_ |
| 21,8 | | _17,7_ | _17,4_ | _17,3_ | 19,6 | 21,8 | 20,5 |
| 24,0 | | 18,0 | _17,8_ | 18,1 | 20,0 | _22,5_ | 21,1 |
| | | 18,5 | 18,1 | 18,5 | 20,4 | 23,5 | 21,6 |
| | | 19,0 | 18,6 | 19,0 | _20,9_ | | 21,9 |
| | | 19,6 | 19,0 | 19,7 | 21,7 | | 22,2 |
| | | 20,0 | 19,6 | 20,0 | _22,5_ | | 23,6 |
| | | 20,5 | 20,0 | 20,4 | 23,2 | | 25,1 |
| | | _27,0_ | 20,5 | _20,9_ | 23,6 | | |
| | | 21,7 | _27,7_ | 21,7 | | | |
| | | 22,0 | 21,8 | 22,4 | | | |
| | | 22,4 | 22,5 | 22,6 | | | |
| | | 22,6 | 23,5 | 23,3 | | | |
| | | 23,1 | | 23,5 | | | |
| | | 23,5 | | | | | |

Die unterstrichenen Maximalpunkte sind die charakteristischen Maximalpunkte unter den Formen A, D, Familie I und Q.
Die in kursiv gehaltenen und unterstrichenen Maximalpunkte sind Maximalpunktsätze, die in der Familie I Isomorphe charakteristisch sind.

Familie I Isomorphe haben die folgenden gemeinsamen Charakteristika: die Diffraktionsmaximalpunkte bei 6,2; 11,2; 21,0±0,1 und 22,5±0,1 Grad in 2-theta. Jedes Isomorph zeigt repräsentative Sätze von Diffraktionsmaximalpunkten wie folgt an, und jeder Satz hat charakteristische Abstände zwischen den Maximalpunkten.

18

Die berichteten Positionen der Diffraktionsmaximalpunkte sind genau innerhalb von ±0,2 Grad 2-theta.

Ein repräsentatives PXRD Muster der Form A wird in Fig. 2 gezeigt. Form A zeigt Maximalpunkte bei 9,3; 13,0 und 18,7 Grad 2-theta.

Ein repräsentatives PXRD Muster der Form D wird in Fig. 6 gezeigt. Form D zeigt Maximalpunkte bei 3,9; 10,1; 10,6 und 21,4 Grad 2-theta.

Ein repräsentatives PXRD Muster der Form F wird in Fig. 10 gezeigt. Form F zeigt die charakteristischen Maximalpunkte der Familie I und drei Sätzen von Höhepunkten an, nämlich Satz 1 bei 2-theta 11,2 und 11,5; Satz 2 bei 2-theta 13,9; 14,3; 14,7 und 14,8; Satz 3 bei 2-theta 16,2; 16,6; 17,1; 17,2 und 17,7.

Ein repräsentatives PXRD Muster der Form G wird in Fig. 13 gezeigt. Form G zeigt die charakteristischen Maximalpunkte der Familie I und drei Sätzen von Maximalpunkten an, nämlich Satz 1 bei 2-theta 11,2 und 11,6; Satz 2 bei 2-theta 14,0; 14,4; 14,6 und 14,9; Satz 3 bei 2-theta 16,3; 16,6; 17,2; 17,4 und 17,8.

Ein repräsentatives PXRD Muster der Form J wird in Fig. 16 gezeigt. Form J zeigt die charakteristischen Maximalpunkte der Familie I und drei Sätzen von Maximalpunkten an, nämlich Satz 1 bei 2-theta 11,2 und 11,4; Satz 2 bei 2-theta 13,9; 14,2 und 14,6; Satz 3 bei 2-theta 16,0; 16,6; 17,0; 17,2 und 17,5.

Ein repräsentatives PXRD Muster der Form M wird in Fig. 18 gezeigt. Form M zeigt die charakteristischen Maximalpunkte der Familie I und drei Sätzen von Höhepunkten an, nämlich Satz 1 bei 2-theta 11,2; Satz 2 bei 2-theta 14,0 und 14,6; Satz 3 bei 2-theta 15,9; 16,6; 17,1 und 17,5.

Ein repräsentatives PXRD Muster der Form N wird in Fig. 10 gezeigt. Form N zeigt die charakteristischen Maximalpunkte der Familie I an. Die Sätze der Maximalpunkte der Form N gleichen der Formen F, G, J und M, nämlich Satz 1 bei 2-theta 11,2 bis 11,6; Satz 2 bei 2-theta 13,9 bis 15,0 und Satz 3 bei 2 theta 15,9 bis 17,9, wobei die Maximalpunkte in der Position, Intensität und Breite leicht variieren können, was auf die Mischung der variablen Proportionen der Isomorphe in Familie I zurückzuführen ist.

Ein repräsentatives PXRD Muster der Form Q wird in Fig. 30 gezeigt. Form Q zeigt Maximalpunkte bei 2-theta 6,8; 8,4 und 20,2 Grad.

Ein repräsentatives PXRD Muster der Form R wird in Fig. 31 gezeigt.

Beispiel 11

Einfache Kristall Röntgen Analyse

Es wurden Daten bei Raumtemperatur abgeschieden unter Benutzung des Bruker Röntgen Diffraktiometers, das mit Kupferstrahlung und Graphit Monochromatoren ausgestattet ist. Strukturen wurden durch Benutzung von direkten Methoden aufgelöst. Die SHELXTL Computerbücherei, die durch Bruker AXS, Inc. bereitgestellt wird, lieferte alle nötigen kristallographischen Berechnungen und molekulare Anzeigen (SHELXTL™ Bezugshandbuch, Version 5.1, Bruker AXS, Madison Wis., USA (1997).

Beispiel 12

Berechnung der PXRD Muster von einfachen Kristalldaten

Um die Ergebnisse zwischen einem einfachen Kristall und einem Pulvermuster zu vergleichen, kann ein berechnetes Pulvermuster von m einfachen Kristallergebnissen genommen werden. Die XFOG und XPOW Computerprogramme, die als Teil der SHELXTL Computerbücherei bereitgestellt werden, wurden zur Vornahme dieser Berechnungen benutzt. Der Vergleich des berechneten Pulverdiagramms mit dem experimentellen Pulverdiagramm bestätigt, ob ein Pulvermuster einer zugewiesenen einfachen Kristallstruktur entspricht (Tabelle 9A). Dieses Verfahren wurde auf die Kristallformen des Azithromycin A, D, F, G und J angewendet.

Das berechnete PXRD Diffraktionsdiagramm von Azithromycin Form A wird in Fig. 1 dargestellt.

Das berechnete PXRD Diffraktionsdiagramm von Azithromycin Form D wird in Fig. 5 dargestellt.

 

US 6,977,243 B2

**19**

Das berechnete PXRD Diffraktionsdiagramm von Azithromycin Form F wird in Fig. 9 dargestellt.

Das berechnete PXRD Diffraktionsdiagramm von Azithromycin Form G wird in Fig. 12 dargestellt.

Das berechnete PXRD Diffraktionsdiagramm von Azithromycin Form J wird in Fig. 15 dargestellt.

Die Ergebnisse werden jeweils in den überschichteten Pulver Röntgen Diffraktionsdiagrammen der Formen A, D, F, G und J in den Figuren 3, 7, 11, 14 und 17 dargestellt. Das niedrige Muster entspricht dem berechneten Pulvermuster (von den einfachen Kristallergebnissen), und das obere Muster entspricht einem repräsentativen experimentellen Pulverdiagramm. Eine Angleichung zwischen den zwei Mustern zeigte die Übereinstimmung zwischen dem Pulverdiagramm und der entsprechenden einfachen Kristallstruktur an.

**TABELLE 9A**

Berechnete und experimentelle PXRD Maximalpunkte der
Isomorphe der Familie I

| F ber. | F exp. | G ber. | G exp. | J ber. | J exp. | M exp. |
|--------|--------|--------|--------|--------|--------|--------|
| | | | | | (ber. = berechnet | exp. = experimentell) |
| | | 5,2 | 5,0 | | | |
| | | 5,7 | 5,8 | 5,8 | 5,7 | 5,6 |
| 6,3 | 6,2 | 6,2 | 6,2 | 6,3 | 6,2 | 6,2 |
| 7,4 | 7,4 | 7,4 | 7,4 | 7,4 | 7,3 | 7,3 |
| 7,9 | 7,8 | 7,9 | 7,9 | 7,9 | 7,8 | 7,8 |
| 8,8 | 8,9 | 8,9 | 9,3 | 8,3 | 8,2 | 8,2 |
| 9,9 | 9,8 | 9,9 | 9,9 | 9,8 | 9,7 | 9,8 |
| 10,3 | 10,3 | | 10,2 | 10,4 | 10,3 | 10,2 |
| 10,9 | | 10,9 | 10,8 | | | |
| 11,3 | 11,2 | 11,3 | 11,2 | 11,2 | 11,2 | 11,2 |
| 11,5 | 11,4 | 11,6 | 11,6 | 11,4 | 11,4 | fehlt |
| 12,0 | 11,9 | 12,0 | 11,9 | 12,0 | 11,9 | 11,9 |
| 12,3 | 12,2 | 12,3 | 12,3 | 12,3 | 12,2 | |
| 12,6 | 12,5 | 12,5 | 12,5 | 12,6 | 12,5 | 12,5 |
| 14,0 | 14,0 | 13,4 | 13,3 | 14,0 | 13,9 | 14,0 |
| 14,3 | 14,3 | 14,1 | 14,0 | 14,2 | 14,2 | fehlt |
| | | 14,4 | 14,4 | | | |
| 14,7 | 14,7 | 14,7 | 14,6 | 14,7 | 14,6 | 14,6 |
| 14,9 | 14,8 | 14,9 | 14,9 | 14,8 | | |
| 15,4 | 15,3 | 15,4 | 15,3 | 15,3 | 15,3 | 15,3 |
| 15,8 | 15,7 | 15,7 | 15,7 | 15,8 | 15,7 | 15,9 |
| 16,2 | 16,2 | 16,3 | 16,3 | 16,0 | 16,0 | fehlt |
| 16,6 | 16,6 | 16,6 | 16,6 | 16,7 | 16,6 | 16,6 |
| 17,1 | 17,2 | 17,1 | | 17,1 | 17,0 | 17,3 |
| 17,3 | 17,3 | 17,3 | 17,2 | 17,4 | 17,7 | fehlt |
| 17,5 | 17,4 | 17,5 | 17,4 | 17,6 | 17,5 | 17,5 |
| 17,7 | 17,7 | 17,9 | 17,8 | 17,9 | | |
| 18,0 | 18,0 | 18,3 | 18,1 | 18,2 | 18,3 | 18,4 |
| 18,6 | 18,5 | 18,7 | 18,7 | 18,5 | 18,5 | 18,5 |
| 19,1 | 19,0 | 19,1 | 19,0 | 19,1 | 19,0 | 19,1 |
| 19,7 | 19,6 | 19,6 | 19,5 | 19,8 | 19,7 | 19,6 |
| 20,0 | 20,0 | 20,0 | 20,0 | 20,1 | 20,0 | 20,0 |

**TABELLE 10**

$^{13}$C ss NMR chemische Verschiebungen von Azithromycin (±0,2 ppm)

| A | D | G | F | J | M | N | H | R |
|-----|-----|-------|-------|-------|-------|-------|-------|-------|
| 178,1 | 178,1 | 179,5* | 179,5 | 179,6 | 179,6 | 179,6 | 178,8 | 177,9 |
| 104,1 | 103,9 | 105,5 | 178,6 | 178,4 | 105,6 | 178,7 | 178,7 | 104,6 |
| 98,4 | 95,1 | 103,5 | 105,5 | 105,3 | 103,4 | 105,6 | 105,4 | 103,6 |
| 84,6 | 84,2 | 95,0 | 103,4 | 103,4 | 94,9 | 103,6 | 103,2 | 95,3 |
| 82,6 | 79,4 | 86,2 | 94,9 | 95,0 | 86,7 | 95,0 | 95,0 | 85,4 |
| 79,3 | 78,9 | 83,1 | 86,4 | 86,4 | 82,9 | 86,5 | 86,4 | 84,0 |
| 78,3 | 75,7 | 78,9 | 83,0 | 82,9 | 79,3 | 83,1 | 82,7 | 79,4 |
| 75,6 | 74,6 | 78,2 | 79,1 | 79,2 | 78,1 | 79,0 | 79,2 | 79,0 |
| 74,7 | 74,0 | 77,6 | 78,1 | 78,1 | 77,0 | 77,9 | 78,3 | 75,6 |
| 73,9 | 72,9 | 76,4 | 77,9 | 76,8 | 76,7 | 76,5 | 78,0 | 74,5 |
| 73,5 | 71,9 | 75,7 | 76,5 | 76,2 | 74,7 | 74,8 | 76,4 | 73,9 |
| 70,0 | 71,0 | 74,7 | 74,7 | 74,7 | 74,2 | 74,2 | 74,7 | 73,9 |
| 68,0 | 69,4 | 74,3 | 74,1 | 74,3** | 71,3 | 73,6 | 74,1 | 72,9 |
| 66,2 | 67,8 | 73,5 | 73,5 | 72,0 | 69,2 | 71,5 | 73,5 | 71,8 |

**20**

**TABELLE 9A - Fortsetzung**

Berechnete und experimentelle PXRD Maximalpunkte der
Isomorphe der Familie I

| F ber. | F exp. | G ber. | G exp. | J ber. | J exp. | M exp. |
|--------|--------|--------|--------|--------|--------|--------|
| | | | | (ber. = berechnet | exp. = experimentell) | |
| 20,5 | 20,4 | 20,6 | 20,5 | 20,5 | 20,4 | 20,4 |
| 21,1 | 21,0 | 21,2 | 21,0 | 20,8 | 20,9 | 20,9 |
| 21,8 | 21,0 | 21,2 | 21,0 | 20,8 | 20,9 | 20,9 |
| 21,8 | 21,7 | | 21,6 | 21,6 | 21,7 | 21,7 |
| 22,1 | 22,0 | 21,8 | 21,8 | 21,8 | | |
| 22,5 | 22,4 | 22,3 | 22,2 | 22,5 | 22,4 | 22,5 |
| 22,7 | 22,6 | 22,5 | 22,5 | 22,8 | 22,6 | |
| 23,1 | 23,1 | 22,9 | | 23,4 | 23,3 | 23,2 |
| 23,6 | 23,5 | 23,5 | 23,5 | 23,7 | 23,5 | 23,6 |

**Beispiel 13**

**Festzustand NMR Analyse**

Festzustand NMR Analyse

Alle $^{13}$C Festzustand NMR Spektren wurden auf einem 11.75 T Spektrometer (Bruker Biospin, Inc. Billerica, Mass.) abgeschieden, das einer Frequenz von 125 MHz $^{13}$C entspricht. Die Spektren wurden unter Benutzung einer Kreuzpolarisationssonde unter dem magischen Winkel (CPMAS) bei Umgebungstemperatur und –druck abgeschieden. Je nach der Menge der analysierten Proben, wurden 7 mm BL oder 4 mm EL Bruker Sonden angewandt, die jeweils 300 mg und 75 mg Muster mit Maximalgeschwindigkeiten von 7 kHz und 15 kHz aufnehmen konnten. Daten wurden mit einer exponentialen Spektrallinienverbreiterungsfunktion von 5,0 Hz verarbeitet. Es wurde Protonenentkopplung von 65kHz und 100 kHz benutzt, jeweils mit den 7 mm und 4 mm Sonden. Eine ausreichende Anzahl von Erfassungen im Durchschnitt erhielte angemessene Signal-Rausch Verhältnisse für alle Maximalpunkte. Es wurden typischerweise 600 Abtastungen erfasst mit einer Rezirkulationsverzögerung von 3,0 s (Sekunden), was ungefähr einer Erfassungszeit von insgesamt 30 Minuten entspricht. Der magische Winkel wurde durch Benutzung von KBr Pulver gemäß den standardisierten NMR Verkaufspraktiken eingestellt. Die Spektren wurden entweder in Bezug gesetzt zu der Methyl Resonanz von Hexamethylbenzol (HMB) bei 17,3 ppm oder der Feld aufwärts Resonanz von Adamantane (ADM) bei 29,5 ppm. Spektren mit Bezug auf HMB zeigen chemische Verschiebungen aller Maximalpunkte, die um 0,08 ppm bezüglich derselben Spektren mit Bezug auf ADM Feld abwärts verschoben werden. Das Spektralfenster umfasste minimal die Spektralregion von 190 bis 0 ppm. Die Ergebnisse werden in Tabelle 10 zusammengefasst. Ss-NMR Spektren für die Formen M, H und R wurden in Bezug gesetzt zu ADM. Ss-NMR Spekren für die Formen A, D, G, F, J und N wurden in Bezug gesetzt zu HMB. Die Formen H und R wurden bei einer Geschwindigkeit von 15 kHz geschleudert.

