IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC<br><br>      Plaintiff,<br><br>    v.<br><br>SANDOZ, INC.,<br>and NOVARTIS AG<br><br>      Defendants. | Case No. 1:06-CV-00090-JJF |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-entitled action is dismissed with respect to defendant Novartis AG only, without prejudice and without costs.

May 15, 2006.

                /s/ Rudolf E. Hutz
                Rudolf E. Hutz (484)
                Daniel Mulveny (3984)
                CONNOLLY BOVE LODGE & HUTZ LLP
                1007 North Orange Street
                P.O. Box 2207
                Wilmington, DE 19899-2207
                (302) 658-9141
                (302) 658-5614 (fax)
                *Counsel for Plaintiff*

                /s/ Timothy G. Cameron
                Timothy G. Cameron
                CRAVATH SWAINE & MOORE LLP
                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                (212) 474-1000
                (212) 474-3700 (fax)
                *Counsel for Defendant Novartis AG*

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (2555)
Matthew W. King (4566)
RICHARDS LAYTON & FINGER
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

Kelly L. Morron
SCHIFF HARDIN LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606

*Counsel for Defendant Sandoz, Inc.*

SO ORDERED this ____ day of May 2006.

_____
Hon. Joseph J. Farnan, Jr.