IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC<br><br>      Plaintiff/Counterclaim<br>      Defendant,<br><br>v.<br><br>SANDOZ INC. and<br><br>      Defendant/<br>      Counterclaim Plaintiff. | Civil Action No. 06-90-JJF<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF, PFIZER INC'S REPLY
TO THE COUNTERCLAIMS OF DEFENDANT SANDOZ INC.**

Pfizer Inc ("Pfizer"), by and through its undersigned counsel, hereby files its Reply to the Counterclaims of Defendant Sandoz Inc. ("Sandoz") in the above-captioned action. Pfizer's reply to the counterclaims employs the same numbered paragraphs, beginning at paragraph 52, as used by Sandoz in its First Amended Answer and Counterclaims (D.I. 34). Except to the extent expressly and specifically admitted herein, such admissions being solely for the purposes of this action and none other, Pfizer denies each and every allegation contained in the Counterclaims.

<u>**REPLY TO THE COUNTERCLAIMS AGAINST PFIZER**</u>

52.    Paragraph 52 of Sandoz' First Amended Answer and Counterclaims appears introductory in nature and hence does not require a response. Nevertheless, Pfizer denies the allegations in Paragraph 52 on the basis that it lacks knowledge or information sufficient to form a belief as to their truth.

## THE PARTIES

53. Admitted.

54. Admitted.

55. Admitted.

56. Admitted.

57. Admitted.

58. Admitted.

## JURISDICTION AND VENUE

59. Pfizer admits that the Counterclaims purport to state a cause of action for declaratory judgment allegedly based on claims arising under 35 U.S.C. §§ 1 *et seq.*, and thus this Court has subject matter jurisdiction over this counterclaim action pursuant to 28 U.S.C. §§ 1331 and 1338(a). All other allegations in paragraph 59 are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

60. Pfizer admits that it has sued Sandoz for, *inter alia*, infringement of Pfizer's U.S. Patent No. 6,977,243 ("the '243 patent"), thus there is an actual controversy within the Court's jurisdiction pursuant to 28 U.S.C. § 2201 and 2202. Pfizer also admits that the Counterclaims purport to state a cause of action for declaratory judgment that the '243 patent is not infringed and invalid. Pfizer denies all other allegations in paragraph 60.

61. Admitted.

## THE CONTROVERSY

62. Pfizer admits that Sandoz holds Abbreviated New Drug Application ("ANDA") No. 065211 for 250 mg azithromycin oral tablets, which was approved by the FDA on November 14, 2005. All other allegations in paragraph 62 are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

63. Pfizer admits that Sandoz holds ANDA No. 065212 for 500 mg azithromycin oral tablets, which was approved by the FDA on November 14, 2005. All other allegations in paragraph 63 are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

64. Pfizer admits that Sandoz holds ANDA No. 065209 for 600 mg azithromycin oral tablets, which was approved by the FDA on November 14, 2005. All other allegations in paragraph 64 are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

65. Admitted.

66. Pfizer admits that on February 8, 2006, it filed the present action against Sandoz for infringement of the '243 patent in this Court and the Complaint in this action speaks for itself. All other allegations in paragraph 66 that are inconsistent with the Complaint are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

## COUNTERCLAIM COUNT I
### (Declaratory Judgment Of Noninfringement)

67. Pfizer incorporates by reference and restates its replies to paragraphs 52-66 as though fully set forth herein.

68. Denied.

69. Denied.

## COUNTERCLAIM COUNT II
### Declaratory Judgment Of Invalidity

70. Pfizer incorporates by reference and restates its replies to paragraphs 52-69 as though fully set forth herein.

71. Denied.

72. Denied.

## COUNTERCLAIM COUNT III
### (Declaratory Judgment Of Unenforceability)

73. Pfizer incorporates by reference and restates its replies to paragraphs 52-72 as though fully set forth herein.

74. Pfizer denies all allegations that the '243 patent is unenforceable for any reason. Pfizer notes that Sandoz' counsel has confirmed to Pfizer and the Court that the count of "unenforceability" alleges neither inequitable conduct nor fraud.

75. Denied.

## RESPONSE TO SANDOZ' PRAYER FOR RELIEF

Pfizer denies that Sandoz is entitled to any relief as sought in the "Prayer for Relief" of the Counterclaims.

WHEREFORE, Pfizer requests the following relief:

A.   An order dismissing all of Sandoz' Counterclaims with prejudice and denying all relief sought by Sandoz.

B.   An order declaring that the '243 patent is not-invalid and that it is enforceable and has been infringed by Sandoz.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: June 29, 2006
470038_1.DOC

5

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed **PLAINTIFF PFIZER INC'S REPLY TO THE COUNTERCLAIMS OF DEFENDANT SANDOZ INC.** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Frederick L. Cottrell, III
> Matthew W. King
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I hereby certify that on June 29, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

> Kelly L. Morron
> Schiff Hardin LLP
> 623 Fifth Ave
> 28th Floor
> New York, NY 10022
>
> Roger Pascal
> Andrew M. Alul
> Kathryn S. Devine
> Schiff Hardin LLP
> 6600 Sears Tower
> Chicago, IL 60606

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*