# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

August 7, 2006

Honorable Joseph J. Farnan, Jr.
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:    Pfizer Inc v. Sandoz Inc,**
**       Case 1:06-cv-00090-JJF**

Dear Judge Farnan:

Pursuant to Rule 26(f), the parties have agreed to, and jointly submit, their Proposed Rule 16 Scheduling Order. The dates identified in the Proposed Rule 16 Scheduling Order take into account the parties' realistic expectation of their needs and abilities in litigating this case.

If the Court has any questions, please do not hesitate to contact me or Sandoz' counsel.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh
enclosure: Proposed Rule 16 Scheduling Order

cc:    Frederick L. Cottrell, III, Esquire (w/ enclosure, by email)
       Matthew W. King, Esquire (w/ enclosure, by email)
       Douglass C. Hochstetler, Esquire (w/ enclosure, by email)
       Roger Pascal, Esquire (w/ enclosure, by email)

480330_1.DOC

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA