IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim Defendant, | ) | Civil Action No. 06-90-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| SANDOZ, INC. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants/ | ) | |
| Counterclaim Plaintiffs. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2006, copies of Sandoz, Inc.'s First Set of Interrogatories and First Set of Requests for the Production of Documents and Things were served in the manner indicated on the following counsel of record:

## BY U.S. MAIL AND FASCIMILE

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

RLF1-3047860-1

                                    /s/ Cottrell L. C.
OF COUNSEL:                         _____
                                    Frederick L. Cottrell, III (#2555)
Kelly L. Morron                     (Cottrell@RLF.com)
Schiff Hardin LLP                   Matthew W. King (#4566)
623 Fifth Avenue                    (King@RLF.com)
28th Floor                          Richards, Layton & Finger
New York, New York 10022            One Rodney Square
(212) 753-5000 (phone)              920 N. King Street
(212) 753-5044 (fax)                P.O. Box 551
                                    Wilmington, DE 19899
Roger Pascal                        (302) 651-7700
Andrew M. Alul
Kathryn S. Devine                   Attorneys for Sandoz Inc.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500

Dated: August 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

_____
Matthew W. King (#4566)
king@rlf.com