IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 06-90-(JJF) |
| | ) |
| v. | ) |
| | ) |
| SANDOZ INC. AND NOVARTIS AG | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission *pro hac vice* of Jason G. Harp, Kelly L. Morron and Douglass C. Hochstetler of Schiff Hardin LLP to represent Defendant Sandoz Inc. in this matter.

OF COUNSEL:

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022
(212)753-5000

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312)258-5500

Dated: September 28, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Matthew W. King (#4566)
King@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant Sandoz Inc.

RLF1-3063709-1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated:_____

_____<br>U.S.D.J.

RLF1-3063709-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Jason G. Harp*
Jason G. Harp
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

DATE: July 20, 2006
CH1\ 4629857.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

DATE: September 7, 2006
CH1\ 4627882.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SIGNED: _____

DATE: September 19, 2006

Douglass C. Hochstetler
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606

CH1\ 4637149.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Matthew W. King (#4566)
king@rlf.com