IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC<br><br>  Plaintiff<br><br>v.<br><br>SANDOZ INC.<br><br>  Defendant | Civil Action No. 06-90-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Pfizer Inc, hereby certifies that copies of Plaintiff Pfizer Inc's Responses to Defendant Sandoz Inc's First Set of Requests for Productions of Documents and Things and Plaintiff Pfizer Inc's Responses To Defendant Sandoz Inc's First Set of Interrogatories, were caused to be served on October 11, 2006 on the counsel listed below:

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Matthew W. King
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

**BY FIRST-CLASS MAIL**
Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Dated: October 12, 2006

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on October 12, 2006 upon the following counsel of record in the manner indicated:

### By Electronic Filing & Hand Delivery

Frederick L. Cottrell, III
Matthew W. King
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

### By First Class Mail

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Pfizer Inc