IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-90-JJF |
| | ) | |
| SANDOZ INC. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Pfizer Inc, hereby certifies that copies of Plaintiff Pfizer Inc's Responses to Defendant Sandoz Inc.'s Second Set of Requests for Production of Documents and Things were caused to be served on January 10, 2007 on the counsel listed below:

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Matthew W. King
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899

**BY FIRST-CLASS MAIL**
Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

        Roger Pascal
        Andrew M. Alul
        Kathryn S. Devine
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, IL 60606

Dated: January 10, 2007

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

# CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on January 10, 2007 upon the following counsel of record in the manner indicated:

**By Electronic Filing & Hand Delivery**

Frederick L. Cottrell, III
Matthew W. King
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

**By First Class Mail**

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Pfizer Inc