IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br><br> Plaintiff, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 06-90-(JJF) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER EXTENDING TIME
FOR THE PRODUCTION OF DOCUMENTS**

IT IS HEREBY ORDERED AND AGREED, subject to the approval of the Court, that the time within which the parties shall complete the production of documents, pursuant to paragraph 3(a) of the Scheduling Order (D.I. 41), is extended as follows.

(1) <u>Hardcopy documents</u>. Production of all responsive documents that were kept in hardcopy form, subject to properly served objections, shall be completed by <u>January 31, 2007</u>;

(2) <u>Electronic documents</u>. Production of responsive documents that were kept in electronic form shall be done in two stages. First, responsive documents from one-half of each party's source of electronic documents, subject to properly served objections, shall be completed by <u>January 31, 2007</u>. Second, production of the remaining responsive documents shall be completed by <u>February 28, 2007</u>.

(3) <u>Further productions of documents</u>. The parties recognize that further productions of responsive documents may be made after February 28, 2007 to the extent such responsive documents are later discovered; and

(4) Privilege logs. Exchange of privilege log(s) for all documents produced by February 28, 2007 shall be by March 12, 2007. Exchange of privilege log(s) for any later discovered documents shall be produced within fourteen (14) calendar days of the date such documents are produced.

WHEREAS, while the parties have made concerted efforts to complete their respective document productions by January 11, 2007 and each party has already produced over 100,000 pages of documents to the other in attempts to meet the existing deadline, the parties agree that the above extension of time is necessary due to unexpected delays in producing the remaining responsive documents, particularly, the electronic documents.

WHEREAS, the parties agree that the above extension of time for the production of documents will not require an extension of the other deadlines set in the Scheduling Order or materially delay the progress of this action.

DATED: January 11, 2007

/s/ Daniel C. Mulveny
Rudolf E. Hutz, Esq. (#484)
Daniel C. Mulveny, Esq. (#3984)
CONNOLLY BOVE
LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-5614 (phone)

*Attorneys for Plaintiff Pfizer Inc*

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7509 (phone)

Douglass C. Hochstetler (*pro hac vice*)
Roger Pascal (*pro hac vice*)
Jason G. Harp (*pro hac vice*)
Kathryn S. Devine (*pro hac vice*)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)
(312) 258-5600 (fax)

>Kelly L. Morron
>SCHIFF HARDIN LLP
>623 Fifth Avenue
>28th Floor
>New York, New York 10022
>(212) 753-5000 (phone)
>(212) 753-5044 (fax)
>
>*Attorneys for Defendant Sandoz Inc.*

SO ORDERED this _____ day of January 2007.


_____
Joseph J. Farnan
United States District Judge
514899_1.DOC

-3-