## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC,                          )
                                     )
       Plaintiff,             )    C. A. No. 06-90-(JJF)
                                     )
      v.                      )
                                     )    **JURY TRIAL DEMANDED**
SANDOZ INC.,                         )
                                     )
       Defendant.            )
                                     )

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A. L. Tweedie of Richards, Layton & Finger is

substituted for Matthew W. King of Richards, Layton & Finger, as counsel for Sandoz, Inc.

Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Sandoz, Inc. in

this matter.

OF COUNSEL:
Douglass C. Hochstetler
Jason G. Harp
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)
(312) 258-5600 (fax)

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, New York 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)

Dated: January 19, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700 (phone)

*ATTORNEYS FOR DEFENDANT*
*SANDOZ INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:

### BY HAND

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE   19899-0951

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com