IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 06-90-(JJF) |
| | ) |
| v. | ) |
| | ) |
| SANDOZ INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of Patricia J. Thompson of Schiff Hardin LLP to represent Defendant Sandoz Inc. in this matter.

OF COUNSEL:
Roger Pascal
Douglass C. Hochstetler
Jason G. Harp
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)
(312) 258-5600 (fax)

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, New York 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)

Dated: January 24, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700 (phone)

*ATTORNEYS FOR DEFENDANT SANDOZ INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated: _____

                                                      _____
                                                               U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Patricia J. Thompson
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

DATE: January 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Rudolf E. Hutz, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3106167-1