IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 06-90-(JJF) |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| SANDOZ INC. AND NOVARTIS AG | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January, 2007, copies of Defendant Sandoz Inc.'s Revised Second Set of Requests for Production of Documents and Things were served in the manner indicated on the following counsel of record:

**VIA HAND DELIVERY**
Rudolf E. Hutz
Daniel C. Mulveney
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

OF COUNSEL:

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022
(212) 753-5000

Roger Pascal
Andrew M. Alul
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant Sandoz Inc.

Dated: January 25, 2007

RLF1-3070027-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Rudolf E. Hutz
Daniel C. Mulveney
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com