# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SANDOZ INC. )<br>)<br>Defendant )<br>) | Civil Action No. 06-90-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Pfizer Inc, hereby certifies that copies of

**PLAINTIFF PFIZER INC'S RESPONSES TO DEFENDANT SANDOZ INC.S' CONTENTION INTERROGATORIES IN SANDOZ' FIRST SET OF INTERROGATORIES and PLAINTIFF PFIZER INC'S SECOND SET OF INTERROGATORIES (15-30) TO DEFENDANT SANDOZ INC.** were caused to be served on April 16, 2007 on the counsel listed below:

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Jameson Tweedie
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899

**BY FIRST-CLASS MAIL**
Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Dated:  April 16, 2007                    /s/ Rudolf E. Hutz
                                          Rudolf E. Hutz (#484)
                                          Daniel C. Mulveny (#3984)
                                          1007 N. Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE 19899-2207
                                          (302) 658-9141
                                          *Attorneys for Pfizer Inc*

533347-1

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on April 16, 2007 upon the following counsel of record in the manner indicated:

**By Electronic Filing & Hand Delivery**

Frederick L. Cottrell, III
Jameson Tweedie
Richards Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

**By First Class Mail**

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Roger Pascal
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Pfizer Inc

533347-1