IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 06-90-(JJF) |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| SANDOZ INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April, 2007, copies of Defendant Sandoz Inc.'s Supplemental Response to Plaintiff's First Set of Interrogatories and copies of Defendant Sandoz Inc.'s Second Set of Interrogatories were served in the manner indicated on the following counsel of record:

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
Rudolf E. Hutz, Esquire
Daniel C. Mulveney, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

OF COUNSEL:

Douglass C. Hochstetler
Roger Pascal
Patricia J. Thompson
Jason G. Harp
Kathryn S. Devine
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

Kelly L. Morron
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022
(212) 753-5000


Dated:  April 17, 2007

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III  (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendant Sandoz Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17th, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served in the manner indicated:

**BY HAND DELIVERY**
Rudolf E. Hutz, Esquire
Daniel C. Mulveney, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

_____
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com