IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-90-(JJF) |
| ) | |
| SANDOZ INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER
## STAYING AND EXTENDING DEADLINES

IT IS HEREBY ORDERED AND AGREED, subject to the approval of the Court, in view of ongoing settlement discussions between the parties, that all deadlines in this case are stayed and extended as follows.

(1) All deadlines set forth in the Court's Scheduling Order of September 5, 2006 (D.I. 41), the Stipulation and Order of January 12, 2007 (D.I. 48), and the parties' agreements in furtherance of the foregoing Orders are stayed and extended for a period of thirty (30) days from the date of this Stipulation and Order; and

(2) Within seven (7) days after the expiration of the foregoing thirty (30) day stay, the parties shall jointly report to the Court on the status of settlement discussions, any need for further scheduling orders, and any proposals for the entry of a new schedule if a settlement is not completed by that time.

WHEREAS, the parties have worked diligently in discovery under the Court's prior scheduling Orders in this case and are now engaged in ongoing settlement discussions, and the parties agree that the above stay of deadlines and extension of time will allow the parties to continue their settlement discussions, spare unnecessary expense, and promote potential resolution of this matter;

IT IS HEREBY ORDERED THAT all deadlines in the Court's Scheduling Order of September 5, 2006 (D.I. 41), the Stipulation and Order of January 12, 2007 (D.I. 48), and the parties' agreements in furtherance of the foregoing Orders are hereby stayed and extended for a period of thirty (30) days from the date of this Stipulation and Order. The parties shall jointly report to the Court after the expiration of the thirty (30) day stay regarding the status of settlement discussions, the need for any further scheduling orders, and any proposed schedules.

DATED: May 8, 2007

| | |
|---|---|
| /s/ Daniel C. Mulveny<br>Rudolf E. Hutz, Esq. (#484)<br>Daniel C. Mulveny, Esq. (#3984)<br>CONNOLLY BOVE<br>LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899-2207<br>(302) 658-5614 (phone)<br><br>*Attorneys for Plaintiff Pfizer Inc* | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7509 (phone)<br><br>Douglass C. Hochstetler (*pro hac vice*)<br>Roger Pascal (*pro hac vice*)<br>Jason G. Harp (*pro hac vice*)<br>Kathryn S. Devine (*pro hac vice*)<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>(312) 258-5500 (phone)<br>(312) 258-5600 (fax)<br><br>Kelly L. Morron<br>SCHIFF HARDIN LLP<br>623 Fifth Avenue<br>28th Floor<br>New York, New York 10022<br>(212) 753-5000 (phone)<br>(212) 753-5044 (fax)<br><br>*Attorneys for Defendant Sandoz Inc.* |

SO ORDERED this _____ day of May 2007.

_____
Joseph J. Farnan
United States District Judge
537801_1.DOC