IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC,

Plaintiff,

v.

SANDOZ INC.,

Defendant.

C. A. No. 06-90-(JJF)

**JURY TRIAL DEMANDED**

**JOINT STATUS REPORT**

Pursuant to the Court's Stipulation and Order Staying and Extending Deadlines entered May 11, 2007, Plaintiff Pfizer Inc. and Defendant Sandoz Inc. hereby jointly report to the Court regarding the status of their settlement discussions. The parties have worked diligently over the last thirty (30) days to resolve this litigation through settlement, and are now in the process of preparing a settlement agreement, which they hope to be completed within the next ten days.

**WHEREFORE**, the parties respectfully request that all deadlines in this action remain stayed for fourteen days following the date of this Joint Status Report, and that the parties be allowed to report back to the Court by June 28, 2007 to confirm whether their settlement has been consummated.

/s/ Daniel C. Mulveny
Rudolf E. Hutz, Esq. (#484)
Daniel C. Mulveny, Esq. (#3984)
CONNOLLY BOVE
LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-5614 (phone)

*Attorneys for Plaintiff Pfizer Inc*

DATED: June 14, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7509 (phone)

OF COUNSEL:
Douglass C. Hochstetler
Roger Pascal
Jason G. Harp
Kathryn S. Devine
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (phone)

Kelly L. Morron
SCHIFF HARDIN LLP
623 Fifth Avenue
28th Floor
New York, New York 10022
(212) 753-5000 (phone)

*Attorneys for Defendant Sandoz Inc.*

DATED: June 14, 2007

SO ORDERED this _____ day of June 2007.

______________________________
Joseph J. Farnan
United States District Judge