# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>SANDOZ, INC.,<br><br>                    Defendant. | Civil Action No. 06-90-JJF |

## STIPULATION AND ORDER OF DISMISSAL

**Whereas**, Plaintiff Pfizer Inc. and Defendant Sandoz Inc. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

**Accordingly**, it is stipulated by the parties and ordered by the Court that:

1. The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3. The parties waive any right of appeal from this Order.

4. Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

546710_1.DOC

2

STIPULATED AND AGREED TO:

Dated: June 22, 2007                                              Dated: June 22, 2007


By:   /s/ Daniel C. Mulveny                              By:   /s/ Frederick L. Cottrell, III
      Rudolf E. Hutz (484)                                     Frederick L. Cottrell, III (2555)
      Daniel Mulveny (3984)                                    Jameson Tweedie (4927)
      CONNOLLY BOVE LODGE & HUTZ LLP                           RICHARDS, LAYTON & FINGER
      1007 North Orange Street                                 One Rodney Square
      P.O. Box 2207                                            P.O. Box 551
      Wilmington, Delaware  19899                              Wilmington, Delaware  19899
      (302) 658-9141                                           (302) 651-7509

      Attorneys for Plaintiff                                  Attorneys for Defendant
      Pfizer Inc                                               Sandoz Inc.


**SO ORDERED** this _____ day of June 2007.


_____
Joseph J. Farnan, Jr.
United States District Judge

546710_1.DOC