IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANDOZ, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 06-90-JJF |

## STIPULATION AND ORDER OF DISMISSAL

**Whereas**, Plaintiff Pfizer Inc. and Defendant Sandoz Inc. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

**Accordingly**, it is stipulated by the parties and ordered by the Court that:

1. The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3. The parties waive any right of appeal from this Order.

4. Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

546710_1.DOC

STIPULATED AND AGREED TO:

Dated: June 22, 2007                                              Dated: June 22, 2007

By: __/s/ Daniel C. Mulveny__                          By: __/s/ Frederick L. Cottrell, III__
　　Rudolf E. Hutz (484)                                        Frederick L. Cottrell, III (2555)
　　Daniel Mulveny (3984)                                   Jameson Tweedie (4927)
　　CONNOLLY BOVE LODGE & HUTZ LLP   RICHARDS, LAYTON & FINGER
　　1007 North Orange Street                               One Rodney Square
　　P.O. Box 2207                                                  P.O. Box 551
　　Wilmington, Delaware 19899                        Wilmington, Delaware 19899
　　(302) 658-9141                                                (302) 651-7509

　　Attorneys for Plaintiff                                    Attorneys for Defendant
　　Pfizer Inc                                                          Sandoz Inc.

**SO ORDERED** this 25 day of June 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge