AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06-90 | DATE FILED<br>2/8/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Pfizer Inc. | | DEFENDANT<br><br>Sandoz Inc. et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,977,243 B2 | 12/20/05 | Pfizer Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED STIPULATION AND ORDER |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>6/25/2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDOZ, INC., <br><br> Defendant. | Civil Action No. 06-90-JJF |

**STIPULATION AND ORDER OF DISMISSAL**

**Whereas**, Plaintiff Pfizer Inc. and Defendant Sandoz Inc. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

**Accordingly**, it is stipulated by the parties and ordered by the Court that:

1. The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3. The parties waive any right of appeal from this Order.

4. Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

546710_1.DOC

STIPULATED AND AGREED TO:

Dated: June 22, 2007                                    Dated: June 22, 2007

By:  /s/ Daniel C. Mulveny                              By:  /s/ Frederick L. Cottrell, III
    Rudolf E. Hutz (484)                                    Frederick L. Cottrell, III (2555)
    Daniel Mulveny (3984)                                   Jameson Tweedie (4927)
    CONNOLLY BOVE LODGE & HUTZ LLP                          RICHARDS, LAYTON & FINGER
    1007 North Orange Street                                One Rodney Square
    P.O. Box 2207                                           P.O. Box 551
    Wilmington, Delaware 19899                              Wilmington, Delaware 19899
    (302) 658-9141                                          (302) 651-7509

    Attorneys for Plaintiff                                 Attorneys for Defendant
    Pfizer Inc                                              Sandoz Inc.

**SO ORDERED** this 25 day of June 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge

546710_1.DOC