US 6,977,243 B2

### TABELLE 10 - Fortsetzung

$^{13}$C ss NMR chemische Verschiebungen von Azithromycin (±0,2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 63,8 | 65,7 | 71,3 | 71,4 | 71,3 | 68,6 | 69,2 | 73,1 | 71,0 |
| 63,3 | 64,7 | 69,1 | 69,1 | 69,2 | 67,3 | 68,7 | 71,2 | 69,1 |
| 52,2 | 49,2 | 68,8 | 68,6 | 68,6 | 66,2 | 67,3 | 69,1 | 67,5 |
| 44,3 | 45,8 | 67,4 | 67,3 | 67,3** | 65,5 | 66,2 | 68,4 | 65,6 |
| 42,6 | 43,1 | 65,9 | 66,1 | 66,2** | 63,8 | 65,7 | 67,3 | 64,5 |
| 41,7 | 40,6 | 65,2 | 65,6 | 65,5** | 63,3 | 63,7 | 66,9 | 49,4 |
| 39,1 | 37,1 | 64,0 | 63,6 | 63,7 | 50,0 | 58,1 | 66,3 | 45,7 |
| 35,4 | 36,4 | 63,3 | 58,0 | 50,0 | 47,1 | 50,1 | 63,5* | 42,9 |
| 34,6 | 29,6 | 50,0 | 50,0 | 46,9 | 45,9 | 47,1 | 63,7* | 41,6 |
| 26,9 | 29,3 | 46,9 | 47,0 | 45,9 | 44,7 | 46,0 | 49,9 | 40,4 |
| 26,3 | 28,0 | 46,0 | 45,9 | 44,7 | 43,8 | 44,8 | 46,8 | 37,0 |
| 23,7 | 27,7 | 44,5 | 44,7 | 43,7 | 41,9 | 43,8 | 45,9 | 36,2 |
| 23,3 | 22,3 | 43,7 | 43,7 | 41,6 | 41,1 | 41,5 | 44,5 | 29,4 |
| 21,7 | 21,1 | 41,5 | 41,5 | 41,0 | 37,4 | 41,1 | 43,8* | 29,0 |
| 19,5 | 18,6 | 40,8 | 41,1 | 37,1 | 36,2 | 37,3 | 41,7 | 28,2 |
| 17,5 | 16,7 | 37,5 | 37,3 | 36,5** | 31,6 | 36,5 | 40,9 | 27,4 |
| 15,9 | 16,3 | 36,5 | 36,4 | 35,4** | 30,1 | 33,7 | 37,1 | 21,4 |
| 13,2 | 10,6 | 33,6 | 33,6 | 33,5 | 28,1 | 30,4 | 36,3 | 20,8 |
| 11,3 | 9,0 | 30,0 | 30,0 | 30,4 | 27,2 | 28,1 | 33,7 | 18,7 |
| 7,7 | 8,6 | 27,9 | 28,0 | 28,0 | 26,0 | 27,2 | 33,3 | 16,5 |
| | | 27,3 | 27,1 | 27,3 | 23,2 | 26,0 | 30,5* | 16,1 |
| | | 23,1 | 23,2 | 25,2 | 22,8 | 23,2 | 27,9 | 15,7 |
| | | 22,5 | 22,6 | 23,2 | 22,5 | 22,6 | 27,2 | 10,3 |
| | | 21,9 | 21,9 | 22,5** | 21,8 | 22,0 | 23,1 | 9,6 |
| | | 20,9 | 20,8 | 21,9** | 20,2 | 20,8 | 22,6 | 8,9 |
| | | 20,2 | 20,4 | 20,7 | 18,9 | 19,0 | 23,3 | 8,6 |
| | | 18,8 | 18,9 | 18,9 | 17,4 | 16,9 | 21,9 | |
| | | 17,0 | 16,8 | 16,8 | 16,3 | 15,8 | 20,7 | |
| | | 16,0 | 17,2 | 15,6** | 15,5 | 12,2 | 20,3 | |
| | | 12,2 | 15,7 | 12,1 | 12,1 | 9,9 | 18,8 | |
| | | 10,4 | 12,2 | 11,5 | 10,3 | 9,4 | 17,1 | |
| | | 9,9 | 10,1 | 12,3 | 9,6 | 7,9 | 16,5 | |
| | | 9,3 | 9,8 | 10,0 | 9,3 | 6,6 | 15,8 | |
| | | 7,6 | 9,3 | 9,3 | 7,7 | | 15,4 | |
| | | 6,5 | 7,9 | 8,1 | 7,1 | | 12,0 | |
| | | | 6,6 | 6,8 | | | 9,9 | |
| | | | | | | | 9,1 | |
| | | | | | | | 7,9 | |
| | | | | | | | 7,0 | |

Die chemischen Verschiebungen, die fett unterlegt und unterstrichen sind, sind die für jede Form repräsentativen Maximalpunkte. Die chemischen Verschiebungen, die in Kursiv bezeichnet sind, sind die Solvent Maximalpunkte, die breit und variabel (±0,4 ppm) sind. Die chemischen Verschiebungen, die mit einem Stern versehen sind, zeigen ein Splitting von <0,3 ppm. Die chemischen Verschiebungen, die mit zwei Sternen versehen sind, zeigen ein Splitting von ±0,3 ppm.

Die berichteten chemischen Verschiebungen sind bis auf ±0,2 ppm genau, es sei denn, es wird etwas Gegenteiliges angegeben.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form A wird in Fig. 21 dargelegt. Form A zeigt einen Maximalpunkt bei 178.1 ppm und Maximalpunkte bei 104,1; 98,4; 84,6; 26,9; 13,2; 11,3 und 7,2 ppm an.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form D wird in Fig. 22 dargelegt. Form D zeigt den höchsten chemischen Verschiebungsmaximalpunkt von 178,1 ppm und Maximalpunkte bei chemischen Verschiebungen von 103,9; 95,1; 84,2; 10,6; 9,0 und 8,6 ppm an.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form F wird in Fig. 23 dargelegt. Form F hat zwei chemische Maximalpunktverschiebungen bei ungefähr 179,1 ±2 ppm, die bei 179,5 ppm und 178,6 ppm liegen und einen Satz von 5 Maximalpunkten bei 10,1; 9,8; 9,3; 7,9 und 6,6 ppm und Ethanol Maximalpunkte bei 58,0 ±0,5 ppm und 17,2 ±0,5 ppm. Die Solvent Maximalpunkte können breit und relativ schwach in der Intensität sein.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form G wird in Fig. 24 dargelegt. Form G hat den höchsten chemischen Verschiebungsmaximalpunkt bei 179,5 ppm, nämlich ein einfacher

Maximalpunkt mit möglichem Splitting von <0,3 ppm und einem Satz von 5 Maximalpunkten bei 19,4; 9,9; 9,3; 7,6; 6,5 ppm.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form J wird in Fig. 25 dargelegt. Form J hat zwei chemische Verschiebungsmaximalpunkte bei ungefähr 179,2 ±2 ppm, nämlich 179,6 ppm und 178,4 ppm, einen Satz von 4 Maximalpunkten bei 10,0; 9,3; 8,1 und 6,8 ppm und n-Propanol Maximalpunkte bei 11,5±0,5 ppm und 25,5±0,5 ppm. Der Solvent Maximalpunkt kann breit und relativ schwach in der Intensität sein.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form M wird in Fig. 26 dargelegt. Form M hat einen chemischen Verschiebungsmaximalpunkt bei 179±1 ppm, nämlich 179,6 ppm. Maximalpunkte bei 41,9 und 16,3 ppm, einen Satz von 5 Maximalpunkten bei 10,3; 9,6; 9,3; 7,7 und 7,1 ppm und einen Isopropanol Maximalpunkt bei 26,0±0,5 ppm. Der Solvent Maximalpunkt kann breit und relativ schwach in der Intensität sein.

Ein repräsentatives $^{13}$CssNMR Spektrum der Form N wird in Fig. 27 dargelegt. Form N zeigt chemische Verschiebungen als eine Kombination von Isomorphen der Familie 1 an. Die Maximalpunkte können aufgrund der Mischung der variablen Proportionen der in der

US 6,977,243 B2

23

Form N kristallartigen Feststofflösung enthaltenen Isomorphe bezüglich der chemischen Verschiebung und in Bezug auf die Intensität und Breite variieren.

Ein repräsentatives $^{13}$CssNMR Spektrum der amorphen Form wird in Fig. 28 dargelegt. Das amorphe Azithromycin zeigt breite chemische Verschiebungen an. Die charakteristischen chemischen Verschiebungen haben die Maximalpositionen bei 179 und 11±0,5 ppm.

Tabelle 10 zeigt eine Zusammenfassung der beobachteten ssNMR Maximalpunkte der Formen A, D, F, G, J, M, N und R Azithromycin.

Beispiel 14

NMR Analyse einer Darreichungsform

Um die Fähigkeit der $^{13}$C ssNMR zur Identifikation der Form von Azithromycin, das in pharmazeutischen Darreichungsformen enthalten ist, zu demonstrieren, wurden beschichtete Azithromycin Tabletten mit Form G Azithromycin vorbereitet und durch $^{13}$C ssNMR analysiert. Tabletten wurden nass granuliert und auf einer F-Presse (Manesty, Liverpool, UK) unter Benutzung von 0,262 Zoll x 0,531 Zoll Verarbeitung in Tablettenform gebracht. Es wurden Tabletten hergestellt und in Tablettenform gebracht, die 250 mg der Form G Azithromycin enthalten und ein Gesamttablettengewicht von 450 mg sowie die unten angegebene Formel haben. Die Tabletten wurden gleichmäßig mit rosa Opadry II© beschichtet (eine Mischung aus Laktose Monohydrat, Hydroxypropylmethylzellulose, Titandioxid, kosmetischer Arzneimittelfarbstoff Rot # 30 und Triacetin) (Colorcon, West Point, PA).

| Material | Prozentsatz | Charge (g) |
|---|---|---|
| Azithromycin Form „G" | 58,23 | 174,69 |
| Vorgelatinierte Maisstärke | 6,00 | 18,00 |
| Wasserfreies Dicalciumphosphat | 30,85 | 92,55 |
| Croscarmellose Natrium | 2,00 | 6,00 |
| Magnesium Stearat mit 10% Natrium Lorbeersulfat | 2,92 | 8,76 |
| Gesamt | 100,00 | 300,00 |

Eine beschichtete Tablette wurde leicht zerstoßen, und das pulverisierte Muster wurde mit einem Füllwerkzeug in einen Festzustandsrotor gefüllt, der keinen $^{13}$C Hintergrund hat. Die Analyse der Probe wurde zu den in Beispiel 13 angegebenen Bedingungen durchgeführt.

Ein repräsentatives $^{13}$C ssNMR Spektrum der Tablette, die Form G Azithromycin enthält, wird in Fig. 29 dargestellt.

Beispiel 15

Antimikrobische Aktivität

Die Aktivität der Kristallformen der vorliegenden Erfindung gegen bakterielle und Protozoen Pathogene wird durch die Fähigkeit der Verbindung demonstriert, das Wachstum der definierten Stämme der menschlichen (Analyse I) oder tierischen (Analyse II und III) Pathogene einzuschränken.

Analyse I

Die unten beschriebene Analyse I verwendet konventionelle Methodologie und Interpretationskriterien und ist dazu entworfen, um eine Richtung für chemische Modifikationen zu geben, die zu Verbindungen führen kann, die definierte Mechanismen des makroliden Widerstands umgehen. Analyse I versammelt eine Gruppe von bakteriellen Stämmen, um eine Mehrzahl von pathogenen Zielspezien einzuschließen, einschließlich Repräsentanten der makroliden Widerstandsmechanismen, die charakterisiert wurden. Die Benutzung dieser Gruppe ermöglicht der chemischen Struktur

24

/Aktivitätsbeziehung bezüglich der Potenz, dem Aktivitätsspektrum und der strukturellen Elemente oder Modifikation bestimmt zu werden, die möglicherweise notwendig sind, um die Widerstandsmechanismen unnötig machen. Bakterielle Pathogene, die die Untersuchungsgruppe umfassen, werden in der Tabelle unten dargestellt. In vielen Fällen stehen sowohl die makrolid anfälligen Mutterstämme als auch die makrolid resistenten Stämme, die von ihnen abgeleitet sind, zur Verfügung, um eine genauere Bestimmung der Fähigkeit der Verbindung abzugeben, den Widerstandsmechanismus zu umgehen. Stämme, die das Gen mit der Kennzeichnung ErmA/ ErmB/ ErmC haben, sind aufgrund Veränderung (Methylierung) von 23SrRNA Molekülen durch die Erm Methylase resistent bezüglich Makroliden, Lincosamiden und Streptogramin B Antibiotika, wodurch grundsätzlich die Bindung dieser drei Strukturklassen verhindert wird. Es wurden zwei Arten des makroliden Abflusses beschrieben; msrA enkodiert eine Komponente eines Abflusssystems in Staphylokokken, das das Eintreten von Makroliden und Streptograminen verhindert, während mefA/E ein Transmembran-Protein enkodiert, das anscheinend nur Makrolide abfließen läßt. Abbau von makroliden Antibiotika kann eintreten und entweder durch eine Phosphorylierung des 2'-Hydroxyl (mph) oder durch Spaltung der makrozyklischen Laktone (Esterase) aufgehalten werden. Die Stämme können durch Benutzung konventioneller Polymerase Kettenreaktionstechnologie (PCR) charakterisiert werden und/ oder durch Sequenzierung der Widerstandsdeterminante. Die Benutzung von PCR Technologie in dieser Anordnung wird in J. Sutcliffe, und anderen „Detection Of Erythromycin-Resistant Determinants By PCR", Antimicrobial Agents and Chemotherapy 40(11), 2562-2566(1996) beschrieben. Die Analyse wird in Mikrotiter Schalen durchgeführt und nach den Leistungsstandards für Antimikrobielle Scheibenanfälligkeitstests–6. Ausgabe; Genehmigter Standard (*Performance Standards for Antimicrobial Disk Susceptibility Tests – Sixth Edition; Approved Standard*) ausgewertet, veröffentlicht durch die Richtlinien des Nationalen Komitees für Klinische Laborstandards (National Committee for Clinical Laboratory Standards (NCCLS)). Es wird die minimale Inhibitor Konzentration (MIC) benutzt, um die Stämme zu vergleichen. Die kristallartige Verbindung wird zunächst in Dimethylsulfoxyd (DMSO) als 40 mg/ml Stammlösung aufgelöst.

| Stammbezeichnung | Makrolide/r Widerstandsmechanismus/en |
|---|---|
| *Straphylococcus aureus 1116* | anfällige Mutter |
| *Staphylococcus aureus 1117* | Erm B |
| *Straphylococcus aureus 0052* | anfällige Mutter |
| *Straphylococcus aureus 1120* | Erm C |
| *Straphylococcus aureus 1032* | msrA, mph, Esterase |
| *Staphylococcus hemolyticus 1006* | mrsA, mph |
| *Streptococcus pyogenes 0203* | anfällige Mutter |
| *Streptococcus pyogenes 1079* | Erm B |
| *Streptococcus pyogenes 1062* | anfällige Mutter |
| *Streptococcus pyogenes 1061* | Erm B |
| *Streptococcus pyogenes 1064* | Erm B |
| *Streptococcus apalctiae 1024* | anfällige Mutter |
| *Streptococcus apalctiae 1023* | Erm B |
| *Streptococcus pneumonia 1016* | Anfällig |
| *Streptococcus pneumonia 1046* | Erm B |
| *Streptococcus pneumonia 1195* | MefE |
| *Streptococcus pneumonia 1080* | Anfällig |
| *Haemophilus influenzae 0131* | Anfällig |
| *Morazella catarrhalis 0040* | Anfällig |
| *Morazella catarrhalis 1055* | Erythromycin mittelstarker Widerstand |
| *Escherichia coli 0266* | Anfällig |

Analyse II wird dazu benutzt, für Aktivitäten gegen *Pasteurella multocida* zu testen, und Analyse III wird dazu benutzt, für Aktivitäten gegen *Pasteurella haemolytica* zu testen.

Analyse II

Diese Analyse gründet sich auf die flüssige Lösungsmethode in Mikroliter Format. Eine einziger Stamm *P. multocida* (Stamm 59A067) wird in 5 ml Gehirn-Herz Infusionsbouillon geimpft. Die

US 6,977,243 B2

25

Testverbindung wird durch das Löslichmachen von 1 mg der Verbindung in 125 μl Dimethylsulfoxyd (DMSO) hergestellt. Verdünnungen der Testverbindung werden vorbereitet, indem nicht geimpfte Gehirn-Herz Infusionsbouillon verwendet wird. Die Konzentrationen der verwendeten Testverbindung reichen von 200 μg/ml bis zu 0,098 μg/ml durch doppelte Serienverdünnung. Die *P. multocida* geimpfte Gehirn-Herz Infusion verdünnt, um eine $10^4$ Zellsuspension pro 200 μl zu erstellen. Die Gehirn-Herz Infusion Zelleninfusionssuspensionen werden mit den jeweiligen Serienverdünnungen gemischt und bei 37° C für 18 Stunden eingelagert. Die Minimal Inhibitorkonzentration (MIC) gleicht der Konzentration der Verbindung, die 100% Wachstumshemmung der *P. multocida* zeigt, wie durch Vergleich mit ungeimpfter Kontrollanalyse bestimmt.

Analyse III

Diese Analyse gründet sich auf die Agarverdünnungsmethode unter Benutzung eines Steers Replikators. Zwei bis fünf isolierte Kolonien von einer Agarplatte werden in Gehirn-Herz Infusionsbouillon gespritzt und bei 37° C über Nacht unter Schütteln (200 rpm) eingelagert. Am nächsten Morgen werden 300 μl der voll ausgewachsenen *P. haemolytica* Vorkultur in 3 ml frische Gehirn-Herz Infusionsbouillon gespritzt und bei 37° C über Nacht unter Schütteln (200 rpm) eingelagert. Die geeigneten Mengen der Testverbindungen werden in Ethanol aufgelöst, und eine Serie doppelter Serienauflösungen wird vorbereitet. Zwei ml der jeweiligen Serienlösung werden mit 18 ml geschmolzenen BHI Agars gemischt und gehärtet. Wenn die eingespritzte *P. haemolytica* Kultur 0,5 McFarland Standarddichte erreicht, werden ungefähr 5μl der *P. multocida* Kultur in BHI Agarplatten geimpft, die verschiedene Konzentrationen der Testverbindung enthalten. Es wird dazu ein Steers Replikator benutzt und eine Einlagerung für 18 Stunden bei 37° C durchgeführt. Anfängliche Konzentrationen der Testverbindung reichen von 100–200 μg/ml. Der MIC gleicht der Konzentration der Testverbindung und zeigt 100% Wachstum von *P. haemolytica*, wie durch den Vergleich mit ungeimpfter Kontrollanalyse bestimmt.

Die in vitro Aktivität der Kristallformen der vorliegenden Erfindung kann durch konventionelle Tierschutzuntersuchungen bestimmt werden, die dem Stand der Technik bekannt sind und normalerweise bei Mäusen durchgeführt werden.

Mäuse werden gleich nach Ankunft in Käfige aufgeteilt (10 pro Käfig) und dürfen sich für ein Minimum von 48 Stunden akklimatisieren, ehe sie benutzt werden. Den Tieren wird 0,5 ml einer $3×10^3$ KBE/ml bakteriellen Suspension (*P. multocida* Stamm 59A006) intraperitoneal gespritzt. Jedes Experiment hat mindestens 3 nicht medizinische Kontrollgruppen einschließlich einer mit 0,1x Provokationsdosis infizierten und zwei mit einer 1x Provokationsdosis infizierten; es kann auch eine 10x Provokationsdatengruppe benutzt werden. Grundsätzlich können alle Mäuse einer beliebigen Untersuchung innerhalb von 30–90 Minuten provoziert werden, besonders, wenn eine Spritze wiederholt zur Verabreichung der Provokation eingesetzt wird (wie z.B. Cornwall® Spritzen). Dreißig Minuten nach Einsetzen der Provokation wird die erste Verbindungsbehandlung verabreicht. Es kann notwendig werden, dass eine zweite Person mit dem Beginn der Dosierung der Verbindungen beginnt, wenn nicht alle Tiere am Ende der 30 Minuten provoziert worden. Die Verabreichungsrouten erfolgen in subkutanen oder oralen Dosen. Subkutane Dosen werden in der Haut im Nacken verabreicht, und orale Dosen werden mittels einer Fütterungsnadel verabreicht. In beiden Fällen wird pro Maus ein Volumen von 0,2 ml benutzt. Verbindungen werden 30 Minuten, 4 Stunden und 24 Stunden nach der Provokation verabreicht. Eine Kontrollkomponente von bekannter Wirksamkeit, die durch dieselbe Route verabreicht wird, wird in jedem Test beinhaltet. Tiere werden täglich beobachtet, und die Zahl der Überlebenden in jeder Gruppe wird festgehalten. Die *P. multocida* Modellüberwachung wird über 96 Stunden (vier Tage) nach der Provokation fortgesetzt.

Die $PD_{50}$ ist eine berechnete Dosis, zu der die getestete Verbindung

26

50% einer Gruppe von Mäusen vor dem Sterben durch bakterielle Infektion bewahrt, die ohne die Behandlung mit der Arznei tödlich wäre.

Die Kristallformen der vorliegenden Erfindung (im Folgenden als „die wirksame Komponente/n" bezeichnet) können zur Behandlung oder Verhütung von bakteriellen oder Protozoen Infektionen oral, parenteral, topisch oder rektal verabreicht werden. Grundsätzlich wird die wirksame Verbindung am wünschenswertesten in Dosen von 0,2 mg pro kg Körpergewicht pro Tag (mg/kg/Tag) bis zu ungefähr 200 mg/kg/Tag in einfachen oder aufgeteilten Dosen (z.B. von 1 bis 4 Dosen pro Tag) verabreicht, obwohl notwendigerweise Variationen auftreten, je nach der Spezies, dem Gewicht und Zustand des Subjekts, das behandelt wird und der jeweiligen gewählten Verabreichungsroute. Ein Dosislevel, der sich im Bereich von ungefähr 2 mg/kg/Tag bis zu ungefähr 50 mg/kg/Tag befindet, wird jedoch am wünschenswertesten angewendet. Variationen können trotzdem auftreten, je nach der Spezies des Säugetiers, Fisches oder Vogels, das/ der behandelt wird sowie dessen individuelle Reaktion auf besagtes Medikament sowie die Art der gewählten pharmazeutischen Formulierung und der Zeit sowie dem Intervall zu welchem die Verabreichung ausgeführt wird. In einigen Fällen können Dosislevel unter der unteren Grenze des oben bezeichneten Bereichs mehr als ausreichend sein, während in anderen Fällen sogar noch höhere Dosen verabreicht werden können, ohne dass schädliche Nebenwirkungen verursacht werden, unter der Voraussetzung, dass solche höheren Dosen zunächst zur Verabreichung über den Tag hinweg in mehrere kleine Dosen aufgeteilt werden.

Die wirksame Verbindung kann alleine oder zusammen mit pharmazeutisch akzeptablen Trägern oder Verdünnern durch die oben angedeuteten Routen verabreicht werden, und eine solche Verabreichung kann in einzelnen oder mehrfachen Dosen ausgeführt werden. Die wirksame Verbindung kann im Einzelnen in einer breiten Vielzahl verschiedener Dosisarten verabreicht werden, z.B. können sie mit verschiedenen pharmazeutisch akzeptablen reaktionsträgen Trägern in Form von Tabletten, Kapseln, Rauten, Trochen, harte Süßigkeiten, Pulver, Sprays, Cremes, Salben, Zäpfchen, Gallerte, Gels, Pasten, Lotionen, medizinische Salben, Beutel, Pulver für orale Gabe, wässrige Lösungen, einspritzbare Lösungen, Elixiere, Sirups, sterile wässrige Medien und verschiedene nicht toxische organische Solvente, etc. kombiniert werden. Orale pharmazeutische Verbindungen können weiterhin in geeigneter Form versüßt und/ oder geschmacklich abgestimmt werden. Grundsätzlich ist die wirksame Verbindung in einer Darreichungsform vorhanden, die von ungefähr 1,0% bis ungefähr 70% Gewichtsprozent reichen.

Zur oralen Verabreichung können Tabletten angewendet werden, die verschiedene Arzneiträger enthalten, wie z.B. mikrokristallartige Zellulose, Natriumzitrat, Kalziumcarbonat, Dikalziumphosphat und Glyzin zusammen mit verschiedenen Desintegranten wie z.B. Stärke (und bevorzugt Mais-, Kartoffel- oder Tapiokastärke). Alginsäure und bestimmte komplexe Silikate zusammen mit Granulationsbindern wie Polyvinylpyrrolidone, Saccharose, Gelatine und Akazie. Zusätzlich sind Schmiermittel wie z.B. Magnesium Stearat, Natriumlaurylsulfat und Talk oftmals für Tablettierungszwecke sehr nützlich. Festverbindungen ähnlicher Art können wiederum als Filter in Gelatinekapseln angewendet werden; bevorzugte Materialien in diesem Zusammenhang enthalten auch Laktose oder Milchzucker sowie Polyethylenglykol mit hohem Molekulargewicht. Wenn wässrige Lösungen und/ oder Elixiere zur oralen Verabreichung gewünscht werden, kann die wirksame Verbindung mit verschiedenen süßenden Mitteln oder Geschmacksmitteln, Farbstoffen oder Färbemitteln kombiniert werden und, wenn gewünscht, außerdem Emulgiermittel und/ oder Schwebemittel zusammen mit Verdünnern wie Wasser, Ethanol, Propylenglykol, Glyzerin und verschiedenen gleichartigen Kombinationen davon.

Zur parenteralen Verabreichung können Lösungen der wirksamen Verbindung entweder in Sesam oder Erdnussöl oder in wässrigem Propylenglykol verabreicht werden. Die wässrigen Lösungen sollten in geeigneter Weise gepuffert werden (bevorzugter pH Wert größer als 8), wenn notwendig, und der flüssige Verdünner zunächst sollte zunächst isotonisch gemacht werden. Diese wässrigen Lösungen sind zur

US 6,977,243 B2

27

intravenösen Injektion geeignet. Die öligen Lösungen sind geeignet zur intraartikularen, intramuskulären und subkutanen Injektionszwecken. Die Herstellung all dieser Lösungen unter sterilen Bedingungen wird durch standardisierte pharmazeutische Techniken einfach bewältigt, die dem Stand der Technik entsprechen.

Es ist außerdem möglich, die wirksame Verbindung topisch zu verabreichen. Dies kann durch Cremes, Gallerte, Gele, Pasten, Pflaster, medizinische Salben und dergleichen unter Einhaltung der standardisierten pharmazeutischen Praxis geschehen.

Zur Verabreichung an Tiere (nicht an Menschen), wie Vieh oder Haustieren, können die wirksamen Verbindungen im Futter der Tiere oder oral als eingeweichte Verbindung verabreicht werden.

Die wirksame Verbindung kann auch in Form eines Liposom Verabreichungssystems verabreicht werden, wie z.B. kleine einschichtförmige Vesikel, große einschichtförmige Vesikel und multischichtförmige Vesikel. Liposome können aus einer Vielzahl von Phospholipiden wie z.B. Cholesterin, Stearylamin oder Phosphatidyl Choline bestehen.

Patentansprüche:

1. Eine kristallartige Form von Azithromycin gemäß Anspruch 20, wobei besagtes Azithromycin mehr als 50% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

2. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 55% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

3. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 60% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

4. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 65% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

5. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 70% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

6. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 75% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

7. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 80% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

8. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 85% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

9. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 90% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

10. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 91% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

28

11. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 92% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

12. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 93% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

13. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 94% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

14. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 95% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

15. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 96% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

16. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 97% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

17. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 98% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

18. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 99% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

19. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes Azithromycin mehr als 99% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

20. Eine kristallartige Form von Azithromycin gemäß Anspruch 1, wobei besagtes $^{13}C$ Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit chemischen Verschiebungen von ungefähr 10,4 ppm umfasst.

21. Eine kristallartige Form von Azithromycin gemäß Anspruch 20, wobei besagtes $^{13}C$ Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit chemischen Verschiebungen von ungefähr 9,9 ppm umfasst.

22. Eine kristallartige Form von Azithromycin gemäß Anspruch 21, wobei besagtes $^{13}C$ Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit chemischen Verschiebungen von ungefähr 9,3 ppm umfasst.

23. Eine kristallartige Form von Azithromycin gemäß Anspruch 22, wobei besagtes $^{13}C$ Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit chemischen Verschiebungen von ungefähr 7,6 ppm umfasst.

24. Eine kristallartige Form von Azithromycin gemäß Anspruch 23, wobei besagtes $^{13}C$ Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit chemischen Verschiebungen von ungefähr 6,5 ppm umfasst.

* * * * *

BEWEISSTÜCK
B

# PATENTAMT DER VEREINIGTEN STAATEN
## BESCHEINIGUNG EINER KORREKTUR

Patent Nr. : 6,977,243 B2
Datum     : 20. Dezember 2005                                    Siete 1 von 2
Erfinder   : Li und andere

Hiermit wird bescheinigt, dass im oben bezeichneten Patent Fehler auftreten und dass besagte Urkunde hiermit wie unten aufgeführt korrigiert wird:

Kolumne 27, Zeile 23 – Kolumne 28, Zeile 47
Ansprüche 1-24 werden wie folgt ersetzt:

1. Eine kristallartige Form von Azithromycin, die Azithromycin Sesquihydrat ist, dadurch gekennzeichnet, dass sie ein $^{13}$C Feststoffzustand NMR Spektrum hat und eine Mehrzahl an Maximalpunkten umfasst, wobei mindestens ein Maximalpunkt eine chemische Verschiebung von ungefähr 179,5 ppm hat.

2. Eine kristallartige Form von Azithromycin nach Anspruch 1, wobei besagtes Azithromycin mehr als 50% Gewichtsprozent Azithromycin Sesquihydrat umfasst.

3. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 55% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

4. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 60% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

5. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 65% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

6. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 70% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

7. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 75% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

8. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 80% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

9. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 85% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

10. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 90% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

11. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 91% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

12. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 92% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

13. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 93% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

14. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 94% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

15. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 95% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

16. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 96% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

17. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 97% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

18. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 98% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

19. Eine kristallartige Form von Azithromycin nach Anspruch 2, wobei besagtes Azithromycin 99% oder mehr Gewichtsprozent Azithromycin Sesquihydrat umfasst.

20. Eine kristallartige Form von Azithromycin nach Anspruch 1, wobei besagtes $^{13}$C Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit einer chemischen Verschiebung von ungefähr 10,4 ppm umfasst.

## PATENTAMT DER VEREINIGTEN STAATEN
## BESCHEINIGUNG EINER KORREKTUR

Patent Nr.  : 6,977,243 B2
Datum        : 20. Dezember 2005
Erfinder     : Li und andere

Siete 2 von 2

Hiermit wird bescheinigt, dass im oben bezeichneten Patent Fehler auftreten und dass besagte Urkunde hiermit wie unten aufgeführt korrigiert wird:

Kolumne 27, Zeile 23 – Kolumne 28, Zeile 47 (Fortsetzung)

21.  Eine kristallartige Form von Azithromycin nach Anspruch 20, wobei besagtes $^{13}$C Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit einer chemischen Verschiebung von ungefähr 9,9 ppm umfasst.

22.  Eine kristallartige Form von Azithromycin nach Anspruch 21, wobei besagtes $^{13}$C Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit einer chemischen Verschiebung von ungefähr 9,3 ppm umfasst.

23.  Eine kristallartige Form von Azithromycin nach Anspruch 22, wobei besagtes $^{13}$C Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit einer chemischen Verschiebung von ungefähr 7,8 ppm umfasst.

24.  Eine kristallartige Form von Azithromycin nach Anspruch 23, wobei besagtes $^{13}$C Feststoffzustand NMR Spektrum weiterhin einen Maximalpunkt mit einer chemischen Verschiebung von ungefähr 6,5 ppm umfasst.

## BESTE VERFÜGBARE KOPIE

Unterzeichnet und versiegelt an diesem
7. Februar 2006

## (Unterschrift)

Jon W. Dudas
*Direktor des Patent- und Markenamts der Vereinigten Staaten*

## PATENTAMT DER VEREINIGTEN STAATEN
## BESCHEINIGUNG EINER KORREKTUR

Patent Nr. : 6,977,243 B2
Datum    : 20. Dezember 2005                                      Siete 3 von 2
Erfinder  : Li und andere

Hiermit wird bescheinigt, dass im oben bezeichneten Patent Fehler auftreten und dass besagte Urkunde hiermit wie unten aufgeführt korrigiert wird:

AO 440 (Rev. 10/01) Summons in a Civil Action 

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

PFIZER INC,

           **Plaintiff**

           v.

SANDOZ INC. and NOVARTIS AG

           **Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-90

TO:

      Novartis AG
      CH-4002 Basel
      Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      Rudolf E. Hutz, Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      Post Office Box 2207
      Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____ Peter T. Dalleo _____
CLERK

      _____
(By) DEPUTY CLERK

2-9-06
_____
DATE

44 (Rev. 12/96)

# CIVIL COVER SHEET        0 6        9 0

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This n, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet. (SEE INSTRUCTIONS ON THE VERSE OF THE FORM.)

| (a) PLAINTIFFS<br>FIZER INC | DEFENDANTS<br>SANDOZ INC. and NOVARTIS AG |
|---|---|
| COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY) Broomfield County, Colorado |
| (c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)<br>udolf E. Hutz<br>onnolly Bove Lodge & Hutz LLP<br>O. Box 2207, 1007 North Orange Street<br>Tilmington, Delaware 19899-2207<br>02) 658-9141 | ATTORNEYS (IF KNOWN) |

## BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

1 U.S. Government Plaintiff    ☒ 3 Federal Question
                              (U.S. Government Not a Party)

2 U.S. Government Defendant    ☐ 4 Diversity
                              (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                          AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal<br>Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal<br>Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## . ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

1 Original    ☐ 2 Removed from    ☐ 3 Remanded from    ☐ 4 Reinstated or    ☐ 5 Transferred from    ☐ 6 Multidistrict    ☐ 7 Appeal to District
Proceeding       State Court         Appellate Court       Reopened        another district        Litigation         Judge from
                                                                            (specify)                              Magistrate
                                                                                                                   Judgment

## . NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment<br>& Enforcement of Judgment<br>151 Medicare Act<br>152 Recovery of Defaulted<br>Student Loans<br>(Excl Veterans)<br>153 Recovery of Overpayment<br>of Veteran's Benefits<br>160 Stockholders Suits<br>190 Other Contract<br>195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury -<br>Med. Malpractice<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/CC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities<br>Exchange<br>☐ 875 Customer Challenge<br>12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization<br>Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate<br>Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting<br>& Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW<br>(405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS - Third Party<br>26 USC 7609 | ☐ 900 Appeal of Fee<br>Determination Under<br>Equal Access to Justice<br>☐ 950 Constitutionality of State<br>Statutes<br>☒ 890 Other Statutory Actions |

## I. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for patent infringement, and declaratory judgment of patent infringement, of U.S. Patent No. 6,977,243 arising under 35 U.S.C. §§ 271(a), (b) and (e).

## II. REQUESTED IN    CHECK IF THIS IS A CLASS ACTION    DEMAND:
COMPLAINT:    ☐ UNDER F.R.C.P. 23                                CHECK YES only if demanded in complaint:
                                                                 JURY DEMAND:    ☐ YES    ☒ NO

## III. RELATED CASE(S) (See instructions):
IF ANY    None                  JUDGE                    DOCKET NUMBER

DATE    February 8, 2006        SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #        AMOUNT                    APPLYING IFP                JUDGE        MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ 0 6    9 0 |
| | ) | |
| | ) | |
| SANDOZ INC. | ) | |
| and NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Pfizer Inc ("Pfizer") by its attorneys, for its Complaint of patent infringement against Defendants Sandoz Inc. and Novartis AG (collectively referred to as "Sandoz"), alleges as follows:

## PARTIES

1.   Pfizer is a corporation organized and existing under the laws of the State of Delaware and has corporate offices at 235 East 42nd Street, New York, New York 10017.

2.   Pfizer holds approved New Drug Application No. 050711 for azithromycin tablets for oral administration, 250 mg, which it sells under the registered name ZITHROMAX.

1

3.    Pfizer holds approved New Drug Application No. 050784 for azithromycin tablets for oral administration, 500 mg, which it sells under the registered name ZITHROMAX.

4.    Pfizer holds approved New Drug Application No. 050730 for azithromycin tablets for oral administration, 600 mg, which it sells under the registered name ZITHROMAX.

5.    Pfizer also holds approved New Drug Application No. 050710 for azithromycin in an oral suspension (100 mg base/5ml and 200mg base/5 ml); approved New Drug Application No. 050693 for azithromycin in an oral suspension (1 gram base/packet); and approved New Drug Application No. 050733 for azithromycin in injectable form (500 mg base/vial) -- all of which are sold by Pfizer under the registered name ZITHROMAX.

6.    On information and belief, defendant Sandoz Inc. is a corporation organized and existing under the laws of the State of Colorado, having its principal place of business at 506 Carnegie Center, Suite 400, Princeton, N.J. 08540 and a manufacturing facility at 2555 West Midway Boulevard, Broomfield, Colorado 80020.

7.    On information and belief, defendant Novartis AG is a corporation or other entity organized and existing under the laws of Switzerland, having its principal place of business at Basel, Switzerland.  Sandoz Inc. is a wholly-owned subsidiary or division of Novartis AG.

2

## JURISDICTION AND VENUE

8.   This action for patent infringement arises under the patent laws of the United States, United States Code, Title 35. This Court has subject matter jurisdiction over this action pursuant to the provisions of United States Code, Title 28, §§ 1331 and 1338(a).

9.   Sandoz Inc. is, upon information and belief, transacting business in Delaware. Accordingly, Sandoz Inc. is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

10.   Sandoz Inc. is, upon information and belief, also engaged in activities in Delaware that give rise to the cause of action that is the basis for this complaint. Accordingly, Sandoz Inc. is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

11.   The activities of Sandoz Inc. that are the basis for this complaint, have been and remain, upon information and belief, under the control and direction of the parent company, Novartis AG. Accordingly, Novartis AG is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

12.   Venue is proper in this District pursuant to the provisions of United States Code, Title 28, §§ 1391(c), (d) and 1400(b).

## THE PATENT-IN-SUIT

13.   On December 20, 2005 the United States Patent and Trademark Office ("USPTO") issued U.S. Patent No. 6,977,243 ("the '243 patent"), entitled "Crystal Forms of Azithromycin", based on an application filed by Zheng J. Li and

3

Andrew V. Trask and assigned to Pfizer. A true and complete copy of the '243 patent as issued is attached hereto as Exhibit A.

14. Errors appeared in the '243 patent as published on December 20, 2005, as a result of mistakes made by the USPTO.

15. On January 18, 2006, Pfizer filed a Request for Certificate of Correction to correct errors in the '243 patent.

16. On February 7, 2006, a Certificate of Correction of the '243 patent duly and legally issued and a true and complete copy of the Certificate of Correction is attached hereto as Exhibit B. The Certificate of Correction was published and appeared on the United States Patent and Trademark Office website on February 8, 2006.

17. The '243 patent, as corrected by the Certificate of Correction, covers azithromycin sesquihydrate.

18. Since its issue date, plaintiff Pfizer has been and remains the owner of all right, title and interest in and to the '243 patent, including its Certificate of Correction.

<u>**COUNT 1**</u>
**(Patent Infringement)**

19. The allegations of paragraphs 1-18 above are repeated and re-alleged as if set forth fully herein.

20. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for Abbreviated New Drug Application ("ANDA") No.

4

065211 for azythromycin tablets, 250 mg and continues to have such approval.

21. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for ANDA No. 065212 for azythromycin tablets, 500 mg and continues to have such approval.

22. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for ANDA No. 065209 for azythromycin tablets, 600 mg and continues to have such approval.

23. Upon information and belief, Sandoz Inc. began shipping azithromycin tablets, 250 mg, 500 mg and 600 mg, on, about or after November 14, 2005 and continues to do so, including shipments into the State of Delaware.

24. Upon information and belief, the drug products containing azithromycin that were the subject of ANDA Nos. 065211, 065212 and 065209, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

25. Upon information and belief, the azithromycin tablets, 250 mg, 500 mg and 600 mg, that Sandoz Inc. began shipping on, about or after November 14, 2005, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

26. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065211 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 250 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

27. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065212 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 500 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

28. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065209 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 600 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

29. Upon information and belief Sandoz Inc. has infringed and continues to infringe one or more claims of the '243 patent under 35 U.S.C. § 271(a) by importing into the United States and offering to sell and selling within the United States a product containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

30. Pfizer will be irreparably harmed if Sandoz Inc. is not enjoined from infringing the '243 patent.

## COUNT II
### (Active Inducement of Infringement)

31. Pfizer repeats and re-alleges paragraphs 1-30 above as if fully set forth herein.

32. On information and belief, defendant Novartis AG actively participated in the research and development of the azithromycin products which

6

are the subject of ANDA Nos. 065211, 065212 and 065209 and was responsible for and controlled the preparation, filing and prosecution of these ANDAs.

33.  On information and belief, defendant Novartis AG has actively engaged in activities relating to the importation, manufacture, use, sale or offer for sale of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005, and those activities induced Sandoz Inc. to undertake such importation, manufacture, use, sale or offer for sale of the azithromycin tablets whereby Sandoz Inc. directly infringed one or more claims of the '243 patent.

34.  Defendant Novartis AG is therefore liable as an infringer of the '243 patent under 35 U.S.C. § 271(b) by actively inducing defendant Sandoz Inc. to directly infringe the '243 patent.

35.  Pfizer will be irreparably harmed if Novartis AG is not enjoined from inducing the infringement of the '243 patent.


**COUNT III**
**(Declaratory Judgment of Infringement of the '243 Patent)**


36.  Pfizer repeats and re-alleges paragraphs 1 through 35 above as if fully set forth herein.

37.  This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties.  Sandoz Inc. has taken immediate and active steps to continue the use, sale and/or offer for sale in the United States, and specifically in the State of Delaware, of the azithromycin

7

tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005.

38.  Upon information and belief, Sandoz Inc. intends to offer to sell, sell or use within the United States, and specifically within the State of Delaware, the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005, prior to the expiration of the '243 patent.

39.  Upon information and belief, Sandoz Inc.'s activities as described in paragraph 38 will infringe the '243 patent under 35 U.S.C. § 271(a).

40.  Pfizer will be irreparably harmed if Sandoz Inc. is not enjoined from infringing the '243 patent.

## COUNT IV
### (Declaratory Judgment of Infringement of the '243 Patent)

41.  Pfizer repeats and re-alleges paragraphs 1 through 40 above as if fully set forth herein.

42.  This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties.  Novartis AG has taken immediate and active steps to actively induce Sandoz Inc. to continue the use, sale and/or offer for sale in the United States, and specifically in the State of Delaware, of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005.

43.  Upon information and belief, Sandoz Inc. intends to offer to sell, sell or use within the United States, and specifically within the State of Delaware, the

8

azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping

on, about or after November 14, 2005, prior to the expiration of the '243 patent, and

Novartis AG has actively induced Sandoz Inc. to engage in these activities.

44.   Upon information and belief, Sandoz Inc.'s activities as described in

paragraph 43 will directly infringe the '243 patent under 35 U.S.C. § 271(a).

Accordingly, Novartis AG's activities as described in paragraph 43 will infringe the

'243 patent under 35 U.S.C. § 271(b).

45.   Pfizer will be irreparably harmed if Novartis AG is not enjoined from

infringing the '243 patent.

## PRAYER FOR RELIEF

WHEREFORE, Pfizer requests the following relief:

A.   A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin

product (250 mg tablet), which is marketed under approved ANDA No. 065211,

infringes the '243 patent;

B.   A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin

product (500 mg tablet), which is marketed under approved ANDA No. 065212,

infringes the '243 patent;

C.   A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin

product (600 mg tablet), which is marketed under approved ANDA No. 065209,

infringes the '243 patent;

D.   A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed

the '243 patent by submitting ANDA No. 065211 prior to the date of expiration of

the '243 patent;

E.  A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed the '243 patent by submitting ANDA No. 065212 prior to the date of expiration of the '243 patent;

F.  A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed the '243 patent by submitting ANDA No. 065209 prior to the date of expiration of the '243 patent;

G.  A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065211 shall be a date not earlier than the date of expiration of the '243 patent;

H.  A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065212 shall be a date not earlier than the date of expiration of the '243 patent;

I.  A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065209 shall be a date not earlier than the date of expiration of the '243 patent;

J.  A preliminary and permanent injunction enjoining defendant Sandoz Inc. from making, using, selling, offering to sell, or importing a product containing azithromycin sesquihydrate until the date of the expiration of the '243 patent;

K.  A judgment under 35 U.S.C. § 271(b) that defendant Novartis AG has actively induced defendant Sandoz Inc. to infringe the '243 patent;

L.  A preliminary and permanent injunction enjoining defendant Novartis AG from actively inducing infringement of the '243 patent;

10

M. A declaratory judgment that Sandoz Inc.'s azithromycin product (250 mg tablet), which is marketed under approved ANDA No. 065211, will infringe the '243 patent;

N. A declaratory judgment that Sandoz Inc.'s azithromycin product (500 mg tablet), which is marketed under approved ANDA No. 065212, will infringe the '243 patent;

O. A declaratory judgment that Sandoz Inc.'s azithromycin product (600 mg tablet), which is marketed under approved ANDA No. 065209, will infringe the '243 patent;

P. A declaratory judgment that defendant Novartis AG will actively induce defendant Sandoz Inc. to infringe the '243 patent;

Q. An award of damages to Pfizer as a result of Sandoz's infringement of the '243 patent, altogether with interest and costs pursuant to 35 U.S.C. § 271(e)(4)(C);

R. An award of damages to Pfizer as a result of Sandoz's infringement of the '243 patent, altogether with interest and costs pursuant to 35 U.S.C. §284;

S. A declaration by this Court that this an exceptional case and an order that Sandoz pay to Pfizer its reasonable attorneys' fees, costs and interest in this action, pursuant to 35 U.S.C. § 285; and

11

T. Such further and other relief as this Court may deem just and proper.

Respectfully submitted,

Dated: February 8, 2006

Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

Attorneys for Plaintiffs Pfizer,
and Pfizer Global

(445562)

12

EXHIBIT A



US006977243B2

(12) **United States Patent**
Li et al.

(10) Patent No.: **US 6,977,243 B2**
(45) Date of Patent: **\*Dec. 20, 2005**

(54) **CRYSTAL FORMS OF AZITHROMYCIN**

(75) Inventors: **Zheng J. Li**, Quaker Hill, CT (US);
**Andrew V. Trask**, Stonington, CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/152,106**

(22) Filed: **May 21, 2002**

(65) **Prior Publication Data**

US 2003/0162730 A1 Aug. 28, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/292,565, filed on May 22, 2001, provisional application No. 60/297,741, filed on Jun. 12, 2001, and provisional application No. 60/343,041, filed on Dec. 21, 2001.

(51) Int. Cl.7 ......................... A61K 31/70; C07H 17/08

(52) U.S. Cl. .......................................... 514/29; 536/7.4

(58) Field of Search .............................. 514/29; 536/7.4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,328,334 A | 5/1982 | Kobrehel et al. | ............. 536/7.4 |
| 4,465,674 A | 8/1984 | Bright et al. | ............. 424/180 |
| 4,474,768 A | 10/1984 | Bright | ............. 424/180 |
| 4,517,359 A | 5/1985 | Kobrehel et al. | ............. 536/7.4 |
| 4,963,531 A | 10/1990 | Remington | ............. 514/29 |
| 6,245,903 B1 | 6/2001 | Karimian et al. | ............. 536/7.4 |
| 6,268,489 B1 | 7/2001 | Allen et al. | ............. 536/7.4 |
| 6,365,574 B2 * | 4/2002 | Singer et al. | ............. 514/29 |
| 6,420,537 B1 | 7/2002 | Bosch et al. | ............. 536/7.4 |
| 6,451,990 B1 * | 9/2002 | Bayod Jasanada et al. | .. 536/7.4 |

| | | | |
|---|---|---|---|
| 6,528,492 B1 | 3/2003 | de la Torre Garcia et al. | ............. 514/29 |
| 6,586,576 B2 * | 7/2003 | Aronhime et al. | ............. 536/7.4 |
| 2001/0047089 A1 | 11/2001 | Aronhime et al. | |
| 2002/0111318 A1 | 8/2002 | Rengaraju | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2245398 | 2/2000 | ........... C07H 17/00 |
| CN | 1093370 | 12/1994 | ........... C07H 17/08 |
| CN | 1114960 | 1/1996 | ........... C07H 17/08 |
| CN | 1161971 | 10/1997 | ........... C07H 17/08 |
| EP | 0298650 | 6/1988 | ........... C07H 17/02 |
| EP | 0941999 | 9/1999 | ........... C07H 17/08 |
| EP | 1103558 | 2/2000 | ........... C07H 17/08 |
| EP | 1103558 | 5/2001 | ........... C07H 17/08 |
| EP | 1234833 | 8/2002 | ........... C07H 17/08 |
| WO | WO 9804574 | 2/1998 | ........... C07H 17/08 |
| WO | WO 0014099 | 3/2000 | ........... C07H 17/08 |
| WO | WO 0032203 | 6/2000 | ........... A61K/31/70 |
| WO | WO 0100640 | 1/2001 | ........... C07H 17/08 |
| WO | WO 0149697 | 7/2001 | ........... C07H/17/00 |
| WO | WO 0187912 | 11/2001 | ........... C07H 17/08 |
| WO | WO 0207736 | 1/2002 | ........ A61K/31/7048 |
| WO | WO 0209640 | 2/2002 | |
| WO | WO 0210181 | 2/2002 | ........... C07H 17/08 |
| WO | WO 0215842 | 2/2002 | |
| WO | WO 0242315 | 5/2002 | ........... C07H 17/08 |
| WO | WO 02085898 | 10/2002 | ........... C07D/413/14 |
| WO | WO 0187912 | 11/2002 | ........... C07H 17/08 |
| WO | WO 03032922 | 4/2003 | |

OTHER PUBLICATIONS

Chemical Abstracts, vol. 124, No. 3 (Jan. 15, 1996) Abstract No. 29525, Abstract of CN1093370.

* cited by examiner

*Primary Examiner*—Elli Peslev
(74) *Attorney, Agent, or Firm*—Gregg C. Benson; B. Timothy Creagan; Lance Y. Liu

(57) **ABSTRACT**

The invention relates to crystal forms of azithromycin, an antibiotic useful in the treatment of infections.

**24 Claims, 33 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

US 6,977,243 B2

| 1 | 2 |

## CRYSTAL FORMS OF AZITHROMYCIN

This application claims the benefit of U.S. Provisional Application Ser. No. 60/292,565, filed May 22, 2001; U.S. Provisional Application Ser. No. 60/297,741, filed Jun. 12, 2001; and U.S. Provisional Application Ser. No. 60/343,041, filed Dec. 21, 2001, the contents of the aforementioned provisional patent applications are hereby incorporated by reference in their entirety.

### BACKGROUND OF THE INVENTION

This invention relates to crystal forms of azithromycin. Azithromycin is sold commercially and is an effective antibiotic in the treatment of a broad range of bacterial infections. The crystal forms of this invention are likewise useful as antibiotic agents in mammals, including man, as well as in fish and birds.

Azithromycin has the following structural formula:



Azithromycin is described and claimed in U.S. Pat. Nos. 4,517,359 and 4,474,768. It is also known as 9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin A.

Other patents or patent applications which directly or indirectly cover azithromycin include: EP 298,650 which claims azithromycin dihydrate; U.S. Pat. No. 4,963,531 which claims a method of treating a strain of *Toxoplasma gondii* species; U.S. Pat. No. 5,633,006 which claims a chewable tablet or liquid suspension pharmaceutical composition having reduced bitterness; U.S. Pat. No. 5,686,587 which claims an intermediate useful in the preparation of azithromycin; U.S. Pat. No. 5,605,889 which claims an oral dosage form that reduces the "food effect" associated with the administration of azithromycin; U.S. Pat. No. 6,068,859 which claims a controlled dosage form containing azithromycin; U.S. Pat. No. 5,498,699 which claims a composition containing azithromycin in combination with bivalent or trivalent metals; EP 925,789 which claims a method of treating eye infections; Chinese patent application CN 1123279A which relates to water soluble salts of azithromycin; Chinese patent application CN 1046945C which relates to azithromycin sodium dihydrogenphosphate double salts; Chinese patent application CN 1114960A which relates to azithromycin crystals, Chinese patent application CN 1161971A which relates to azithromycin crystals; Chinese patent application CN 1205338A which relates to a method of preparing water soluble salts of azithromycin; International Publication WO 00/32203 which relates to an ethanolate of azithromycin; and European patent application EP 984,020 which relates to an azithromycin monohydrate isopropanol clathrate.

### SUMMARY OF THE INVENTION

The present invention relates to crystal forms of azithromycin. As used herein, the term "crystal form(s)" or "form(s)", unless otherwise noted, means one or more crystal forms of azithromycin.

In particular, the present invention relates to a crystal form, of azithromycin wherein said crystal form is selected from forms C, D, E, F, G, H, J, M, N, O, P, Q and R wherein said forms are as defined herein. Forms F, G, H, J, M, N, O, and P belong to family I azithromycin and belong to a monoclinic P2$_1$ space group with cell dimensions of a=16.3±0.3 Å, b=16.2±0.3 Å, c=18.4±0.3 Å and beta=109±2°. Forms C, D, E and R belong to family II azithromycin and belong to an orthorhombic P2$_1$2$_1$2$_1$ space group with cell dimensions of a=8.9±0.4 Å, b=12.3±0.5 Å and c=45.8±0.5 Å. Form Q is distinct from families I and II.

Form F azithromycin is of the formula C$_{38}$H$_{72}$N$_2$O$_{12}$.H$_2$O.0.5C$_2$H$_5$OH in the single crystal structure, being azithromycin monohydrate hemi-ethanol solvate. Form F is further characterized as containing 2–5% water and 1–4% ethanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as in Table 9. The $^{13}$C ssNMR (solid state Nuclear Magnetic Resonance) spectrum of form F has two chemical shift peaks at approximately 179±1 ppm, those being 179.5±0.2 ppm and 178.6±0.2 ppm, a set of five peaks between 6.4 to 11.0 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

The invention also relates to substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing form F azithromycin by treating azithromycin with ethanol to complete dissolution at 40–70° C. and cooling with reduction of ethanol or addition of water to effect crystallization. Also included are methods of making substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

Form G azithromycin is of the formula C$_{38}$H$_{72}$N$_2$O$_{12}$.1.5H$_2$O in the single crystal structure, being azithromycin sesquihydrate. Form G is further characterized as containing 2.5–6% water and <1% organic solvent(s) by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form G has one chemical shift peak at approximately 179±1 ppm, being a peak at 179.5±0.2 ppm (splitting <0.3 ppm may present), and a set of five peaks between 6.3 to 11.0 ppm.

The invention also relates to substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate by treating azithromycin with a mixture of methanol and water or acetone and water to complete dissolution at 40–60° C. and cooling to effect crystallization.

Form H azithromycin is of the formula C$_{38}$H$_{72}$N$_2$O$_{12}$.H$_2$O.C$_3$H$_8$O$_2$ being azithromycin monohydrate hemi-1,2 propanediol solvate.

Form J azithromycin is of the formula C$_{38}$H$_{72}$N$_2$O$_{12}$.H$_2$O.0.5C$_2$H$_7$OH in the single crystal

3

structure, being azithromycin monohydrate hemi-n-propanol solvate. Form J is further characterized as containing 2–5% water and 1–5% 1-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form J has two chemical shift peaks at approximately 179±1 ppm, those being 179.6±0.2 ppm and 178.4±0.2 ppm, a set of five peaks between 6.6 to 11.7 ppm and an n-propanol peak at 25.2±0.4 ppm. The solvent peak can be broad and relatively weak in intensity.

The invention further relates to methods of preparing form J by treating azithromycin with n-propanol to complete dissolution at 25–55° C. and cooling with addition of water to effect crystallization.

Form M azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_3H_7OH$, being azithromycin monohydrate hemi-isopropanol solvate. Form M is further characterized as containing 2–5% water and 1–4% 2-propanol by weight in powder samples and having powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form M has one chemical shift peak at approximately 179±1 ppm, being 179.6±0.2 ppm, a peak at 41.9±0.2 ppm and a set of six peaks between 6.9 to 16.4 ppm and an isopropanol peak at 26.0±0.4 ppm. The solvent peak can be broad and relatively weak in intensity.

The invention also relates to substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate.

The invention further relates to methods of preparing substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate by treating azithromycin with isopropanol to complete dissolution at 40–60° C. and reduction of isopropanol followed by cooling or cooling followed by addition of water to effect crystallization.

Form N azithromycin is a mixture of isomorphs of Family I. The mixture may contain variable percentages of isomorphs, F, G, H, J, M and others, and variable amounts of water and organic solvents, such as ethanol, isopropanol, n-propanol, propylene glycol, acetone, acetonitrile, butanol, pentanol, etc. The weight percent of water can range from 1–5% and the total weight percent of organic solvents can be 2–5% with each solvent content of 0.5 to 4%. The samples of form N display all characteristic peaks of members of Family I in various proportions. Form N may be characterized as 'mixed crystals' or "crystalline solid solutions" of Family I isomorphs.

Form N displays chemical shifts as a combination of isomorphs in Family I. The peaks may vary in chemical shift ppm within ±0.2 ppm and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

Form P azithromycin is of the formula $C_{38}H_{72}N_8O_{12}.H_2O.0.5C_5H_{12}O$ being azithromycin monohydrate hemi-n-pentanol solvate.

Form Q azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_4H_8O$ being azithromycin monohydrate hemi-tetrahydrofuran solvate.

Form R azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.0.5C_5H_{12}O$ being azithromycin monohydrate mono-methyl tert-butyl ether solvate.

Form D azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.C_6H_{12}$ in its single crystal structure,

4

being azithromycin monohydrate monocyclohexane solvate. Form D is further characterized as containing 2–6% water and 3–12% cyclohexane by weight in powder samples and having representative powder X-ray diffraction 2θ peaks as defined in Table 9. The $^{13}$C ssNMR spectrum of form D displays has one chemical shift peak at approximately 179±1 ppm, being 178.1±0.2 ppm and peaks at 103.9±0.2ppm, 95.1±0.2 ppm, 84.2±0.2 ppm, and a set of 3 peaks between 8.4 to 11 ppm.

The invention further relates to methods of preparing form D by slurrying azithromycin dihydrate with cyclohexane.

Form E azithromycin is of the formula $C_{38}H_{72}N_2O_{12}.H_2O.C_4H_8O$ being azithromycin monohydrate mono-tetrahydrofuran solvate.

The invention further relates to azithromycin in an amorphous state and a method of preparing amorphous azithromycin that comprises the removal of water and/or solvents from the azithromycin crystal lattice. The X-ray diffraction powder pattern for amorphous azithromycin displays no sharp 2θ peaks but has two broad rounded peaks. The first peak occurs between 4° and 13°. The second peak occurs between 13° and 25°.

The invention also relates to pharmaceutical compositions for the treatment of a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin, and a pharmaceutically acceptable carrier.

The invention also relates to a method of treating a bacterial infection or a protozoa infection in a mammal, fish, or bird which comprises administering to said mammal, fish or bird a therapeutically effective amount of the crystalline compounds referred to above, or amorphous azithromycin.

The present invention also relates to methods of preparing crystal forms of azithromycin which comprise the slurrying of azithromycin in an appropriate solvent or the dissolution of azithromycin in a heated organic solvent or organic solvent/water solution and precipitating the crystalline azithromycin by cooling the solution with reduction of solvent volume or by dissolving azithromycin in a solvent or solvent mixture and precipitating crystalline azithromycin by the addition of water to the solution. Azithromycin in amorphous state is prepared by heating crystalline azithromycin in a vacuum.

The term "treatment", as used herein, unless otherwise indicated, means the treatment or prevention of a bacterial infection or protozoa infection as provided in the method of the present invention, including curing, reducing the symptoms of or slowing the progress of said infection. The terms "treat" and "treating" are defined in accord the foregoing term "treatment".

The term "substantially free" when referring to a designated crystalline form of azithromycin means that there is less than 20% (by weight) of the designated crystalline form(s) present, more preferably, there is less than 10% (by weight) of the designated form(s) present, more preferably, there is less than 5% (by weight) of the designated form(s) present, and most preferably, there is less than 1% (by weight) of the designated crystalline form(s) present. For instance, form F azithromycin substantially free of azithromycin dihydrate means form F with 20% (by weight) or less of azithromycin dihydrate, more preferably, 10% (by weight) or less of azithromycin dihydrate, most preferably, 1% (by weight) of azithromycin dihydrate.

The term "substantially pure" when referring to a designated crystalline form of azithromycin means that the des-

US 6,977,243 B2

5

ignated crystalline form contains less than 20% (by weight)
of residual components such as alternate polymorphic or
isomorphic crystalline form(s) of azithromycin. It is pre-
ferred that a substantially pure form of azithromycin contain
less than 10% (by weight) of alternate polymorphic or
isomorphic crystalline forms of azithromycin, more pre-
ferred is less than 5% (by weight) of alternate polymorphic
or isomorphic crystalline forms of azithromycin, and most
preferably less than 1% (by weight) of alternate polymor-
phic or isomorphic crystalline forms of azithromycin.

The term "substantially in the absence of azithromycin
dihydrate" when referring to bulk crystalline azithromycin
or a composition containing crystalline azithromycin means
the crystalline azithromycin contains less than about 5% (by
weight) azithromycin dihydrate, more preferably less than
about 3% (by weight) azithromycin dihydrate, and most
preferably less than 1% (by weight) azithromycin dihydrate.

As used herein, unless otherwise indicated, the term
"bacterial infection(s)" or "protozoa infection" includes
bacterial infections and protozoa infections and diseases
caused by such infections that occur in mammals, fish and
birds as well as disorders related to bacterial infections and
protozoa infections that may be treated or prevented by
administering antibiotics such as the compound of the
present invention. Such bacterial infections and protozoa
infections and disorders related to such infections include,
but are not limited to, the following: pneumonia, otitis
media, sinusitis, bronchitis, tonsillitis, and mastoiditis
related to infection by Streptococcus pneumoniae, Haemo-
philus influenzae, Moraxella catarrhalis, Staphylococcus
aureus, or Peptostreptococcus spp.; pharyngitis, rheumatic
fever, and glomerulonephritis related to infection by Strep-
tococcus pyogenes, Groups C and G streptococci,
Clostridium diptheriae, or Actinobacillus haemolyticum;
respiratory tract infections related to infection by Myco-
plasma pneumoniae, Legionella pneumophila, Streptococ-
cus pneumoniae, Haemophilus influenzae, or Chlamydia
pneumoniae; uncomplicated skin and soft tissue infections,
abscesses and osteomyelitis, and puerperal fever related to
infection by Staphylococcus aureus, coagulase-positive sta-
phylococci (i.e., S. epidermidis, S. hemolyticus, etc.), Strep-
tococcus pyogenes, Streptococcus agalactiae, Streptococcal
groups C-F (minute-colony streptococci), viridans
streptococci, Corynebacterium minutissimum, Clostridium
spp., or Bartonella henselae; uncomplicated acute urinary
tract infections related to infection by Staphylococcus
saprophyticus or Enterococcus spp.; urethritis and cervicitis;
and sexually transmitted diseases related to infection by
Chlamydia trachomatis, Haemophilus ducreyi, Treponema
pallidum, Ureaplasma urealyticum, or Neiserria gonor-
rheae; toxin diseases related to infection by S. aureus (food
poisoning and Toxic shock syndrome), or Groups A, B, and
C streptococci; ulcers related to infection by Helicobacter
pylori; systemic febrile syndromes related to infection by
Borrelia recurrentis; Lyme disease related to infection by
Borrelia burgdorferi; conjunctivitis, keratitis, and dacrocys-
titis related to infection by Chlamydia trachomatis, Neis-
seria gonorrhoeae, S. aureus, S. pneumoniae, S. pyogenes,
H. influenzae, or Listeria spp.; disseminated Mycobacterium
avium complex (MAC) disease related to infection by Myco-
bacterium avium, or Mycobacterium intracellulare; gastro-
enteritis related to infection by Campylobacter jejuni; intes-
tinal protozoa related to infection by Cryptosporidium spp.;
odontogenic infection related to infection by viridans strep-
tococci; persistent cough related to infection by Bordetella
pertussis; gas gangrene related to infection by Clostridium
perfringens or Bacteroides spp.; and atherosclerosis related

6

to infection by Helicobacter pylori or Chlamydia pneumo-
niae. Also included are atherosclerosis and malaria. Bacte-
rial infections and protozoa infections and disorders related
to such infections that may be treated or prevented in
animals include, but are not limited to, the following: bovine
respiratory disease related to infection by P. haem., P.
multocida, Mycoplasma bovis, or Bordetella spp.; cow
enteric disease related to infection by E. coli or protozoa
(i.e., coccidia, cryptosporidia, etc.); dairy cow mastitis
related to infection by Staph. aureus, Strep. uberis, Strep.
agalactiae, Strep. dysgalactiae, Klebsiella spp.,
Corynebacterium, or Enterococcus spp.; swine respiratory
disease related to infection by A. pleuro., P. multocida, or
Mycoplasma spp.; swine enteric disease related to infection
by E. coli, Lawsonia intracellularis, Salmonella, or Ser-
pulina hyodyisinteriae; cow footrot related to infection by
Fusobacterium spp.; cow metritis related to infection by E.
coli; cow hairy warts related to infection by Fusobacterium
necrophorum or Bacteroides nodosus; cow pink-eye related
to infection by Moraxella bovis; cow premature abortion
related to infection by protozoa (i.e. neosporium); urinary
tract infection in dogs and cats related to infection by E. coli;
skin and soft tissue infections in dogs and cats related to
infection by Staph. epidermidis, Staph. intermedius, coagu-
lase neg. Staph. or P. multocida; and dental or mouth
infections in dogs and cats related to infection by Alcali-
genes spp., Bacteroides spp., Clostridium spp., Enterobacter
spp., Eubacterium, Peptostreptococcus, Porphyromonas, or
Prevotella. Other bacterial infections and protozoa infec-
tions and disorders related to such infections that may be
treated or prevented in accord with the method of the present
invention are referred to in J. P. Sanford et al., "The Sanford
Guide To Antimicrobial Therapy," 26th Edition,
(Antimicrobial Therapy, Inc., 1996).

The present invention also includes isotopically-labeled
compounds wherein one or more atoms are replaced by an
atom having an atomic mass or mass number different from
the atomic mass or mass number usually found in nature.
Examples of isotopes that can be incorporated into com-
pounds of the invention include isotopes of hydrogen,
carbon, nitrogen, oxygen, phosphorous, sulfur, fluorine and
chlorine, such as $^2H$, $^3H$, $^{13}C$, $^{14}C$, $^{15}N$, $^{18}O$, and $^{17}O$. Such
radiolabelled and stable-isotopically labelled compounds are
useful as research or diagnostic tools.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a calculated powder X-ray diffraction pattern of
azithromycin form A. The scale of the abscissa is degrees
2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 2 is an experimental powder X-ray diffraction pat-
tern of azithromycin form A. The scale of the abscissa is in
degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 3 is an overlay of FIGS. 1 and 2 with the calculated
diffraction patterns of azithromycin form A (FIG. 1) on the
bottom and the experimental diffraction pattern of azithro-
mycin form A (FIG. 2) on the top. The scale of the abscissa
is in degrees 2-theta (2 θ). The ordinate is the intensity in
counts.

FIG. 4 is a calculated powder X-ray diffraction pattern of
azithromycin form C. The scale of the abscissa is in degrees
2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 5 is a calculated powder X-ray diffraction pattern of
azithromycin form D. The scale of the abscissa is in degrees
2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 6 is an experimental powder X-ray diffraction pat-
tern of azithromycin form D. The scale of the abscissa is in
degrees 2-theta (2 θ). The ordinate is the intensity in counts.

US 6,977,243 B2

7

FIG. 7 is an overlay of FIGS. 5 and 6 with the calculated diffraction pattern of azithromycin form D (FIG. 5) on the bottom and the experimental diffraction pattern of azithromycin form D (FIG. 6) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 8 is a calculated powder X-ray diffraction pattern of azithromycin form E. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 9 is a calculated powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 10 is an experimental powder X-ray diffraction pattern of azithromycin form F. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 11 is an overlay of FIGS. 9 and 10 with the calculated diffraction pattern of azithromycin form F (FIG. 9) on the bottom and the experimental diffraction pattern of azithromycin form F (FIG. 10) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 12 is a calculated powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity is counts.

FIG. 13 is an experimental powder X-ray diffraction pattern of azithromycin form G. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 14 is an overlay of FIGS. 12 and 13 with the calculated diffraction pattern of azithromycin form G (FIG. 12) on the bottom and the experimental diffraction pattern of azithromycin form G (FIG. 13) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 15 is a calculated powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 16 is an experimental powder X-ray diffraction pattern of azithromycin form J. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 17 is an overlay of FIGS. 15 and 16 with the calculated diffraction pattern of azithromycin form J (FIG. 15) on the bottom and the experimental diffraction pattern of azithromycin form J (FIG. 16) on the top. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 18 is an experimental powder X-ray diffraction pattern of azithromycin form M. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 19 is an experimental powder X-ray diffraction pattern of azithromycin form N. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 20 is an experimental powder X-ray diffraction pattern of amorphous azithromycin. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 21 is a $^{13}$C solid state NMR spectrum of azithromycin form A.

FIG. 22 is a $^{13}$C solid state NMR spectrum of azithromycin form D.

8

FIG. 23 is a $^{13}$C solid state NMR spectrum of azithromycin form F.

FIG. 24 is a $^{13}$C solid state NMR spectrum of azithromycin form G.

FIG. 25 is a $^{13}$C solid state NMR spectrum of azithromycin form J.

FIG. 26 is a $^{13}$C solid state NMR spectrum of azithromycin form M.

FIG. 27 is a $^{13}$C solid state NMR spectrum of azithromycin form N.

FIG. 28 is a $^{13}$C solid state NMR spectrum of amorphous azithromycin.

FIG. 29 is a $^{13}$C solid state NMR spectrum of a pharmaceutical tablet containing form G azithromycin.

FIG. 30 is an experimental powder X-ray diffraction pattern of azithromycin form Q. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 31 is an experimental powder X-ray diffraction pattern of azithromycin form R. The scale of the abscissa is in degrees 2-theta (2 θ). The ordinate is the intensity in counts.

FIG. 32 is a $^{13}$C solid state NMR spectrum of azithromycin form H.

FIG. 33 is a $^{13}$C solid state NMR spectrum of azithromycin form R.

## DETAILED DESCRIPTION OF THE INVENTION

Azithromycin has been found to exist in different crystalline forms. A dihydrate, form A, and a non-stroichiometric hydrate, form B, are disclosed in European Patent EP 298 650 and U.S. Pat. No. 4,512,359, respectively. Sixteen other forms have been discovered, namely forms C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q and R. These forms are either hydrates or hydrate/solvates of azithromycin free base. Forms L and K are the metastable lower hydrate forms of A, detected at high temperature. Crystal structures of forms A, C, D, E, F, G, H, J and O have been solved. The structural data of these crystal forms are given below:

TABLE 1

| Crystallographic data of azithromycin form A. | |
| --- | --- |
| | Form A |
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot 2H_2O$ |
| Formula weight | 785.2 |
| Crystal size (mm) | 0.19 × 0.24 × 0.36 |
| Space group | P2$_1$2$_1$2$_1$ orthorhombic |
| Unit cell dimensions | a = 14.735 (5) Å |
| | b = 16.844 (7) Å |
| | c = 17.81 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.18 |
| R | 0.060 |

US 6,977,243 B2

9 | 10

### TABLE 2

Crystallographic data of azithromycin form C.

| Form C | |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O$ |
| Formula weight | 767.15 |
| Crystal size (mm) | 0.16 × 0.16 × 0.19 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.809 (3) Å |
| | b = 12.4750 (8) Å |
| | c = 45.59 (3) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.01 |
| R | 0.106 |

### TABLE 3

Crystallographic data of azithromycin form D.

| Form D | |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_6H_{12}$ |
| Formula weight | 853.13 |
| Crystal size (mm) | 0.52 × 0.32 × 0.16 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.8710 (10) Å |
| | b = 12.506 (2) Å |
| | c = 45.697 (7) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0663 |

### TABLE 4

Crystallographic data of azithromycin form E.

| Form E | |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot C_4H_8O$ |
| Formula weight | 839.7 |
| Crystal size (mm) | 0.17 × 0.19 × 0.20 |
| Space group | $P2_12_12_1$ orthorhombic |
| Unit cell dimensions | a = 8.869 (3) Å |
| | b = 12.086 (3) Å |
| | c = 46.00 (1) Å |
| | α = 90° |
| | β = 90° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.087 |

### TABLE 5

Crystallographic data of azithromycin form F.

| Form F | |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_4O$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 790.2 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.281 (2) Å |
| | b = 16.293(1) Å |
| | c = 18.490 (3) Å |

### TABLE 5-continued

Crystallographic data of azithromycin form F.

| Form F | |
|---|---|
| | α = 90° |
| | β = 109.33(1)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.13 |
| R | 0.0688 |

### TABLE 6

Crystallographic data of azithromycin form G.

| Form G | |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 1.5H_2O$ |
| Formula weight | 776.0 |
| Crystal size (mm) | 0.04 × 0.20 × 0.24 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.4069(3) Å |
| | b = 16.2922(8) Å |
| | c = 18.3430 (9) Å |
| | α = 90° |
| | β = 110.212(2)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.12 |
| R | 0.0785 |

### TABLE 7

Crystallographic data of azithromycin form H.

| Form H | |
|---|---|
| Empirical formula | $C_{38}H_{72}N_2O_{12} \cdot H_2O \cdot 0.5C_2H_4O_2$ |
| Crystal size (mm) | 0.14 × 0.20 × 0.24 |
| Formula weight | 805.0 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.177 (1) Å |
| | b = 16.241 (2) Å |
| | c = 18.614 (1) Å |
| | α = 90° |
| | β = 108.34 (1)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 3.15 |
| R | 0.0687 |

### TABLE 8

Crystallographic data of azithromycin form J.

| Form J | |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 0.5C_3H_8O$ |
| Formula weight | 796.0 |
| Crystal size (mm) | 0.40 × 0.36 × 0.20 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.191(6) Å |
| | b = 16.237(10) Å |
| | c = 18.595(14) Å |
| | α = 90° |
| | β = 108.92(4)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0789 |

US 6,977,243 B2

| 11 | | 12 |

US 6,977,243 B2

### TABLE 8A

Crystallographic data of azithromycin form O.

| | Form O |
|---|---|
| Formula | $C_{38}H_{72}N_2O_{12} \cdot 0.5H_2O \cdot 0.5C_6H_{16}O$ |
| Formula weight | 795.04 |
| Crystal size (mm) | 0.40 x 0.36 x 0.20 |
| Space group | $P2_1$ monoclinic |
| Unit cell dimensions | a = 16.3602(11) Å |
| | b = 16.2042(11) Å |
| | c = 18.5459(12) Å |
| | α = 90° |
| | β = 109.66(10)° |
| | γ = 90° |
| Z (per formula) | 4 |
| Density (g/cm³) | 1.14 |
| R | 0.0421 |

Among these sixteen crystal forms, two isomorphic families are identified. Family I includes forms F, G, H, J, M, N, O, and P. Family II includes forms C, D, E and R. Form Q is distinct from families I and II. The forms within a family are isomorphs that crystallize in the same space group with slight variation of cell parameters and comprise chemically related structures but different elemental composition. In this case, the variation in chemical composition among the isomorphs arises from incorporation of different water/solvent molecules. Consequently, the isomorphs display similar but non-identical X-ray diffraction patterns and solid-state NMR spectra (ssNMR). Other techniques such as near infrared spectroscopy (NIR), differential scanning calorimetry (DSC), gas chromatography (GC), thermalgravimetric analysis (TGA), or thermalgravimetric analysis/infrared spectroscopy analysis (TG-IR), Karl Fischer water analysis (KF) and molecular modeling/visualization provide data for affirmative identification of isomorphs. Dehydration/desolvation temperatures were determined by DSC with a heating rate of 5° C./min

Form C

This crystal form was identified from a single crystal structure (Table 2)—a monohydrate of azithromycin. It has the space group of P2₁2₁2₁, and similar cell parameters as that of forms D and E; therefore, it belongs to Family II isomorphs. Its calculated powder pattern is similar to that of forms D and E.

Form D

Form D was crystallized from cyclohexane. The single crystal structure of form D shows a stoichiometry of a monohydrate/monocyclohexane solvate of azithromycin (Table 3). Cyclohexane molecules were found to be disordered in the crystal lattice. From single crystal data, the calculated water and cyclohexane content of form D is 2.1 and 9.9%, respectively. Both the powder pattern and the calculated powder pattern of form D are similar to those of forms C and E. The powder samples of form D showed a desolvation/dehydration endotherm with an onset temperature of about 87° C. and a broad endotherm between 200–280° C. (decomposition) in DSC analysis at 5°C./min from 30–300° C.

Form D is prepared by slurrying azithromycin in cyclohexane for 2–4 days. The solid form D azithromycin is collected by filtration and dried.

Form E

Form E was obtained as a single crystal collected in a THF/water medium. It is a monohydrate and mono-THF solvate by single crystal analysis (Table 4). By its single crystal structure, the calculated PXRD pattern is similar to that of form C and form D making it a family II isomorph.

Form E is prepared by dissolving azithromycin in THF (tetrahydrofuran). Diffusing water vapor through saturated azithromycin THF solution over time yields crystals of Form E.

Form F

The single crystal of form F crystallized in a monoclinic space group, P2₁, with the asymmetric unit containing two azithromycin, two waters, and one ethanol, as a monohydrate/hemi-ethanolate (Table 5). It is isomorphic to all family I azithromycin crystalline forms. The calculated PXRD pattern of this form is similar to those of other family I isomorphs. The theoretical water and ethanol contents are 2.3 and 2.9%, respectively. The powder samples show a dehydration/desolvation endotherm at an onset temperature between 110–125° C. Form F is prepared by dissolving azithromycin in ethanol (1–3 volumes by weight) at a temperature of about 50–70° C. Upon complete dissolution, the solution is cooled to subambient temperature to cause precipitation. The volume of ethanol can be reduced by vacuum distillation with stirring for 1–2 hours to increase the yield. Alternatively, water (optionally chilled to 0–20° C.) about 0.1–2 volume can be added with collection of solids within 30 minute after water addition. Cooling the ethanol solution of azithromycin prior to the addition of water to below below 20° C., preferably below 15° C., more preferably below 10, and most preferably 5° C. results in substantially pure azithromycin form F. The solid form F azithromycin is collected by filtration and dried.

Form G

The single crystal structure of form G consists of two azithromycin molecules and three water molecules per asymmetric unit (Table 6). This corresponds to a sesquihydrate with a theoretical water content of 3.5%. The water content of powder samples of form G ranges from about 2.5 to about 6%. The total residual organic solvent is less than 1% of the corresponding solvent used for crystallization, which is well below stoichiometric quantities of solvate. This form dehydrates with an onset temperature of about 110–120° C.

Form G may be prepared by adding azithromycin to a premixed organic solvent/water mixture (1/1 by volume), where the organic solvent can be methanol, acetone, acetonitrile, ethanol or isopropanol. The mixture is stirred and heated to an elevated temperature, e.g. 45–55° C. for 4–6 hours to cause dissolution. Precipitation occurs during cooling to ambient temperature. The solid form G azithromycin is collected by filtration and dried.

Form H

This crystal form is a monohydrate/hemi-propylene glycol solvate of azithromycin free base (Table 7). It was isolated from a formulation solution containing propylene glycol. The crystal structure of form H is isomorphic to crystal forms of Family I.

Azithromycin form H is prepared by dissolving azithromycin dihydrate in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water is added and precipitation occurs. The slurry is stirred for 24 hours and the solids are filtered and air-dried at ambient temperature to afford crystalline Form H.

Form J

Form J is a monohydrate/hemi n-propanol solvate (Table 8). The calculated solvent content is about 3.8% n-propanol and about 2.3% water. The experimental data shows from about 2.5 to about 4.0% n-propanol and from about 2.5 to about 3% water content for powder samples. Its PXRD pattern is very similar to those of its isomorphs F, G, H, M and N. Like F and G, the powder samples have a dehydration/desolvation endotherm at 115–125° C.

US 6,977,243 B2

13

Form J is prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25–55° C. Water, about 6–7 volumes, is added at room temperature and the slurry is continuously stirred for 0.5–2 hours. The solid form J azithromycin is collected by filtration and dried.

Form K

The PXRD pattern of form K was found in a mixture of azithromycin form A and microcrystalline wax after annealing at 95° C. for 3 hours. It is a lower hydrate of form A and is a metastable high temperature form.

Form L

This form has only been observed upon heating the dihydrate; form A. In variable temperature powder X-ray diffraction (VT-PXRD) experiments, a new powder X-ray diffraction pattern appears when form A is heated to about 90° C. The new form, designated form L, is a lower hydrate of form A because form A loses about 2.5 weight % at 90° C. by TGA, thus corresponding to a conversion to a mono-hydrate. When cooled to ambient temperature, form L rapidly reverts to form A.

Form M

Isolated from an isopropanol/water slurry, form M incorporates both water and isopropanol. Its PXRD pattern and ss-NMR spectrum are very similar to those of Family I isomorphs, indicating that it belongs to Family I. By analogy to the known crystal structures of Family I isomorphs, the single crystal structure of form M would be a monohydrate/hemi-isopropanolate. The dehydration/desolvation temperature of form M is about 115–125° C.

Form M may be prepared by dissolving azithromycin in 2–3 volumes of isopropanol (IPA) at 40–50° C. The solution is cooled to below 15° C., preferably below 10° C., more preferably about 5° C. and 2–4 volumes of cold water about 5° C. are added to effect precipitation. Seeds of form M crystals may be added at the onset of crystallization. The slurry is stirred less than about 5 hours, preferably less than about 3 hours, more preferably less than about 1 hour and most preferably about 30 minutes or less and the solids are collected by filtration. The solids may be reslurried in isopropanol. This procedure provides form M substantially in the absence of azithromycin dihydrate.

Form N

Isolated from water/ethanol/isopropanol slurry of form A, form N crystals may contain variable amounts of the crystallization solvents and water. Its water content varies from about 3.4 to about 5.3 weight percent. Analysis by GC Headspace reveals a variable solvent content of ethanol and isopropanol. The total solvent content of form N samples is usually lower than about 5% depending on the conditions of preparation and drying. The PXRD pattern of form N is similar to that of forms F, G, H, J and M of the Family I isomorphs. The dehydration/desolvation endotherm(s) of the samples of form N may be broader and may vary between 110–130° C.

Form N azithromycin may be prepared by recrystallizing azithromycin from a mixture of azithromycin crystal lattice-incorporating organic solvents and water, such as ethanol, isopropanol, n-propanol, acetone, acetonitrile etc. The solvent mixture is heated to 45–60° C. and azithromycin is added to the heated solvent mixture, up to a total of about 4 volumes. Upon dissolution, 1–3 volumes of water are added with continuous agitation at 45–60° C. Form N azithromycin precipitates as a white solid. The slurry is allowed to cool to ambient temperature with stirring. Solid form N azithromycin is isolated by filtration and dried.

Form O

This crystal form is a hemihydrate hemi-n-butanol solvate of azithromycin free base by single crystal structural data

14

(Table 8A). It was isolated from n-butanol solution of azithromycin with diffusion of antisolvent. The crystal structure of form O is isomorphic to crystal forms of Family I. Azithromycin is completely dissolved in n-butanol. Addition of an antisolvent, such as hexane, water, IPE or other non-solvent, by diffusion results in precipitation of Form O.

Form P

This is a proposed crystal form, being a hemihydrate hemi-n-pentanol solvate of azithromycin free base. It can be isolated from an n-pentanol solution of azithromycin with diffusion of an antisolvent. The crystal structure of form P is isomorphic to crystal forms of Family I.

Form P of azithromycin may be prepared as following: Azithromycin is completely dissolved in n-pentanol; addition of an antisolvent, such as hexane, water, isopropyl ether (IPE) or other non-solvent, by diffusion results in precipitation of Form P.

Form Q

The crystal form of Q exhibits a unique powder X-ray diffraction pattern. It contains about 4% water and about 4.5% THF, being a hydrate hemi THF solvate. The main dehydration/desolvation temperature is from about 80 to about 110° C.

Azithromycin dihydrate is dissolved in 6 volumes of THF and 2 volumes of water are added. The solution is allowed to evaporate to dryness at ambient conditions to afford crystalline Form Q.

Form R

This crystalline form is prepared by adding amorphous azithromycin to 2.5 volumes of tert-butyl methyl ether (MTBE). The resulting thick white suspension is stirred 3 days at ambient conditions. Solids are collected by vacuum filtration and air dried. The resulting bulk azithromycin form R has a theoretical water content of 2.1 weight % and a theoretical methyl tert-butyl ether content of 10.3 weight %.

Due to the similarity in their structures, isomorphs have propensity to form a mixture of the forms within a family, sometimes termed as 'mixed crystals' or 'crystalline solid solution'. Form N is such a solid crystalline solution and was found to be a mixture of Family I isomorphs by solvent composition and solid-state NMR data.

Both Family I and Family II isomorphs are hydrates and/or solvates of azithromycin. The solvent molecules in the cavities have tendency to exchange between solvent and water under specific conditions. Therefore, the solvent/water content of the isomorphs may vary to a certain extent.

The crystal forms of isomorphic Family I are more stable than form A when subjected to heating. Forms F, G, H, J, M and N showed higher onset dehydration temperatures at 110–125° C. 110–125° C. than that of form A with an onset dehydration temperature at about 90 to about 110° C. and simultaneous solid-state conversion to form L at about 90° C.

Amorphous Azithromycin

All crystal forms of azithromycin contain water or solvent(s) or both water and solvent(s). When water and solvent(s) are removed from the crystalline solids, azithromycin becomes amorphous. Amorphous solids have advantages of high initial dissolution rates.

The starting material for the synthesis of the various crystal forms in the examples below was azithromycin dihydrate unless otherwise noted. Other forms of azithromycin such as amorphous azithromycin or other non-dihydrate crystalline forms of azithromycin may be used.

EXAMPLES

Example 1

Preparation of Form D

Form D was prepared by slurrying azithromycin dihydrate in cyclohexane for 2–4 days at an elevated temperature, e.g.

US 6,977,243 B2

15

25–50° C. The crystalline solids of form D were collected by filtration and dried.

## Example 2

### Preparation of Form F

2A;

Azithromycin dihydrate was slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution was allowed to cool gradually to 2–5° C. and one volume of chilled water was added The crystalline solids were collected shortly (preferably less than 30 minutes) after addition of water by vacuum filtration.

2B;

Azithromycin dihydrate is slowly added to one volume of warm ethanol, about 70° C., and stirred to complete dissolution at 65 to 70° C. The solution is allowed to cool gradually to 2–5° C. and ethanol volume may be reduced by vacuum distillation. Seeds of Form F 1–2% wt may be introduced to facilitate the crystallization. After stirring up to 2 hours the crystalline solids are collected by vacuum filtration. The isolation of the crystals yields substantially pure form F azithromycin, form F azithromycin substantially free of form G azithromycin and form F azithromycin substantially free of azithromycin dihydrate.

## Example 3

### Preparation of Form G

A reaction vessel was charged with form A azithromycin. In a separate vessel, 1.5 volumes methanol and 1.5 volumes water were mixed. The solvent mixture was added to the reaction vessel containing the form A azithromycin. The slurry was stirred with heating to 50° C. for approximately 5 hours. Heating was discontinued and the slurry was allowed to cool with stirring to ambient temperature. The form G azithromycin was collected by filtration and allowed to air dry for approximately 30 minutes. The collected form G azithromycin was further dried in a vacuum oven at 45° C. This procedure yields substantially pure form G azithromycin, and form G azithromycin substantially free of azithromycin dihydrate.

## Example 4

### Preparation of Form J

Form J was prepared by dissolving azithromycin in 4 volumes of n-propanol at a temperature of about 25° C. Water (6.7 volumes) was added and the slurry is continuously stirred for 1 hour, followed by cooling to about 0° C. The solid form J azithromycin was collected by filtration and dried.

## Example 5

### Preparation of Form M Substantially in the Absence of Azithromycin Dihydrate

5A;

Azithromycin dihydrate is completely dissolved in 2 volumes of warm isopropanol 40–50° C. Seeds of Form M may be optionally introduced to facilitate the crystallization. The solution is then cooled to 0–5° C. and 4 volumes of chilled water are added and the solids are collected by vacuum filtration. The solids are resluriied in 1 volume of isopropanol for 3–5 hours at 40–45° C. and then cooled to 0–5° C. The crystalline solids are collected shortly

16

(about 15 minutes) after addition of water by vacuum filtration. The solids are resluried in 0.5 to 1 volume of isopropanol at 25–40° C. and cooled to about 5° C. followed by filtration to collect solids of form M.

These procedures yield substantially pure form M azithromycin, form M azithromycin substantially free of form G azithromycin and form M azithromycin substantially free of azithromycin dihydrate

## Example 6

### Preparation of Form N

Two volumes of ethanol and 2 volumes of isopropanol were added to a reaction vessel and heated to 50° C. Azithromycin form A was added with stirring to the heated ethanol/isopropanol mixture to yield a clear solution. The reaction vessel was charged with 2 volumes distilled water (ambient temperature). Stirring was continued at 50° C. and solid form N azithromycin precipitated after approximately 1 hr. Heating was discontinued 5 hours after the addition of the water. The slurry was allowed to cool to ambient temperature. Precipitated form N azithromycin was collected by filtration and dried for 4 hours in vacuum oven at 45° C.

## Example 7

### Preparation of Amorphous Azithromycin

Crystalline form A azithromycin was heated to 110–120° C. in an oven for overnight under vacuum. The amorphous solids were collected and stored with desiccant as needed.

## Example 8

### Preparation of Form H

Azithromycin dihydrate or other crystal forms was dissolved in 6 volumes of propylene glycol. To the resulting propylene glycol solution of azithromycin, 2 volumes of water were added and precipitation occurred. The slurry was stirred for 24 hours and the solids were filtered and air-dried at ambient temperature to afford crystalline Form H.

## Example 9

### Preparation of Form Q

The crystalline powder was prepared by dissolving 500 mg azithromycin Form A in 2 ml THF. To the clear, colorless solution at room temperature was added 1 ml water. When the solution became cloudy an additional 1 ml THF was added to dissolve the azithromycin completely, and the solution was stirred at ambient temperature. Solvent was allowed to evaporate over 7 days, after which the dry solids were collected and characterized.

## Example 10

### Powder X-ray Diffraction Analysis

Powder patterns were collected using a Bruker D5000 diffractometer (Madison, Wis.) equipped with copper radiation, fixed slits (1.0, 1.0, 0.6 mm), and a Kevex solid state detector. Data was collected from 3.0 to 40.0 degrees in 2 theta using a step size of 0.04 degrees and a step time of 1.0 seconds. The results are summarized in Table 9.

The experimental PXRD diffraction pattern of azithromycin A is given in FIG. 2.

The experimental PXRD diffraction pattern of azithromycin form D is given in FIG. 6.

US 6,977,243 B2

17 | 18

The experimental PXRD diffraction pattern of azithromycin F is given in FIG. 10.

The experimental PXRD diffraction pattern of azithromycin form G is given in FIG. 13.

The experimental PXRD diffraction pattern of azithromycin form J is given in FIG. 16.

The experimental PXRD diffraction pattern of azithromycin form M is given in FIG. 18.

The experimental PXRD diffraction pattern of azithromycin form N is given in FIG. 19.

The experimental PXRD diffraction pattern of amorphous azithromycin is given in FIG. 20.

The experimental PXRD diffraction pattern of azithromycin form Q is given in FIG. 30.

The experimental PXRD diffraction pattern of azithromycin form R is given in FIG. 31.

The experimental variability from sample to sample is about ±0.2° in 2 theta, and the same variations were observed between the calculated powder from single crystal structure and experimental data. Detailed analysis showed that the isomorphs in Family 1 can be discerned by PXRD with sets of characteristic peaks given in Table 9.

TABLE 9

Azithromycin Powder X-ray Diffraction Peaks in 2-theta ±0.2°

| A | D | F | G | J | M | N | Q |
|---|---|---|---|---|---|---|---|
| 7.2 | _3.9_ | 5.7 | 5.0 | 5.0 | 5.0 | _6.2_ | 5.7 |
| 7.9 | 7.3 | _6.2_ | 5.8 | 5.7 | 5.6 | 7.3 | 6.1 |
| _9.3_ | 7.7 | _7.4_ | _6.2_ | _6.2_ | _6.2_ | 7.8 | _6.8_ |
| 9.9 | _10.1_ | 7.8 | 7.4 | 7.3 | 7.3 | 9.8 | _8.4_ |
| 11.2 | _18.6_ | 8.9 | 7.9 | 7.8 | 7.8 | _11.2_ | 9.5 |
| 12.0 | 11.5 | 9.8 | 9.8 | 8.2 | 8.2 | 11.9 | 10.6 |
| 12.7 | 12.3 | 10.3 | 10.2 | 9.7 | 9.8 | 12.5 | 11.2 |
| _13.0_ | 12.8 | _11.2_ | 10.8 | 10.3 | 10.2 | _14.0_ | 11.5 |
| 14.0 | 13.6 | _11.5_ | _11.2_ | _11.2_ | _11.2_ | _14.3_ | 12.4 |
| 15.6 | 14.5 | 11.9 | _11.6_ | _11.4_ | 11.9 | _14.7_ | 12.7 |
| 16.0 | 15.4 | 12.2 | 12.0 | 11.9 | 12.2 | 15.3 | 13.4 |
| 16.4 | 15.6 | 12.5 | 12.5 | 12.3 | 12.5 | 15.7 | 13.6 |
| 16.8 | 16.9 | _13.9_ | 13.3 | 12.5 | 14.0 | _16.1_ | 14.1 |
| 17.5 | 18.3 | _14.3_ | _14.0_ | _13.9_ | _14.6_ | _16.6_ | 14.4 |
| 18.2 | 19.0 | _14.7_ | _14.6_ | _14.2_ | 15.3 | _17.1_ | 14.9 |
| _18.7_ | 19.9 | _14.8_ | _14.6_ | _14.6_ | _15.8_ | _17.4_ | 16.3 |
| 19.1 | 20.8 | 15.3 | _14.9_ | 15.3 | _16.6_ | 18.5 | 17.2 |
| 19.8 | _21.4_ | 15.7 | 15.3 | 15.7 | _17.1_ | 19.0 | 18.2 |
| 20.5 | 21.6 | _16.2_ | 15.7 | _16.0_ | _17.5_ | 19.6 | 19.0 |
| 20.9 | 22.0 | _16.6_ | _16.2_ | _16.0_ | 16.4 | 20.0 | 19.3 |
| 21.2 | 23.0 | _17.1_ | _16.6_ | _17.0_ | 18.5 | 20.4 | 19.8 |
| 21.6 | 23.3 | _17.2_ | _17.2_ | _17.2_ | 19.1 | _21.0_ | _20.2_ |
| 21.8 | | _17.7_ | _17.4_ | _17.5_ | 19.6 | 21.8 | 20.5 |
| 24.0 | | 18.0 | _17.8_ | 18.1 | 20.0 | _22.5_ | 21.1 |
| | | 18.5 | 18.1 | 18.5 | 20.4 | 23.5 | 21.6 |
| | | 19.0 | 18.6 | 19.0 | _20.0_ | | 21.9 |
| | | 19.6 | 19.0 | 19.7 | 21.7 | | 22.2 |
| | | 20.0 | 19.6 | 20.0 | _22.1_ | | 23.6 |
| | | 20.5 | 20.0 | 20.4 | 23.2 | | 25.1 |
| | | _21.0_ | 20.5 | _20.9_ | 23.6 | | |
| | | 21.7 | _21.1_ | 21.7 | | | |
| | | 22.0 | 21.8 | 21.4 | | | |
| | | _22.4_ | _22.5_ | _22.6_ | | | |
| | | 22.6 | 23.5 | 23.3 | | | |
| | | 23.1 | | 23.5 | | | |
| | | 23.5 | | | | | |

The peaks underlined are the characteristic peaks among forms A, D, Family I and Q.
The peaks in italic and underlined are the sets of peaks that are characteristic within Family I isomorphs.

Family I isomorphs have the following common characteristics: the diffraction peaks at 6.2, 11.2, 21.0±0.1 and 22.5±0.1 degree in 2-theta. Each isomorph displays representative sets of diffraction peaks given in the following, and each set has characteristic spacing between the peaks.

The diffraction peak positions reported are accurate to within ±0.2 degree of 2-theta.

A representative PXRD pattern of form A is shown in FIG. 2. Form A displays peaks at 9.3, 13.0 and 18.7 degrees of 2-theta.

A representative PXRD pattern of form D is shown in FIG. 6. Form D displays peaks at 3.9, 10.1, 10.6 and 21.4 degrees of 2-theta.

A representative PXRD pattern of Form F is shown in FIG. 10. Form F displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.5; set 2 at 2-theta of 13.9, 14.3, 14.7 and 14.8; set 3 at 2-theta of 16.2, 16.6, 17.1, 17.2 and 17.7.

A representative PXRD pattern of Form G is shown in FIG. 13. Form G displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.6 2; set at 2-theta of 14.0, 14.4, 14.6 and 14.9; set 3 at 2-theta of 16.3, 16.6, 17.2, 17.4 and 17.8.

A representative PXRD pattern of Form J is shown in FIG. 16. Form J displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2 and 11.4; set 2 at 2-theta of 13.9, 14.2 and 14.6; set 3 at 2-theta of 16.0, 16.6, 17.0, 17.2 and 17.5.

A representative PXRD pattern of Form M is shown in FIG. 18. Form M displays the characteristic peaks of Family I and three sets of peaks, being set 1 at 2-theta of 11.2; set 2 at 2-theta of 14.0 and 14.6; set 3 at 2-theta of 15.9, 16.6, 17.1 and 17.5.

A representative PXRD pattern of Form N is shown in FIG. 19. Form N displays the characteristic peaks of Family I. The sets of peaks of form N are similar to those of forms F, G, J and M, being set 1 at 2-theta of 11.2 to 11.6; set 2 at 2-theta of 13.9 to 15.0; and set 3 at 2-theta of 15.9 to 17.9, with the peaks may vary slightly in position, intensity and width due to mixing of variable proportion of isomorphs in Family I.

A representative PXRD pattern of form Q is shown in FIG. 30. Form Q displays peaks at 2-theta of 6.8, 8.4 and 20.2 degree.

A representative PXRD pattern of form R is shown in FIG. 31.

Example 11

Single Crystal X-ray Analysis

Data were collected at room temperature using Bruker X-ray diffractometers equipped with copper radiation and graphite monochromators. Structures were solved using direct methods. The SHELXTL computer library provided by Bruker AXS, Inc facilitated all necessary crystallographic computations and molecular displays (SHELXTL™ Reference Manual, Version 5.1, Bruker AXS, Madison, Wis., U.S.A. (1997)).

Example 12

Calculation of PXRD Pattern from Single Crystal Data

To compare the results between a single crystal and a powder sample, a calculated powder pattern can be obtained from single crystal results. The XFOG and XPOW computer programs provided as part of the SHELXTL computer library were used to perform this calculation. Comparing the calculated powder pattern with the experimental powder pattern confirms whether a powder sample corresponds to an

US 6,977,243 B2

19

assigned single crystal structure (Table 9A). This procedure was performed on the crystal forms of azithromycin A, D, F, G, and J.

The calculated PXRD diffraction pattern of azithromycin form A is given in FIG. 1.

The calculated PXRD diffraction pattern of azithromycin form D is given in FIG. 5.

The calculated PXRD diffraction pattern of azithromycin form F is given in FIG. 9.

The calculated PXRD diffraction pattern of azithromycin form G is given in FIG. 12.

The calculated PXRD diffraction pattern of azithromycin form J is given in FIG. 15.

The results are displayed in the overlaid powder X-ray diffraction patterns for forms A, D, F, G, and J in FIGS. 3, 7, 11, 14 and 17, respectively. The lower pattern corresponds to the calculated powder pattern (from single crystal results) and the upper pattern corresponds to a representative experimental powder pattern. A match between the two patterns indicated the agreement between powder sample and the corresponding single crystal structure.

TABLE 9A

Caclusted and Experimental PXRD Peaks of Isomorphs of Family I

| F calculated | F experimental | G calculated | G experimental | J calculated | J experimental | M experimental |
|---|---|---|---|---|---|---|
|  |  | 5.2 | 5.0 |  |  |  |
|  |  | 5.7 | 5.8 | 5.8 | 5.7 | 5.6 |
| 6.3 | 6.2 | 6.2 | 6.2 | 6.3 | 6.2 | 6.2 |
| 7.4 | 7.4 | 7.5 | 7.4 | 7.4 | 7.3 | 7.3 |
| 7.9 | 7.8 | 7.9 | 7.9 | 7.9 | 7.8 | 7.8 |
| 8.8 | 8.9 | 8.9 | 9.3 | 8.3 | 8.2 | 8.2 |
| 9.9 | 9.8 | 9.9 | 9.9 | 9.8 | 9.7 | 9.8 |
| 10.3 | 10.3 |  | 10.2 | 10.4 | 10.3 | 10.2 |
| 10.9 |  | 10.9 | 10.8 |  |  |  |
| 11.3 | 11.2 | 11.3 | 11.2 | 11.2 | 11.2 | 11.2 |
| 11.5 | 11.4 | 11.6 | 11.6 | 11.4 | 11.4 | missing |
| 12.0 | 11.9 | 12.0 | 11.9 | 12.0 | 11.9 | 11.9 |
| 12.3 | 12.2 | 12.3 |  | 12.3 | 12.3 | 12.2 |
| 12.6 | 12.5 | 12.5 | 12.5 | 12.6 | 12.5 | 12.5 |
| 14.0 | 14.0 | 13.4 | 13.3 | 14.0 | 13.9 | 14.0 |
| 14.3 | 14.3 | 14.1 | 14.0 | 14.2 | 14.2 | missing |
|  |  | 14.4 | 14.4 |  |  |  |
| 14.7 | 14.7 | 14.7 | 14.6 | 14.7 | 14.6 | 14.6 |
| 14.9 | 14.8 | 14.9 | 14.9 | 14.8 |  |  |
| 15.4 | 15.3 | 15.4 | 15.3 | 15.3 | 15.3 | 15.3 |
| 15.8 | 15.7 | 15.7 | 15.7 | 15.8 | 15.7 | 15.9 |
| 16.2 | 16.2 | 16.3 | 16.3 | 16.0 | 16.0 | missing |
| 16.6 | 16.6 | 16.6 | 16.6 | 16.7 | 16.6 | 16.6 |
| 17.1 | 17.2 | 17.1 | 17.1 | 17.0 | 17.1 |  |
| 17.3 | 17.3 | 17.3 | 17.2 | 17.4 | 17.2 |  |
| 17.5 | 17.4 | 17.5 | 17.4 | 17.6 | 17.5 | missing |
| 17.7 | 17.7 | 17.9 | 17.8 | 17.9 |  | 17.5 |
| 18.0 | 18.0 | 18.1 | 18.1 | 18.2 | 18.1 | 18.4 |

20

TABLE 9A-continued

Caclusted and Experimental PXRD Peaks of Isomorphs of Family I

| F calculated | F experimental | G calculated | G experimental | J calculated | J experimental | M experimental |
|---|---|---|---|---|---|---|
| 18.6 | 18.5 | 18.7 | 18.7 | 18.5 | 18.5 | 18.5 |
| 19.1 | 19.0 | 19.1 | 19.0 | 19.1 | 19.0 | 19.1 |
| 19.7 | 19.6 | 19.6 | 19.6 | 19.8 | 19.7 | 19.6 |
| 20.0 | 20.0 | 20.0 | 20.0 | 20.1 | 20.0 | 20.0 |
| 20.5 | 20.4 | 20.6 | 20.5 | 20.5 | 20.4 | 20.4 |
| 22.1 | 21.0 | 21.2 | 21.0 | 20.8 | 20.9 | 20.9 |
| 21.8 | 21.7 |  | 21.6 | 21.6 | 21.7 | 21.7 |
| 22.1 | 22.0 | 21.8 | 21.8 | 21.8 |  |  |
| 22.5 | 22.4 | 22.3 | 22.2 | 22.5 | 22.4 | 22.5 |
| 22.7 | 22.6 | 22.5 | 22.5 | 22.8 | 22.6 |  |
| 23.1 | 23.1 | 22.9 |  | 23.4 | 23.3 | 23.2 |
| 23.6 | 23.5 | 23.5 | 23.5 | 23.7 | 23.5 | 23.6 |

Example 13

Solid State NMR Analysis

Solid State NMR Analysis

All $^{13}C$ solid state NMR spectra were collected on an 11.75 T spectrometer (Bruker Biospin, Inc., Billerica, Mass.), corresponding to 125 MHz $^{13}C$ frequency. The spectra were collected using a cross-polarization magic angle spinning (CPMAS) probe operating at ambient temperature and pressure. Depending on the quantity of sample analyzed, 7 mm BL or 4 mm BL Bruker probes were employed, accomodating 300 mg and 75 mg of sample with maximum speeds of 7 kHz and 15 kHz, respectively. Data were processed with an exponential line broadening function of 5.0 Hz. Proton decoupling of 65 kHz and 100 kHz were used with the 7 mm and 4 mm probes, respectively. A sufficient number of acquisitions were averaged out to obtain adequate signal-to-noise ratios for all peaks. Typically, 600 scans were acquired with recycle delay of 3.0 s (seconds), corresponding approximately to a 30 minute total acquisition time. Magic angle was adjusted using KBr powder according to standard NMR vendor practices. The spectra were referenced relative to either the methyl resonance of hexamethylbenzen (HMB) at 17.3 ppm or the upfield resonance of adamantane (ADM) at 29.5 ppm. HMB referenced spectra show chemical shifts of all peaks shifted down field by 0.08 ppm with respect to same spectra referenced to ADM. The spectral window minimally included the spectra region from 190 to 0 ppm. The results are summarized in Table 10. Ss-NMR spectra for forms M, H and R were referenced to ADM. Ss-NMR spectra for forms A, D, G, F, J and N were referenced to HMB. Forms H and R were spun at a rate of 15 kHz.

TABLE 10

$^{13}C$ ss-NMR chemical shifts of Azithromycin (±0.2 ppm)

| A | D | G | F | J | M | N | H | R |
|---|---|---|---|---|---|---|---|---|
| 178.1 | 178.1 | 179.5* | 179.5 | 179.6 | 179.6 | 179.6 | 179.5 | 177.9 |
| 104.1 | 103.9 | 105.2 | 278.6 | 178.4 | 105.6 | 178.7 | 178.7 | 104.6 |
| 98.4 | 95.1 | 103.5 | 105.5 | 105.5 | 103.4 | 105.6 | 105.4 | 103.6 |
| 84.6 | 84.2 | 95.0 | 103.4 | 103.4 | 94.9 | 103.6 | 103.2 | 95.3 |
| 82.6 | 79.4 | 86.2 | 94.9 | 95.0 | 86.7 | 95.0 | 95.0 | 85.4 |
| 79.3 | 78.9 | 83.1 | 86.4 | 86.4 | 82.9 | 86.5 | 86.4 | 84.0 |

US 6,977,243 B2

21                                                                22

TABLE 10-continued

| $^{13}$C ss-NMR chemical shifts of Azithromycin ($\pm 0.2$ ppm) | | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| A | D | G | F | J | M | N | H | R |
| 78.3 | 75.7 | 78.9 | 83.0 | 82.9 | 79.3 | 83.1 | 82.7 | 79.4 |
| 75.6 | 74.6 | 78.2 | 79.1 | 79.2 | 78.1 | 79.0 | 79.2 | 79.0 |
| 74.7 | 74.0 | 77.6 | 78.1 | 78.1 | 77.0 | 77.9 | 78.3 | 75.6 |
| 73.9 | 72.9 | 76.4 | 77.9 | 76.8 | 76.7 | 76.5 | 78.0 | 74.5 |
| 73.5 | 71.9 | 75.7 | 76.5 | 76.2 | 74.7 | 74.8 | 76.4 | 73.9 |
| 70.8 | 71.0 | 74.7 | 74.7 | 74.7 | 74.2 | 74.2 | 74.7 | 73.9 |
| 68.0 | 69.4 | 74.3 | 74.1 | 74.1** | 71.3 | 73.6 | 74.1 | 72.9 |
| 66.2 | 67.8 | 73.5 | 73.5 | 72.0 | 69.2 | 71.5 | 73.5 | 71.8 |
| 63.8 | 65.7 | 71.3 | 71.4 | 71.3 | 68.6 | 69.2 | 73.1 | 71.0 |
| 63.2 | 64.7 | 69.1 | 69.1 | 69.2 | 67.3 | 68.7 | 71.2 | 69.1 |
| 52.2 | 49.2 | 68.8 | 68.6 | 68.6 | 66.2 | 67.3 | 69.1 | 67.5 |
| 44.3 | 45.8 | 67.4 | 67.3 | 67.3** | 65.5 | 66.2 | 68.4 | 65.6 |
| 42.6 | 43.1 | 65.9 | 66.1 | 66.2** | 63.8 | 65.7 | 67.3 | 64.5 |
| 41.7 | 40.6 | 65.2 | 65.6 | 65.5** | 63.3 | 63.7 | 66.9 | 49.4 |
| 20.1 | 37.1 | 64.0 | 63.6 | 63.7 | 50.0 | _58.1_ | 66.1 | 45.7 |
| 35.4 | 36.4 | 63.3 | _58.0_ | 50.0 | 47.1 | 50.1 | 65.5* | 42.9 |
| 34.6 | 29.6 | 50.0 | 50.0 | 46.9 | 45.9 | 47.1 | 63.7* | 41.6 |
| _26.9_ | 29.3 | 46.9 | 47.0 | 45.9 | 44.7 | 46.0 | 49.9 | 40.4 |
| _26.3_ | 28.0 | 46.0 | 45.9 | 44.7 | 43.8 | 44.8 | 46.8 | 37.0 |
| 23.7 | 27.7 | 44.5 | 44.7 | 43.7 | 41.9 | 43.8 | 45.9 | 36.2 |
| 23.2 | 22.1 | 43.7 | 43.7 | 41.6 | 41.1 | 41.5 | 44.5 | 29.4 |
| 21.7 | 21.1 | 41.5 | 41.5 | 41.0 | 37.4 | 41.1 | 43.8* | 29.0 |
| 19.5 | 18.6 | 40.8 | 41.1 | 37.1 | 36.2 | 37.3 | 41.7 | 28.2 |
| 17.5 | 16.7 | 37.5 | 37.3 | 36.5** | 33.6 | 36.5 | 40.9 | 27.4 |
| 15.9 | 16.1 | 36.5 | 36.4 | 35.4** | 30.1 | 33.7 | 37.1 | 21.4 |
| _13.2_ | _10.6_ | 33.6 | 33.6 | 33.5 | 28.1 | 30.4 | 36.3 | 20.8 |
| _11.3_ | _9.0_ | 30.0 | 30.3 | 30.4 | 27.2 | 28.1 | 33.7 | 18.7 |
| _7.2_ | _8.6_ | 27.9 | 28.0 | 28.0 | _26.0_ | 27.2 | 33.3 | 16.5 |
| | | 27.3 | 27.1 | 27.1 | 23.2 | _26.0_ | 30.5* | 16.1 |
| | | 23.1 | 23.2 | _25.2_ | 22.8 | 23.2 | 27.9 | 15.7 |
| | | 22.5 | 22.6 | 23.2 | 22.5 | 22.6 | 27.1 | _10.3_ |
| | | 21.9 | 21.9 | 22.5** | 21.0 | 22.0 | 23.1 | _9.6_ |
| | | 20.9 | 20.8 | 21.9** | 20.2 | 20.8 | 22.6 | _8.9_ |
| | | 20.2 | 20.4 | 20.7 | 18.9 | 19.0 | 22.3 | _8.6_ |
| | | 18.8 | 18.9 | 18.9 | 17.4 | 16.9 | 21.9 | |
| | | 17.0 | 16.8 | 16.8 | 16.3 | 15.8 | 20.7 | |
| | | 16.0 | _17.2_ | 15.6** | 15.5 | 12.2 | 20.3 | |
| | | 12.2 | 15.7 | 12.1 | 12.1 | _9.9_ | 18.8 | |
| | | _10.4_ | 12.2 | _11.5_ | _10.3_ | _9.4_ | 17.1 | |
| | | _9.9_ | 10.1 | 12.1 | _9.6_ | _7.9_ | 16.6 | |
| | | _9.3_ | _9.8_ | 10.0 | _9.3_ | _6.6_ | 15.8 | |
| | | _7.6_ | _9.3_ | _9.3_ | _7.7_ | | 15.4 | |
| | | _6.5_ | _7.9_ | _8.1_ | _7.1_ | | 17.0 | |
| | | | _6.6_ | _6.8_** | | | _9.9_ | |
| | | | | | | | _9.1_ | |
| | | | | | | | _7.9_ | |
| | | | | | | | _7.0_ | |

The chemical shifts labeled in bold and underlined are the peaks or sets of peaks representative of each form. The chemical shifts labeled in italic are the solvent peaks that may be broad and variable (±0.4 ppm). The chemical shifts labeled with single asterisk may show splitting of <0.3 ppm. The chemical shifts labeled with double asterisks may show variation of ±0.3 ppm.

The chemical shifts reported are accurate to within ±0.2 ppm unless otherwise indicated.

A representative $^{13}$C ssNMR spectrum of form A is shown in FIG. 21. Form A displays a peak at 178.1 ppm, and peaks at 104.1, 98.4, 84.6, 26.9, 13.2, 11.3 and 7.2 ppm.

A representative $^{13}$C ssNMR spectrum of form D is shown in FIG. 22. Form D displays the highest chemical shift peak of 178.1 ppm and peaks at chemical shifts of 103.9, 95.1, 84.2, 10.6, 9.0 and 8.6 ppm.

A representative $^{13}$C ssNMR spectrum of form F is shown in FIG. 23. Form F has two chemical shift peaks at approximately 179.1±2 ppm, being 179.5 ppm and 178.6 ppm, and a set of 5 peaks at 10.1, 9.8, 9.3, 7.9, and 6.6 ppm, and ethanol peaks at 58.0±0.5 ppm and 17.2±0.5 ppm. The solvent peaks can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form G is shown in FIG. 24. Form G has the highest chemical shift

peak of 179.5 ppm, being a single peak with possible splitting of <0.3 ppm and a set of 5 peaks at 10.4, 9.9, 9.3, 7.6, 6.5 ppm.

A representative $^{13}$C ssNMR spectrum of form J is shown in FIG. 25. Form J has two chemical shift peaks at approximately 179.1±2 ppm, those being 179.6 ppm and 178.4 ppm, a set of 4 peaks at 10.0, 9.3, 8.1 and 6.8 ppm and n-propanol peaks at 11.5±0.5 ppm and 25.2±0.5 ppm. The solvent peak can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form M is shown in FIG. 26. Form M has one chemical shift peak at 179±1 ppm, being 179.6 ppm, peaks at 41.9, and 16.3 ppm, a set of 5 peaks at 10.3, 9.6, 9.3, 7.7 and 7.1 ppm and an isopropanol peak at 26.0±0.5 ppm. The solvent peak can be broad and relatively weak in intensity.

A representative $^{13}$C ssNMR spectrum of form N is shown in FIG. 27. Form N displays chemical shifts as a

US 6,977,243 B2

23

combination of isomorphs in Family I. The peaks may vary in chemical shift and in relative intensities and width due to the mixing of variable proportion of isomorphs contained in the form N crystalline solid solution.

A representative $^{13}$C ssNMR spectrum of amorphous form is shown in FIG. 28. The amorphous azithromycin displays broad chemical shifts. The characteristic chemical shifts have the peak positions at 179 and 11±0.5 ppm.

A summary of the observed ssNMR peaks for forms A, D, F, G, H, J, M, N and R azithromycin is given in Table 10.

Example 14

NMR Analysis of a Dosage Form

To demonstrate the ability of $^{13}$C ssNMR to identify the form of azithromycin contained in a pharmaceutical dosage form, coated azithromycin tablets containing form G azithromycin were prepared and analyzed by $^{13}$C ssNMR. Tablets were wet granulated and tabletted on an F-Press (Manesty, Liverpool, UK) using 0.262"×0.531" tooling. Tablets were formulated and tabletted to contain 250 mg of form G azithromycin with a total tablet weight of 450 mg using the formula given below. The tablets were uniformly coated with pink Opadry II® (mixture of lactose monohydrate, hydroxypropylmethylcellulose, titanium dioxide, Drug & Cosmetic red #30, and triacetin) (Colorcon, West Point, Pa.).

| Material | Percentage | Batch(g) |
|---|---|---|
| Azithromycin form "G" | 58.23 | 174.69 |
| Pregelatinized corn starch | 6.00 | 18.00 |
| Anhydrous dicalcium phosphate | 30.85 | 92.55 |
| Sodium croscarmellose | 2.00 | 6.00 |
| Magnesium stearate with 10% sodium lauryl sulfate | 2.92 | 8.76 |
| Total | 100.00 | 300.00 |

A coated tablet was gently crushed and the powdered sample was packed with a packing tool in solid state rotor containing no $^{13}$C background. Analysis of the sample was performed under conditions outlined in Example 13.

A representative $^{13}$C ssNMR spectrum of the tablet containing form G azithromycin is given in FIG. 29.

Example 15

Antimicrobial Activity

The activity of the crystal forms of the present invention against bacterial and protozoa pathogens is demonstrated by the compound's ability to inhibit growth of defined strains of human (Assay I) or animal (Assays II and II) pathogens.

Assay I

Assay I, described below, employs conventional methodology and interpretation criteria and is designed to provide direction for chemical modifications that may lead to compounds that circumvent defined mechanisms of macrolide resistance. In Assay I, a panel of bacterial strains is assembled to include a variety of target pathogenic species, including representatives of macrolide resistance mechanisms that have been characterized. Use of this panel enables the chemical structure/activity relationship to be determined with respect to potency, spectrum of activity, and structural

24

elements or modifications that may be necessary to obviate resistance mechanisms. Bacterial pathogens that comprise the screening panel are shown in the table below. In many cases, both the macrolide-susceptible parent strain and the macrolide-resistant strain derived from it are available to provide a more accurate assessment of the compound's ability to circumvent the resistance mechanism. Strains that contain the gene with the designation of ermA/ermB/ermC are resistant to macrolides, lincosamides, and streptogramin B antibiotics due to modifications (methylation) of 23S rRNA molecules by an Erm methylase, thereby generally prevent the binding of all three structural classes. Two types of macrolide efflux have been described: msrA encodes a component of an efflux system in staphylococci that prevents the entry of macrolides and streptogramins while mefA/E encodes a transmembrane protein that appears to efflux only macrolides. Inactivation of macrolide antibiotics can occur and can be mediated by either a phosphorylation of the 2'-hydroxyl (mph) or by cleavage of the macrocyclic lactone (esterase). The strains may be characterized using conventional polymerase chain reaction (PCR) technology and/or by sequencing the resistance determinant. The use of PCR technology in this application is described in J. Sutcliffe et al., "Detection Of Erythromycin-Resistant Determinants By PCR", Antimicrobial Agents and Chemotherapy, 40(11), 2562–2566 (1996). The assay is performed in microtiter trays and interpreted according to *Performance Standards for Antimicrobial Disk Susceptibility Tests—Sixth Edition; Approved Standard*, published by The National Committee for Clinical Laboratory Standards (NCCLS) guidelines; the minimum inhibitory concentration (MIC) is used to compare strains. The crystalline compound is initially dissolved in dimethylsulfoxide (DMSO) as 40 mg/ml stock solution.

| Strain Designation | Macrolide Resistance Mechanism(s) |
|---|---|
| *Staphylococcus aureus* 1116 | susceptible parent |
| *Staphylococcus aureus* 1117 | ErmB |
| *Staphylococcus aureus* 0052 | susceptible parent |
| *Staphylococcus aureus* 1120 | ErmC |
| *Staphylococcus aureus* 1032 | msrA, mph, esterase |
| *Staphylococcus hemolyticus* 1006 | msrA, mph |
| *Streptococcus pyogenes* 0203 | susceptible parent |
| *Streptococcus pyogenes* 1079 | ErmB |
| *Streptococcus pyogenes* 1062 | susceptible parent |
| *Streptococcus pyogenes* 1061 | ErmB |
| *Streptococcus pyogenes* 1064 | ErmB |
| *Streptococcus agalactiae* 1024 | susceptible parent |
| *Streptococcus agalactiae* 1023 | ErmB |
| *Streptococcus pneumoniae* 1016 | Susceptible |
| *Streptococcus pneumoniae* 1046 | ErmB |
| *Streptococcus pneumoniae* 1095 | ErmB |
| *Streptococcus pneumoniae* 1175 | MefE |
| *Streptococcus pneumoniae* 0085 | Susceptible |
| *Haemophilus influenzae* 0131 | Susceptible |
| *Moraxella catarrhalis* 0040 | Susceptible |
| *Moraxella catarrhalis* 1055 | erythromycin intermediate resistance |
| *Escherichia coli* 0266 | Susceptible |

Assay II is utilized to test for activity against *Pasteurella multocida* and Assay III is utilized to test for activity against *Pasteurella haemolytica*.

Assay II

This assay is based on the liquid dilution method in microliter format. A single colony of *P. multocida* (strain 59A067) is inoculated into 5 ml of brain heart infusion (BHI) broth. The test compound is prepared by solubilizing

US 6,977,243 B2

25

1 mg of the compound in 125 $\mu$l of dimethylsulfoxide (DMSO). Dilutions of the test compound are prepared using uninoculated BHI broth. The concentrations of the test compound used range from 200 $\mu$g/ml to 0.098 $\mu$g/ml by two-fold serial dilutions. The *P. multocida* inoculated BHI is diluted with uninoculated BHI broth to make a $10^4$ cell suspension per 200 $\mu$l. The BHI cell suspensions are mixed with respective serial dilutions of the test compound, and incubated at 37° C. for 18 hours. The minimum inhibitory concentration (MIC) is equal to the concentration of the compound exhibiting 100% inhibition of growth of *P. multocida* as determined by comparison with an uninoculated control.

## Assay III

This assay is based on the agar dilution method using a Steers Replicator. Two to five colonies isolated from an agar plate are inoculated into BHI broth and incubated overnight at 37° C. with shaking (200 rpm). The next morning, 300 $\mu$l of the fully grown *P. haemolytica* preculture is inoculated into 3 ml of fresh BHI broth and is incubated at 37° C. with shaking (200 rpm). The appropriate amounts of the test compounds are dissolved in ethanol and a series of two-fold serial dilutions are prepared. Two ml of the respective serial dilution is mixed with 18 ml of molten BHI agar and solidified. When the inoculated *P. haemolytica* culture reaches 0.5 McFarland standard density, about 5 $\mu$l of the *P. haemolytica* culture is inoculated onto BHI agar plates containing the various concentrations of the test compound using a Steers Replicator and incubated for 18 hours at 37° C. Initial concentrations of the test compound range from 100–200 $\mu$g/ml. The MIC is equal to the concentration of the test compound exhibiting 100% inhibition of growth of *P. haemolytica* as determined by comparison with an uninoculated control.

The in vivo activity of the crystal forms of the present invention can be determined by conventional animal protection studies well known to those skilled in the art, usually carried out in mice.

Mice are allotted to cages (10 per cage) upon their arrival, and allowed to acclimate for a minimum of 48 hours before being used. Animals are inoculated with 0.5 ml of a $3\times10^3$ CFU/ml bacterial suspension (*P. multocida* strain 59A006) intraperitoneally. Each experiment has at least 3 non-medicated control groups including one infected with 0.1x challenge dose and two infected with 1x challenge dose; a 10x challenge data group may also be used. Generally, all mice in a given study can be challenged within 30–90 minutes, especially if a repeating syringe (such as a Cornwall® syringe) is used to administer the challenge. Thirty minutes after challenging has begun, the first compound treatment is given. It may be necessary for a second person to begin compound dosing if all of the animals have not been challenged at the end of 30 minutes. The routes of administration are subcutaneous or oral doses. Subcutaneous doses are administered into the loose skin in the back of the neck whereas oral doses are given by means of a feeding needle. In both cases, a volume of 0.2 ml is used per mouse. Compounds are administered 30 minutes, 4 hours, and 24 hours after challenge. A control compound of known efficacy administered by the same route is included in each test. Animals are observed daily, and the number of survivors in each group is recorded. The *P. multocida* model monitoring continues for 96 hours (four days) post challenge.

The $PD_{50}$ is a calculated dose at which the compound tested protects 50% of a group of mice from mortality due

26

to the bacterial infection that would be lethal in the absence of drug treatment.

The crystal forms of the present invention (hereinafter "the active compound(s)"), may be administered through oral, parenteral, topical, or rectal routes in the treatment or prevention of bacterial or protozoa infections. In general, the active compound is most desirably administered in dosages ranging from about 0.2 mg per kg body weight per day (mg/kg/day) to about 200 mg/kg/day in single or divided doses (i.e., from 1 to 4 doses per day), although variations will necessarily occur depending upon the species, weight and condition of administration chosen. However, a dosage level that is in the range of about 2 mg/kg/day to about 50 mg/kg/day is most desirably employed. Variations may nevertheless occur depending upon the species of mammal, fish or bird being treated and its individual response to said medicament, as well as on the type of pharmaceutical formulation chosen and the time period and interval at which such administration is carried out. In some instances, dosage levels below the lower limit of the aforesaid range may be more than adequate, while in other cases still larger doses may be employed without causing any harmful side effects, provided that such larger doses are first divided into several small doses for administration throughout the day.

The active compound may be administered alone or in combination with pharmaceutically acceptable carriers or diluents by the routes previously indicated, and such administration may be carried out in single or multiple doses. More particularly, the active compound may be administered in a wide variety of different dosage forms, i.e., they may be combined with various pharmaceutically acceptable inert carriers in the form of tablets, capsules, lozenges, troches, hard candies, powders, sprays, creams, salves, suppositories, jellies, gels, pastes, lotions, ointments, sachets, powders for oral suspension, aqueous suspensions, injectable solutions, elixirs, syrups, and the like. Such carriers include solid diluents or fillers, sterile aqueous media and various non-toxic organic solvents, etc. Moreover, oral pharmaceutical compositions can be suitably sweetened and/or flavored. In general, the active compound is present in such dosage forms at concentration levels ranging from about 1.0% to about 70% by weight.

For oral administration, tablets containing various excipients such as microcrystalline cellulose, sodium citrate, calcium carbonate, dicalcium phosphate and glycine may be employed along with various disintegrants such as starch (and preferably corn, potato or tapioca starch), alginic acid and certain complex silicates, together with granulation binders like polyvinylpyrrolidone, sucrose, gelatin and acacia. Additionally, lubricating agents such as magnesium stearate, sodium lauryl sulfate and talc are often very useful for tableting purposes. Solid compositions of a similar type may also be employed as fillers in gelatin capsules; preferred materials in this connection also include lactose or milk sugar as well as high molecular weight polyethylene glycols. When aqueous suspensions and/or elixirs are desired for oral administration, the active compound may be combined with various sweetening or flavoring agents, coloring matter or dyes, and, if so desired, emulsifying and/or suspending agents as well, together with such diluents as water, ethanol, propylene glycol, glycerin and various like combinations thereof.

For parenteral administration, solutions of the active compound in either sesame or peanut oil or in aqueous propylene glycol may be employed. The aqueous solutions should be suitably buffered (preferably pH greater than 8) if

US 6,977,243 B2

27

28

necessary and the liquid diluent first rendered isotonic. These aqueous solutions are suitable for intravenous injection purposes. The oily solutions are suitable for intraarticular, intramuscular and subcutaneous injection purposes. The preparation of all these solutions under sterile conditions is readily accomplished by standard pharmaceutical techniques will known to those skilled in the art.

Additionally, it is also possible to administer the active compound topically and this may be done by way of creams, jellies, gels, pastes, patches, ointments and the like, in accordance with standard pharmaceutical practice.

For administration to animals other than humans, such as cattle or domestic animals, the active compounds may be administered in the feed of the animals or orally as a drench composition.

The active compound may also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines.

What is claimed is:

1. A crystalline form of azithromycin according to claim 20 wherein said azithromycin comprises more than 50% by weight of azithromycin sesquihydrate.

2. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 55% or more by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 60% or more by weight azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 65% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 70% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 75% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 80% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 85% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 90% or more by weight of azithromycin sesquihydrate.

10. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 91% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 92% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 93% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 94% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 95% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 96% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 97% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 98% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 1, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

19. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20. The crystalling form of azithromycin according to claim 1 wherein said $^{13}$C solid stat NMR spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{12}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 7.6 ppm.

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 6.5 ppm.

* * * * *

**EXHIBIT B**



UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,977,243 B2                                   Page 1 of 2
DATED          : December 20, 2005
INVENTOR(S)    : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 27, line 23 - Column 28, line 47,
Replace claims 1-24 with the following:

1. A crystalline form of azithromycin which is azithromycin sesquihydrate being characterized as
having a $^{13}C$ solid state NMR spectrum comprising a plurality of peaks with at least one peak having a
chemical shift of about 179.5 ppm.

2. A crystalline form of azithromycin according to claim 1 wherein said azithromycin comprises
more than 50% by weight of azithromycin sesquihydrate.

3. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
55% or more by weight of azithromycin sesquihydrate.

4. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
60% or more by weight of azithromycin sesquihydrate.

5. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
65% or more by weight of azithromycin sesquihydrate.

6. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
70% or more by weight of azithromycin sesquihydrate.

7. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
75% or more by weight of azithromycin sesquihydrate.

8. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
80% or more by weight of azithromycin sesquihydrate.

9. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
85% or more by weight of azithromycin sesquihydrate.

10. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
90% or more by weight of azithromycin sesquihydrate.

11. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
91% or more by weight of azithromycin sesquihydrate.

12. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
92% or more by weight of azithromycin sesquihydrate.

13. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
93% or more by weight of azithromycin sesquihydrate.

14. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
94% or more by weight of azithromycin sesquihydrate.

15. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
95% or more by weight of azithromycin sesquihydrate.

16. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
96% or more by weight of azithromycin sesquihydrate.

17. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
97% or more by weight of azithromycin sesquihydrate.

18. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises
98% or more by weight of azithromycin sesquihydrate.

BEST AVAILABLE COPY

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.      : 6,977,243 B2
DATED           : December 20, 2005
INVENTOR(S)     : Li et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 27, line 23 - Column 28, line 47 (cont'd),

19. A crystalline form of azithromycin according to claim 2, wherein said azithromycin comprises 99% or more by weight of azithromycin sesquihydrate.

20. The crystalline form of azithromycin according to claim 1 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 10.4 ppm.

21. The crystalline form of azithromycin according to claim 20 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.9 ppm.

22. The crystalline form of azithromycin according to claim 21 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 9.3 ppm.

23. The crystalline form of azithromycin according to claim 22 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 7.6 ppm.

24. The crystalline form of azithromycin according to claim 23 wherein said $^{13}$C solid state NMR spectrum further comprising a peak with chemical shift of about 6.5 ppm.

BEST AVAILABLE COPY

Signed and Sealed this

Seventh Day of February, 2006

JON W. DUDAS
Director of the United States Patent and Trademark Office